ZAZZALI, FAGELLA, NOWAK, KLEINBAUM & FRIEDMAN
One Riverfront Plaza, Suite 320
1037 Raymond Blvd.
Newark, NJ 07102
Tel:   (973) 623.1822
Fax:  (973) 623.2209
Attorneys for Defendant, Robert W. Compton
(AEM-0513)

| | |
|---|---|
| LUTHER GRAHAM,<br><br>           Plaintiff,<br><br>vs.<br><br>MONMOUTH COUNTY BUILDINGS AND GROUNDS, DAVID KRZYANOWSKI, ROBERT W. COMPTON, and CRAIG BELL,<br><br>           Defendants. | UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF NEW JERSEY<br><br>Civil Action<br><br>Case No.: 3:16-cv-01578-PGS-LHG<br><br>**WITHDRAWAL OF APPEARANCE** |

To:   The Clerk of the Court and all parties of record:

Kindly withdrawal my appearance on behalf of Defendant, Robert W. Compton, in the above-captioned action.

Dated: July 5, 2017                    By:  /s/   Ashley E. Malandre
                                              ASHLEY E. MALANDRE, ESQ.