**KENNEY, GROSS, KOVATS & PARTON**
ATTORNEYS AT LAW
THE COURTS OF RED BANK
130 MAPLE AVENUE, BUILDING 8
RED BANK, NEW JERSEY 07701

MALACHI J. KENNEY (1944-2011)　　　　　　　　　　　　　　　　　　　**TEL.** 732-530-7500
MICHAEL J. GROSS　　　　　　　　　　　　　　　　　　　　　　　　　　**FAX.** 732-530-1739
DOUGLAS J. KOVATS　　　　　　　　　　　　　　　　　　　　　　*droberts@kenneygross.com*
CHRISTOPHER B. PARTON
DANIEL R. ROBERTS
GABRIELLE A. PETTINEO

June 17, 2019

**VIA ECF**

Hon. Peter G. Sheridan, USDJ
United States District Court
District of New Jersey
Clarkson S. Fisher Federal Building & Courthouse
402 State Street
Trenton, NJ 08608

RE:　Graham v. Monmouth County Buildings and Grounds, et al.
　　　Docket No. 16-1578(PGS)(LHG)

Dear Judge Sheridan:

Please be advised that this office is legal counsel to the County of Monmouth, pleaded as Monmouth County Buildings and Grounds. Enclosed for filing please find Defendants' Joint Proposed Jury Instructions and Voir Dire. Proof of service is attached. Kindly file in the usual course.

Thank you for your attention to this matter.

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　　　　　Kenney, Gross, Kovats & Parton

　　　　　　　　　　　　　　　　　　　　　　　DANIEL R. ROBERTS

CC:　Christine Burke, Esq.
　　　Patricia Adams, Esq.
　　　Micci Weiss, Esq.
　　　**All by ECF**