**KENNEY, GROSS, KOVATS & PARTON**
130 Maple Avenue, Building 8
Red Bank, NJ 07701
(732) 530-7500
<u>Attorneys for Defendant County of Monmouth</u>

| | |
|---|---|
| LUTHER GRAHAM,<br><br>                              Plaintiff,<br><br>v.<br><br>MONMOUTH COUNTY BUILDINGS AND GROUNDS, DAVID KRYZANOWSKI, ROBERT W. COMPTON, and CRAIG BELL,<br><br>                              Defendants. | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>*Civil Action*<br>DOCKET NO. 16-1578(PGS)(LHG)<br><br>**PROOF OF SERVICE** |

   I, Daniel R. Roberts, do hereby certify that a true and correct copy of the Defendants' Joint Proposed Jury Instructions and Voir Dire, Cover Letter, and this proof of service upon the following persons:

  Christine Burke, Esq.
  Karpf, Karpf & Cerutti
  3331 Street Road
  Two Greenwood Square, Suite 128
  Bensalem, PA 19020
  **Via Electronic Filing**

| | |
|---|---|
| Micci Weiss, Esq.<br>Cleary, Giaccobe, Alfieri & Jacobs<br>5 Ravine Drive<br>PO Box 533<br>Matawan, NJ 07747<br>**Via Electronic Filing** | Patricia B. Adams, Esq.<br>Campbell Foley<br>601 Bangs Avenue<br>Asbury Park, NJ 07712<br>**Via Electronic Filing** |

            Respectfully submitted,
            Kenney, Gross, Kovats & Parton


            <u>s/ Daniel R. Roberts          </u>
            DANIEL R. ROBERTS

DATED: June 17, 2019