UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| LUTHER GRAHAM,<br><br>                Plaintiff,<br><br>         v.<br><br>MONMOUTH COUNTY BUILDINGS AND GROUNDS, DAVID KRYZANOWSKI, ROBERT W. COMPTON, and CRAIG BELL,<br><br>                Defendants | *Civil Action*<br>DOCKET NO. 16-1578(PGS)(LHG)<br><br>**NOTICE OF CROSS MOTION FOR SUMMARY JUDGMENT** |

To: Christine Burke, Esq.
    Karpf, Karpf & Cerutti
    Two Greenwood Square, Ste 128
    Bensalem, PA 19020

Patricia Adams, Esq.
Helen Cummings, Esq.
Campbell Foley
601 Bangs Avenue
Asbury Park, NJ 07712

Micci Weiss, Esq.
Cleary    Giacobbe    Alfieri
Jacobs
5 Ravine Drive
Matawan, NJ 07747

**PLEASE TAKE NOTICE** that on a date and time to be determined by the court, or as soon thereafter as counsel may be heard, the undersigned attorneys for Defendant, Monmouth County Buildings and Grounds and Defendant Robert Compton, will cross-move before the United States District Court, District of New Jersey, Clarkson S. Fisher Building and U.S. Courthouse, 402 East State Street, Trenton, New Jersey, for an Order granting summary judgment to Defendant, County of Monmouth, together with any other relief the Court deems equitable and just.

1

**PLEASE TAKE FURTHER NOTICE** that Defendant will rely upon the accompanying brief and declaration in support of the within motion.

**PLEASE TAKE FURTHER NOTICE** that Defendant requests oral argument if opposition is filed or in the discretion of the Court.

A proposed form of Order is attached hereto.

Respectfully submitted,
Kenney, Gross, Kovats & Parton

DANIEL R. ROBERTS

CLEARY GIACOBBE ALFIERI JACOBS, LLC

/s/ Micci J. Weiss
MICCI J. WEISS

Dated: November 15, 2019