UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| LUTHER GRAHAM,<br><br>                         Plaintiff,<br><br>                 v.<br><br>MONMOUTH COUNTY BUILDINGS AND<br>GROUNDS, DAVID KRYZANOWSKI,<br>ROBERT W. COMPTON, and CRAIG<br>BELL,<br><br>                         Defendants | *Civil Action*<br>DOCKET NO. 16-1578(PGS)(LHG)<br><br>**DECLARATION OF DANIEL R. ROBERTS,<br>ESQ. IN SUPPORT OF MONMOUTH COUNTY<br>BUILDINGS AND GROUNDS AND ROBERT<br>W. COMPTON'S CROSS MOTION FOR<br>SUMMARY JUDGMENT** |

I, DANIEL R. ROBERTS, an adult over the age of 18, do hereby swear under penalty of perjury as follows:

1.     I am an Attorney at Law licensed in the State of New Jersey. I make this declaration in support of Defendants Monmouth County Buildings and Grounds and Robert W. Compton's Cross Motion for Summary Judgment.

2.     Attached hereto as Exhibit A is a true and correct copy of the deposition of Plaintiff Luther Graham, pages 6-9, 10-13, 106-109, 114-117, and 162-165; as well as the February 16, 2005 letter appointing Mr. Graham as an electrician, and the CAMPS Transaction history document evidencing Mr. Graham's promotion to Senior Electrician on or about May 3, 2008.

3.     Attached hereto as Exhibit B are true and correct copies of the March 12, 2015, April 30, 2015, June 18, 2015, and October 1, 2015 complaints filed by Plaintiff, together with the County's responses thereto.

4.     Attached hereto as Exhibit C is a true and correct copy of Plaintiff's Answers to Defendant County's Requests for Admissions without attachments.

5.     Attached hereto as Exhibit D is a true and correct copy of the March 8, 2016 posting for Crew Supervisor Building Maintenance Worker along with the Civil Service Commission Job Specifications.

1

6.    Attached hereto as Exhibit E is a true and correct copy of the August 2, 2018 declaration of Robert W. Compton, with Exhibits.

7.    Attached hereto as Exhibit F is a true and correct copy of a portion of the deposition transcript of Robert W. Compton, Volume II held October 18, 2019 with pages 250-301 and 314-317.

**VERIFICATION**

I, Daniel R. Roberts, do hereby swear under the penalty of perjury that the foregoing declaration made by me is true and correct.

_____
Daniel R. Roberts

Dated: November 15, 2019

State of New Jersey :
                    :
County of Monmouth  :

On November 15, 2019 before me, personally appeared Daniel R. Roberts, known to me and whose name is subscribed to the within declaration, and acknowledged that he executed the same in his capacity as attorney, and who, being duly sworn on oath under penalty of perjury, deposes and says that he has read the foregoing declaration and that it is true and correct.

_____
Gabrielle A. Pettineo, Esq.
Attorney at Law

# EXHIBIT A

Page 1

1          UNITED STATES DISTRICT COURT
2       FOR THE DISTRICT OF NEW JERSEY
              NO. 16-1578(PGS)(LHG)
3

4    LUTHER GRAHAM,              :    Civil Action
                                 :
5           Plaintiff,           :    Deposition of:
                                 :
6       vs.                      :
                                 :    LUTHER GRAHAM
7    MONMOUTH COUNTY             :
     BUILDING AND GROUNDS,       :
8    DAVID KRZYANOWSKI,          :
     ROBERT W. COMPTON and       :
9    CRAIG BELL,                 :
                                 :
10          Defendants.          :
     -----------------------

11

12          COMPUTERIZED transcript of the stenographic

13   notes of the proceedings in the above-entitled

14   matter, as taken by and before DONNA J. MAUSER, a

15   Certified Court Reporter of the State of New Jersey,

16   held at the Monmouth County Hall of Records, One East

17   Main Street, Freehold, New Jersey 07728, on

18   Wednesday, February 1, 2017, commencing at 9:45 in

19   the forenoon.

20

21

22          SENTRY COURT REPORTING
                    &
23       LITIGATION SERVICES, LLC

24       100 Hanover Avenue, Suite 202
         Cedar Knolls, New Jersey 07927
25   Phone:  1-973-359-8444  Fax:  1-973-359-1049

Condensed T

DEFENDANT'S
EXHIBIT
A

**Page 6**

1  answer as though it is sworn under oath.
2      Your responses have to be verbal; a nod of
3  the head or even something like uh-huh aren't really
4  clear on the record. Yes and no and clearly speaking
5  helps because as you can see, we are taking
6  everything down, and if it's not clear on the record
7  what you are saying, we won't have your testimony.
8  As I said, nonverbal responses by way of nods can't
9  be recorded by the stenographer.
10      Are you under the influence of any substance
11  or medication that might inhibit your ability to
12  testify truthfully or understand what I'm asking you?
13  A. No.
14      Q. Okay. Generally, unless I specifically
15  ask you to guess at something or estimate or
16  speculate on something, generally I don't want you to
17  do that. Generally I want an answer from your own
18  experience, not guessing. If you have to guess or
19  you are telling me you are going to guess, please
20  tell me that in advance, okay?
21  A. Sure.
22      Q. All right. I'm going to show you a
23  document consisting of three pages.
24      MR. KOVATS: And I'll ask it to be marked
25  I guess G-1.

**Page 7**

1      (Whereupon a subpoena to produce
2  documents, information or objects to permit
3  inspection of premises in a civil action was
4  received and marked as Exhibit G-1 for
5  identification.)
6      Q. I'll ask you to take a look at that
7  three-page document and I'll ask you if you recognize
8  it first and I'll ask you some questions about them.
9  A. So the question is do I recognize this
10  particular document?
11      Q. There is no question before you at this
12  point in time.
13  A. Okay.
14      Q. All right. Have you had an opportunity
15  to review it?
16  A. Right now, yes.
17      Q. Do you recognize that as a subpoena that
18  required your appearance at this deposition?
19  A. Yes.
20      Q. On the second sheet, take a look at that,
21  there are three things you were asked to produce at
22  this deposition. Do you recognize those things you
23  were requested to produce?
24  A. Yes.
25      Q. Okay, let me stop here. I know that

**Page 8**

1  through your counsel you have provided a number of
2  documents already by way of discovery requests. Do
3  you agree with that?
4  A. Yes.
5      Q. Okay. This subpoena asked you to produce
6  additional documents, writings, materials, that you
7  haven't already produced. Do you have any documents
8  that you brought with you today?
9  A. No, I don't have any documents today.
10      Q. Are there any other documents that you
11  believe you will be relying upon at the time of trial
12  that you haven't already produced today?
13      MR. TIEMAN: Objection.
14      You can answer.
15  A. Can you repeat the question again, please?
16      MR. KOVATS: I'll ask it be read back.
17      (The requested portion was read back.)
18  A. According to my recollection, no.
19      Q. Are there any other writings you have in
20  your possession that you have not already produced
21  that are relevant to this proceeding?
22  A. No.
23      Q. Sir, I'm going to ask you your date of
24  birth?
25  A. 3/13/67.

**Page 9**

1      Q. Okay. Can you give me the benefit of
2  your employment history starting back to the 1990s?
3  A. 1990s. I worked at the Division of Employment
4  and Training as a math instructor, as a program
5  monitor, contractor manager. From there I came to
6  Freehold.
7      Q. Let me stop you there. For what period
8  of time did you work for the Division of Employment
9  and Training?
10  A. I started in 1994.
11      Q. And when did you leave that position?
12  A. I worked there for about 13 years, 12 or
13  13 years.
14      Q. And the other titles you talked about
15  were all with the Division of Employment and
16  Training?
17  A. Yes.
18      Q. That was all within that period of time
19  between 1994 and 13 years thereafter?
20  A. Yes.
21      Q. Okay. Was that a civil service position?
22  A. Yes.
23      Q. This is a civil service position?
24  A. Yes.
25      Q. What was your title?

3 (Pages 6 to 9)

**Page 10**

1  A.  What was my title?
2  Q.  Your specific title under civil service.
3  A.  As far as civil service with the county, it was
4  the program monitor -- program monitor.
5  Q.  That was your civil service title?
6  A.  Yes, and actually all the other titles were
7  civil service titles.
8  Q.  What were the others?
9  A.  The math instructor and the titles I gave you
10  before.
11  Q.  So basically you held a civil service
12  position from 1994 to the present, correct?
13  A.  Yes.
14  Q.  After you were no longer employed with
15  the Division of Employment and Training, where were
16  you employed?
17  A.  After I was no longer employed with the
18  Division of Employment and Training?
19  Q.  After 13 years where were you employed?
20  A.  Monmouth County, here, Building and Grounds.
21  Q.  And in what capacity were you first
22  employed in buildings and grounds?
23  A.  Electrician.
24  Q.  And for how long were you employed --
25  from what years were you employed as an electrician?

**Page 11**

1  A.  19 -- from the time I left -- from the time I
2  left the Division of Training and Employment until
3  present.
4  Q.  Do you know the year you started as an
5  electrician?
6  A.  I'm not sure the year I started, but I know it
7  was after that time frame.  I can't recollect that
8  right now.
9  Q.  Okay.  Other than the position of
10  electrician, what other titles did you hold under
11  buildings and grounds for Monmouth County?
12  A.  Senior electrician.
13  Q.  Do you recall when you became a senior
14  electrician?
15  A.  Excuse me?
16  Q.  Do you recall when you became a senior
17  electrician?
18  A.  Approximately two years after transferring from
19  the Division of Employment and Training,
20  approximately two years after that.
21  Q.  So you are not sure of the dates, but you
22  are sort of sure of the time frame?
23  A.  I'm not sure of the exact date, no.
24  Q.  Do you know a year?
25  A.  The year I became a senior electrician -- I

**Page 12**

1  don't know the exact year, but I know that I was a
2  senior electrician and human resources has that
3  information.
4  Q.  I'm asking from your recollection, not
5  from a different entity.  So we are clear, you have
6  no recollection of the specific year that you became
7  a senior electrician?
8  A.  If I have a calendar, we can look back for the
9  years, and I can tell you exactly what year.
10  MR. TIEMAN:  You can answer his question.
11  Do you want to read that back?
12  (The requested portion was read back.)
13  A.  The exact year -- I don't know the exact year.
14  Q.  I believe you testified before that the
15  position of senior electrician -- strike that.
16  Your present title continues to be senior
17  electrician, correct?
18  A.  Yes.
19  Q.  To the present?
20  A.  Yes.
21  Q.  I'm going to show you a document which
22  was previously marked Kenney-5.  I can take G-1 from
23  you.  If you need to refer to G-1 at all, I'll place
24  it on the table here.  I'll show you a document
25  previously marked as Kenney-5 at an earlier

**Page 13**

1  deposition.  Take your time and take a look at that
2  document.
3  Have you had an opportunity to review that
4  document?
5  A.  Yes.
6  Q.  Would you agree with me Kenney-5 is the
7  first amended complaint that you filed in this action
8  brought against the county, Mr. Krzyanowski, Mr.
9  Compton and Mr. Bell?
10  A.  Yes.
11  Q.  Now, prior to having that complaint
12  filed, did you have an opportunity to review that
13  with your counsel?
14  A.  This right here, yes.
15  Q.  "This right here" being Kenney-5, did you
16  have an opportunity to review the contents of the
17  first amended complaint with your counsel prior to it
18  being filed?
19  A.  No, no.  Prior to it being filed, no.
20  Q.  You were aware they were filing it on
21  your behalf?
22  A.  I was aware of that, yes.
23  Q.  I'm going ask you some questions about
24  Kenney-5 specific to some of the claims that are
25  being made within that complaint.  Do you understand

**Page 106**

1        MR. TIEMAN: Objection.
2        You can answer.
3  A.  I believe he obtained the position.
4  Q.  This is in an addition to any other
5  position that he had held in the county?
6  A.  I -- I'm not sure.
7  Q.  Isn't it true that Mr. Gawron basically
8  was the chief project coordinator at this time in the
9  county?
10  A.  Yes.
11  Q.  And again, the position was posted in
12  anticipation of him either vacating the position or
13  leaving the position open, correct?
14  A.  Yes.
15  Q.  And to the best of your knowledge, that
16  didn't happen, Gawron didn't vacate the position or
17  leave it open, correct?
18  A.  Repeat that question again, please.
19        MR. KOVATS: I'll ask it be read back.
20        (Whereupon the requested portion was read
21  back.)
22  A.  Vacate the position of what, the chief or
23  the --
24  Q.  Chief project coordinator.
25  A.  Okay, according to my knowledge, Walter Gawron

**Page 107**

1  is the chief project coordinator.
2  Q.  And he was prior to this posting,
3  correct?
4  A.  Prior to the posting for the chief project
5  coordinator?
6  Q.  Correct.
7  A.  No, I can't --
8  Q.  Isn't it true Mr. Gawron -- they
9  anticipated Mr. Gawron leaving his position in the
10  county and then in anticipation of that there was a
11  posting, correct?
12        MR. TIEMAN: Objection.
13  A.  Yes.
14  Q.  But when he didn't leave, they didn't
15  fill that position with someone else, correct?
16        MR. TIEMAN: Objection.
17        You can answer.
18  A.  I don't know.
19  Q.  You don't have any information to testify
20  that a less qualified candidate obtained that
21  position or a non-black applicant obtained that
22  position, correct?
23  A.  It's -- I don't know. The county has a
24  practice of not letting people know who receives the
25  position. They keep that a secret. It's a secret.

**Page 108**

1  They never inform anyone -- even all those
2  positions, we are not informed who received it. We
3  have to seek. We have to find. We have to search.
4  We have to beg who received that position.
5  Q.  Same question, do you know whether that
6  position was filled?
7  A.  No, I don't know.
8  Q.  So you can provide no testimony it was
9  filled with a less qualified candidate or a non-
10  black candidate, correct?
11  A.  Right, I don't know if it was filled.
12  Q.  Next position on page four is the general
13  supervisor of building services, correct?
14  A.  Correct.
15  Q.  We have already established that you hold
16  no promotional title in building services, correct?
17  A.  Correct.
18  Q.  There was no posting number?
19  A.  No.
20  Q.  But there was a posting?
21  A.  Yes.
22  Q.  What was the nature of that job?
23  A.  General manager, general supervisor of building
24  services.
25  Q.  Okay. Who's Scott Griffin?

**Page 109**

1  A.  Who's Scott Griffin?
2  Q.  Yes, sir.
3  A.  He's the former maintenance supervisor for
4  buildings and grounds, one of the maintenance
5  supervisors for building and grounds.
6  Q.  So he held a position within the building
7  services promotional titles, correct?
8  A.  Yes.
9  Q.  You weren't granted an interview by Mr.
10  Shirley, correct?
11  A.  Yes.
12  Q.  You were not successful in taking the
13  position?
14  A.  Correct.
15  Q.  To your knowledge based upon the
16  information here, Mr. Scott Griffin obtained the
17  position?
18  A.  Yes.
19  Q.  Was the posting -- did the posting
20  identify the need to have qualifications in building
21  services?
22  A.  I'm not sure about that.
23  Q.  Moving on to page five, you identify the
24  position there at the top of the page as management
25  assistant, correct?

## Page 114

1  not again, excuse me. This was something in or about
2  March of 2016?
3  A.  Correct.
4  Q.  What was the nature of this position?
5  A.  That you would do maintenance and repair, minor
6  repairing -- that you would supervise maintenance
7  repair individuals. Sorry.
8  Q.  Maintenance repair and what?
9  A.  It could be changing light bulbs, changing
10  light fixtures, repairing walls.
11  Q.  Was it your understanding that this title
12  was in the -- strike that.
13      That this was a promotional title within
14  building services?
15  A.  Yes.
16  Q.  I think you indicate here a Kevin
17  Baxter -- you indicate you are not sure, but you
18  believe Kevin Baxter may have received this position,
19  correct?
20  A.  Correct.
21  Q.  You also indicated he once held the title
22  of senior electrician?
23  A.  Correct.
24  Q.  Do you know whether or not he changed his
25  job title to be within building services?

## Page 115

1  A.  He did not change his job title.
2  Q.  But you are not sure he received this
3  position?
4  A.  I'm absolutely sure he received a position as a
5  maintenance repair supervisor.
6  Q.  But you are not sure whether or not he
7  received this position?
8  A.  He received the position as supervisor of
9  maintenance repair so...
10  Q.  I'm going to ask you to listen to my
11  question very carefully. The position you identified
12  here is an application that was made by you in or
13  about March 2016 in your interrogatory responses, you
14  state "Plaintiff is unsure but believes Kevin Baxter
15  may have received this position who once held a title
16  as senior electrician." Did I read that correctly,
17  sir?
18  A.  Yes.
19  Q.  Is it your testimony today that since the
20  production of these interrogatories you have now
21  confirmed your belief that he did receive this
22  position?
23  A.  I'm not sure but -- I'm not sure he received
24  the position.
25  Q.  Looking at the next one in line, crew

## Page 116



1  supervisor building maintenance worker, can you
2  describe this position for us?
3  A.  Supervise -- crew supervisor. It's a new
4  position that was posted and this position is to
5  supervise the crew. Crew supervisor building
6  maintenance worker, they supervise the crew.
7  Q.  This is again within the building
8  services promotional job title?
9  A.  Yes.
10  Q.  Okay. And to be clear, building
11  services, basically is it your understanding that the
12  job titles involve basically building maintenance
13  worker, basically janitorial services?
14  A.  Yes.
15  Q.  And you never held any of those positions
16  in any civil service titled position, correct?
17  A.  Correct.
18  Q.  You indicated that position went to
19  Robert Briscoe, B-R-I-S-C-O-E, is that correct?
20  A.  Correct.
21  Q.  And do you know Mr. Briscoe?
22  A.  Yes.
23  Q.  Do you know what positions he has held in
24  the county?
25  A.  He is a carpenter.

## Page 117



1  Q.  Any other positions he has held in the
2  county?
3  A.  That's all I know of. He was a carpenter prior
4  to that that never completed his probationary
5  period.
6  Q.  So he has not maintained being a
7  carpenter in the county?
8  A.  No, he is not. He is no longer a carpenter
9  now, but he never received a probationary period to
10  even transfer -- to receive a promotion for
11  supervisor.
12  Q.  And you know that why, because he didn't
13  complete his probation period?
14  A.  Just from his supervisor Jason Dezeoto informed
15  me he did not complete his probationary period for
16  any promotion for that matter.
17  Q.  Do you know whether or not he held any
18  other titles?
19  A.  No.
20  Q.  Any promotional titles?
21  A.  No.
22  Q.  It's entirely possible that he did? Did
23  you understand my question?
24  A.  Well, I'm not going to assume that he did.
25  Q.  You certainly don't have any knowledge



**Page 162**

1  Q.   And when were you prescribed that
2  medication?
3  A.   That was in a few weeks -- within a few weeks
4  or a month or so.
5  Q.   So none of the acts that you complained
6  of caused you to take anxiety medication until a few
7  weeks ago?
8  A.   No, that's not true.  I have been seeing my
9  therapist, Stress Care therapist, Barbara Russo, and
10 I brought it to her attention, and she requested
11 that I do some -- either get medication from a
12 doctor or do some homeopathic type things to reduce
13 my stress.
14 Q.   When did you first seek treatment with
15 Dr. Russo?  Excuse me, she's not a doctor.
16        When did you first start treatment with the
17 licensed clinical social worker Ms. Russo?
18 A.   I don't have the dates with me now, but it
19 was -- I met with her quite some time -- probably
20 almost a year or so ago.
21 Q.   When did she refer you -- strike that.
22        When did she recommend you take medication
23 for anxiety or stress?
24 A.   When I spoke to her, she said maybe I should
25 take something for that to help calm me down within

**Page 163**

1  the first couple of visits I met with her.
2  Q.   And you believe you started treatment
3  with her about a year ago so maybe January 2016?
4  A.   I'm not sure of the exact date but on or about.
5  Q.   Approximately a year ago.  I don't want
6  you to guess, maybe approximately?
7  A.   Yes, on or about.
8  Q.   Dr. Russo recommended you obtain
9  medication for anxiety for stress within the first
10 few sessions with her, yet it only took you in the
11 last few weeks to receive medication for the anxiety?
12 A.   Well, I've been doing homeopathic things to
13 alleve my stress and anxiety.
14 Q.   What homeopathic methods have you been
15 doing?
16 A.   Stress talk with her.  I've been talking with
17 my psych Dr. Robert Holstein.  I've been talking
18 with him and just communicating, unloading.
19 Q.   How is talking to another doctor a
20 homeopathic method?
21 A.   I wouldn't say -- homeopathic is not taking
22 medication or trying not to take medication.
23 Q.   When did you first visit Dr. Russell
24 Holstein?
25 A.   I visited him in 2016.  I still see him now.

**Page 164**

1  Q.   Do you recall when?
2  A.   I can't recall the exact time.
3  Q.   Do you recall how many times you visited
4  Dr. Holstein?
5  A.   I visited him at one point for a period --
6  actually, it was a few visits, I said twice, but it
7  was a few visits and then I started going to the
8  Stress Care because I needed a little bit more talk
9  therapy.
10 Q.   But I thought your testimony was Ms.
11 Russo recommended you engage in homeopathic methods
12 and thereafter you spoke with Dr. Holstein.
13 A.   Excuse me?
14 Q.   Your testimony earlier was that you met
15 with Mr. Russo who suggested homeopathic methods and
16 then you spoke with Dr. Holstein.
17 A.   No, I was doing all those in conjunction with
18 each other.
19 Q.   You were seeing four health care
20 professionals at once?
21 A.   Yes, some is better than others; believe it or
22 not, some is better than others.
23 Q.   Who do you currently treat with for
24 anxiety and stress?
25 A.   I still go to the Stress Care Center and Dr.

**Page 165**

1  Russell Holstein and I see my general practitioner.
2  Q.   Who was the individual who actually
3  prescribed you medication for anxiety and stress?
4  A.   Only a doctor can do that.
5  Q.   Which doctor prescribed you medication?
6  A.   Dr. Graebel M.D.
7  Q.   And what kind of doctor is Dr. Russell
8  Holstein?
9  A.   He is a psychiatrist.
10 Q.   And Dr. Holstein has not prescribed you
11 any medication?
12 A.   Dr. Graebel prescribed the medication.
13 Q.   Is it your testimony you are currently on
14 medication for anxiety and for a sleep disorder?
15 A.   It's anxiety medication and for rest.
16 Q.   Is it one medication or two medications?
17 A.   It's one medication.
18 Q.   How often do you take this medication?
19 A.   It's a medication I take every day, as needed
20 every day.
21 Q.   Do you take it in the morning or at
22 night?
23 A.   As needed every day I take it.
24 Q.   Do you generally take, for lack of a
25 better word, one pill a day?




# The Board of Chosen Freeholders
## of the County of Monmouth

**FREDRICA A. BROWN**
Personnel Officer
(732) 431-7300

Gerald R. Plotnick
Benefits Coordinator
(732) 303-7655

February 16, 2005



**HALL OF RECORDS**
1 E. MAIN STREET
FREEHOLD, NEW JERSEY 07728
Fax: (732) 431-7924

Mr. Luther S. Graham
474 Sairs Avenue/6B
Long Branch, New Jersey 07740

Dear Mr. Graham:

On behalf on the Board of Chosen Freeholders, we are pleased to confirm that you have accepted the County of Monmouth's job offer for the position of Electrician in the Monmouth County Building and Grounds Department/Trades Area. You will receive an annualized salary of $34,000. The start date of your employment will be Monday, March 7, 2005.

This job offer is conditioned upon the successful completion of reference checks, fingerprints and any medical clearances as required of your position. Unsatisfactory results may be cause for this offer to be rescinded.

This "permanent" appointment will become final after you complete a work test period. You will receive additional information about this evaluation period from this office.

Please review the attached schedule for your New Hire Orientation program, which coincides with your first day of work. Your required participation will help you appreciate the many excellent County benefits and the advantages of becoming a Public Service employee.

Should you have any questions, please do not hesitate to contact me.

Once again, welcome and good luck.

Sincerely,

Jacquelin Y. Signorelli
Personnel Assistant

Encl. (3)
1. Orientation Schedule
2. List of Required Documents
3. Map & Parking

CF: D. Krzyzanowski, B&G
J. Cerreta, B&G

MonCty 00903

**CAMPS - Transaction History**

Page 1 of 1

new jersey
department of personnel njdop CAMPS
COUNTY AND MUNICIPAL PERSONNEL SYSTEM

| Home | Select Jurisdiction | New Transaction | Reports | Queries | Help | Logout |

User: SUZANNE OGBORNE
Juris Base: 130000 - MONMOUTH COUNTY - ALL DEPARTMENTS: Online

## Job History

| | |
|---|---|
| Employee ID: | 000496723 |
| Employee Name: | LUTHER S GRAHAM |
| Job Number: | 1 |
| Hire Date: | 03/07/2005 |
| Total Salary: | 43301 |
| Essential Employee: | N |

| | |
|---|---|
| Perm Service Entry Date: | 03/07/2005 |
| Perm Title Code: | 01706 |
| Perm Title Ed-level: | A/1 |
| Perm Title Class Code: | 01 |
| Perm Appt Date: | 03/07/2005 |
| Working Test End Date: | 08/03/2008 |

| | Effective Date | Transaction Code | RC | Department Name | Appt Type | CM | Title Code | Title Name | Request ID |
|---|---|---|---|---|---|---|---|---|---|
| ○ | 05/03/2008 | 03-Conversion of Appointment Type | | PUBLIC WORKS BUILDINGS AND GROUNDS | RAP | 01 | 03308 | SR ELECTRCN | 13000007050800106 |
| ○ | 08/27/2007 | 08-Promotion | | PUBLIC WORKS BUILDINGS AND GROUNDS | PAP | 01 | 03308 | SR ELECTRCN | 13000007080700178 |
| ○ | 03/07/2005 | 02-New Hire | | PUBLIC WORKS BUILDINGS AND GROUNDS | RAO | 01 | 01706 | ELECTRCN | 13000007030500014 |

| View | Cancel |

# EXHIBIT B

# MONMOUTH COUNTY
## REPORTABLE INCIDENT / COMPLAINT FORM

Proper workplace conduct is a top priority of Monmouth County. County employees are expected to adhere to all policies, procedures, rules, regulations and NJ and Federal Statutes. In order to maintain a transparent, ethical and responsible work environment and to ensure the public's satisfaction with our service, this Reportable Incident / Complaint Form has been established to track, respond and rectify all complaints. This form is to be completed by the employee receiving the complaint or a designated department intake person. Examples of reportable incidents include violations of county policies and procedures, misuse of county vehicle, safety issues and any reportable misconduct. Complete this form in full immediately upon receiving a reportable incident and submit to Human Resources within 24 hours or as soon as practicable.

**MAY BE COMPLETED BY INTAKE PERSON WITHIN THE COUNTY OR COMPLAINANT**

**I. REPORTABLE INCIDENT / COMPLAINT INFORMATION**

Today's Date: March 12, 2015

Name of Intake Person: _____ First Name _____ Last Name _____

Date of Incident: November 2014 Current and ongoing February 4 - 2015   Time: ☑ am ☐ pm   Location: Various County locations
On or about November 2019

How was the incident reported? ☐ Phone ☐ Mail ☐ Email ☑ Written ☑ Other Kevin J Burke @ 8:30AM meeting 2-4-2015

Person reporting complaint: ☑ Mr. ☐ Mrs. ☐ Ms.   First Name Luther   Last Name Graham

☑ Employee ☐ Citizen

Telephone Numbers:   Home N A   Cell 732-809-6908   Work 732-431-7360

Email address: luthersgraham@gmail.com

Complete home address: 56 B Manchester Court Freehold, New Jersey 07728

Employer name & address: The Monmouth County Human Resources Department
Hall of Records  1 East Main St. Freehold NJ 07728

**II. MONMOUTH COUNTY EMPLOYEE(S) INVOLVED**

Employee full name / Employee's Job title or work assignment / County Owned Vehicle Information (If involved with complaint/incident)

Robert W. Compton, Superintendent Buildings and Grounds
David Krzyzanowski, Supervisor of General Services
Craig Bell   General Trades Supervisor

Employee name unknown: Describe employee using distinguishing characteristics, e.g. hair color, height, badge I.D. #, uniform color, tattoo, gender, other.

**III. INCIDENT DETAILS**

Full description of events:

See attached: 2 pages letter dated March 12, 2015
2 Pages E-mail dated November 26, 2014
4 Pages E-mail dated July 24, 2013
3 Pages E-mail dated March 7, 2013

(Luther S. Graham)

Additional attachments and/or documentation? ☑ Yes ☐ No

**COMPLETED BY HUMAN RESOURCES**

**IV. How was the incident form received?** ☐ Phone ☐ Mail ☐ Email ☐ Other _____

Date received _____   Time received _____ ☐ am ☐ pm   Control # HR2012-

Received by (print name) _____   Signature _____

9-2012   HR-24

ATTENTION: Scott Climer

Completed forms should be faxed to 732-431-7924 or emailed to mehrintake@co.monmouth.nj.us

DISMISSAL-CELL DEPARTMENT: RECEIVED 15 MAR 12 PM 2:57



Luther Graham
56B Manchester Court
Freehold, New Jersey  07728
(732) 809-6908
luthers.graham@gmail.com

March 12, 2015

Incident Details:

Please accept this complaint detailing my unfair, unjust and undue experience as a stellar employee of Monmouth County.  Management has been given a full description of events during a previously scheduled meeting, which include but are not limited to, on-going harassment, discrimination, hostile work environment, unfair practices, job promotion discrimination and procedural defects in job promotions, which are violations of the New Jersey State Policy Prohibiting Discrimination in the Workplace.

Management has also been made aware of, to include but not limited to, the egregious conduct centered toward me by Robert W. Compton, Superintendent Buildings and Grounds, and David Krzyzanowski, Supervisor of General Services and Craig Bell, General Trades Supervisor.  They continue to abuse and misuse their authority.

I have been retaliated against by virtue of participating in protected activity which has resulted in several adverse employment actions.  I applied for a position that was posted; Robert W. Compton and David Krzyzanowski have blatantly refused to fill the project coordinator position that is currently vacant.  I have been denied an interview.  There seems to be a disadvantage toward minorities (rules are not applied even handedly) when it comes to job postings and promotions but not limited to.  I am an eligible employee and I have been denied an opportunity for an interview and promotions because of bias, this is illegal.  I have rights!

Next, I was told by Aaron Kinney, Electrical Supervisor that David Krzyzanowski, Supervisor of General Services told him to "get rid of me." I take this threat serious and fear for my safety and job security.  Aaron Kinney, Electrical Supervisor also informed me that when he and I are driving around in the county vehicle, they make a mockery statement, i.e., "Driving Ms. Daisy." This rises to the level of discrimination, employment bullying and it's egregious, others are aware of these comments.  Management has proof and to date have done nothing.  Due to their

P50

March 12, 2015
Page 2

inactions, they have now created a hostile environment. I am the victim. This is also negligence retention on management's part; I have the protection of long-term employment, coupled with my unblemished employment history, and should not be subjected to threats to my life and job security, such as "Get rid of him." I also have copies of 3 emails that are descriptive showing derogatory references, i.e., see New Jersey State Policy Prohibiting Discrimination in the Workplace, page 3, bullets 3 and 5. By way of this letter, I am making a third party complaint.

As a remedy, Luther Graham demands, including but not limited to, management to take whatever actions it deems appropriate: removal, re-assignment, refer to other appropriate authorities for review of violations of state and federal statues, rightful opportunity for interviews, non-bias approach when placing supervisor to work in the Building and Grounds Trades Department. There are a disproportionate number of minority supervisors and staff compared to Caucasian; correct procedural defects in job promotions; cease and desist in job promotion discrimination; apply all rules even-handedly without a disadvantage to minorities; recruit minority management; compel affirmative officer to assist staff. Cease and desist in violations of the New Jersey State Policy Prohibiting Discrimination in the workplace; stop workplace bullying and all unlawful conduct. Offer assistance to victims to help them cope with the devastating effect of such unlawful conduct.

In closing, I have presented substantial evidence to prove that Mr. Compton, Mr. Krzyzanowski and Mr. Bell are guilty and should be charged and disciplinary consequences should flow from the aforementioned conduct.

I greatly appreciate your time, attention, and just consideration of my circumstances. I hereby certify that the foregoing statements made by me are all true to the best of my knowledge, information, and belief. I am aware that if any of the foregoing statements made by me are willfully false, that I am subject to punishment under the law.

Respectfully submitted,

Luther Graham, Senior Electrician

attachment

# COPY

**Kinney, Aaron**

From:       Kinney, Aaron
Sent:       Wednesday, November 26, 2014 2:14 PM
To:         'luther.graham@gmail.com'
Subject:    FW: Hepatitus shots

From: Kinney, Aaron
Sent: Wednesday, November 26, 2014 12:15 PM
To: 'aaronkinney@optonline.net'
Subject: FW: Hepatitus shots

From: DeSlato, Jason
Sent: Wednesday, March 19, 2014 3:20 PM
To: Kinney, Aaron
Subject: FW: Hepatitus shots

From: Krzyzanowski, Dave
Sent: Wednesday, March 19, 2014 1:31 PM
To: DeSlato, Jason
Subject: RE: Hepatitus shots

Do you want me to put you over my knee and teach you the meaning of " Chain of command?"

Thanks
Dave

From: DeSlato, Jason
Sent: Wednesday, March 19, 2014 1:11 PM
To: Krzyzanowski, Dave
Cc: Bell, Craig
Subject: RE: Hepatitus shots

I'm sorry, it was your name James Mogee referenced in his weekly e-mail so I thought it was best to go right to the source.

From: Krzyzanowski, Dave
Sent: Wednesday, March 19, 2014 10:42 AM
To: DeSlato, Jason
Subject: RE: Hepatitus shots

I'm sorry, I don't recognize you as someone directly in my lower chain of command. Please discuss your concerns with your immediate supervisor and if appropriate, they will bring your concerns to my attention...

Thanks
Dave

1

Thank you for your cooperation

Dave

**From:** DeSlato, Jason
**Sent:** Wednesday, March 19, 2014 7:34 AM
**To:** Krzyzanowski, Dave
**Cc:** Bell, Craig
**Subject:** Hepatitus shots

Dave, I have several employees who want the vaccine, including myself.

NOTICE OF CONFIDENTIALITY
This message, including any prior messages and attachments, may contain advisory, consultative and/or deliberative material, confidential information or privileged communications of the County of Monmouth. Access to this message by anyone other than the sender and the intended recipient(s) is unauthorized. If you are not the intended recipient of this message, any disclosure, copying, distribution or action taken or not taken in reliance on it, without the expressed written consent of the County, is prohibited. If you have received this message in error, you should not save, scan, transmit, print, use or disseminate this message or any information contained in this message in any way and you should promptly delete or destroy this message and all copies of it. Please notify the sender by return e-mail if you have received this message in error.

NOTICE OF CONFIDENTIALITY
This message, including any prior messages and attachments, may contain advisory, consultative and/or deliberative material, confidential information or privileged communications of the County of Monmouth. Access to this message by anyone other than the sender and the intended recipient(s) is unauthorized. If you are not the intended recipient of this message, any disclosure, copying, distribution or action taken or not taken in reliance on it, without the expressed written consent of the County, is prohibited. If you have received this message in error, you should not save, scan, transmit, print, use or disseminate this message or any information contained in this message in any way and you should promptly delete or destroy this message and all copies of it. Please notify the sender by return e-mail if you have received this message in error.

NOTICE OF CONFIDENTIALITY
This message, including any prior messages and attachments, may contain advisory, consultative and/or deliberative material, confidential information or privileged communications of the County of Monmouth. Access to this message by anyone other than the sender and the intended recipient(s) is unauthorized. If you are not the intended recipient of this message, any disclosure, copying, distribution or action taken or not taken in reliance on it, without the expressed written consent of the County, is prohibited. If you have received this message in error, you should not save, scan, transmit, print, use or disseminate this message or any information contained in this message in any way and you should promptly delete or destroy this message and all copies of it. Please notify the sender by return e-mail if you have received this message in error.

NOTICE OF CONFIDENTIALITY
This message, including any prior messages and attachments, may contain advisory, consultative and/or deliberative material, confidential information or privileged communications of the County of Monmouth. Access to this message by anyone other than the sender and the intended recipient(s) is unauthorized. If you are not the intended recipient of this message, any disclosure, copying, distribution or action taken or not taken in reliance on it, without the expressed written consent of the County, is prohibited. If you have received this message in error, you should not save, scan, transmit, print, use or disseminate this message or any information contained in this message in any way and you should promptly delete or destroy this message and all copies of it. Please notify the sender by return e-mail if you have received this message in error.

NOTICE OF CONFIDENTIALITY
This message, including any prior messages and attachments, may contain advisory, consultative and/or deliberative material, confidential information or privileged communications of the County of Monmouth. Access to this message by anyone other than the sender and the intended recipient(s) is unauthorized. If you are not the intended recipient of this message, any disclosure, copying, distribution or action taken or not taken in reliance on it, without the expressed written consent of the County, is prohibited. If you have received this message in error, you should not save, scan, transmit, print, use or disseminate this message or any information contained in this message in any way and you should promptly delete or destroy this message and all copies of it. Please notify the sender by return e-mail if you have received this message in error.

Kinney, Aaron

# 🗋 COPY

| | |
|---|---|
| **From:** | Bell, Craig |
| **Sent:** | Friday, July 26, 2013 10:45 AM |
| **To:** | Kinney, Aaron; Koziol, Chris; Plummer, Paul |
| **Cc:** | Mogee, James |
| **Subject:** | FW: Confined space |
| **Attachments:** | MR900440408.JPG; MH900301300.JPG |

Aaron, other than the pit @ BFT PL, I don't know of any others that pertain to the Electricians. Paul, yours should just be various lift stations; i.e. Dist #7. Chris, you have the most to identify.

Guys, try to get me something by the end of next week; Friday, August 2nd....2013!

Thanks,
Craig

**From:** Krzyzanowski, Dave
**Sent:** Friday, July 26, 2013 10:27 AM
**To:** Bell, Craig
**Subject:** Confined space

Craig,

We talked a couple of weeks ago about having to complete the Confined Space Inventory for Kathy before we can have the formal training to operate inside those spaces. You asked your Supervisors to make some time to sit down and get this out of the way, but I haven't seen anything yet. I know we are all EXTREMLY busy but this needs to be done. Inventory and pictures. If your staff does the inventories, I'm sure we can get some help from Building Services for the pictures...

If you need some assistance in persuading your staff to make this happen, perhaps the two attachments will help motivate...

Thanks
Dave

**David Krzyzanowski**

Supervisor General Services Operations
Monmouth County Buildings & Grounds
250 Center Street
Freehold, NJ. 07728
Office 732-431-7360 X-2172
Cell 732-299-4863
Fax 732-409-7592
E-mail dkrzyzan@co.monmouth.nj.us

NOTICE OF CONFIDENTIALITY
This message, including any prior messages and attachments, may contain advisory, consultative and/or deliberative material, confidential information or privileged communications of the County of Monmouth. Access to this message by anyone other than the sender and the intended recipient(s) is unauthorized. If you are not the intended recipient of this message, any disclosure, copying, distribution or action taken or not taken in reliance on it, without the expressed written consent of the County, is prohibited. If you have received this message in error, you should not save, scan, transmit, print, use or disseminate this message or any information contained in this message in any way and you should promptly delete or destroy this message and all copies of it. Please notify the sender by return e-mail if you have received this message in error

1

P54

COPY



COPY



## COPY

Kinney, Aaron

From:          Kinney, Aaron
Sent:          Thursday, March 07, 2013 7:25 AM
To:            Krzyzanowski, Dave; Compton, Robert; Kinney, Aaron
Cc:            Compton, Robert
Subject:       RE: Procedure being followed by electrical dept. for work request

I went to your office on 3/5/13 to discuss my over all work performance, (my relation with Mr. Bell) and accusations made in refrence to my doing nothing at Dist 8. At no time did you ever ask me what I did at dist 8 or question what did Mr. Bells complaints about me intall which were numerous acusations. Instead you accused me of being driven around by luther like Miss Dalse. Held me responsible for a false assumption that my employee (luther) wasn't on the job on 3/4/13) which wasn't true. How do you exspect me to Justifie a false accusation that has no foundation of truth. At no time has Craig Bell asked me what I did at Dist 8 and again on 3/6/13 while he was in my office he implyed again that if I need down time I shouldn't be riding around with luther.
On 3/5/13 you told me that I should talk to Craig and support him.
My Attempt to place all of my self and responsibility under his review gets me more comdemnation from you.
How do you exspect me to work for any one who twist every thing you do.
So I will make at Time managment sheet for my self and I will label it Driving Miss. Dalse.
At any time you or any one wish to see what I do ask and it shall be give to you

I am no a happy camper and your right this probable is not a smart move. but when all else fails you have to believe that TRUTH will pervail.


                              Aaron Kinney


From: Kinney, Aaron
Sent: Thursday, March 07, 2013 7:03 AM
To: Krzyzanowski, Dave
Subject: RE: Procedure being followed by electrical dept. for work request

You havent seen nothing Dalse ant happy

From: Krzyzanowski, Dave
Sent: Wednesday, March 06, 2013 3:22 PM
To: Kinney, Aaron
Subject: RE: Procedure being followed by electrical dept. for work request

For a smart person THAT was a real silly move Aaron.

From: Kinney, Aaron
Sent: Wednesday, March 06, 2013 2:20 PM
To: Krzyzanowski, Dave
Subject: RE: Procedure being followed by electrical dept. for work request

Your right I did not. I missed Mogee to

From: Krzyzanowski, Dave
Sent: Wednesday, March 06, 2013 2:14 PM

1

**To:** Kinney, Aaron
**Subject:** RE: Procedure being followed by electrical dept. for work request

Did you send this to Craig?

Dave

**From:** Kinney, Aaron
**Sent:** Wednesday, March 06, 2013 2:10 PM
**To:** Compton, Robert; Krzyzanowski, Dave; Shirley, James; Gawron, Walter; Curti, John; Palumbo, James; Brzozowski, Stanley; Kinney, Aaron; Thomas, Cecelia; Coyle, Tom; Gibson, Paul; Devito, Leila; Brock, Thomas; Griffin, Scott; Fortier, Alain; Rotondo, Ken; Bentsen, David; Strucek, Richard; Strich, Ron; Robert Vignolini; jattanga@monmouth.nj.us; DeSiato, Jason; Ganley, Marty; Peda, John; Kleschinsky, Steve; Koziol, Chris; Plummer, Paul
**Subject:** Procedure being followed by electrical dept. for work request

For your review.
          Looking forward to your cooperation in this matter.

                    Aaron Kinney

NOTICE OF CONFIDENTIALITY
This message, including any prior messages and attachments, may contain advisory, consultative and/or deliberative material, confidential information or privileged communications of the County of Monmouth. Access to this message by anyone other than the sender and the intended recipient(s) is unauthorized. If you are not the intended recipient of this message, any disclosure, copying, distribution or action taken or not taken in reliance on it, without the expressed written consent of the County, is prohibited. If you have received this message in error, you should not save, scan, transmit, print, use or disseminate this message or any information contained in this message in any way and you should promptly delete or destroy this message and all copies of it. Please notify the sender by return e-mail if you have received this message in error.

NOTICE OF CONFIDENTIALITY
This message, including any prior messages and attachments, may contain advisory, consultative and/or deliberative material, confidential information or privileged communications of the County of Monmouth. Access to this message by anyone other than the sender and the intended recipient(s) is unauthorized. If you are not the intended recipient of this message, any disclosure, copying, distribution or action taken or not taken in reliance on it, without the expressed written consent of the County, is prohibited. If you have received this message in error, you should not save, scan, transmit, print, use or disseminate this message or any information contained in this message in any way and you should promptly delete or destroy this message and all copies of it. Please notify the sender by return e-mail if you have received this message in error.

NOTICE OF CONFIDENTIALITY
This message, including any prior messages and attachments, may contain advisory, consultative and/or deliberative material, confidential information or privileged communications of the County of Monmouth. Access to this message by anyone other than the sender and the intended recipient(s) is unauthorized. If you are not the intended recipient of this message, any disclosure, copying, distribution or action taken or not taken in reliance on it, without the expressed written consent of the County, is prohibited. If you have received this message in error, you should not save, scan, transmit, print, use or disseminate this message or any information contained in this message in any way and you should promptly delete or destroy this message and all copies of it. Please notify the sender by return e-mail if you have received this message in error.

NOTICE OF CONFIDENTIALITY
This message, including any prior messages and attachments, may contain advisory, consultative and/or deliberative material, confidential information or privileged communications of the County of Monmouth. Access to this message by anyone other than the sender and the intended recipient(s) is unauthorized. If you are not the intended recipient of this message, any disclosure, copying, distribution or action taken or not taken in reliance on it, without the expressed written consent of the County, is prohibited. If you have received this message in error, you should not save, scan, transmit, print, use or disseminate this message or any information contained in this message in any way and you should promptly delete or destroy this message and all copies of it. Please notify the sender by return e-mail if you have received this message in error.

NOTICE OF CONFIDENTIALITY
This message, including any prior messages and attachments, may contain advisory, consultative and/or deliberative material, confidential information or privileged communications of the County of Monmouth. Access to this message by anyone other than the sender and the intended recipient(s) is unauthorized. If you are not the intended recipient of this message, any disclosure, copying, distribution or action taken or not taken in reliance on it, without the expressed written

consent of the County, is prohibited. If you have received this message in error, you should not save, scan, transmit, print, use or disseminate this message or any information contained in this message in any way and you should promptly delete or destroy this message and all copies of it. Please notify the sender by return e-mail if you have received this message in error.

3



# MONMOUTH COUNTY
# REPORTABLE INCIDENT / COMPLAINT FORM

Proper workplace conduct is a top priority of Monmouth County.  County employees are expected to adhere to all policies, procedures, rules, regulations and NJ and Federal Statutes.  In order to maintain a transparent, ethical and responsible work environment and to ensure the public's satisfaction with our service, this Reportable Incident / Complaint Form has been established to track, respond and rectify all complaints.  This form is to be completed by the employee receiving the complaint or a designated department intake person.  Examples of reportable incidents include violations of county policies and procedures, misuse of county vehicles, safety issues and any reportable misconduct.  Complete this form in full immediately upon receiving a reportable incident and submit to Human Resources within 24 hours or as soon as practicable.

### MAY BE COMPLETED BY INTAKE PERSON WITHIN THE COUNTY OR COMPLAINANT

**I. REPORTABLE INCIDENT / COMPLAINT INFORMATION**

Name of Intake Person _____   Today's Date _April 30, 2015_

First Name _On or about_   _On-going_   Last Name _____

Date of Incident _April 30, 2015_ Time _10:00_ ☒am ☐pm   Location _– court house_ _– 911 communication center_

How was the incident reported? ☐Phone ☐Mail ☐Email ☐Written ☒Other _Kevin J. Burke_

Person reporting complaint ☒Mr. ☐Mrs. ☐Ms.  First Name _Luther_  Last Name _Graham_

☐Employee ☐Citizen

Telephone Numbers   Home _N/A_   Cell _732-809-6908_   Work _732 - 431 - 7360_

Email address _luthers.grahams@mail.com_

Complete home address _516 B Manchester court Freehold NJ 07728_

Employer name & address _Monmouth County Human Resources Department_
_Hall of Records 1 East Main St. Freehold NJ 07728_

**II. MONMOUTH COUNTY EMPLOYEE(S) INVOLVED**

| Employee full name | Employee's job title or work assignment | County Owned Vehicle Information (if involved with complaint/incident) |
|---|---|---|
| Michael McCulough | asst. Super. Build. service | In Comm. center |
| michael markert | Asst. Super. Build. Service | court house |
| Robert W. Compton  and  David Krzyzanowski | | |

Employee name unknown:  Describe employee using distinguishing characteristics, e.g. hair color, height, badge I.D. #, uniform color, tattoo, gender, other.

**III. INCIDENT DETAILS**

Full description of events:

_See attached Incident Details_

RECEIVED 2015 MAY -1 PM 3:59

Additional attachments and/or documentation? ☐Yes ☐No

### COMPLETED BY HUMAN RESOURCES

**IV.** How was the incident form received? ☐Phone ☐Mail ☐Email ☐Other _____

Date received _____   Time received _____ ☐am ☐pm Control# _HR2012-_

Received by (print name) _____   Signature _____

9-2012

ATTENTION: Scott Climar

HR-24

Luther Graham
56B Manchester Court
Freehold, New Jersey  07728
(732) 809-6908;  luthers.graham@gmail.com

April 30, 2015

Incident Details:

Please accept this complaint detailing my on-going, unfair, unjust and undue experience as a stellar employee of Monmouth County, which include but are not limited to, on-going harassment, discrimination, hostile work environment, unfair practices, job promotion discrimination and procedural defects in job promotions, which are violations of the New Jersey State Policy Prohibiting Discrimination in the Workplace. In, addition wrongful promotion of two candidates to positions of Assistant Supervisor, Building Service (job specification 06467)

Management has also been made aware of, to include but not limited to, the egregious conduct centered toward me by Robert W. Compton, Superintendent Buildings and Grounds, and David Krzyzanowski, Supervisor of General Services and Craig Bell, General Trades Supervisor.  They continue to abuse and misuse their authority (violation of contact 2C.6).  Further, they are responsible for position placement and well aware of what's going on.

I was denied my rightful opportunity to express my interest in a position that would have provided an opportunity for a promotion for me. A job posting was posted December 18, 2014 with a closing date of December 26, 2014 for Assistant Supervising HVAC Mechanic (Regular) and a worksite (TBD). Only an employee with HVAC mechanic experience would apply. Thus, I did not apply. I find it extremely curious that two candidates were placed in the (Anticipated 2015 vacancy) for Assistant Supervising HVAC Mechanic yet promoted to Assistant Supervisor, Building Service. I was not given my rightful opportunity to express why I am a better candidate for Assistant Supervisor, Building Service because the job posting was for Assistant Supervising HVAC Mechanic NOT Assistant Supervisor, Building Service. This process conveys a notion of a tendency to abuse the possession of power. By way of this complaint I would like my rightful opportunity to apply and be considered for the two positions in Monmouth County. The first position in which Michael Markert was wrongfully promoted to at the courthouse as Assistant Supervisor, Building Service and the second position in which Michael McCulough was wrongfully promoted to at the 911 communication center.

I greatly appreciate your time, attention, and just consideration of my circumstances.  I hereby certify that the foregoing statements made by me are all true to the best of my knowledge, information, and belief.  I am aware that if any of the foregoing statements made by me are willfully false, that I am subject to punishment under the law.

Respectfully submitted,

Luther Graham, Senior Electrician



# MONMOUTH COUNTY
## REPORTABLE INCIDENT / COMPLAINT FORM

Proper workplace conduct is a top priority of Monmouth County. County employees are expected to adhere to all policies, procedures, rules, regulations and NJ and Federal Statutes. In order to maintain a transparent, ethical and responsible work environment and to ensure the public's satisfaction with our service, this Reportable Incident / Complaint Form has been established to track, respond and rectify all complaints. This form is to be completed by the employee receiving the complaint or a designated department intake person. Examples of reportable incidents include violations of county policies and procedures, misuse of county vehicles, safety issues and any reportable misconduct. Complete this form in full immediately upon receiving a reportable incident and submit to Human Resources within 24 hours or as soon as practicable.

~~THIS FORM MAY BE COMPLETED BY INTAKE PERSON WITHIN THE COUNTY OR COMPLAINANT~~

## I. REPORTABLE INCIDENT / COMPLAINT INFORMATION

Today's Date: _June 18 2015_

Name of Intake Person: _Luther_ (First Name)   _Graham_ (Last Name)

Date of Incident _on or about Feby 2015, April 24 2015 March 12, 2015_   Time _1:00_ ☐am ☑pm   Location _varus County Location & Hall of records_

How was the incident reported? ☐Phone ☐Mail ☐Email ☑Written ☑Other _Kevin J. Burke_

Person reporting complaint ☐Mr. ☐Mrs. ☐Ms. _Luther_ (First Name)   _Graham_ (Last Name)

☐Employee ☐Citizen

Telephone Numbers   Home _____   Cell (732) 809-6908   Work (732) 431-7360

Email address _Luthers.graham@gmail.com_

Complete home address _56 B Manchester Court, Freehold NJ 07728_

Employer name & address _Monmouth County Human Resources Department_
_Hall of Records, 1 EAST MAIN ST. Freehold NJ. 07728_

## II. MONMOUTH COUNTY EMPLOYEE(S) INVOLVED

| Employee full name | Employee's job title or work assignment | County Owned Vehicle Information (if involved with complaint/incident) |
|---|---|---|
| STEVEN Kleinman Eq | In House Special County Counsel | |
| Craig Daniels | Security Guard | |

Employee name unknown. Describe employee using distinguishing characteristics, e.g. hair color, height, badge I.D. #, uniform color, tattoo, gender, other.

## III. INCIDENT DETAILS

Full description of events:

_See attached Details_

**RECEIVED**
**JUN 26 2015**
MONMOUTH COUNTY
ADMINISTRATOR'S OFFICE

Additional attachments and/or documentation? ☐Yes ☐No

~~COMPLETED BY HUMAN RESOURCES~~

## IV. How was the incident form received? ☐Phone ☐Mail ☐Email ☐Other

Date received _____   Time received _____ ☐am ☐pm   Control # HR2011-

Received by (print name) _____   Signature _____

Luther Graham
56B Manchester Court
Freehold, New Jersey  07728
(732) 809-6908
luthers.graham@gmail.com

June 18, 2015

Incident Details: Monmouth County Human Resources

Please accept this correspondence with supporting documentation regarding violations of the New Jersey State Policy Prohibiting Discrimination in the Workplace and Breach of Fiduciary Duty by County Counsel, Steve Kleinman, Special County Counsel but not limited to:

**Charge of Discrimination:**  Retaliation, Race from November 2014 to the present but not limited to.

**Personal Harm:**  Complainant alleges he was subjected to acts of racism, reprisal and job promotion discrimination and hostile work environment.  Complainant working in a situation that has been acrimonious and hostile for some time, yet nobody has had the foresight to defuse the situation.

The Charge is based on the following:
   a.   Complainant belongs to a protected class in that he is African-American.

   b.   Complainant engaged in activities protected by law.  Specifically on or about November 18, 2014, February 4, 2015, March 12, 2015, April 30, 2015 and June 18, 2015.  Client made good faith complaints.  Client complained verbally and in writing to the following Monmouth County Human Resources via Monmouth County Reportable Incident/Complaint Form, State of New Jersey Public Employment Relations Commission (PERC) via two unfair practice charges and CWA Local 1075, AFL-CIO via Grievance Form, and in a meeting on February 4, 2015 with Mr. Burke.  To date, there has been no response from Human Resources.

   c.   Thereafter, Complainant has been subjected to adverse employment actions.  Specifically on or about April 2015 and May 2015, he has been harassed about time, discrimination in job promotion and issues of concern regarding racism and victim of conduct unbecoming of Steve Kleinman, Special County Counsel.  Specifically, on May 5, 2015 after a PERC matter with Steve Kleinman, myself,

Case 3:16-cv-01578-PGS-LHG   Document 36-6   Filed 04/21/17   Page 177 of 221 PageID: 594

Incident Details/ Monmouth County Human Resources
June 18, 2013
Page 2

Mr. Ablon, Mr. Kleinman failed to execute the best legal capabilities in order to protect the interests of Complainant and violated confidentiality by disclosing information to Craig Daniels regarding my matter at PERC on May 5, 2015 and Breach of Fiduciary Duty and inconsistencies in his position of statements to PERC; two different versions in which I received after I complained May 2, 2015. I received on or about May 12, 2015.

d.   There is a casual connection between Complainant's protected activity and Respondent's adverse employment actions.

Claimant reserves the right to amend this complaint to include any public and/or private entities also responsible upon additional information learned through discovery.

I hereby certify that the foregoing statements made by me are all true to the best of my knowledge, information, and belief. I am aware that if any of the foregoing statements made by me are willfully false, that I am subject to punishment under the law.

6/18/2015
Date

Luther Graham

Luther S. Graham
56B Manchester Court
Freehold, New Jersey 07728
(732) 809-6908
luthers.graham@gmail.com

October 1, 2015

Incident Details:

RE: On-going differential treatment based on race and reprisal; on-going unlawful employment discrimination and acts of unlawful reprisal; tainted investigations by Monmouth County Human Resources; on-going hostile work environment and unfair labor practices.

    I continue to be adversely affected in retaliation for asserting my complaints against my superiors, Monmouth County Human Resources and Steve Kleinman, In-House Counsel but not limited to.

    I contend that I have been discriminated against to include but not limited to, promotion because I am an African American, I indeed proved that, subsequent to filing my complaints with various agencies (to include but not limited to Monmouth County Human Resources, New Jersey Public Employment Relations Commission and State of New Jersey, Department of Law and Public Safety Division on Civil Rights) my superiors and/or Monmouth County Human Resources and Steve Kleinman but not limited to, have alienated me and misrepresented the facts regarding an "interview" with me for the Project Manager, Construction Promotional Opportunity. I was not interviewed for this position on January 28, 2014.

    In a letter dated September 24, 2015 from Frank J. Tragno, Jr., Director Human Resources Department stated:

    "As noted within my August 5th writing, this language refers to your claim that you were not interviewed for the Project Manager, Construction Promotional Opportunity. Our investigation revealed that you, along with three other individuals were interviewed for the position on January 28, 2014."

    I contend that the aforementioned statement is materially false information. I also contend that the truth has been concealed for the purpose of misleading the facts in this investigation. One of my main points of contention in this matter is that I did not have my rightful opportunity to interview for Project Manager, Construction Promotional Opportunity. In truth, I was never interviewed for said position. An objective investigation was not conducted

P93

Incident Details
October 1, 2015
Page 2

and to date, no substantial evidence has been submitted proving that I interviewed for Project
Manager.

    Next, on or about September 15, 2015, I was subjected to differential treatment.
Specifically, I was informed by my Supervisor/Manager, Aaron Kinney, that the two of us could
no longer ride in the same vehicle when responding to a pending job. This directive was ordered
by David Krzyzanowski, Supervisor of General Services and Craig Bell, General Trades
Supervisor. On the contrary, Aaron Kinney continues to ride in the same vehicle with his
caucasian workers, to include but not limited to, Wade Cahoon, Robert Taylor, James Ruotolo
and Wayne Edwards. This has been ordered by David Krzyzanowski and Craig Bell with no
directive that these workers cannot ride in the same vehicle with a supervisor/manage.
Currently, other caucasian supervisors and their caucasian workers ride together; the painting
crew, John Peda, Supervisor and his worker, Chris Cummons; HVAC crew Chris Koziol,
Supervisor and his worker, Richard Amorosa. This has also been ordered by David
Krzyzanowski and Craig Bell with no directive that these workers cannot ride in the same
vehicle with a supervisor. I am African-American and I cannot ride in the same vehicle with my
caucasian supervisor, Aaron Kinney, again this directive was ordered by David Krzyzanowski
and Craig Bell. Please note for quite some time my supervisor/manager and I have rode
together in the same vehicle with no incidents, no problems. Why the sudden change? I
continue to suffer adverse employment action such as the aforementioned. This is retaliation.
My working conditions are becoming intolerable. Why would my superiors want me to travel
alone? I contend that all the adverse employment actions are to compel me to resign, (A
constructive discharge).

    A large amount of the adverse actions have been initiated by my superiors because of my
complaints. Monmouth County Human Resources had proof of this and did nothing, due to their
inactions, they further contributed to my hostile work environment. I have been victim of
numerous adverse actions by Monmouth County, my superiors and Steve Kleinman, In-House
Counsel. Monmouth County failed to protect me, this constitutes negligence on their part.

    In sum, I am a victim of on-going retaliation for making good faith complaints, thus
exercising my rights, including but not limited to, those under the New Jersey Law Against
Discrimination, N.J.S.A. 10:5-12 (a) and (d).

Incident Details
October 1, 2015
Page 3


I hereby certify that the foregoing statements made by me are all true to the best of my knowledge, information and belief.  I am aware that if any of the foregoing statements made by me are willfully false that I am subject to punishment under the law.

Dated: 10/8/15

LUTHER GRAHAM
SENIOR ELECTRICIAN

RECEIVED
2015 OCT -8  AM 10: 26
PERSONNEL DEPARTMEN.

MONMOUTH COUNTY
**DEPARTMENT OF HUMAN RESOURCES**
One East Main Street • Freehold, NJ 07728
Phone: 732-431-7300   Fax 732-431-7924

Frank J. Tragno, Jr.
Director of Human Resources



For information contact:
pc.humanresources@co.monmouth.nj.us

August 5, 2015

*Via Certified R.R.R. and Regular Mail*
Luther S. Graham
56B Manchester Court
Freehold, New Jersey 07728

RE: <u>Your Various Complaints</u>

Dear Mr. Graham:

This letter is to advise you that we have completed our review of the investigative reports and interviews conducted by Kevin J. Burke, Jr., Deputy County Administrator; and, James Cerreta, Assistant Director, Department of Public Works and Engineering, concerning your February 2, 2015; March 12, 2015; and April 30, 2015 complaints against your superiors, Robert Compton, Superintendent Buildings and Grounds; David Krzyzanowski, Supervisor General Services; and, Craig Bell General Supervisor Trades.

All of the complaints were treated seriously and the investigation looked at all of the information you, your coworkers, and, witnesses brought to the County's attention. Based upon the numerous investigative interviews and a full and comprehensive evaluation of the facts, we concur with the investigative findings that it is not possible to conclude, as you allege, that you have been the subject of workplace discrimination and / or harassment based upon race nor that your superiors took inappropriate action regarding job appointments rising to the level of violations of laws or of any unlawful violation of county policies County rules or policies.

By way of review, the investigation revealed your complaints stemmed from the following allegations:

Luther S. Graham
August 5, 2015
Page 2

- February 2, 2015- Violations of various county policies to include, selective enforcement of the lateness policy, not permitted to visit Human Resources for clarification of a county policy, building safety concerns and other improper conduct centered towards you by Superintendent Compton; Supervisor Krzyzanowski; and Supervisor Bell.

- March 12, 2015- Denied an opportunity to be interviewed for a vacancy for the position of Project Manager within the Buildings and Grounds Department. "...There seems to be a disadvantage towards minorities (rules are not applied even handedly) when it comes to job postings and promotions but not limited to. I am an eligible employee and I have been denied an opportunity for an interview and promotions because of bias, this is illegal. I have rights!"

- March 12, 2015- Was informed by my supervisor, Aaron Kinney, Supervising Electrician, that he was informed by Supervisor Krzyzanowski, to "...get rid of me..."

- March 12, 2015- Was informed by my supervisor Aaron Kinney, Supervising Electrician, that when "...he and I are driving around in the county vehicle together, they make a mockery statement, i.e., Driving Ms. Daisy..."

- April 30, 2015-"...two candidates were placed in the (anticipated 2015 vacancy) for Assistant Supervising HVAC Mechanic yet promoted to Assistant Supervisor, Building Service."

By way of background, you are a Senior Electrician, Buildings and Grounds Department. You have served in this title since provisionally being appointed on August 27, 2007 and permanently appointed on May 3, 2008.

Regarding the allegations of February 2, 2015, March 12, 2015 and April 30, 2015, the investigation revealed there was no unlawful violation of County policies made by your superiors towards you; or about you; to Aaron Kinney, Supervising Electrician, et al., as you allege.

Luther S. Graham
August 5, 2015
Page 3

Regarding your February 2, 2015 allegation that on March 31, 2011 you were singled out by your department in its application of the tardiness policy could not be supported. The investigation revealed you were not treated differently than twelve other coworkers and supervisors in your department who received counseling notices and / or discipline who were found to be in violation of the County's lateness policy. Furthermore, the investigation revealed your supervisor, Supervising Electrician Kinney, attached documentation to your March 31, 2011 Notice of Counseling that you have a tendency to be late from several minutes to ten (10) minutes on a regular basis. In response, you advised Supervising Electrician Kinney that lateness is acceptable and that a ten (10) minute grace period is customary. The investigation findings could not corroborate your response to support a ten (10) minute grace period or that you were treated differently from your coworkers and / or superiors in your department's application for those found to be in violation of the lateness policy.

Moreover, your February 2, 2015 allegation that a 2011 departmental posting advised employees that they are prohibited to go to the Human Resources Department could not be supported by the investigation.

By way of review, in your March 12, 2015 complaint you stated that you were denied an opportunity to be interviewed for an anticipated Project Manager, Construction promotional opportunity within the Buildings and Grounds Department. This was an anticipated internal job that had been posted on October 10, 2013 in various locations within the workplace. You properly submitted the requisite paperwork; resume etc., to the Superintendent's Office of Buildings and Grounds on the closing date of October 17, 2013 at 1:10 p.m. according to the electronic time stamp on your cover sheet. The investigation revealed that you, along with three others, had been interviewed by appropriate high level supervisory staff within the Buildings and Grounds Department on January 28, 2014, for the position of Project Manager, Construction. Your allegation that you were not interviewed for the position of Project Manager, Construction, in the Buildings and Grounds Department is completely baseless and unfounded.

Regarding your March 12, 2015 allegation that Supervising Electrician Kinney told you that Supervisor Krzyzanowski, told him to "...get rid of me...",

Luther S. Graham
August 5, 2015
Page 4

the investigation revealed that when Supervising Electrician Kinney was interviewed on April 17, 2015 about the exact words used by Supervisor Krzyzanowski to either substantiate or dismiss your allegation, Supervising Electrician Kinney stated, "Mr. Krzyzanowski told me to do something about Luther Graham."   When pressed further about what was exactly stated by Supervisor Krzyzanowski during this particular exchange, Supervising Electrician Kinney then alleged that Supervisor Krzyzanowski said, " 'You created him, do something about it'. "

Moreover, Supervising Electrician Kinney was asked directly about his statement to you that Supervisory Krzyzanowski allegedly said, "...get rid of him..." Supervising Electrician Kinney responded that was only his interpretation and perception of what Supervisor Krzyzanowski had said to him.  Supervising Electrician Kinney further stated that to the best of his knowledge Supervisor Krzyzanowski never utilized the phrase "get rid of him" nor any closely aligned terminology or vernacular during their exchange. This allegation is pure hearsay and cannot be supported.

In your March 12, 2015 allegation, which was also relayed to you by Supervising Electrician Kinney regarding the comment, "Driving Miss Daisy", was also fully investigated. You allege this comment was made directly about you because of race whenever you and Supervising Electrician Kinney were driving in a county vehicle together.  The investigation could not support that any of the accused made the statement nor did they make the comment toward yourself or Supervising Electrician Kinney.

However, the investigation did reveal Supervising Electrician Kinney did use the comment referring to you and himself in in two separate email transmissions to Supervisor Krzyzanowski, "You haven't seen nothing Daise ant happy" and "...and I will label it Driving Miss. Daise...".  When asked about the emails during the investigation, Supervising Electrician Kinney stated that his supervisors had become angered because you and he were driving around together in a county work vehicle against their previous directives to cease this practice.  Mr. Kinney stated that he would always drive his assigned work truck and you would be in the passenger seat while driving to various job sites.

P81

Luther S. Graham
August 5, 2015
Page 5

According to the investigation, the origin of the statement dates back many years and was not attributed to any particular race or person and referred to any two employees who rode together in a County-assigned vehicle during the performance of their duties or in their official capacity regardless of race. It is difficult to determine if the statement was made with any racial animus towards yourself, or others, in mind. Nevertheless, it is at a minimum in poor taste and we understand how it could be perceived by others in such a way. Accordingly, the County has addressed this matter by ensuring supervisors' mandatory attendance at management education and proper workplace behavior awareness training as designed and conducted by the County's EAP / Quantum Executive Director, Anthony Riccio, MA, CEAP, CAP, SAP, who is a highly qualified professional in workplace resolution processes and employee / supervisor relationships.

Regarding your allegation of April 30, 2015 wherein you stated, "I was denied my rightful opportunity to express my interest in a position that would have provided an opportunity for a promotion for me. A job posting was posted December 18, 2014 with a closing date of December 26, 2014 ...The first position in which Michael Markert was wrongfully promoted to at the courthouse as Assistant Supervisor, Building Service and the second position in which Michael McCulough was wrongfully promoted to at the 911 communication center."

There seems to be some confusion.   The investigation revealed the following which clears up that confusion.

Both Michael Markert and Michael McCulloch held the title of Heating and Air Conditioning (HVAC) Mechanic and were promoted to the title of Assistant Supervising HVAC Mechanic on January 31, 2015. Additionally, both Tracy Pitts and Lou Bellardino held the title of Senior Building Maintenance Worker and were promoted to the title of Assistant Supervisor Building Service also effective January 31, 2015.

The New Jersey Civil Service Commission (NJCSC) is the state regulatory agency that has the authority to determine and establish the promotional title series and title scope for each civil service title.

Luther S. Graham
August 5, 2015
Page 6

In the case of the HVAC Mechanic Series, the series goes as follows:

1.    HVAC Mechanic
2.    Assistant Supervising HVAC Mechanic
3.    Supervising HVAC Mechanic.

In the case of the Building Service the series goes as follows:

1.    Building Maintenance Worker
2.    Senior Building Maintenance Worker
3.    Assistant Supervisor Building Service
4.    Supervisor Building Service.

Furthermore, regarding title scope, in accordance to NJCSC Title 4A:4-2.4 Promotional title scope - local service

a) If a title which is the subject of a promotional examination is part of a title series, the examination, with or without all or part of the open competitive requirements, as appropriate, shall be open to one of the following:

1. The next lower in series title used in the local jurisdiction;

2. The next two lower in series titles used in the local jurisdiction; or

3. All applicants in the unit scope who meet the open competitive requirements and all applicants in the next lower or next two lower in-series titles use in the local jurisdiction.

By way of review, there were two separate internal department postings:

1) one for Assistant Supervising Heating and Air Conditioning Mechanic; which was posted from December 18 to 26, 2014; and

2) one for Assistant Supervisor Building Service; which was posted from December 1 to 7, 2014.

Luther S. Graham
August 5, 2015
Page 7

These internal department postings were for anticipated vacancies and opened to all employees who met the minimum job requirements as stated on the New Jersey Civil Service Job Description for each of the title postings. Several internal candidates applied for both positions and were interviewed; resulting in four employees who were promoted as provisional appointments to the positions that were in direct-in-line to the next higher title within the title series.

As the employees were appointed provisionally, the next step in the civil service promotional process is that the NJCSC officially announces the promotions. A copy of each of the NJCSC announcements for Assistant Supervising Heating and Air Conditioning Mechanic, Symbol PC0706T; and Assistant Supervisor, Building Service, Symbol PC0712T are enclosed for your information. Additionally, as stated on the announcements, and as determined by the NJCSC, each of the promotional titles was only open to the next lower in-line title series as noted above.

Our investigation into your complaint shows you did not submit an application in response to the internal promotional announcement opportunities for either the title of 1) Assistant Supervising Heating and Air Conditioning Mechanic; which was posted in your department from December 18 to 26, 2014; or, for 2) Assistant Supervisor, Building Services; which was posted in your department from December 1 to 7, 2014; as noted above. As such, you were not considered for the position nor were you eligible as provided under the NJCSC established aforementioned title scope. Your allegations the County wrongfully promoted two candidates to the positions of Assistant Supervisor Building Service could not be supported.

Based on the foregoing, we do not believe further action is needed from this office, with one exception. The investigation into your allegation involving the March 12, 2015 complaint wherein you stated that you were denied an opportunity to be interviewed for an anticipated Project Manager, Construction promotional opportunity within the Buildings and Grounds Department. For an employee to knowingly file a false complaint against his superiors and the County of Monmouth is a very serious matter in violation of county policy. Your allegation and subsequent investigative findings have been referred to the County Administrator for review and possible disciplinary actions.

Luther S. Graham
August 5, 2015
Page 8

Please be assured that we take all allegations seriously and there is a strict prohibition of retaliation against anyone who alleges harassment or anyone who provides information in the course of an investigation as provided in the County Policy Prohibiting Workplace Discrimination and Harassment. However, please also be reminded that any employee who knowingly or in reckless disregard of the truth makes a false accusation of discrimination and/or harassment, or provides false or misleading information in the course of an investigation, may face discipline up to and including termination of employment. Finally, we request that you treat this matter confidentially and without discussion in the workplace.

If any future matters arise that you believe warrant this office's attention, please do not hesitate to contact me or any other representative of the Human Resources Department. For your reference, a copy of the County Policy Prohibiting Workplace Discrimination and Harassment is enclosed.

We trust this fully addresses the concerns raised in your complaint.

Sincerely,

Frank J. Tragno, Jr., Director
Human Resources Department

c.    T. O'Connor, County Administrator
      K. Burke, Jr., Deputy County Administrator
      A. Bazer, County Counsel
      J. Tobia, Director Department of Public Works & Engineering
      J. Cerreta, Assistant Director Department of Public Works & Engineering
      (all via interoffice mail w/o enclosure)
      File

RECEIVED

SEP 18 2015
A. Bazer refused
to sign.

Luther S. Graham
56B Manchester Court
Freehold, New Jersey 07728
(732) 809-6908

RECEIVED

2015 SEP 18 PM 3: 37

MONMOUTH COUNTY
PERSONNEL DEPARTMEN.

VIA CERTIFIED MAIL, R.R.R. AND REGULAR MAIL

September 15, 2015

Monmouth County Department of Human Resources
One East Main Street
Freehold, New Jersey 07728

Att: Frank J. Tragno, Jr., Director

RE: ONGOING RETALIATION AND UNLAWFUL VIOLATIONS OF COUNTY
POLICIES AND RULES

Dear Mr. Tragno:

I am in receipt of your response dated August 5, 2015. I hereby respectfully request a
reconsideration of your decision with regards to my various complaints, as I feel the concerns
raised in my complaints were not addressed fully. The matters of my concern include, but are
not limited to, my subjection to workplace discrimination and/or harassment based upon race and
my superiors indeed took inappropriate action regarding job appointments rising to the level of
violations of laws or of any unlawful violation of county policies, rules and union contract.

The facts have been misrepresented, thus, I stand by my belief that the determinations made are
incorrect and that further action is needed from your office.

With regard to my March 12, 2015 complaint, I take umbrage that Human Resources attempts to
paint me as an abuser of the system, citing: "For an employee to knowingly file a false complaint
against his superiors and the County of Monmouth, is a very serious matter in violation of
County policy. Your allegation and subsequent investigative findings have been referred to the
County Administrator for review and possible disciplinary actions."

I, Luther S. Graham, did not file false complaints; please reference the last paragraph of my
letter dated March 12, 2015 stating: "I hereby certify that the foregoing statements made by me
are all true to the best of my knowledge, information and belief. I am aware that if any of the
foregoing statements made by me are willfully false, that I am subject to punishment under the
law." I contend that this is retaliation used against me as a tactic to intimidate me, and undue

P86

Monmouth County Department of Human Resources
September 15, 2015
Page 2

actions continue as I fight against being silenced by my superiors and the County of Monmouth.
As I continue my just pursuit of this matter, I have been subjected to retaliation for exercising
my rights, including but not limited to, those under the Conscientious Employee Protection Act,
and this also is an unfair labor practice, and Steve Kleinman's breach of his duty of fair
representation as County counsel. Please reference previously submitted correspondence in
which I made a formal complaint against Mr. Kleinman, who did not treat this matter
confidentially and discussed it in the workplace with Craig Daniels, Security Officer. In
violation of the County policy prohibiting workplace discrimination and harassment. I contend
that Human Resources has wrongfully referred the aforementioned allegation and subsequent
investigative finding to the County Administrator for review and possible disciplinary actions.

I contend that wrongfully mentioning the issue of such discipline has been done in retaliation
against me, Luther S. Graham, for making good faith complaints.

In addition, my superiors have demonstrated a wanton disregard for my contract, and the County
Policy. They have been vindictive, arbitrary and capricious in their efforts to intimidate me and
other County staff members. The County needs superiors with an interest to adhere to union
contracts and County policies. I desire fair and equitable treatment, which I am entitled to under
the preamble of my contract. I must emphasize, for my superiors and the County of Monmouth
to knowingly file a false complaint, conduct insufficient investigative reports and interviews
against me, Luther S. Graham, is an extremely serious matter and in violation of County Policy.
I am a tenured and stellar County employee with more than two decades of dedicated service and
I strive for a harmonious environment. In sum, I respectfully request your support to thoroughly
investigate my various complaints. I respectfully request an answer regarding your consideration
of the aforementioned matter and thank you in advance for your consideration.

Respectfully yours,

Luther S. Graham
Senior Electrician

cc: T. O'Connor, County Administrator
    S. Kleinman, County Counsel, In-house
    K. Burke, Jr., Deputy County Administrator
    A. Bazer, County Counsel
    J. Tobia, Director, Department of Public Works and Engineering
    J. Cerreta, Assistant Director, Department of Public Works & Engineering
    (Note: All via interoffice mail)

MONMOUTH COUNTY
### DEPARTMENT OF HUMAN RESOURCES
One East Main Street • Freehold, NJ 07728
Phone: 732-431-7900   Fax: 732-431-7924

Frank J. Tragno, Jr.
Director of Human Resources



For information contact:
myclearomrsourcepartment.org/just

September 24, 2015

*Via Certified R.R.R. and Regular Mail*
Luther S. Graham
56B Manchester Court
Freehold, New Jersey 07728

RE: <u>Your request for reconsideration</u>

Dear Mr. Graham:

This will acknowledge your September 15, 2015, writing to me wherein you have requested a reconsideration of the "...various complaints..." raised earlier in the year*.

With the exception of two new issues now raised in your September 15th writing, your earlier complaints were fully investigated and thereafter responded to in my August 5, 2015 writing to you.  As to these matters, your writing of September 15th provides no new information, nor cogent argument for reconsideration and accordingly your request for "...reconsideration of [my] decision..." is respectfully declined.

With regard to the two new issues raised in your writing, specifically:

1)  That portion of your writing which takes exception to that portion of my August 5th, writing which in relevant part provides:

*For an employee to knowingly file a false complaint against his superiors and the County of Monmouth is a very serious matter in violation of county policy. Your allegation and subsequent investigative findings have been referred to the County Administrator for review and possible disciplinary actions.*

*Our records reveal submission from you of:  February 2, 2015, March 12, 2015 and April 30, 2015.

Luther S. Graham
September 24, 2015
Page 2

As noted within my August 5th writing, this language refers to your claim that you were not interviewed for the Project Manager, Construction promotional opportunity. Our investigation revealed that you, along with three other individuals, were interviewed for the position on January 28, 2014. As noted in the August 5th writing:

*Your allegation that you were not interviewed for the position... is completely baseless and unfounded.*

The language within my August 5th writing concerning false claims, places you on notice that such claims are a serious matter. Your denial of such action(s) is noted and will be taken into consideration.

2) The next matter raised involves allegations against Special Counsel Steven Kleinman. Though I am not conducting this investigation, I have been able to confirm that Special Counsel Douglas Kovats, assisted by Gwendolyn Thomas are reviewing your claims. Pending the conclusion of their investigation, further action by my office is not warranted.

Respectfully submitted,

Frank J. Tragno, Jr., Director
Human Resources Department


c.    T. O'Connor, County Administrator
      K. Burke, Jr., Deputy County Administrator
      A. Bazer, County Counsel
      J. Tobia, Director Department of Public Works & Engineering
      J. Cerreta, Assistant Director Department of Public Works & Engineering
      File



MONMOUTH COUNTY
### DEPARTMENT OF HUMAN RESOURCES
One East Main Street • Freehold, NJ 07728
Phone: 732-431-7300   Fax 732-431-7924

Frank J. Tragno, Jr.
Director of Human Resources



For information contact:
mc-humanresources@co.monmouth.nj.us

February 10, 2016

*Via Hand Delivery, US Mail & Certified Mail; Return Receipt Requested*

Mr. Luther Graham
56B Manchester Ct.
Freehold, NJ  07728

Re:   Monmouth County Report of Incident/Complaint October 1, 2015

Dear Mr. Graham:

As you know, I, together with Special Labor Counsel for Monmouth County, Douglas J. Kovats, Esq., were assigned to review a portion of the claims set forth by you in correspondence dated October 1, 2015. The principle focus of the present investigation is that portion of your correspondence which states[1]:

> "Next, on or about September 15, 2015, I was subjected to differential treatment. Specifically, I was informed by my supervisor/manager, Aaron Kinney, that the two of us could no longer ride in the same vehicle when responding to a pending job. This directive was ordered by David Krzyzanowski, Supervisor of General Services, and Craig Bell, General Trades Supervisor. ... I am an African-American and I cannot ride in the same vehicle with my Caucasian supervisor, Aaron Kinney, ... [F]or quite sometime, my supervisor/manager and I rode together in the same vehicle with no incidents, no problems. Why the sudden change? I continue to suffer adverse employment actions such as the aforementioned. This is retaliation. My working conditions are becoming intolerable. Why would my supervisors want me to travel alone? I contend that all the adverse employment actions are to compel me to resign, (a constructive discharge)..."

As set forth within this correspondence, after a thorough investigation of your allegations, we are unable to substantiate that the direction given was based upon discriminatory motivation and/or retaliatory in nature.

---

[1] It is noted that the correspondence reiterates details of events previously complained of by you to the County, and instances wherein you took exception to certain conclusions reached. Specifically, that portion of an earlier finding which concluded you were interviewed for a Project Manager position. Although we will review a portion of that investigation within this writing, we find no basis with which to disturb the conclusions reached, to the effect that you were interviewed for the position.

## Discussion.

We were unable to conclude that the meeting described in your October 1 writing took place on September 15, 2015, though all parties agreed some form of that the events that you described occurred on or about September 15, 2014.

Messrs. Krzyzanowski and Bell both advised that after a series of allegations concerning their supervisory actions were made by you, as of the date of September 15, 2015, they did not have supervisory responsibilities over you. Assuming for the moment that the supervisors' meeting occurred on or about September 15, 2014, we were able to confirm that a meeting between the supervisors took place. However, all parties in attendance at the meeting agreed that the direction provided to Mr. Kinney 1) was not reduced to writing, 2) you were not present during the direction given to Mr. Kinney, and 3) at the time Mr. Kinney provided the direction to you, neither Mr. Krzyzanowski nor Mr. Bell were present.

During the September 15, 2014 meeting, all supervisors present agreed that the purpose of the meeting was to improve performance within Mr. Kinney's section. Both Messrs. Krzyzanowski and Bell referred to either Kinney's "performance objectives" or "objectives"; which in relevant part were designed to: 1) improve performance of work orders given to the department, 2) ensure that work orders were distributed in a timely manner, 3) trucks were "on the road" earlier in the workday, and 4) that the practice of you and Mr. Kinney routinely riding together was to be discontinued. On this final point, both Krzyzanowski and Bell were specific. If on a limited basis you needed assistance from Mr. Kinney in "planning out" a specific job, and you would benefit from Mr. Kinney's experience, riding with Mr. Kinney would be permitted. However, on a day-to-day basis, you were not to routinely ride along with Mr. Kinney, but rather, you should be assigned your own vehicle and work orders to perform, and Mr. Kinney should act in a supervisory role, traveling to the site only to ensure that work was being produced in a timely and appropriate manner.

On this last point, both Messrs. Bell and Krzyzanowski advised that other workers within the section explained that on a routine basis you and Mr. Kinney were traveling to job sites and oftentimes it appeared to these workers that you were acting in a capacity of pseudo-supervisor, not performing separate work responsibilities, but rather simply traveling to job sites with Mr. Kinney.

With regard to your observations that other workers are permitted to travel together, the same has been confirmed. However, we find no discriminatory nor retaliatory basis for the different travel arrangements.

It is noted that the painting crews, HVAC crews and certain other trades do routinely travel together. A further review of these claims reveals that the jobs for which these workers respond to, often entails work which requires more than one person to attend to the task. However, certain trades, specifically the electrical work, for which you are responsible, oftentimes only requires one individual to perform the task. In fact, it is reported that there are more vehicles used for the electrical trades to specifically accommodate a one-person, one-vehicle distribution of work assignments. However, where work does entail one or more electrical workers, those individuals may travel together.

We conclude that the direction provided was neither motivated by race or retaliation, but rather intended to improve performance. As noted hereinabove, there were additional aspects of the meeting with Mr. Kinney above and beyond simply the cessation of the routine traveling together between you and Mr. Kinney. We find it credible that the overall direction of the meeting was designed to improve performance of Mr. Kinney's section.

A brief digression is appropriate here to address the collateral claim made by you as the basis for retaliatory action. Although it is noted by the investigators that you have presented various allegations against County members, in each and every instance, it appears clear that these allegations were thoroughly investigated and responded to. In instances where you have not been satisfied with the conclusions, it is our understanding that you have taken various appeals either to PERC, EEOC and/or the Civil Service Commission. As of this writing, we are not aware that any outside "appellate" review has found your claims worthy of a different conclusion.

In the present instance, we find no evidence which substantiates that there were retaliatory actions taken against you. Rather, as noted, we find the directions given were designed to improve the performance of the department. To the extent that you are no longer routinely allowed to travel with your supervisor is not, in our opinion, the basis to find that an adverse employment action had been taken against you. Though it is true as you have stated that you are African-American and your supervisor is Caucasian, we do not find that the action was based or motivated in any manner whatsoever because of either or both of your races. We are simply unable to sustain such a conclusion.

**Interviews:**

One final point is worthy of discussion. It is noted that in September/October of 2013, a long time employee of the County, simply identified for purposes of this writing as "Walter" advised that he was considering leaving his County employment to retire. Administrative staff within the Division of Buildings and Grounds, saw this as an opportunity to modify the job responsibilities of "Walter's" position, expand them, and began to take steps to interview applicants for the position. Although the posting and closing dates for the job position was October 10, 2013 through October 17, 2013, respectively, due to various scheduling issues, you were not interviewed until January 28, 2014. Other interviewees for the position were interviewed at various times after the October posting, inclusive of interviews held over the December holidays. At the conclusion of the interviews, two (2) candidates, yourself included, appeared to be in the best position to assume the responsibilities of the proposed new position. Supervisory staff provided an opportunity to further test and/or groom the candidates under consideration. It is our understanding that as a result of your performance in the interview, you were afforded the opportunity to supervise renovations/work that occurred at the Monmouth County Correctional Facility and, assigned a fleet vehicle in order to assist you in your work responsibilities to oversee the tasks involved with the work. In fact, Mr. Krzyzanowski, expressed pride in your approach to the task, noting that once assigned, he was copied on emails, demonstrating your organizational skills, and coordination of the work. The other candidate was given an assignment associated with demolition at a County probation facility, at Seaview Square Mall. For reasons not known,

#15

nor necessarily relevant to our conclusions in this instance, "Walter", the individual who originally advised that he was going to retire, did not do so, and the new expanded position never came to fruition  The other candidate under consideration, who also performed well, advised that they were aware that the position was for "Walt's job".  Though he was not "officially" notified by the County that the new position would not be filled, they assumed that because "Walt" did not retire, the position would not be filled.

We have confirmed that the County does not routinely write to interviewees when a position is not filled.  Although a letter may have assisted you in your understanding of this matter, it does not appear that there was a violation of any protocol or County policy with regard to the failure to issue a post-interview letter.

<u>Conclusion:</u>

For the reasons set forth above, after a thorough investigation of the information presented and/or made available to us, we find no basis to substantiate your claims that the action taken to preclude you from riding with your supervisor was either discriminatory and/or retaliatory. Nor do we find that the conclusions reached earlier by Mr. Tragno to the effect that you were interviewed for a promotional opportunity is materially false.  Though all individuals may not have been interviewed on January 28, 2014, we find no basis to disturb the conclusions reached by Mr. Tragno that you were interviewed on January 28, 2014.

Accordingly, we recommend that no further action be taken with regard to this matter and investigation is hereby concluded.

Very truly yours,

Gwendolyn Thomas, LNHA
Human Resources

Douglas J. Kovats
Special Labor Counsel

Cc:   T. O'Connor, County Administrator
      K. Burke, Jr.,  Deputy County Administrator
      A. Bazer, Esq., County Counsel
      F. Tragno, Jr., Director of Human Resources
      J. Tobia, Director of Public Works and Engineering

# EXHIBIT C

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| LUTHER GRAHAM | : | CIVIL ACTION |
| Plaintiff, | : | No.: 16-1578 |
| v. | : | |
| MONMOUTH COUNTY<br>BUILDINGS AND GROUNDS<br>and<br>DAVID KRZYANOWSKI<br>and<br>ROBERT W. COMPTON<br>and<br>CRAIG BELL | : | |
| Defendants. | : | |

## PLAINTIFF'S RESPONSES TO DEFENDANT MONMOUTH COUNTY BUILDINGS AND GROUNDS' FIRST REQUESTS FOR ADMISSIONS

Plaintiff, Luther Graham, by and through his undersigned counsel, hereby responds to Defendant's First Request for Admissions as follows:

I.   **RESPONSES**

   A.   **General Objections.**

   1.   Plaintiff generally objects to Defendant's First Requests for Admissions to the extent they are ambiguous, vague, over-broad and/or unduly burdensome.

   2.   Plaintiff generally objects to Defendant's Requests for Admissions to the extent they improperly call for information protected by the attorney-client privilege and/or the attorney work-product doctrine.

1



3.  Plaintiff generally objects to Defendant's Requests for Admissions to the extent they improperly seek information that is not relevant to any of the issues in this dispute, and/or are not reasonably calculated to lead to the discovery of admissible evidence.

4.  Plaintiff generally objects to Defendant's Requests for Admissions, as discovery has not yet closed, and this matter has not yet been prepared for trial.

5.  Accordingly, these Answers are made without prejudice to Plaintiff's right to amend the answers set forth herein and/or to present additional information that is hereafter obtained or evaluated.

6.  Plaintiff generally objects to Defendant's Requests for Admissions to the extent they cause unreasonable annoyance, embarrassment, oppression, burden and/or expense.

7.  Plaintiff generally objects to each of the Admission Requests to the extent that their scope exceeds the scope of discovery permitted by the Federal Rules of Civil Procedure.

**B.**   <u>**Specific Objections and Answers**</u>

Without waiver of the foregoing general objections, Plaintiff responds as follows to Defendant's Requests for Admissions as follows:

## <u>PLAINTIFF'S RESPONSES TO DEFENDANT MONMOUTH COUNTY BUILDINGS AND GROUNDS' FIRST REQUESTS FOR ADMISSIONS</u>

1.  You did not apply for the position identified in the posting, identified as G-3, attached hereto as Exhibit A.

Admitted.


2.  You did not apply for the position identified in the posting, G-4, attached hereto as Exhibit B.

Admitted.

2

3.     You have no personal knowledge that the clock punches identified in Monmouth County 01015-01019 (attached hereto as Exhibit C) are inaccurate.

   Admitted.

4.     You have no personal knowledge that the persons identified in Monmouth County 01020 (attached hereto as Exhibit D) did not receive a Notice of Counseling related to Tardiness.

   Admitted.

5.     You admit that the document Monmouth County 01021-01024 (attached hereto as Exhibit E) was received by you.

   Admitted.

6.     You admit the document Monmouth County 01021-01024 (attached hereto as Exhibit E) was the response received from Monmouth County Department of Human Resources relevant to a portion of the claims set forth by you in a correspondence dated October 1, 2015.

   Admitted.

7.     You admit that the document Monmouth County 01025-01029 (attached hereto as Exhibit F) was received by you.

   Admitted.

8.     You admit that the document Monmouth County 01025-01029 (attached hereto as Exhibit F) was the response received from the Monmouth County Department of Human Resources relevant to a portion of the complaint of the claims set forth by you in correspondence dated June 18, 2015.

   Admitted.

9.     You admit that the document Monmouth County 01030-01037 (attached hereto as Exhibit G) was received by you.

   Admitted.

10.    You admit that the document Monmouth County 01030-01037 (attached hereto as Exhibit G) was the response received by you from the Monmouth County Department of Human Resources relevant to your written complaints of February 2, 2015; March 12, 2015 and April 30, 2015 against your superiors, Robert Compton, Superintendent, Buildings & Grounds; David Kryznowski, Supervisor, General Services; and Craig Bell, General Supervisor, Trades.

   Admitted.


11.    You admit that the document identified in the pages of Monmouth County 01038-01039 (attached hereto as Exhibit H) was received by you.

   Admitted.


12.    You admit that the document Monmouth County 01038-01039 (attached hereto as Exhibit H) was the Monmouth County Department of Human Resources response to your September 15, 2015 correspondence wherein you requested reconsideration of the"...various complaints" raised earlier in the year.

   Admitted.


13.    You admit that during your employment with defendant, Monmouth County, you received a promotion to Sr. Electrician.

   Admitted.


                                        KARPF, KARPF & CERUTTI, P.C.

                                        /s/ Mark D. Tieman
                                        _____
                                        Mark D. Tieman, Esq.
                                        Two Greenwood Square
                                        3331 Street Road, Suite 128
                                        Bensalem, PA 19020
                                        (215) 639-0801 phone
                                        (215) 639-4970 fax

Date: March 21, 2017


4

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| LUTHER GRAHAM | : | CIVIL ACTION |
| Plaintiff, | : | No.: 16-1578 |
| v. | : | |
| MONMOUTH COUNTY BUILDINGS AND GROUNDS and DAVID KRZYANOWSKI and ROBERT W. COMPTON and CRAIG BELL | : | |
| Defendants. | : | |

### CERTIFICATE OF SERVICE

I certify on the date set forth below that I served Defendant with Plaintiff's Responses to Defendant's First Requests for Admissions:

Daniel R. Roberts, Esq.
Kenney, Gross, Kovats & Parton
130 Maple Avenue, Building 8
Red Bank, NJ 07701
(732) 530-7500 Phone
droberts@kenneygross.com
*Attorney for Defendant Monmouth County*

/s/ *Kristin Stipa*

Kristin Stipa
*Paralegal*

Dated: March 21, 2017

5

# EXHIBIT D

# JOB POSTING

Posting Date _03/08/16_    Closing Date _03/15/16_    PARF ID # _____
(If applicable)

Department / Division _DPW & Engineering_    / _Buildings and Grounds_

Position Title _Crew Supervisor Building Maintenance Worker_    Salary Range _55,000_ /yr. - _69,600_ /yr.

Worksite _Various_

[✓] FT [ ] PT    # of Hrs./Wk. _M-F_    Shift _7:00_ a.m. - _3:30_ p.m.
                                              from         to

[✓] Regular    [ ] Temporary

## JOB REQUIREMENTS NOT LISTED ON THE ATTACHED NJDOP JOB DESCRIPTION

[✓] Valid NJ Driver's License    [ ] CDL License, Type of Endorsement _____

[ ] Pre-Employment Testing _____ / _____ / _____

## ELIGIBILITY

* Must meet the minimum requirements listed on the NJDOP Job Description, as well as, other requirements listed on this Job Posting as of the closing date.
* Must be actively working as of the closing date.

## SELECTION

* Consideration will first be given to qualified, internal employees, who have permanent job title status for a minimum of one year.
* Work performance records will be reviewed with employees current supervisors as part of the selection process.

NOTE: Candidates on existing Certification of Eligibles for Appointment (Open NJDOP Lists) may take priority.

## PREFERRED JOB QUALIFICATIONS

Applicants who possess one or more of the following qualifications are preferred:

*This job posting is for anticipated vacancy/promotional opportunities.
** All interested employees please deliver your job posting application to Cecelia Thomas @ the B&G main office, 250 Center Street, Freehold NJ 07728 by 4:30 pm on 3/15/16.

## APPLICATION PROCEDURE

Complete Job Posting Application, available in each County Department and on the Employee Intranet, and submit it to the Interviewing Manager listed below by the closing date.

_David Krzyzanowki_    / _Supervisor of General Services_
Interviewing Manager's Name / Title

09/09/08

FORM:   HR-02



P2

Page 1 of 3

 **New Jersey
Civil Service
Commission**

You are reading the State of New Jersey Job Descriptions. This is not a Job Vacancy Announcement.

**Job Specification**

## CREW SUPERVISOR BUILDING MAINTENANCE WORKERS

**DEFINITION:**

Under supervision of a supervisory official in a state or local department, institution or agency, takes the lead in and supervises a group of employees engaged in the cleaning and general maintenance of offices and furniture and the making of minor repairs to buildings and appurtenances. Supervises staff and work activities. Prepares and signs official performance evaluations for subordinate staff; does other related duties.

**NOTE:** The examples of work for this title are for illustrative purposes only. A particular position using this title may not perform all duties listed in this job specification. Conversely, all duties performed on the job may not be listed.

**EXAMPLES OF WORK:**

Inspects and determines the cleaning and maintenance work to be done and the equipment, materials and supplies needed.

Develops work plans for cleaning and maintenance work and develops effective work methods.

Provides assignments to Building Maintenance Workers, Senior Building Maintenance Workers, and other employees engaged in cleaning and maintenance work; supervises the performance of their work.

Supervises the work operations and/or functional programs and has responsibility for effectively recommending the hiring, firing, promoting, demoting and/or disciplining of employees.

Takes a leading part in cleaning and maintenance of desks, chairs, rugs, lighting fixtures, windows and other furniture and fixtures in a state institution, department or agency building.

Supervises and takes a leading part in the cleaning and washing of windows, doors and other glass areas.

Supervises and takes a leading part in sweeping, washing and sanding floors, in applying filler, shellac, paint and varnish to floors and in applying wax and polish to wooden, linoleum and composition floors.

Supervises and takes a leading part in applying paint remover and turpentine or other suitable agent to furniture, in sanding rough and discolored areas and in applying linseed oil, varnish, stain, lacquer, enamel and/or paint to varied types of furniture.

Conducts inspection of buildings, offices and other rooms to note hazards and other significant conditions and sees that needed work is done.

Obtains, safeguards and distributes and supervises the use of cleaning and general maintenance equipment, materials and supplies.

Prepares and maintains records of personnel, time, equipment, materials, supplies and work completed.

Will be required to learn to utilize various types of electronic and/or manual recording and information systems used by the agency, office or related units.

3/4/2016

P25

Page 2 of 3

**REQUIREMENTS:**

**EXPERIENCE:**

Two (2) years of experience in work involving the inspection, cleaning and general maintenance of offices, furniture and buildings.

**LICENSE:**

Appointees will be required to possess a driver's license valid in New Jersey only if the operation of a vehicle, rather than employee mobility, is necessary to perform the essential duties of the position.

Appointees may be required to possess a valid Commercial Driver's License (CDL) and applicable endorsements for the class and type of vehicle being operated.

**NOTE:** The responsibility for ensuring that employees possess the required motor vehicle license, commensurate with the class and type of vehicles they operate, rests with the Appointing Authority.

**KNOWLEDGE AND ABILITIES:**

Knowledge of the problems and procedures used in inspecting premises, determining the cleaning and maintenance work to be done and the staff, equipment and time required.

Knowledge of the methods and materials used in cleaning and maintenance of desks, chairs, rugs, lighting fixtures, windows, floors and other furniture and fixtures in buildings.

Ability to organize large-scale supervisory cleaning and maintenance work and to develop effective work schedules and methods.

Ability to provide assignments to employees doing cleaning and maintenance work and to supervise their work.

Ability to supervise assigned staff and plan, organize and implement projects within the unit.

Ability to conduct inspections of offices and buildings, determine cleaning and general maintenance work to be done and to make estimates of staff, equipment and time required.

Ability to supervise and lead the work involved in the cleaning and maintenance of desks, chairs, rugs, lighting fixtures, windows and other furniture and fixtures in a building; the sweeping, washing and sanding of floors; in applying filler, shellac, paint, varnish, waxes and polish to wood, linoleum, or composition floors; in applying paint remover, turpentine or other agent to furniture; in sanding rough and/or discolored areas; and in applying linseed oil, varnish, stain, lacquer, enamel and paint to varied types of furniture.

Ability to supervise washing and cleaning of windows and other glass areas.

Ability to note hazards and notify the proper official.

Ability to prepare and maintain records of work in progress, work completed, personnel, materials used and time.

Ability to requisition, store and supervise the use of equipment and materials.

Ability to learn and utilize various types of electronic and/or manual recording and information systems used by the agency, office or related units.

Ability to read, write, speak, understand, or communicate in English sufficiently to perform the duties of this position. American Sign Language or Braille may also be considered as acceptable forms of communication.

http://info.csc.state.nj.us/jobspec/44135.htm

3/4/2016

Page 3 of 3

Persons with mental or physical disabilities are eligible as long as they can perform essential functions of the job with or without reasonable accommodation. If the accommodation cannot be made because it would cause the employer undue hardship, such persons may not be eligible.

This job specification is applicable to the following title code:

| Job Spec Code | Variant | State, Local or Common | Class of Service | Work Week | State Class Code | Local Class Code | Salary Range | Note |
|---|---|---|---|---|---|---|---|---|
| 44135 | | C | N | 40 | 09 | 05 | R10 | . |

This job specification is for state and local government use.
Salary range is only applicable to state government.
Local salaries are established by individual local jurisdictions.

2/20/2016

http://info.csc.state.nj.us/jobspec/44135.htm

3/4/2016

P2

## JOB POSTING APPLICATION

**Postion Applied For**   *Crew Supvr Bldg Maint Wrkr*

**PARF ID #** _____
*(if applicable)*

**Posting Date**   03/08/2016

**Closing Date** 03/15/2016

**Department / Division**   *DPW & Engineering*   /  *Buildings & Grounds*

**Name** _____

**Present Position** _____

**Department / Division** _____ / _____

**Supervisor's Name** _____

**Date of Hire** _____

In the space below, outline your skills, knowledge, and abilities that qualify you for this position.

In the space below, outline your current and prior work experience and/or education that qualify you for this position.

I certify that all the information provided by me in connection with my Job Posting Application is true and complete. I understand that any misstatement, falsification or omission of information shall be grounds for refusal to hire or if hired, termination.

*Employee's Signature* _____     *Date* _____

09/15/06

FORM:   HR-03

P2

# EXHIBIT E

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

LUTHER GRAHAM,

       Plaintiff,

    v.

MONMOUTH COUNTY BUILDINGS AND
GROUNDS, DAVID KRYZANOWSKI,
ROBERT W. COMPTON, and CRAIG
BELL,

       Defendants

*Civil Action*
DOCKET NO. 16-1578(PGS)(LHG)

**SUPPLEMENTAL DECLARATION OF ROBERT
COMPTON, IN SUPPORT OF ALL
DEFEDANTS' SECOND MOTION FOR
SUMMARY JUDGMNET**

   I, ROBERT COMPTON, an adult over the age of 18, do hereby
swear under penalty of perjury as follows:

1.   I am an adult over the age of 18 and am employed by
the County of Monmouth as Superintendent of Buildings
and Grounds in the Department of Public Works &
Engineering. I make this declaration in support of
Defendants' Second Motion for Summary Judgment.

2.   It is my understanding that Plaintiff objects to my
prior declaration because no documents were attached.
Accordingly, I have searched my records and provide
the following backup documentation relative to the
Crew Supervisor position.

3.   Attached hereto as Exhibit A is a true and correct
copy of the interview acknowledgement forms for the
Crew Supervisor position.

4.   Attached hereto as Exhibit B is a true and correct
copy of the Job Posting applications for all
applicants.

5.   Attached hereto as Exhibit C is a true and correct
copy of Mr. Graham's application for the Crew
Supervisor position [personal identifiers redacted].

6.   Attached hereto as Exhibit D is a true and correct
copy of Mr. Briscoe's application for the Crew
Supervisor position [personal identifiers redacted].

1


DEFENDANT'S
EXHIBIT
E

7.      Attached hereto as Exhibit E is a true and correct copy of the Job Posting for the Crew Supervisor position.

8.      Attached hereto as Exhibit F is a true and correct copy of the blank scoring worksheet for the Crew Supervisor position.

9.      Attached hereto as Exhibit G is a true and correct copy of the completed scoring worksheets for the Crew Supervisor position.

10.     Attached hereto as Exhibit H is a true and correct copy of the change in status form for Mr. Briscoe.

## VERIFICATION

I, Robert Compton, do hereby swear under the penalty of perjury that the foregoing declaration made by me is true and correct.

Robert Compton

Dated: August 2, 2018

State of New Jersey :
                    :
County of Monmouth  :

On August 2, 2018, before me, personally appeared Robert Compton, known to me and whose name is subscribed to the within declaration, and acknowledged that he executed the same in his capacity as Superintendent, and who, being duly sworn on oath under penalty of perjury, deposes and says that he has read the foregoing declaration and that it is true and correct.

Notary Public

--SEAL--

CECELIA A. THOMAS
Commission # 2428872
Notary Public, State of New Jersey
My Commission Expires
January 18, 2023

2

*Briscoe*

# INTERVIEW ACKNOWLEDGEMENT FORM

The COUNTY OF MONMOUTH is an Equal Opportunity Employer and does not discriminate on the basis of race, creed, color, national origin, nationality, ancestry, age, sex or any other protected classification.



www.visitmonmouth.com
732-431-7300

## POSITION INFORMATION

*1 of 3*

| Department: | DPW & Eng | Division: (if applicable) | Buildings + Grounds |
|---|---|---|---|
| Unit: (if applicable) | & Operations | Anticipated Position: | Crew Supervisor Bld Srv |

## INTERVIEWER INFORMATION

| (1) Last Name: (print) | CAHOON | First Name: (print) | Wade | | |
|---|---|---|---|---|---|
| Signature: | Wade Cahoon | Date: 03/22/16 | | Time: | 8:30 |

| (2) Last Name: (print) | Longo | First Name: (print) | Charles | | |
|---|---|---|---|---|---|
| Signature: | Charles Longo | Date: 3/22/16 | | Time: | 9:15 |

| (3) Last Name: (print) | BRISCOE | First Name: (print) | ROBERT | | |
|---|---|---|---|---|---|
| Signature: | R B Bur | Date: 3/22/16 | | Time: | 10:00 |

| (4) Last Name: (print) | Aretino | First Name: (print) | Chad | | |
|---|---|---|---|---|---|
| Signature: | Chad Aretino | Date: 3-22-16 | | Time: | 11:00 |

My signature on this Interview Acknowledgement Form confirms my participation as an Interviewer for the above referenced anticipated position.

## INTERVIEWEE INFORMATION

| Last Name: (print) | Compton | First Name: (print) | ROBERT | | |
|---|---|---|---|---|---|
| Signature: | Robert | Date: | 3/22 | Time: | 12:26 |

My signature on this Interview Acknowledgement Form confirms my appointment / attendance for the above referenced anticipated position.

HR-25

DEFENDANT'S EXHIBIT A

8-12-2015

*Bellardino*

# INTERVIEW ACKNOWLEDGEMENT FORM

*The COUNTY OF MONMOUTH is an Equal Opportunity Employer and does not discriminate on the basis of race, creed, color, national origin, nationality, ancestry, age, sex or any other protected classification.*



www.visitmonmouth.com
732-431-7300

## POSITION INFORMATION

2 of 3

| Department: | DPW & Eng | Division: (if applicable) | Buildings & Grounds |
| Unit: (if applicable) | Operations | Anticipated Position: | Crew Supervisor Bld Svs |

## INTERVIEWER INFORMATION

| (1) Last Name: (print) | GRAHAM | First Name: (print) | LUTHER | | |
| Signature: | | Date: 3/22/16 | | Time: 11:44 |

| (2) Last Name: (print) | Bellardino | First Name: (print) | Louis | | |
| Signature: | | Date: 3/22/16 | | Time: 12:41 |

| (3) Last Name: (print) | KYEREMATENG | First Name: (print) | | | |
| Signature: | Kojo Kyeremateng | Date: 3/22/16 | 1:15 | Time: |

| (4) Last Name: (print) | Netter | First Name: (print) | Frank | | |
| Signature: | | Date: 3/22 | 2:00 | Time: |

My signature on this Interview Acknowledgement Form confirms my participation as an interviewer for the above referenced anticipated position.

## INTERVIEWEE INFORMATION

| Last Name: (print) | Conyr | First Name: (print) | | |
| Signature: | | Date: 3/22/16 | Time: 2:00p |

My signature on this Interview Acknowledgement Form confirms my appointment / attendance for the above referenced anticipated position.

HR-25

08-12-2015

*Baxter*

# INTERVIEW ACKNOWLEDGEMENT FORM

*The COUNTY OF MONMOUTH is an Equal Opportunity Employer and does
not discriminate on the basis of race, creed, color, national origin, nationality,
ancestry, age, sex or any other protected classification.*



www.visitmonmouth.com
732-431-7300

## POSITION INFORMATION

*3 of 3*

| Department: | DPW & Eng | Division: (if applicable) | B & G |
|---|---|---|---|
| Unit: (if applicable) | Operatn | Anticipated Position: | Crew Supervisor Bldg Svs |

*GE*

## INTERVIEWER INFORMATION

| (1) Last Name: (print) | Daniels | First Name: (print) | Craig | | |
|---|---|---|---|---|---|
| Signature: | Craig Daniels | Date: 3/23/2016 | | Time: | 11:08 AM |

| (2) Last Name: (print) | Baxter | First Name: (print) | Kevin | | |
|---|---|---|---|---|---|
| Signature: | Kev Baxter | Date: 3/23/16 | | Time: | 12:45 |

| (3) Last Name: (print) | Daniels | First Name: (print) | JAMES | | |
|---|---|---|---|---|---|
| Signature: | | Date: | | Time: | |

| (4) Last Name: (print) | Muench | First Name: (print) | Gabrielle | | |
|---|---|---|---|---|---|
| Signature: | | Date: 3/24/16 | | Time: | 3/24/11 |

My signature on this Interview Acknowledgement Form confirms my participation as an Interviewer for the above
referenced anticipated position.

## INTERVIEWEE INFORMATION

*R*

| Last Name: (print) | Congdon | First Name: (print) | Robert |
|---|---|---|---|
| Signature: | Robert Congdon | Date: 3/23/16 | Time: |

My signature on this Interview Acknowledgement Form confirms my appointment / attendance for the above referenced
anticipated position.

HR-25

08-12-2015



## JOB POSTING APPLICATION

| | |
|---|---|
| Postion Applied For | *Crew Supvr Bldg Maint Wrkr* |
| Posting Date | *03/08/2016*  Closing Date *03/15/2016* |
| Department / Division | *DPW & Engineering*  / *Buildings & Grounds* |

PARF ID # _____ (if applicable)

**Name** _LuTHER GRAHAM_

**Present Position** _SR. Electrician_

**Department / Division** _DPW_ , _B&G_

**Supervisor's Name** _AARON Kinney_

**Date of Hire** _5/3/93_

In the space below, outline your skills, knowledge, and abilities that qualify you for this position.

*See Attached Resume*

In the space below, outline your current and prior work experience and/or education that qualify you for this position.

*see Attached Resume*

I certify that all the information provided by me in connection with my Job Posting Application is true and complete. I understand that any misstatement, falsification or omission of information shall be grounds for refusal to hire or if hired, termination.

_____
**Employee's Signature**

_MARCH 11, 2016_
**Date**

09/15/05

DEFENDANT'S EXHIBIT B

*LG*

56 B Manchester Court          (732) 809-6908
Freehold, NJ 07728             luthers.graham@gmail.com

# Luther S. Graham

**Summary**

More than seven years of experience as programming and electrical operator, as well as acting manager for Monmouth County Building and Grounds; 10 years experience as Contract Manager, Assistant Director of a non-profit educational program, and related maintenance, repair, construction and occupational safety experience; and 20 years of various types of office and electronic equipment experience.

**Experience**

08/2005 - Present          Monmouth County Buildings and Grounds
                           Freehold, NJ

**Senior Electrician**

For past seven years I have served as acting manager in the absence of my supervisor. Responsibilities include, but are not limited to, conducting investigations of complain identifying resolutions, ensuring high-level jobs completed in given timeframe, managing a staff of three electricians, providing colleagues with technical advise and assistance and  managing schedules and payroll of other tradesmen. Other duties include installing and repairing wires, electrical fixtures, safety and control equipment, indentifying potentially unsafe conditions and taking proper action to protect and preserve property, maintaining adequate inventory of supplies and equipment, testing continuity of circuits to ensure electrical compatibility and exercising prudent care over district equipment, vehicles and tools.

Monmouth County Division of Employment & Training          Red Bank, NJ

**Program Manager for Contractors**

Managed 75 subcontractors on an annual basis, supervised and performed site visits,  ensured facility compliance with ADA and Construction Code requirements, made recommendations for corrective action when required, prepared reports for and provided  recommendations to the Workforce Investment Board and its committees, conducted  lectures based on findings to the Administrator of Contracts and Planning, as well as other appropriate staff, and initiated the discontinuation of funds for subcontractors found not to be in compliance.

1995–2005          ASTEP Tutorial Program
                   Neptune/Asbury Park, NJ

**Assistant Director**

Part owner of a nonprofit youth education program that hosted three sites in Monmouth County. Managed a staff of 25 volunteers and an advisory board of 20. Prepared reports for programs and sponsors, conducted meetings and wrote grants. Sponsors included Brookdale Community College, Neptune and Asbury Park Housing Authority, ShopRite and Foodtown.

**Education**

Ocean County Community College
Toms River, NJ
Continuing Education Units

Brookdale Community College
Lincroft, NJ
(ICS) Electrical Inspector (Approved by Uniform Construction Code)
Associates Degree in Science/Electrical Engineering

Monmouth County Vocational School
Freehold, NJ
2-Year Course in Computer Science Technology

**Technical Skills**

Computer
Proficient in PC and Network Computer Systems, Peripheral Connections, "C,"
UNIX Operating System, Windows 2011, Basic Programming Languages,
AutoCAD, HP Electrical Simulator and Fortran.
Familiar with: Microsoft Word, Access, Excel and Carte Graph

Electrical
Proficient in AC/DC Current and Voltage Theory, Schematic Diagram Reading,
Parallel Circuits, Ohm's Law and Kirchof's Rule, Voltometers, Electro Magnetic
Fields, and Function Generators in Performing Test.

**Interests**

Musician, including guitars and piano, wood-working, tutoring and community
service.



# JOB POSTING APPLICATION

| | | |
|---|---|---|
| **Postion Applied For** | *Crew Supvr Bldg Maint Wrkr* | **PARF ID #** |
| | | **(if applicable)** |
| **Posting Date** | *03/08/2016* | **Closing Date** *03/15/2016* |
| **Department / Division** | *DPW & Engineering* | *Buildings & Grounds* |
| **Name** | Robert Briscoe | |
| **Present Position** | Carpenter | |
| **Department / Division** | Public Works | Buildings & Grounds |
| **Supervisor's Name** | Jason Desiato | |
| **Date of Hire** | 11/2012 | |

**In the space below, outline your skills, knowledge, and abilities that qualify you for this position.**

I have installed and repaired doors, windows, walls, floors and ceilings in county run buildings. I have built, finished and installed cabinets, shelves and railings. I am trained and confident in my ability to use all tools and equipment employed in the building maintenance profession. I worked as a Building Maintenance Worker in the Monmouth County Courthouse; where I became knowledgeable in all in-house building repairs, including door locks, door closures, lighting and troubleshooting leaks and HVAC issues, worked with building tenants to ensure trouble free building operations. As a "carpenter's helper" in maintenance repair crew A, I have assumed supervisor duties on numerous occasions, exhibiting my skills in scheduling, working with coworkers to help ensure tasks are completed in a timely manner. I have run the crew, passed out daily work assignments, prioritized work orders and assigned tasks to individual crew members based on their skill sets. I processed all necessary paperwork including daily assignment sheets, material lists, and crew attendance issues. I take pride in my ability to communicate effectively with my superiors, other crew supervisors and coworker's to ensure timely coordination, productivity, quality of work and avoid unnecessary delays. I am capable of organizing work, with a willingness to work overtime, so that it will not interfere with building occupant's daily routines.

**In the space below, outline your current and prior work experience and/or education that qualify you for this position.**

I have worked as a private contractor remodeling various homes and businesses including restaurants. I have worked with architects and designers to help redesign building plans that work with a customer's business format and fit into his/her planned budget. I worked at the Asbury Park Press in the position of Insert Coordinator. This position's responsibilities included managing the receiving department, overseeing the delivery, processing and organization of over 250 weekly advertisements going into 12 different daily and weekly publications. I created and maintained staff hours, production volume, and budget reports on a daily weekly, monthly and year end basis. I am skilled in the use of Microsoft Excel, Outlook, and Word programs. I have customer service experience through direct dealings with sales staff and clients ensuring all the advertisements were processed correctly in the newspaper.

I certify that all the information provided by me in connection with my Job Posting Application is true and complete. I understand that any misstatement, falsification or omission of information shall be grounds for refusal to hire or if hired, termination.

*Employee's Signature* _____   *Date* 3/14/2016



# JOB POSTING APPLICATION

| | | |
|---|---|---|
| **Postion Applied For** | *Crew Supervisor Building Maintenance* | **PARF ID #** *TBD* |
| | | *(If applicable)* |
| **Posting Date** | *03/08/16* | **Closing Date** *03/15/16* |
| **Department / Division** | *Public Works & Eng.* / *Buildings & Grounds* | |
| **Name** | *Louis Bellardino* | |
| **Present Position** | *Assistant Supervisor Building Maintenance* | |
| **Department / Division** | *Public Works & Eng.* / *Buildings & Grounds* | |
| **Supervisor's Name** | *Scott Griffin* | |
| **Date of Hire** | *4/16/2007* | |

**In the space below, outline your skills, knowledge, and abilities that qualify you for this position.**

*I have experience in light plumbing, carpentry electrical and painting. I have a good understanding on how to take care of all the every day operations of the buildings and the people in them. I think I have good leadership skills, when the Supervisor is not here I am always the lead man for all the Boro buildings. I can order supplies, deal with contractors and vendors and have some knowledge of the pay roll and work order systems that we use.*

**In the space below, outline your current and prior work experience and/or education that qualify you for this position.**

*I have been second in charge at the Hall of Records and the rest of the Freehold Boro buildings since January 2008. I took the Black Seal course at Monmouth County Vocational School and received my license in May 2013.*
*I work part time in charge of the night time maintenance and supervision of the cleaning crew at Holy Family a parochial school and church in Lakewood.*

**I certify that all the information provided by me in connection with my Job Posting Application is true and complete. I understand that any misstatement, falsification or omission of information shall be grounds for refusal to hire or if hired, termination.**

_____      *2-15-2016*
*Employee's Signature*          *Date*



# JOB POSTING APPLICATION

Postion Applied For  *Crew Supvr Bldg Maint Wrkr*    PARF ID # _____
                                                     (if applicable)

Posting Date  *03/08/2016*      Closing Date  *03/15/2016*

Department / Division  *DPW & Engineering*  /  *Buildings & Grounds*

Name  *Craig Daniels*

Present Position  *Crew Supvr Bldg Maint Wrker*

Department / Division  *DPW & Engineering  /  Building & Grounds*

Supervisor's Name  *Scott Griffin*

Date of Hire  _____

In the space below, outline your skills, knowledge, and abilities that qualify you for this position.   *See attachment.*

In the space below, outline your current and prior work experience and/or education that qualify you for this position.   *See attachment.*

I certify that all the information provided by me in connection with my Job Posting Application is true and complete. I understand that any misstatement, falsification or omission of information shall be grounds for refusal to hire or if hired, termination.

_Employee's Signature_                          3/11/2016
                                                _Date_

09/15/05                                          FORM:   HR-03



# Craig Daniels, Sr.

15 Jackson Street, Freehold, New Jersey 07728
(732) 742-8769 (cell)
(732)780-7854 (home)
CCRAIG4040@aol.com

*Key Skills/Activities:*  Security, YMCA Coach – basketball, Little League – baseball/soccer

*Education:*  Freehold Borough High School

*Military*:  United States Army – 1978 – 1986
              United States Army Reserve – 1986 – 1990 – Drill Instructor

*Volunteer*:  Freehold Borough YMCA – 1974 – 2016

*Training:*  Computer Insight Learning Center – 2013 – 2016

*Experience:*

| | |
|---|---|
| *County of Monmouth, Freehold, NJ* | 1989 – Present |
| Security Guard | 2008 |
| Sr. Building Maintenance | 1998 |
| Building Maintenance | 1995 |
| Youth Detention Center – Juvenile Correction Officer | 1989 – 1991 |
| | |
| *Maxes Liquor Store, Freehold, NJ* | |
| Assistant Manager | 2005 – 2013 |
| | |
| *Centra State Healthcare, Freehold, NJ* | |
| Security Guard | 2004 – 2005 |
| | |
| *Battleground Country Club, Manalapan, NJ* | |
| Truck Driver | 1992 – 1995 |
| | |
| *Chicken Dale/Holiday, Manalapan, NJ* | |
| Vice President/Assistant Manager | 1974 – 2006, 2015 – Present |



# JOB POSTING APPLICATION

Postion Applied For _Crew Supervisor Building Maint_  PARF ID # _____
(If applicable)

Posting Date _3/8/16_  Closing Date _3-15_

Department / Division _B&G_ / _____

Name _Kevin Baxter_

Present Position _Sr Electrian_

Department / Division _B&G_ / _____

Supervisor's Name _Chris Kozol_

Date of Hire _6 / /88_

In the space below, outline your skills, knowledge, and abilities that qualify you for this position. _Been A Sr electrian since 1990 Been qun all mantian's at Linkage_

In the space below, outline your current and prior work experience and/or education that qualify you for this position. _OVer see Linkage Faulity._

I certify that all the information provided by me in connection with my Job Posting Application is true and complete. I understand that any misstatement, falsification or omission of information shall be grounds for refusal to hire or if hired, termination.

_____  _3/14/16_
Employee's Signature  Date



# JOB POSTING APPLICATION

| | | |
|---|---|---|
| **Postion Applied For** | *Crew Supervisor Building Maintenance* | **PARF ID #** *TBD* |
| | | *(if applicable)* |
| **Posting Date** | *03/08/16* | **Closing Date** *03/15/16* |
| **Department / Division** | *Public Works & Eng.* | *Buildings & Grounds* |

| | |
|---|---|
| **Name** | *Kofi Kyeremateng* |
| **Present Position** | *Sr. Maintenance* |
| **Department / Division** | *Public Works & Eng.*   /   *Buildings & Grounds* |
| **Supervisor's Name** | *Scott Griffin* |
| **Date of Hire** | *7/23/2007* |

**In the space below, outline your skills, knowledge, and abilities that qualify you for this position.**

*I have a good understanding on how to take care of all the every day operations of the buildings and the people in them. I think I have good leadership skills, and believe I can run any County building and its crew. I have experience in light plumbing, carpentry electrical and painting.*

**In the space below, outline your current and prior work experience and/or education that qualify you for this position.**

*I have been at the Hall of Records and the rest of the Freehold Boro buildings for almost nine years and have worked closely with both the Assistant and the Supervisor at these facilities. In occasion when the Supervisor and Assistant have been out I took over responsibility of the lead for the day.*

**I certify that all the information provided by me in connection with my Job Posting Application is true and complete. I understand that any misstatement, falsification or omission of information shall be grounds for refusal to hire or if hired, termination.**

*Kofi Kyeremateng*                                    *3-15-16*
Employee's Signature                                  Date



# JOB POSTING APPLICATION

**Postion Applied For** _Crew Supervisor Building Maintenance Worker_     **PARF ID #** _____
(If applicable)

**Posting Date** _03/08/16_     **Closing Date** _03/15/16_

**Department / Division** _D.P.W. (engineering) Buildings & grounds_

**Name** _Wade Cahoon_

**Present Position** _electrician_

**Department / Division** _D.P.W. (engineering) Buildings & grounds_

**Supervisor's Name** _Aaron Kinney_

**Date of Hire** _11/18/13_

**In the space below, outline your skills, knowledge, and abilities that qualify you for this position.**

_electrical, plumbing, Hvac, epA certified, welding, Fabrication, carpentry, Heavy equipment operator._

**In the space below, outline your current and prior work experience and/or education that qualify you for this position.**

_Vast experience in construction with leadership skills_

2016 MAR -9 P 1:2
BUILDINGS & GROUNDS
FILE SEE R.W.C.

**I certify that all the information provided by me in connection with my Job Posting Application is true and complete. I understand that any misstatement, falsification or omission of information shall be grounds for refusal to hire or if hired, termination.**

_Wade Cahoon_                          _03/08/16_
**Employee's Signature**                    **Date**

09/15/05                                                                                    FORM:   HR-03

## JOB POSTING APPLICATION

| | | |
|---|---|---|
| **Postion Applied For** | *Crew Supvr Bldg Maint Wrkr* | **PARF ID #** _____ |
| | | (If applicable) |
| **Posting Date** | *03/08/2016* | **Closing Date** *03/15/2016* |
| **Department / Division** | *DPW & Engineering* | / *Buildings & Grounds* |

**Name** _Chad   Aretmo_

**Present Position** _Senior    Carpenter_

**Department / Division** _DPW + E      ,      B + G_

**Supervisor's Name** _Marty    Ganley_

**Date of Hire** _Oct    2003_

In the space below, outline your skills, knowledge, and abilities that qualify you for this position.

- Knowledge of cleaning products
- Ability to keep paper records
- repair office equipment and furniture
- Can run a crew
- ability to plan and organize different jobs

*(stamp: 2016 MAR 11 A 9 51)*

In the space below, outline your current and prior work experience and/or education that qualify you for this position.

- acting Supervisor as current supervisor is out
- experience handling a crew
- understands deadlines and scheduling issues

I certify that all the information provided by me in connection with my Job Posting Application is true and complete. I understand that any misstatement, falsification or omission of information shall be grounds for refusal to hire or if hired, termination.

_____     **Date** 3-11-16
**Employee's Signature**

## JOB POSTING APPLICATION

BUILDINGS & GROUNDS

FILE SEE R.W.C.

| | |
|---|---|
| **Postion Applied For** | *Crew Supvr Bldg Maint Wskr*  **PAR ID #** *(if applicable)* |
| **Posting Date** | 03/08/2016  Closing Date 03/15/2016 |
| **Department / Division** | *DPW & Engineering  -/ Buildings & Grounds* |

| | |
|---|---|
| **Name** | Charles Longo |
| **Present Position** | Senior Carpenter |
| **Department / Division** | B+G / Trades |
| **Supervisor's Name** | Marty Cranley |
| **Date of Hire** | 1/6/14 |

In the space below, outline your skills, knowledge, and abilities that qualify you for this position. organized, good at scheduling, Damage control, Problem solving. Good at Communicating

In the space below, outline your current and prior work experience and/or education that qualify you for this position. Good on Computer, Can schedule work and keep track of material + time.

I certify that all the information provided by me in connection with my Job Posting Application is true and complete. I understand that any misstatement, falsification or omission of information shall be grounds for refusal to hire or if hired, termination.

**Employee's Signature**                                    3/9/16
                                                              **Date**

09/15/05                                                     FORM:   HR-03

## JOB POSTING APPLICATION

| | |
|---|---|
| Postion Applied For | *Crew Supvr Bldg Maint Wrkr* |
| Posting Date | *03/08/2016* |
| Department / Division | *DPW & Engineering* |

PARF ID # _____
(If applicable)
Closing Date *03/15/2016*
*Buildings & Grounds*

| | |
|---|---|
| Name | JAMES DANiels |
| Present Position | BMW / grounds keeper |
| Department / Division | Buildings and / grounds |
| Supervisor's Name | Chris Boziol |
| Date of Hire | 12/27/1999 |

In the space below, outline your skills, knowledge, and abilities that qualify you for this position.

I Am Friendly i get along with anybody
if someone on the crew has a problem
or Just needs to talk i am there for them
i'm a good listener and everything i do i catch
on very quickly i'm very observent and i give
my all in everything that i do

In the space below, outline your current and prior work experience and/or education that qualify you for this position.

I have worked as acting supervisor
for the drawbridges i have learned cartegraph, payroll
I have also worked for don coyle and chris Boziol
when they have been out on vacation, personal, or sick
i'm always available i will always answer my cellphone
and work phone and office phone like i have done in
the past

I certify that all the information provided by me in connection with my Job Posting Application is true and complete. I understand that any misstatement, falsification or omission of information shall be grounds for refusal to hire or if hired, termination.

James Daniels
**Employee's Signature**

3/9/2016
*Date*

FORM:   HR-03

## JOB POSTING APPLICATION

| | |
|---|---|
| Postion Applied For | *Crew Supvr Bldg Maint Wrkr*     PARF ID # *(if applicable)* |
| Posting Date | *03/08/2016*     Closing Date *03/15/2016* |
| Department / Division | *DPW & Engineering*   /   *Buildings & Grounds* |

Name     Gabrielle   Muench

Present Position     maintance worker

Department / Division     B+G   /

Supervisor's Name     Chris Koziol

Date of Hire     2002

In the space below, outline your skills, knowledge, and abilities that qualify you for this position.

See sheet

In the space below, outline your current and prior work experience and/or education that qualify you for this position.

See sheet

I certify that all the information provided by me in connection with my Job Posting Application is true and complete. I understand that any misstatement, falsification or omission of information shall be grounds for refusal to hire or if hired, termination.

_____     3/15/16
Employee's Signature            Date

09/15/05                      FORM:   HR-03

# Gabrielle Muench

belmarbridge@aol.com · 905 wall road, Spring lake heights, NJ 07762  732-449-1232
[Type your website]

## Experience
**Building and grounds | 250 center street, freehold, NJ 07728**
**Building maintenance worker**
- Training workers in using cleaning tools and equipment
- Fill in for employees in case of absenteeism or overtime
- Swept and mopped floors stairwells and offices. Vacuumed rugs, waxed floors
- Wash bathrooms and replace supplies as needed
- Dust and polish furniture
- Cleared grounds and parking lots of debris and dust and assisted in weeding
- Emptied trash cans and ensured that trash and recyclable goods were separated and disposed of properly
- Inspected sites and ensured no injuries to staff and building occupants
- Replace light bulbs as necessary, minor maintenance around building
- Clean roof of debris, make sure drains are clear
- Have worked and master a cleaning schedule for most buildings with the least disruption of clients during working hours
- When other building needed help because of low staffing, I was able to use staff at police academy to help clean new 911 and 250 Center Street and still keep police academy and old 911 up to standards
- Handled parts of renovation and repair for old 911, also helped move old 911 out and move warrant sheriff in

**Para tours travel agency**
- Preparing and maintain record for accounts receivable and payable, payroll, budget
- Hiring staff for inside sales and outside sales, also training

## Skills
- In-depth understanding of cleaning tools, solutions, and agents/chemicals
- Ability to use and repair cleaning tools and equipment

Gabrielle Muench

- Ability to speak, write, and follow instructions in English
- Basic knowledge of computer
- supplies procurement and distribution
- stock inventory management
- cleaning procedures and equipment
- customer service protocols
- safety regulations

FV

## JOB POSTING APPLICATION

Postion Applied For  Crew Supervisor Building      PARF ID #
 Maintenance Workers       (if applicable)

Posting Date      03/08/2016          Closing Date  03/15/2016

Department / Division    DPW & Engineering     /  Buildings & Grounds

Name    Frank Vetter

Present Position    Maintenance Repair / LPL

Department / Division    Public Works / Buildings and Grounds

Supervisor's Name    Matt Abbatiello

Date of Hire    April 2, 2002

In the space below, outline your skills, knowledge, and abilities that qualify you for this position.

See Attachments

2016 MAR 15 A 11: 03

In the space below, outline your current and prior work experience and/or education that qualify you for this position.

See Attachments

I certify that all the information provided by me in connection with my Job Posting Application is true and complete. I understand that any misstatement, falsification or omission of information shall be grounds for refusal to hire or if hired, termination.

_____          3/12/2016
Employee's Signature               Date

09/15/05                                    FORM:  HR-03

Addendum to application for Title Code 44135 Frank Vetter

F-V

**Frank Vetter**
**29 North Circle**
**Aberdeen, N.J. 07747**
**Phone 732-583-7751**

Additional and/or detailed information:

- I have been employed by Monmouth County for over fourteen years. I started working for Monmouth County Buildings and Grounds; December 30, 2011 to present. Monmouth County Bridge Department; April 2, 2002 to December 29, 2011. Both positions are for full time employment at a minimum of forty or more hours per week.
- I have worked in the Hall of Records, Annex, Vet's, Probation, and County Clerk buildings as a building maintenance worker. I am well versed in most duties assigned to this position. I clean offices and lavatories as needed, on a daily basis. I sweep and mop floors, vacuum and shampoo carpets. I have stripped floor tile and linoleum, buffed and waxed them as well. I use various sized ladders to fix, replace and clean ceiling tiles, replace light bulbs, light fixtures and ballasts. Also to clean, repair or replace venetian blinds as needed. I also use extension ladders to raise and lower flags on my various buildings as well as decorative bunting and banners.
- I continuously move heavy furniture and filing cabinets throughout all the buildings I maintain and service. I set up offices and furniture according to the many functions that are held, which usually includes desk, different size tables and chairs, which can amount from a few dozen to a few hundred.
- I take stock of and have my supervisor or senior maintenance worker, reorder supplies and various chemicals that are used on a daily basis. I will then unload the truck and restock the cleaning supplies and office supplies to the proper closets, cabinets, and offices that are in need of them.
- I maintain the tool cabinets. Use and maintain various machinery throughout the work day. This includes vacuum cleaners and shampoo cleaners, snow throwers and leaf blowers.
- As stated I worked for the Monmouth County Bridge Department. My duties there included cleaning and maintaining the various buildings I worked in there, as well. On a daily basis, I would sweep and mop the floors, take out the trash. I would clean the rest room, clean the windows and polish the furniture. I had to dust and wash walls and cabinets, and maintain light fixtures. Change different types of light bulbs.
- In both positions, I swept outside and around the different buildings. Picked up and bagged all trash and debris. I am and was required to remove any and all snow and ice that accumulated on the sidewalks by utilizing snow shovels and/or snow throwers.



Addendum to application for Title Code 44135 Frank Vetter

Additional and/or detailed information

> I worked for the Freehold Regional School District in 2007. I worked as a custodian doing building maintenance which included, cleaning classrooms, halls, bathrooms, gymnasiums, and auditoriums. I washed and scrubbed floors, desks, and windows daily. I was responsible to ensure that each classroom was safe and clean for students, everyday.
> As stated, I have worked for Monmouth County for over fourteen years. I have kept daily, detailed work logs, payroll and timesheet reports and records. Working for the bridge department, I had to train other personnel on how to do their job to the best of their ability everyday. That is the only way I know how to work and try to instill that in my co-workers.
> In April 2012 I obtained my low pressure boiler operator license.
> I have also obtained, in May, 2002 a certificate in Water/Wastewater Technology from the Monmouth County Vocational School District

Description of Supervisory capabilities:

I believe I am level headed when faced with problems. I try to look at things from different angles. I know that there are usually more than one solution to any problem. I don't have a problem with asserting myself and voicing my opinions to solve a problem if I feel it is a more efficient solution.

In my current position and location I tend to take the lead when we are working together to accomplish a task. When I feel there is a better way of doing something, I will try it or suggest it to my co-workers. I find that many people are hesitant about changing things up or trying a different way of doing things. I am not. Especially if I think it will work. If I see that a co-worker has strengths in a particular field I am not intimidated and will see how they do the task, ask them for information and help. I believe this helps me be more productive and better at my job.

I also know that I can learn a lot about people by just listening to them. And I ask questions concerning things about my work environment that is unfamiliar to me. The more I know about my buildings the better I can do my job and be able to spot trouble if something is not working correctly.

And, as for working correctly, safely is always the correct way of working.

I always take the time to make sure I am working in a safe manner. It is always wrong to put others in danger to complete a job. When I don't know something, I will tell you I don't know. But I will find out.

I have had past opportunities taking the lead of my co-workers. At my previous position as bridge attendant I had the responsibility of making sure that the bridge opened and closed in a safe and timely manner. I had to make sure that the gate men were not injured and that there was no property damaged. As a young man I was a manager of a local McDonald's restaurant. I ran a shift of ten people and made schedules, assigned personnel to their jobs. I kept the restaurant running efficiently, kept inventory of all

products and supplies, and kept a monetary ledger.  I was also responsible for tallying all cash drawers.

F V

RECEIVED

NOV -8 PM 12: 06

ON CUTH COUNTY
SURPOBEL DEPARTMENT

# APPLICATION FOR EMPLOYMENT
## COUNTY OF MONMOUTH
### Hall of Records, Freehold, NJ 07728   (732) 431-7300



The County of Monmouth is an Equal Opportunity Employer and does not discriminate on the basis of race, color, national origin, gender, religion, age, marital status or disability in employment.  Applicants requiring reasonable accommodations to the application and/or interview process should notify a representative of the Personnel Department.  Resumes are not accepted in lieu of applications

PRINT IN INK OR TYPE.   Last Name: **Graham**   First: **Luther**   Middle Initial: **S.**   Social Security #

Permanent Residence/Number & Street/Apt #
(P.O. Box not acceptable)        Town        County        State        Zip Code

Home Phone        Cell Phone/Beeper        Work Phone (Optional)   Contact at work YES ☒ NO ☐

Mailing Address (if different from above address)

List any other names used if different from name given above:

Are you at least 18 years of age?   ☒ YES   ☐ NO

List exact position or type of work for which you wish to apply: _**Electrician**_
Salary range required: _**Negotiable**_        Date of Application: _**10/29/04**_

Type of employment desired:   ☒ Full-Time   If shift work, circle one: ①ˢᵗ   2ⁿᵈ   3ʳᵈ
Part-Time (Indicate availability)   ☐ Mornings   ☐ Afternoons   ☐ Evenings   ☐ Temporary

How did you learn about the position?   ☐ County Employee   ☐ Job Fair   ☐ Newspaper _____
☐ Internet Job Posting   ☐ Civil Service Exam   ☐ Other _____ (name)

Have you ever been employed by the County of Monmouth?   ☐ YES   ☐ NO
If YES give Dates: From: _6/21/93_ To: _present_   Department _D.E.T._   Title _Program Monitor_

Reason for separation: _____

**FOR DRIVER APPLICANTS:**
Current Driver's License # (if required for position) _____

Do you have a valid Commercial Driver's License?   ☐ YES        (State)        (Number)
☐ NO
Class _____ Endorsements _____

DEFENDANT'S EXHIBIT C

Are you a veteran?                                                                    ☐ YES   ☒ NO
Are you the surviving spouse of a veteran?
Are you currently authorized to work in the United States?
*(Legal proof of authorization to work in the U.S. is required if offered employment)*
Are you related to anyone in our employ (past or present)?
If YES, Name: _____   Relationship: _____

Applicants are required to provide proof of high school diploma, transcript, license, and certification if required of position.   Did you graduate from high school or receive a GED ?   ☒ YES   ☐ NO

**High School**

_Neptune Sr. High School_
(School)
_Neptune BLVD  Neptune NJ. 07753_
(Address)

---

Undergraduate College/University. Did you graduate?   ☒ YES   ☐ NO   Degree: _Math & Science_
Minor:
_Brookdale Comm College_                                                 No. of credits: _90_
(School)
_Newman Spring Rd. Lincroft NJ_
(Address)

---

Graduate School. Did you graduate?   ☐ YES   ☒ NO   Degree: _Electrical Eng._
Minor:
_New Jersey Institute of Technology_                                      No. of credits: _2_
(School)

(Address)

---

Technical, Vocational/Business. Did you graduate?   ☒ YES   ☐ NO
_Monmouth County Vocational School_        List Courses: _Computer Science Tech Program_
(School)                                                  _2 yr program_
_Middle Town (North) High School_                          _certificate received_
(Address)

---

If a license, certificate, or other authorization is required for the position for which you are applying, complete the following:

| License/Certificate Type | Issuing Authority (State/Other Authority) | License Number | Date in Use | Current |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

---

Special Training /Skills/Qualifications: List all job related training, skills and equipment you can use, or individual capabilities you possess. i.e. Printing/Graphics and/or computer equipment and types of software and hardware programs.

_____

_____

Typing Skills: If required of this position (Approximate wpm)? _____

**EMPLOYMENT HISTORY**

... the official record of your employment history.
... begin with your current or last position. If needed, attach a separate sheet
... MUST BE COMPLETE WITH MAILING ADDRESSES, INCLUDING ZIP CODE

... CONTACT YOUR PRESENT EMPLOYER?  ☒ YES  ☐ NO

| Employer | Dates Employed | Title | Final Salary |
|---|---|---|---|
| Monmouth County Division of Employment AND Training | 6/21/93 - present | Program Monitor | 35,000 |

| Address | City | State | Zip Code |
|---|---|---|---|
| 170 Monmouth St. | Red Bank | NJ | 07701 |

Summary of Experience: Monitor those Subcontractors 2 times per year. perform site visit which include the review of participant and vender files.

Supervisor's Name: Carolyn Ellington     Telephone No. (732) 747 3282     EXT; 24

Reason for Leaving (Be specific): present.

| Employer | Dates Employed 1989 - 1991 | Title | Final Salary |
|---|---|---|---|
| LABCOM, Electronics Technology & Devices | | Assistant Eng. van | |

| Address | City | State | Zip Code |
|---|---|---|---|
| HEXAGON BLD | Fort Monmouth | NJ | 07724 |

Summary of Experience:

Supervisor's Name:     Telephone No.

Reason for Leaving (Be specific):

| Employer | Dates Employed 1995 - present | Title | Final Salary |
|---|---|---|---|
| Independent Sub-Contractor. | | Electrician | |

| Address | City | State | Zip Code |
|---|---|---|---|
| | | | |

Summary of Experience: Installation of electrical outlets, lighting circuits (rough & finish) major Appliance and low voltage system.

Supervisor's Name: Self Employed.     Telephone No.

Reason for Leaving (Be specific)

Have you ever been terminated from a position?   ☐ YES  ☒ NO   Employer:_____
Explain:_____

## PERSONAL REFERENCES

Do not use relatives as references.

| | Name | Full Address | Telephone | Business or Occupation | Years Known |
|---|---|---|---|---|---|
| 1. | Robert Levinsky | 57 So. Main St. Neptune NJ #340 07753 | (732) 775-1930 | Ken Wood Racing Horse Broker | 3 yrs. |
| 2. | Sharon Cypress | John Fitch PLAZA 16th Floor Trenton NJ 08625 | (609) 984-3369 | STATE MONITORING | 4 yrs. |
| 3. | Will Wright | 736 B Pine Brook Rd Tinton Falls 07724 | (732) 768-2325 | GPU Lineman | 5 yrs. |

## LEGAL HISTORY

Have you ever been convicted of a crime that has **not** been expunged by the Courts?     ☐ YES   ☒ NO

This question refers to instances where you have been convicted, pled guilty, or paid a fine.  This includes a conviction for any disorderly persons offense, petty disorderly offense (such as shoplifting), or any motor vehicle violations (such as drunk driving, death by auto, other than a parking ticket).

If your answer is **"Yes"**, give the date and nature of each offense, the name and location of the court, and the disposition of the case.

A conviction will not necessarily preclude you from employment, unless the nature of the conviction relates adversely to the position. A false statement or omission will disqualify you from employment.  **ATTN:**  Sheriff's Officer, Correction Officer, Juvenile Detention Officer or other law enforcement applicants: You are required to disclose all arrests, convictions and expungements.

Date and Nature of Charge(s):_____

Name and Location of Court:_____

Disposition:_____

_____

## SUBSTANCE ABUSE POLICY

The County of Monmouth requires all offers of employment extended to applicants whose job duties require that they hold a Commercial Drivers License including the performance of safety sensitive functions as defined by Federal Highway Administration and Federal Transit Administration, Department of Transportation regulations, be conditioned on the applicant's ability to pass a Department of Transportation mandated physical examination which includes a drug screen.  This shall also apply to transferred employees, former employees returning to County service via re-employment lists, interim or temporary employees, whose job duties required a CDL.  Failure to pass pre-employment screening will result in withdrawal of a conditional offer of employment. Refusal to sign the appropriate release and consent forms for testing, or any failure to provide a valid specimen for testing will be regarded as a failed test, thereby rendering the applicant disqualified for employment.

If an applicant has any questions regarding this Policy, additional information may be requested from the Personnel Department of the County of Monmouth.

## PLEASE READ THE FOLLOWING STATEMENT CAREFULLY AND INDICATE YOUR UNDERSTANDING AND ACCEPTANCE BY SIGNING BELOW.

I certify that all the information provided by me in connection with my application is true and complete.  I understand that any misstatement, falsification or omission of information shall be grounds for refusal to hire or if hired, termination.  I understand that as a condition of employment, I will be required to provide legal proof of authorization to work in the U.S.  I authorize the County of Monmouth to contact any of the persons or organizations referenced in this application.  I authorize the references to give the County of Monmouth all information concerning my previous employment, education, or any other pertinent information they might have with regard to any of the subjects covered by this application.

_____
SIGNATURE

10/29/04
DATE

Rev 9/01

## LUTHER S. GRAHAM

**OBJECTIVE:** To acquire a position that will allow me to utilize my previous experience, education, computer, and technical skills.

**TECHNICAL SKILLS:** **Electrical:** Have an understanding of AC/DC current and voltage theory, electron flow theory and schematic diagram reading. Understand series and parallel circuits. Have the ability to apply the concept of electrical energy to series and parallel circuits. Experience in analyzing circuits using the basic concepts of Ohm"s Law and Kirchof"s Rule. Have used various voltmeters, power supplies and function generators in performing Tests. Have a knowledge of electro magnetic fields (EMF).

**Computer:** PC and network computer systems and peripheral connections. DOS, Windows 2002 and UNIX operating systems. "C", Fortran, and BASIC programming languages. AutoCAD and HP electrical simulator software programs. Knowledgeable in MS Word, Access, WNJPIN and various Internet Service Providers.

**EXPERIENCE:** <u>Monmouth County Division of Employment & Training Red Bank ,NJ</u>   (1993 - Present)

**Program Monitor-** Monitor those subcontractors twice yearly who have contracts with this agency. Perform site visit which includes the review of participants, subcontractor files and all required service areas as per contracts. In addition, key staff and administrators are monitored. Written reports of all monitoring visits are complied, recommendation are made and/or corrective actions if warranted, along with follow up visits as needed.

**Reviewer/MIS Specialist** – Review applications and supporting documentation to determine eligibility for training programs. Computer data entry. (1996-2002)

**Mathematics Instructor** – Provided individual tutoring and group instruction in mathematics skills.   (1993 – 1995)

<u>LABCOM, Electronics Technology & Devices, Fort Monmouth, NJ</u>       (1989-1991)
**Assistant Engineer** – Developed a "C" program to simulate a LED modulator Circuit. Wrote minor "C" programs involving mathematical manipulations. Utilized UNIX to retrieve CAD/CAM files from remote workstations. Tested and assembled power supply sweeper box for testing Gunn devices. Fabricated and assembled electronic circuits. Compiled and organized test data for reports.

<u>Independent Sub-Contractor</u>
**Electrician** – installation of electrical outlets, lighting circuits (rough and finish), major appliances and low voltage systems.

<u>Brookdale Community College, Lincroft, NJ</u>       (1988 – 1991)
**Math Assistant** – Provided computer/mathematics assistance using software programs.

**CIVIC ACTIVITIES:** <u>After School Tutorial Educational Program (A.S.T.E.P. , Inc.)   (1995-2002)</u>
**Assistant Director** – Oversee non-profit youth education program with sites in Monmouth County, NJ.

**EDUCATION:**      New Jersey Institute of Technology
**Electrical Engineering Courses** (20 credits)

Brookdale Community College
**Associate in Math and Science**
*Graduated*
Monmouth County Vocational School
**Computer Science Technology Course (2-year program)**
*Certificate received*

# APPLICATION FOR EMPLOYMENT

*The County of Monmouth is an Equal Opportunity Employer and does not discriminate on the basis of race, creed, color, national origin, nationality, ancestry, age, sex or any other protected classification.*



MAIL TO:

The County of Monmouth
Human Resources Department
Hall of Records
1 East Main Street
Freehold, NJ 07728
732-431-7300
www.visitmonmouth.com

## APPLICANT INFORMATION

**Name**  Briscoe (Last Name)   Robert (First Name)   F (M.I.)

**Social Security #** ▓▓▓ / ▓▓ / ▓▓▓

**Address**  ▓▓▓▓
Permanent Residence/Number & Street/Apt. # (P.O. box not acceptable)

▓▓▓ (City)   ▓▓▓ (County)   ▓▓ (State)   ▓▓ (Zip Code)

**Telephone #s we may use to contact you:**

Home: ▓▓▓▓

Cell: ▓▓▓▓

Work: ▓▓▓▓

E-Mail: ▓▓▓▓

**Mailing Address**  ▓▓▓▓

## POSITION INFORMATION

**Title Applying for**   Security Guard, Reclamation Center

**Type of Employment**   [✓] Full-Time   [ ] Part-Time

**Would you be interested in temporary employment?** [✓] Yes [ ] No

**Salary Requirements** _____

**What shift(s) are you able to work?**
[ ] N/A   [ ] 1st   [ ] 2nd   [ ] 3rd   [✓] Any

## QUESTIONNAIRE

1. Can you provide proof of citizenship or authorization to work in the U.S. upon employment?   [✓] Yes [ ] No

2. Are you at least 18 years of age?   [✓] Yes [ ] No

3. Were you ever employed by the County of Monmouth?   [ ] Yes [✓] No

4. Have you ever applied to the County of Monmouth before?   [ ] Yes [✓] No   Date(s) _____

5. Are you related to anyone currently working for the County of Monmouth? *(The County of Monmouth maintains an anti-nepotism policy).*   [✓] Yes [ ] No   Date(s) _____
   Debra Comerford - sister-in-law, Phil Comerford - brother-in-law
   If yes, provide name(s) & relationship(s).

6. Have you ever been discharged or asked to resign from any employment?   [ ] Yes [✓] No
   _____
   If yes, provide an explanation.

7. Have you used any other name(s) different from name listed above?   [ ] Yes [✓] No
   _____
   If yes, provide name(s).

8. How were you referred to the County? *(Check all that apply).*
   [ ] NJ Civil Service Commission Examination List   [ ] Advertisement   [ ] Other
   [ ] Monmouth County Website   [✓] Employee   Specify _____   Specify _____
   Debra Comerford
   Full Name

HR-1B

DEFENDANT'S EXHIBIT D

/13/2011

| Robert | Briscoe | 2656 |
|---|---|---|
| | Name | Last four digits of SS# |

**REQUIREMENTS —** You are only required to answer questions on this page relevant to the requirements stated in the job specification and/or job posting for which you are applying. If a question is not applicable, you may write N/A.

**EDUCATION -** Proof of specific education requirements must be submitted with the application; e.g., copy of degree, transcript with specific courses identified.

| Name | State | Major and # of Credits Completed (e.g. Business) | | Degree (e.g. B.S.) | Minor and # of Credits Completed (e.g. Accounting) | | Graduated | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Yes | No |
| High School<br>Middletown HS South | NJ | | | | | | ✓ | |
| GED | | | | | | | | |
| Business / Technical or Vocational | | | | | | | | |
| Undergraduate College<br>Brookdale CC | NJ | History | 25 | no | | | | ✓ |
| Graduate College | | | | | | | | |
| Doctorate | | | | | | | | |

**LICENSES / CERTIFICATIONS —** Relevant to the position you are applying for.

| Name of License | Issuing Authority (State/Other Authority) | License Number | Date Issued | Expiration Date |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

**DRIVER'S LICENSE —** Relevant to the position you are applying for.

Do you have a valid NJ Driver's License?   ☑ Yes  ☐ No

Do you have a valid NJ Commercial Driver's License (CDL)?   ☐ Yes  ☑ No

NJ Driver's License #

Class _____   Endorsements _____

**KNOWLEDGE AND ABILITIES**

☐ Typing ____ WPM        ☐ Transcribing        ☑ Word Processing   MS Word
                                                                   Name

☐ Accounting / Bookkeeping   ☑ Spreadsheet   MS Excel   ☐ Web Design
                                            Name                      Name

                             ☑ Database   Icon          ☐ Other
                                          Name                       

HR-18                    Page 2 of 4                    01/13/2011

| Robert | Briscoe | 2656 |
|---|---|---|
| | Name | Last four digits of SS# |

## EMPLOYMENT EXPERIENCE

Starting with your present or most recent employer, list all full-time and part-time employment history for the past ten years. I understand that any misstatement, falsification or omission of information shall be grounds for refusal to hire or if hired, termination.

May we contact your present employer?  ☐ Yes  ☐ No

**1.** Asbury Park Press, Gannett Inc.  — Jack Roth, VP Production — (732 ) 922-6000
Employer — Supervisor, Title — Telephone

235 Willowbrook Rd. — Freehold — NJ — 07728
Address (number & street) — City — State — Zip Code

Distribution Supervisor — Employed From 02 / 2007 To 01 / 2009
Title — Month / Year — Month / Year

☑ Full-Time  ☐ Part-Time  50 # of hrs./wk. — Starting Salary $45,000.00 — Final Salary $51,000.00

Job Duties  Supervise the delivery, processing and production of preprinted advertisements. Track and report labor hours/cost, production volume, and budget costs on multiple reports. Ensure product quality to be distributed.

Reason for Leaving  Staff Reduction

**2.** Asbury Park Press, Gannett Inc. — Gabe Musto, — (732 ) 922-6000
Employer — Supervisor, Title — Telephone

3601 Hwy 66 — Neptune — NJ — 07750
Address (number & street) — City — State — Zip Code

Operator/Mechanic — Employed From 03 / 1992 To 02 / 2007
Title — Month / Year — Month / Year

☑ Full-Time  ☐ Part-Time  40 # of hrs./wk. — Starting Salary $27,000.00 — Final Salary $42,000.00

Job Duties  Program the daily sequence and operate the advertisement insert machines, perform daily maintenance and repair to distribution conveyors, wrapping machines, power jacks and forklifts. Distribution department safety representative

Reason for Leaving  Promotion

**3.** BAE Automated Systems, Newark Air — James Perry — (972 ) 586-1061
Employer — Supervisor, Title — Telephone

2525 Carter Drive — Carroliton — TX — 75006
Address (number & street) — City — State — Zip Code

Conveyor Mechanic — Employed From 02 / 1989 To 02 / 1991
Title — Month / Year — Month / Year

☑ Full-Time  ☐ Part-Time  40 # of hrs./wk. — Starting Salary $24,000.00 — Final Salary $33,000.00

Job Duties  Prioritize, schedule and perform repair to baggage control &conveyor systems. Inspect daily all mechanical and electrical parts, troubleshoot system software integration issues. Ensure all safety measures are in place.

Reason for Leaving  BAE contract at Newark Airport was terminated

## MILITARY EXPERIENCE

Are you a Veteran?  ☐ Yes  ☑ No

Branch of Service — Rank — Specialty

Duties / Special Training:

Are you a surviving spouse or parent of a veteran? (Civil Service Veterans Preference may apply).  ☐ Yes  ☑ No

| Robert | Briscoe | 2656 |
|---|---|---|
| | Name | Last four digits of SS# |

## REFERENCES

Provide the names of three people (*no relatives*) that have known you at least five years, who can attest to your character, job skills, knowledge and abilities.

1. **Name**   Pamela Wynn   Travel Manager   ( 908 ) 295-8559
                                      Occupation              Telephone

       **Address**   654 Barclay Ave   Morrisville   PA   19067
                              Street                City           State      Zip

2. **Name**   James Holcombe   Home Renovation Business Owner   ( 732 ) 620-0363
                                      Occupation              Telephone

       **Address**   29 Oakwood Rd   Leonardo   NJ   07737
                              Street                City           State      Zip

3. **Name**   Mark Eng   Enegery Buyer   ( 973 ) 464-2051
                                      Occupation              Telephone

       **Address**   20 Tremont Ave   West Orange   NJ   07052
                              Street                City           State      Zip

## LEGAL HISTORY

**HAVE YOU EVER BEEN CONVICTED OF OR PLED GUILTY TO A CRIME, MISDEMEANOR, DISORDERLY PERSON'S OFFENSE, OR OTHER OFFENSE** (*other than a parking ticket*), **IN NEW JERSEY OR ELSEWHERE, WHICH HAS NOT BEEN EXPUNGED?**   ☐ Yes   ☑ No

SHERIFF'S OFFICER, CORRECTION OFFICER, AND JUVENILE DETENTION OFFICER APPLICANTS ARE REQUIRED TO DISCLOSE ALL ARRESTS, CONVICTIONS AND EXPUNGEMENTS.

**IF YOUR ANSWER IS "YES," GIVE DATE AND NATURE OF EACH OFFENSE, THE NAME AND LOCATION OF THE COURT AND THE DISPOSITION OF THE CASE.**

Date(s) and Nature of Charge(s):

                                Date(s)                       Nature of Charge(s)

Name and Location of Court:

                                City(s)                       State(s)

Disposition:

                 Specify

A conviction will not automatically disqualify you from consideration for the position. Whether a conviction will disqualify an applicant depends upon (1) the nature and gravity of the offense, (2) the nature of the job being sought, and (3) the length of time since the conviction and/or completion of the sentence. A false statement or omission will disqualify you from employment.

## SUBSTANCE ABUSE POLICY

The County of Monmouth requires all offers of employment extended to applicants whose job duties require that they hold a Commercial Driver's License including the performance of safety sensitive functions as defined by Federal Highway Administration and Federal Transit Administration, Department of Transportation regulations, be conditioned on the applicant's ability to pass a Department of Transportation mandated pre-employment physical examination, which includes a drug screen. This shall also apply to transfer employees, former employees returning to County service via appeals, re-employment lists, interim or temporary employees, whose job duties require a CDL. Failure to pass pre-employment screening will result in withdrawal of a conditional offer of employment. Refusal to sign the appropriate release and consent forms for testing or failure to provide a valid specimen for testing will be regarded as a failed test, thereby rendering the applicant disqualified for employment. If an applicant has any questions regarding this Policy, additional information may be requested from the County of Monmouth Personnel Department.

## PLEASE READ THE FOLLOWING STATEMENT CAREFULLY AND INDICATE YOUR UNDERSTANDING AND ACCEPTANCE BY SIGNING BELOW.

I certify that all the information provided by me in connection with my application is true and complete. I understand that any misstatement, falsification or omission of information shall be grounds for disqualification for employment or if hired, termination. I understand that as a condition of employment, I will be required to provide legal proof of authorization to work in the U.S. I authorize the County of Monmouth to contact any of the persons or organizations referenced in this application. I authorize the references to give the County of Monmouth all information concerning my previous employment, education, or any other pertinent information they might have with regard to any of the subjects covered by this application.

_____   2/27/2012
SIGNATURE                                    DATE



# AUTHORIZATION FOR RELEASE OF INFORMATION FOR EMPLOYMENT PURPOSES

I, Robert _____ Briscoe _____, authorize the County of Monmouth to contact any of the persons or organizations referenced in the Application for Employment. I authorize the references to give the County of Monmouth all information concerning my previous employment, education or any other pertinent information they might have with regard to any of the subjects covered by the Application of Employment.

I hereby release the County of Monmouth, former employers and all other persons from any and all claims, demands or liabilities arising out of or in any way related to the examination of my background.

Robert _____ Briscoe _____                   _____
**Applicant's Name (Print Legibly)**                      **Previous Name(s)**

▬▬ · ▬ ▬▬▬
**Social Security Number**

_J. R. Bun_                                          _2/29/2012_
**Signature**                                        **Date**

# ROBERT F. BRISCOE



**OBJECTIVE:**
A Production position requiring a team player with solid manufacturing experience, a strong mechanical aptitude, and a track record for maintaining high production and quality standards

**PROFESSIONAL AWARDS:**
- *Employee of the Month*, 2007: For Rapid Adaptability To A New Position
- *Blue Chip Award*, 2006: For Outstanding Performance
- *Gannett Rising Star Award*, 2005: For Outstanding Production

**EXPERIENCE:**

*Distribution Supervisor, Asbury Park Press - Gannett, Inc, Freehold, NJ*                    *2007-2009*

- Received promotion to a management position due to diligent work ethic, exceeding production deadlines, and improving production quality.
- Organized Mailroom production and Quality control issues of the Asbury Park Press and its 4 subsidiary publications. Managed insertion of preprint advertisements and preprinted sections, the labeling, bundling and distributing of all Newspapers and related publications.
- Responsible for Supervising the delivery, processing and production of over 250 preprinted advertisement inserts into the 4 daily and 12 weekly Newspapers printed onsite, Responsible for each paper's changing daily deadlines.
- Responsible for Scheduling, layout and creating production packages for five Heidelberg preprint insert machines running to meet the daily production requirements for 5 Newspaper groups.
- Responsible for managing and coordinating multiple daily, weekly, monthly, deadlines to fit the changing production needs of all publications.
- Created and distributed multiple weekly, monthly, and yearly reports tracking staff hours, production volume and budget costs for multiple publications.
- Responsible for overseeing the production and quality of in-house printed and stitched books for Commercial Accounts and the 5 Gannett publications produced on-site,
- Led the creation of process of improvements to streamline production, reduce staff hours, and improve Quality Control.
- Responsible for calculating the changing daily volume of all in-house printing for 3 Goss Metro liners offset printing presses to fit the need of all publications and commercial printing.
- Responsible for Budgets and ordering all consumable supplies used by the Distribution Department.

*Machinist Operator, Asbury Park Press – Gannett Inc, Freehold, NJ*                    *1992-2007*

- Responsible for the operation and repairs of machinery for processing of insert advertisement preprints, distribution, wrapping, and packaging for the delivery of multiple newsprint products.
- Responsible for creating operational procedures to meet the daily production schedule.
- Volunteered to assist on special projects, creating new production processes for the new and expanding publications brought in-house though corporate restructuring.
- Often created process improvements to increase production enhance Quality Control.
- Assisted with training of other machinists

*Conveyor Mechanic, B.A.E. Automated Systems Inc. – Newark Airport, NJ*                    *1989-1991*

- Responsible for scheduling, prioritizing and repairs for various parts of conveyor machinery.
- Responsible for conducting daily inspections of all mechanical and electrical parts, often troubleshooting and repairing under emergency conditions.
- Assisted with training of new staff
- Expert knowledge of computer software associated with conveyor sorting system and all related baggage handling systems.

*Computer Hardware Representative, DIMIS, Inc, Eatontown, NJ*          *1986-1987*

- Responsible for superior customer service associated with installation and servicing of various software and hardware.
- Responsible for troubleshooting and repair of customer computer systems.
- Responsible for Customer service for Hardware department.
- Maintained electronic inventory and processing of hardware and related supplies orders.
- Created schedule and performed monthly back-up of data.

*Personal Interests,*

Member of the Tinton Falls Open Space committee
I enjoy Tennis, Hiking, and Kayaking.

# JOB POSTING

Posting Date _03/08/16_    Closing Date _03/15/16_    PARF ID # _____
(if applicable)

Department / Division _DPW & Engineering_ ____ / _Buildings and Grounds_

Position Title _Crew Supervisor Building Maintenance Worker_   Salary Range _55,000_ /yr. - _69,600_ /yr.

Worksite _Various_    [✓] Regular    [ ] Temporary

[✓] FT [ ] PT  # of Hrs./Wk. _M-F_   Shift _7:00_ a.m. - _3.30_ p.m.
                                          from              to

## JOB REQUIREMENTS NOT LISTED ON THE ATTACHED NJDOP JOB DESCRIPTION

[✓] Valid NJ Driver's License    [ ] CDL License, _Type of Endorsement_ _____

[ ] Pre-Employment Testing _____ / _____ / _____

## ELIGIBILITY

- Must meet the minimum requirements listed on the NJDOP Job Description, as well as, other requirements listed on this Job Posting as of the closing date.
- Must be actively working as of the closing date.

## SELECTION

- Consideration will first be given to qualified, internal employees, who have permanent job title status for a minimum of one year.
- Work performance records will be reviewed with employees current supervisors as part of the selection process.

  **NOTE:** Candidates on existing Certification of Eligibles for Appointment (Open NJDOP Lists) may take priority.

## PREFERRED JOB QUALIFICATIONS

Applicants who possess one or more of the following qualifications are preferred:

*This job posting is for anticipated vacancy/promotional opportunities.*
** All interested employees please deliver your job posting application to Cecelia Thomas @ the B&G main office, 250 Center Street, Freehold NJ 07728 by 4:30 pm on 3/15/16.*

## APPLICATION PROCEDURE

Complete Job Posting Application, available in each County Department and on the Employee Intranet, and submit it to the Interviewing Manager listed below by the closing date.

_David Krzyzanowki_ _____ / _Supervisor of General Services_
Interviewing Manager's Name / Title

09/09/05



Case 3:16-cv-01578-PGS-LHG   Document 118-2   Filed 11/15/19   Page 101 of 293 PageID:
2832
Case 3:16-cv-01578-PGS-LHG   Document 78-3   Filed 08/02/18   Page 40 of 171 PageID: 2317

Page 1 of 3



You are reading the State of New Jersey Job Descriptions. This is not a Job Vacancy Announcement.

### Job Specification

### CREW SUPERVISOR BUILDING MAINTENANCE WORKERS

### DEFINITION:

Under supervision of a supervisory official in a state or local department, institution or agency, takes the lead in and supervises a group of employees engaged in the cleaning and general maintenance of offices and furniture and the making of minor repairs to buildings and appurtenances. Supervises staff and work activities.  Prepares and signs official performance evaluations for subordinate staff; does other related duties.

**NOTE:** The examples of work for this title are for illustrative purposes only. A particular position using this title may not perform all duties listed in this job specification. Conversely, all duties performed on the job may not be listed.

### EXAMPLES OF WORK:

Inspects and determines the cleaning and maintenance work to be done and the equipment, materials and supplies needed.

Develops work plans for cleaning and maintenance work and develops effective work methods.

Provides assignments to Building Maintenance Workers, Senior Building Maintenance Workers, and other employees engaged in cleaning and maintenance work; supervises the performance of their work.

Supervises the work operations and/or functional programs and has responsibility for effectively recommending the hiring, firing, promoting, demoting and/or disciplining of employees.

Takes a leading part in cleaning and maintenance of desks, chairs, rugs, lighting fixtures, windows and other furniture and fixtures in a state institution, department or agency building.

Supervises and takes a leading part in the cleaning and washing of windows, doors and other glass areas.

Supervises and takes a leading part in sweeping, washing and sanding floors, in applying filler, shellac, paint and varnish to floors and in applying wax and polish to wooden, linoleum and composition floors.

Supervises and takes a leading part in applying paint remover and turpentine or other suitable agent to furniture, in sanding rough and discolored areas and in applying linseed oil, varnish, stain, lacquer, enamel and/or paint to varied types of furniture.

Conducts inspection of buildings, offices and other rooms to note hazards and other significant conditions and sees that needed work is done.

Obtains, safeguards and distributes and supervises the use of cleaning and general maintenance equipment, materials and supplies.

Prepares and maintains records of personnel, time, equipment, materials, supplies and work completed.

Will be required to learn to utilize various types of electronic and/or manual recording and information systems used by the agency, office or related units.

**REQUIREMENTS:**

**EXPERIENCE:**

Two (2) years of experience in work involving the inspection, cleaning and general maintenance of offices, furniture and buildings.

**LICENSE:**

Appointees will be required to possess a driver's license valid in New Jersey only if the operation of a vehicle, rather than employee mobility, is necessary to perform the essential duties of the position.

Appointees may be required to possess a valid Commercial Driver's License (CDL) and applicable endorsements for the class and type of vehicle being operated.

**NOTE:** The responsibility for ensuring that employees possess the required motor vehicle license, commensurate with the class and type of vehicles they operate, rests with the Appointing Authority.

**KNOWLEDGE AND ABILITIES:**

Knowledge of the problems and procedures used in inspecting premises, determining the cleaning and maintenance work to be done and the staff, equipment and time required.

Knowledge of the methods and materials used in cleaning and maintenance of desks, chairs, rugs, lighting fixtures, windows, floors and other furniture and fixtures in buildings.

Ability to organize large-scale supervisory cleaning and maintenance work and to develop effective work schedules and methods.

Ability to provide assignments to employees doing cleaning and maintenance work and to supervise their work.

Ability to supervise assigned staff and plan, organize and implement projects within the unit.

Ability to conduct inspections of offices and buildings, determine cleaning and general maintenance work to be done and to make estimates of staff, equipment and time required.

Ability to supervise and lead the work involved in the cleaning and maintenance of desks, chairs, rugs, lighting fixtures, windows and other furniture and fixtures in a building; the sweeping, washing and sanding of floors; in applying filler, shellac, paint, varnish, waxes and polish to wood, linoleum, or composition floors; in applying paint remover, turpentine or other agent to furniture; in sanding rough and/or discolored areas; and in applying linseed oil, varnish, stain, lacquer, enamel and paint to varied types of furniture.

Ability to supervise washing and cleaning of windows and other glass areas.

Ability to note hazards and notify the proper official.

Ability to prepare and maintain records of work in progress, work completed, personnel, materials used and time.

Ability to requisition, store and supervise the use of equipment and materials.

Ability to learn and utilize various types of electronic and/or manual recording and information systems used by the agency, office or related units.

Ability to read, write, speak, understand, or communicate in English sufficiently to perform the duties of this position.  American Sign Language or Braille may also be considered as acceptable forms of communication.

Persons with mental or physical disabilities are eligible as long
as they can perform essential functions of the job with or without
reasonable accommodation.  If the accommodation cannot be
made because it would cause the employer undue hardship,
such persons may not be eligible.

**This job specification is applicable to the following title code:**

| Job Spec Code | Variant | State, Local or Common | Class of Service | Work Week | State Class Code | Local Class Code | Salary Range | Note |
|---|---|---|---|---|---|---|---|---|
| 44135 | | C | N | 40 | 09 | 05 | R10 | - |

This job specification is for **state and local** government use.
Salary range is only applicable to state government.
Local salaries are established by individual local jurisdictions.

2/20/2016

JOB TITLE

Crew Supervisor Building Services 2016

APPLICANT'S NAME

# SCORING WORKSHEET

Columns A&B are determined BEFORE interviews are conducted.

| A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|
| Competency Name | Percentage of Importance | Question 1 Score | Question 2 Score | Question 3 Score | Applicant's Average Points without % of importance. | Applicant's Adjusted Score with % of importance. |
| EXAMPLE: Write or type competency name. | Write or type in decimal format - .xx | Write or type in each score from the Applicant Evaluation Form. | | | If doing manually, round up to two decimal points - x.xx | If doing manually, round up to two decimal points - x.xx |
| e.g. Organizational Skills | 0.20 | 0.5 | 2.0 | 2.0 | 1.50 | 0.30 |
| Required Education | 0.00 | | | | 0.00 | 0.00 |
| Required Experience | 0.20 | | | | 0.00 | 0.00 |
| Analytical | 0.10 | | | | 0.00 | 0.00 |
| Teamwork | 0.20 | | | | 0.00 | 0.00 |
| Leadership | 0.10 | | | | 0.00 | 0.00 |
| Customer Service | 0.20 | | | | 0.00 | 0.00 |
| Business Success | 0.10 | | | | 0.00 | 0.00 |
| Administrative/ Clerical Support | 0.10 | | | | 0.00 | 0.00 |
| | | | | | 0.00 | 0.00 |
| | | | | | 0.00 | 0.00 |
| | | | | | 0.00 | 0.00 |

SUM OF PERCENTAGES

(the sum of all #s in column B must equal 100%)

**100%**

TOTAL SCORE

(=sum of all #s in column G)

If doing manually, round up to two decimal points - x.xx

**0.00**

HIRING MANAGER'S NAME

HR-22

DEFENDANT'S EXHIBIT

Promotional Interviewers Check List for **Crew Supervisor Building Maintenance Worker**:

1. Welcome ✓

2. Sign Interview Acknowledgment form ✓

3. Ask if the reviewed the NJDOP job spec. ✓

4. Explain the Position:

   The current posted positions are anticipated promotional opportunity that has not been approved by County Administration. After selection of a candidate the Division has to justify the Employee Change of Status and identify funds in the current operating budget. At that time the County Administration will approve or disapprove of the promotional opportunity.

   The current assignments will be utilized to provide supervision within B&G  Monday thru Friday from 7:00 am to 3:30 pm.

   The position is deemed essential and you may have to report during emergencies and closures.

5. As a reminder the Department has the authority to reassign any employee to any County location and change work hours and work days to meet the current needs of the County. The Department will always provide two week notice.

6. Now we will start the interview process. I am going to ask you a series of questions and please answer them to the best of your ability.

7. Close the interview and advise them we will notify them when a selection has been made to bring closure.

Interview Report                                                                 Page 1 of 8

---

**Applicant Evaluation Form**                    Menu | Edit Job Title | Print Report

Department Name:   *DPW & Engineering / B&G*

Position:  Crew Supervisor Building Services 2016

Applicant:

Interviewer
(print & sign):                    *I* x

Date:

---

**Analytical**

**Question 1:** Tell me about a situation where your analysis of a problem was deemed to be incorrect? What would you do differently today?

**Answer 1:** *Has the character to admit mistakes. Also clarify-Were the steps he took correct? More importantly, has he/she learned from this mistake?*

*Notes:*

---

Rating: ☐ Unsatisfactory=0 ☐ Satisfactory=1 ☐ Very Good=2 ☐ Excellent=3 | **POINTS** ☐

---

**Analytical**

**Question 2:** Tell me about a recent project you received. What are some of the first things you do?

**Answer 2:** *Accurately anticipates the duration and difficulty of projects and plans accordingly.*

*Notes:*

---

Rating: ☐ Unsatisfactory=0 ☐ Satisfactory=1 ☐ Very Good=2 ☐ Excellent=3 | **POINTS** ☐

---

**Analytical**

**Question 3:** How would you measure the strength of your management team?

**Answer 3:** *Uses and employs modern analytical and management techniques to measure management value and ability.*

Interview Report                                                    Page 2 of 8

*Notes:*

| Rating: | ☐ Unsatisfactory=0 | ☐ Satisfactory=1 | ☐ Very Good=2 | ☐ Excellent=3 | **POINTS** ☐ |
|---|---|---|---|---|---|

---

### TOTAL COMPETENCY AVERAGE POINTS

| SUM OF POINTS | TOTAL # OF QUESTIONS | TOTAL AVERAGE POINTS |
|---|---|---|
| ☐ | / ☐ | = ☐ |

---

### Teamwork

**Question 1:** How would you persuade people of the importance of cooperation in today's workplace?

**Answer 1:** *Realizes that a positive balanced, cooperative work force is vitally important for success in business today.*

*Notes:*

| Rating: | ☐ Unsatisfactory=0 | ☐ Satisfactory=1 | ☐ Very Good=2 | ☐ Excellent=3 | **POINTS** ☐ |
|---|---|---|---|---|---|

### Teamwork

**Question 2:** Give me an example of a time when you tried your best to get along with a work colleague but failed. Why do you think that was? What did you learn from that experience?

**Answer 2:** *Tries to cooperate with all colleagues and spends time and effort to maintain and keep these relationships in a healthy state.*

*Notes:*

| Rating: | ☐ Unsatisfactory=0 | ☐ Satisfactory=1 | ☐ Very Good=2 | ☐ Excellent=3 | **POINTS** ☐ |
|---|---|---|---|---|---|

### Teamwork

**Question 3:** Tell me about a time you had to work with somebody who had a reputation as an uncooperative belligerent person? What tactics did you use?

**Answer 3:** *Remains cooperative and poised when faced with uncooperative colleagues, emphasizes the mutual advantage of cooperation.*

Interview Report                                                    Page 3 of 8

---

*Notes:*

| Rating: | Unsatisfactory=0 | Satisfactory=1 | Very Good=2 | Excellent=3 | **POINTS** |
|---------|------------------|----------------|-------------|-------------|------------|

---

### TOTAL COMPETENCY AVERAGE POINTS

| SUM OF POINTS | / | TOTAL # OF QUESTIONS | = | TOTAL AVERAGE POINTS |
|---------------|---|----------------------|---|----------------------|

---

Leadership

**Question 1:** Have you ever tried to do a job for which you were unqualified? How did you react at that time? Were you able to accomplish your task?

**Answer 1:** *Can take risks and chances to achieve goals at work; also inspires others.*

*Notes:*

| Rating: | Unsatisfactory=0 | Satisfactory=1 | Very Good=2 | Excellent=3 | **POINTS** |
|---------|------------------|----------------|-------------|-------------|------------|

Leadership

**Question 2:** Have you ever tried to do a job for which you were unqualified? How did you react at that time? Were you able to accomplish your task?

**Answer 2:** *Can take risks and chances to achieve goals at work; also inspires others.*

*Notes:*

| Rating: | Unsatisfactory=0 | Satisfactory=1 | Very Good=2 | Excellent=3 | **POINTS** |
|---------|------------------|----------------|-------------|-------------|------------|

Leadership

**Question 3:** How have you contributed to the company strategies and policies?

**Answer 3:** *Influences the company to develop and implement innovative corporate strategies and technically advanced procedures, successfully adapting leadership style to accommodate the diverse needs of team members.*

Interview Report                                                                    Page 4 of 8

Notes:

| Rating: | ☐ Unsatisfactory=0 | ☐ Satisfactory=1 | ☐ Very Good=2 | ☐ Excellent=3 | POINTS |
|---------|---------|---------|---------|---------|---------|

### TOTAL COMPETENCY AVERAGE POINTS

| SUM OF POINTS | TOTAL # OF QUESTIONS | TOTAL AVERAGE POINTS |
|---------|---------|---------|
| ☐ | / ☐ | = ☐ |

**Customer Service Orientation**

Question 1: How do you handle negative feedback from angry clients? How do you normally respond to them?

Answer 1: *Able to entertain customer complaints without being dominated or getting emotional; does not get overwhelmed while been criticized.*

Notes:

| Rating: | ☐ Unsatisfactory=0 | ☐ Satisfactory=1 | ☐ Very Good=2 | ☐ Excellent=3 | POINTS |
|---------|---------|---------|---------|---------|---------|

**Customer Service Orientation**

Question 2: This position requires interacting with the general public as well as existing employees and all levels of management. Tell me about some of your experiences. If no experience, what are your thoughts on this?

Notes:

| Rating: | ☐ Unsatisfactory=0 | ☐ Satisfactory=1 | ☐ Very Good=2 | ☐ Excellent=3 | POINTS |
|---------|---------|---------|---------|---------|---------|

**Customer Service Orientation**

Question 3: Tell me about a time when you believed a policy or procedure was not in the customer's best interest. What did you do? Has a Policy or Procedure come down with which you disagreed. What did you do?

Notes:

| Rating: | ☐ Unsatisfactory=0 | ☐ Satisfactory=1 | ☐ Very Good=2 | ☐ Excellent=3 | POINTS |
|---------|---------|---------|---------|---------|---------|

Interview Report                                              Page 5 of 8

## TOTAL COMPETENCY AVERAGE POINTS

SUM OF POINTS  /  TOTAL # OF QUESTIONS  =  TOTAL AVERAGE POINTS

---

### Business Success

**Question 1:** Some battles are worth fighting and others are not. How do you know which are worth fighting? Can you give me an example?

*Notes:*

Rating: ☐ Unsatisfactory=0  ☐ Satisfactory=1  ☐ Very Good=2  ☐ Excellent=3      **POINTS** ☐

### Business Success

**Question 2:** What kind of working relationships do you have with co-workers from other departments? How have these relationships been beneficial in accomplishing your work?

*Notes:*

Rating: ☐ Unsatisfactory=0  ☐ Satisfactory=1  ☐ Very Good=2  ☐ Excellent=3      **POINTS** ☐

### Business Success

**Question 3:** When given a specific problem to solve, how do you decide what information is essential to making an informed decision?

**Answer 3:** *Capable of deciding what information is necessary to make an informed decision; if they are not, are they capable of using their team's knowledge and experience to bring about a successful conclusion.*

*Notes:*

Rating: ☐ Unsatisfactory=0  ☐ Satisfactory=1  ☐ Very Good=2  ☐ Excellent=3      **POINTS** ☐

### TOTAL COMPETENCY AVERAGE POINTS

Interview Report                                                    Page 6 of 8

|  | SUM OF POINTS | TOTAL # OF QUESTIONS | TOTAL AVERAGE POINTS |
|---|---|---|---|
|  |  | / |  | = |  |

### Administrative/Clerical Support

**Question 1:** Describe a situation that is typical of the pace and change in priorities in your department. How does it affect your work? Would you give me a specific example?

*Notes:*

Rating: ☐ Unsatisfactory=0  ☐ Satisfactory=1  ☐ Very Good=2  ☐ Excellent=3   **POINTS** ☐

### Administrative/Clerical Support

**Question 2:** Tell me about a situation in which you had to cope with inadequate resources. How did you deal with it?

*Notes:*

Rating: ☐ Unsatisfactory=0  ☐ Satisfactory=1  ☐ Very Good=2  ☐ Excellent=3   **POINTS** ☐

### Administrative/Clerical Support

**Question 3:** What specific responsibilities do you have for supporting the work of other people in your department? What positions do they hold? What specific tasks do you perform? Which tasks reflects your strengths? Which tasks may require some development?

*Notes:*

Rating: ☐ Unsatisfactory=0  ☐ Satisfactory=1  ☐ Very Good=2  ☐ Excellent=3   **POINTS** ☐

### TOTAL COMPETENCY AVERAGE POINTS

|  | SUM OF POINTS | TOTAL # OF QUESTIONS | TOTAL AVERAGE POINTS |
|---|---|---|---|
|  |  | / |  | = |  |

### Required Experience

Interview Report

**Question 1:** This position requires _____ years of experience with _____. How do you meet these qualifications?

*Notes:*

Rating: ☐ Unsatisfactory=0  ☐ Satisfactory=1  ☐ Very Good=2  ☐ Excellent=3

**POINTS**

---

**Required Experience**

**Question 2:** What managerial responsibility do/do you have?

*Notes:*

Rating: ☐ Unsatisfactory=0  ☐ Satisfactory=1  ☐ Very Good=2  ☐ Excellent=3

**POINTS**

---

**Required Experience**

**Question 3:** How do you feel your experience qualifies you for this position?

*Notes:*

Rating: ☐ Unsatisfactory=0  ☐ Satisfactory=1  ☐ Very Good=2  ☐ Excellent=3

**POINTS**

---

**TOTAL COMPETENCY AVERAGE POINTS**

| SUM OF POINTS | / | TOTAL # OF QUESTIONS | = | TOTAL AVERAGE POINTS |
|---|---|---|---|---|
| | | | | |

Notes:

☐ I have reviewed the essential job functions with the applicant including the work schedule, location or any specific physical requirements.

☐ I have asked the applicant directly, "Are you able to perform the essential functions of this position with or without a reasonable accommodation?" I have not asked, "Do you need an accommodation?"

☐ I understand that I may ask applicants to describe or demonstrate how they would perform any or all job functions, as long as all applicants in the job category are asked to do this. However, if a particular applicant has an obvious disability, (e.g. uses a wheelchair) I understand that I may ask this applicant alone to describe or demonstrate how s/he would perform the job.

Interview Report                                                                    Page 8 of 8

**NOTE:** If an applicant says that s/he needs a reasonable accommodation to perform a job demonstration, you must either: provide a reasonable accommodation that does not create an undue hardship or allow the applicant to simply describe how s/he would perform the job function.

Comments: _____

JOB TITLE: Crew Supervisor Building Services 2016

APPLICANT'S NAME: Robert Briscoe

# SCORING WORKSHEET

Columns A&B are determined BEFORE interviews are conducted.

| A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|
| Competency Name | Percentage of Importance | Question 1 Score | Question 2 Score | Question 3 Score | Applicant's Average Points without % of importance. | Applicant's Adjusted Score with % of importance. |
| EXAMPLE: Write or type competency name. | Write or type in decimal format - .xx | Write or type in each score from the Applicant Evaluation Form. | | | If doing manually, round up to two decimal points - x.xx | If doing manually, round up to two decimal points x.xx |
| e.g. Organizational Skills | 0.20 | 0.5 | 2.0 | 2.0 | 1.50 | 0.30 |
| Required Education | 0.00 | | | | 0.00 | 0.00 |
| Required Experience | 0.20 | 3.0 | 3.0 | 3.0 | 3.00 | 0.60 |
| Analytical | 0.10 | 2.0 | 2.0 | 2.0 | 2.00 | 0.20 |
| Teamwork | 0.20 | 3.0 | 2.0 | 2.0 | 2.33 | 0.47 |
| Leadership | 0.10 | 2.0 | 2.0 | 1.0 | 1.67 | 0.17 |
| Customer Service | 0.20 | 3.0 | 2.0 | 3.0 | 2.67 | 0.53 |
| Business Success | 0.10 | 2.0 | 2.0 | 3.0 | 2.33 | 0.23 |
| Administrative/ Clerical Support | 0.10 | 3.0 | 2.0 | 3.0 | 2.67 | 0.27 |
| | | | | | 0.00 | 0.00 |
| | | | | | 0.00 | 0.00 |
| | | | | | 0.00 | 0.00 |

SUM OF PERCENTAGES
(the sum of all #s in column B must equal 100%)

100%

TOTAL SCORE
(=sum of all #s in column G)

2.47

If doing manually, round up to two decimal points - x.xx

HIRING MANAGER'S NAME: ROBERT W. COMPTON

HR-22

5/22/2008

DEFENDANT'S EXHIBIT G

**Applicant Evaluation Form**                Menu | Edit Job Title | Print Report

Department Name: *DPW & Engineering / B&G*

Position: Crew Supervisor Building Services 2016

Applicant: *ROBERT BRISCOE*

Interviewer (print & sign): *Robert Compton  X  Robert Compton*

Date: *3-22-16*

---

**Analytical**

**Question 1:** Tell me about a situation where your analysis of a problem was deemed to be incorrect? What would you do differently today?

> *More tiles - choose tile - insite Reh with base?*

**Answer 1:** *Has the character to admit mistakes. Also clarify-Were the steps he took correct? More importantly, has he/she learned from this mistake?*

Notes: *thinking        Change (lack of knowledge)*

| Rating: | Unsatisfactory=0 | Satisfactory=1 | ☒ Very Good=2 | Excellent=3 | POINTS 2 |
|---|---|---|---|---|---|

**Analytical**

**Question 2:** Tell me about a recent project you received. What are some of the first things you do?

*Everything together - Congegate material & tools*

**Answer 2:** *Accurately anticipates the duration and difficulty of projects and plans accordingly.*

*tool van loaded   ②*

Notes: *(tool list most important) needs accessible*

| Rating: | Unsatisfactory=0 | Satisfactory=1 | ☒ Very Good=2 | Excellent=3 | POINTS 2 |
|---|---|---|---|---|---|

**Analytical**

**Question 3:** How would you measure the strength of your management team?

*need Compton, meeting everyone is*

**Answer 3:** *Uses and employs modern analytical and management techniques to measure management value and ability.*

*trying but we need to coordinate & communicate*

Interview Report                                                    Page 2 of 8

Notes:

| Rating: | Unsatisfactory=0 | Satisfactory=1 | Very Good=2 | Excellent=3 | POINTS |
|---------|------------------|----------------|-------------|-------------|--------|
|         |                  |                | ✗           |             | 2      |

### TOTAL COMPETENCY AVERAGE POINTS

| SUM OF POINTS | | TOTAL # OF QUESTIONS | | TOTAL AVERAGE POINTS |
|---------------|--|---------------------|--|---------------------|
|  | / |  | = |  |

### Teamwork

**Question 1:** How would you persuade people of the importance of cooperation in today's workplace?

*Most important — so much time is wasted in proving who is correct.* (3)

**Answer 1:** *Realizes that a positive balanced, cooperative work force is vitally important for success in business today.*

Notes:

| Rating: | Unsatisfactory=0 | Satisfactory=1 | Very Good=2 | Excellent=3 | POINTS |
|---------|------------------|----------------|-------------|-------------|--------|
|         |                  |                |             |             | 3      |

### Teamwork

**Question 2:** Give me an example of a time when you tried your best to get along with a work colleague but failed. Why do you think that was? What did you learn from that experience?

*JOB Experience in — you try to explain correct — way — County own way to do things.*

**Answer 2:** *Tries to cooperate with all colleagues and spends time and effort to maintain and keep these relationships in a healthy state.*

Notes:  *Forced Job to go my way but was not worth it to force — rather it would have*

| Rating: | Unsatisfactory=0 | Satisfactory=1 | Very Good=2 | Excellent=3 | POINTS |
|---------|------------------|----------------|-------------|-------------|--------|
|         |                  |                |             |             | 2      |

### Teamwork

**Question 3:** Tell me about a time you had to work with somebody who had a reputation as an uncooperative belligerent person? What tactics did you use?

*Don't choose who you work with — focus on the job and get it done — stay focused*

**Answer 3:** *Remains cooperative and poised when faced with uncooperative colleagues, emphasizes the mutual advantage of cooperation.*

*explain scope of work & teamwork*

Notes:

Rating: ☐ Unsatisfactory=0  ☐ Satisfactory=1  ☒ Very Good=2  ☐ Excellent=3    POINTS  2

**TOTAL COMPETENCY AVERAGE POINTS**

| SUM OF POINTS | TOTAL # OF QUESTIONS | TOTAL AVERAGE POINTS |
|---|---|---|
| | | |

/ =

## Leadership

**Question 1:** Have you ever tried to do a job for which you were unqualified? How did you react at that time? Were you able to accomplish your task?

*Often complete task not qualified for*

**Answer 1:** *Can take risks and chances to achieve goals at work; also inspires others.*

*Installed window -forced it th. Received*

**Notes:** *cont to Gary.* ②

Rating: ☐ Unsatisfactory=0  ☐ Satisfactory=1  ☒ Very Good=2  ☐ Excellent=3    POINTS  2

## Leadership

~~**Question 2:** Have you ever tried to do a job for which you were unqualified? How did you react at that time? Were you able to accomplish your~~ task?

**Answer 2:** *Can take risks and chances to achieve goals at work; also inspires others.*

**Notes:**

Rating: ☐ Unsatisfactory=0  ☐ Satisfactory=1  ☐ Very Good=2  ☐ Excellent=3    POINTS  1

## Leadership

**Question 3:** How have you contributed to the ~~company's~~ strategies and policies?

*- Brght organzt. shlls to the Crew - plan papertrails*

**Answer 3:** *Influences the company to develop and implement innovative corporate strategies and technically advanced procedures, successfully adapting leadership style to accommodate the diverse needs of team members.* ①

**Notes:**

| | | | | POINTS |
|---|---|---|---|---|
| **Rating:** ☐ Unsatisfactory=0 | ☐ Satisfactory=1 | ☐ Very Good=2 | ☐ Excellent=3 | *1* |

### TOTAL COMPETENCY AVERAGE POINTS

| SUM OF POINTS | TOTAL # OF QUESTIONS | TOTAL AVERAGE POINTS |
|---|---|---|
| ☐ | / ☐ | = ☐ |

### Customer Service Orientation

**Question 1:** How do you handle negative feedback from angry clients? How do you normally respond to them?

*- Every situation is different*
*- communicate - correct perception*

**Answer 1:** *Able to entertain customer complaints without being dominated or getting emotional; does not get overwhelmed while been criticized.*

*(communicate with your superior)*
**Notes:** *to correct.*
*Contact all involved and fully educate each person -*
*once explained - ever person was correct & satisfied.* ③

| | | | | POINTS |
|---|---|---|---|---|
| **Rating:** ☐ Unsatisfactory=0 | ☐ Satisfactory=1 | ☐ Very Good=2 | ☐ Excellent=3 | *3* |

### Customer Service Orientation

**Question 2:** This position requires interacting with the general public as well as existing employees and all levels of management. Tell me about some of your experiences. If no experience, what are your thoughts on this?

**Notes:** *The whole basis is communicate with regard*
*- If something can be miscommunicated it will - All problems are communication* ②

| | | | | POINTS |
|---|---|---|---|---|
| **Rating:** ☐ Unsatisfactory=0 | ☐ Satisfactory=1 | ☒ Very Good=2 | ☐ Excellent=3 | *2* |

### Customer Service Orientation

**Question 3:** Tell me about a time when you believed a policy or procedure was not in the customer's best interest. What did you do? *HAS A POLICY OR DIRECTIVE come down with which you disagreed. What did you do?*

**Notes:** *LOT OF TIMES - ALLOCATED on JOB - Ripped down closet*
*- to make sure we are saying / be out of the way*

| | | | | POINTS |
|---|---|---|---|---|
| **Rating:** ☐ Unsatisfactory=0 | ☐ Satisfactory=1 | ☐ Very Good=2 | ☒ Excellent=3 | *3* |

*Never around Client not our personal Needs*

## TOTAL COMPETENCY AVERAGE POINTS

| SUM OF POINTS | | TOTAL # OF QUESTIONS | | TOTAL AVERAGE POINTS |
|---|---|---|---|---|
|  | / |  | = |  |

### Business Success

**Question 1:** Some battles are worth fighting and others are not. How do you know which are worth fighting? Can you give me an example?

**Notes:** Organization is the *many* (same Philosophy) clear - not worth fighting to have others clean up after yourself & coworkers if they don't.

**Rating:** ☐ Unsatisfactory=0   ☐ Satisfactory=1   ☑ Very Good=2   ☐ Excellent=3   **POINTS** 2

### Business Success

**Question 2:** What kind of working relationships do you have with co-workers from other departments? How have these relationships been beneficial in accomplishing your work?

**Notes:** MAIN ISSUE - IS vs ARE All BGG we need to stop dividing - others ②

**Rating:** ☐ Unsatisfactory=0   ☐ Satisfactory=1   ☑ Very Good=2   ☐ Excellent=3   **POINTS** 2

### Business Success

**Question 3:** When given a specific problem to solve, how do you decide what information is essential to making an informed decision? What is the end game - Define what we are accomplishing.

**Answer 3:** *Capable of deciding what information is necessary to make an informed decision; if they are not, are they capable of using their team's knowledge and experience to bring about a successful conclusion.*

→ NEED TO communicate the goal. ③

**Notes:**

**Rating:** ☐ Unsatisfactory=0   ☐ Satisfactory=1   ☐ Very Good=2   ☑ Excellent=3   **POINTS** 3

## TOTAL COMPETENCY AVERAGE POINTS

| SUM OF POINTS | | TOTAL # OF QUESTIONS | | TOTAL AVERAGE POINTS |
|---|---|---|---|---|
| | / | | = | |

---

**Administrative/Clerical Support**

**Question 1:** Describe a situation that is typical of the pace and change in priorities in your department. How does it affect your work? Would you give me a specific example?

**Notes:** *Like - lots of different things - Whether it is silly or safety - Need to adapt and assume use staff to the best.*

**Rating:** ☐ Unsatisfactory=0  ☐ Satisfactory=1  ☐ Very Good=2  ☒ Excellent=3  **POINTS** ☒

---

**Administrative/Clerical Support**

**Question 2:** Tell me about a situation in which you had to cope with inadequate resources. How did you deal with it?

**Notes:** *- Work with what you have to - All the time tools good example - you v improvise to get the job done. Get Job done. - Making the job work (2)*

**Rating:** ☐ Unsatisfactory=0  ☒ Satisfactory=1  ☐ Very Good=2  ☐ Excellent=3  **POINTS** 2

---

**Administrative/Clerical Support**

**Question 3:** What specific responsibilities do you have for supporting the work of other people in your department? What positions do they hold? What specific tasks do you perform? Which tasks reflects your strengths? Which tasks may require some development?

**Notes:** *Only as good as your team. Carpenter helper - provided them the tools - learn from them - do the finish work 1st, tools cleanup - Allow the best person to perform - give Everything*

**Rating:** ☐ Unsatisfactory=0  ☐ Satisfactory=1  ☐ Very Good=2  ☒ Excellent=3  **POINTS** 3

---

**TOTAL COMPETENCY AVERAGE POINTS**

| SUM OF POINTS | | TOTAL # OF QUESTIONS | | TOTAL AVERAGE POINTS |
|---|---|---|---|---|
| | / | | = | |

---

**Required Experience**

**Question 1:** This position requires _____ *2* _____ years of experience with _*work involving*_ . How do you meet these qualifications?

Notes: *inspection, cleaning, and general maintence of offices, furniture and buildings. — Courthouse is a BMW — Before being promoted (APP every thing) DID everything!*

| Rating: | Unsatisfactory=0 | Satisfactory=1 | Very Good=2 | ☒ Excellent=3 | POINTS |
|---|---|---|---|---|---|
| | | | | | 3 |

**Required Experience**

**Question 2:** What ~~managerial responsibility do/do you have?~~ *Knowledge or experience do you have with completing Building Maintenance work or directing Building maintenance staff?* As a BMW at the courthouse

Notes: *filled in taking the lead as needed. (people look)*

| Rating: | Unsatisfactory=0 | Satisfactory=1 | Very Good=2 | ☒ Excellent=3 | POINTS |
|---|---|---|---|---|---|
| | | | | | 3 |

**Required Experience**

**Question 3:** How do you feel your experience qualifies you for this position?

Notes: *Building Services Trade Crews Supervisory Experience prior to County oversaw cleaning etc at ___ ) Trained in all disciplines*

| Rating: | Unsatisfactory=0 | Satisfactory=1 | Very Good=2 | ☒ Excellent=3 | POINTS |
|---|---|---|---|---|---|
| | | | | | 3 |

---

## TOTAL COMPETENCY AVERAGE POINTS

| SUM OF POINTS | | TOTAL # OF QUESTIONS | | TOTAL AVERAGE POINTS |
|---|---|---|---|---|
| | / | | = | |

Notes:

---

☑ I have reviewed the essential job functions with the applicant including the work schedule, location or any specific physical requirements.

☑ I have asked the applicant directly, "Are you able to perform the essential functions of this position with or without a reasonable accommodation?" I have not asked, "Do you need an accommodation?"

☑ I understand that I may ask applicants to describe or demonstrate how they would perform any or all job functions, as long as all applicants in the job category are asked to do this. However, if a particular applicant has an obvious disability, (e.g. uses a wheelchair) I understand that I may ask this applicant alone to describe or demonstrate how s/he would perform the job.



**NOTE:** If an applicant says that s/he needs a reasonable accommodation to perform a job demonstration, you must either: provide a reasonable accommodation that does not create an undue hardship or allow the applicant to simply describe how s/he would perform the job function.

Comments: _____

KB

| Crew Supervisor Building Services 2016 | | | | | | |
| JOB TITLE | | | | Kevin Baxter | | |
| | | | | APPLICANT'S NAME | | |

# SCORING WORKSHEET

*Columns A&B are determined BEFORE interviews are conducted.*

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| | Competency Name | Percentage of Importance | Question 1 Score | Question 2 Score | Question 3 Score | Applicant's Average Points without % of importance. | Applicant's Adjusted Score with % of importance. |
| | | Write or type in decimal format - .xx | Write or type in each score from the Applicant Evaluation Form. | | | If doing manually, round up to two decimal points x.xx | If doing manually, round up to two decimal points x.xx |
| e.g. Organizational Skills | | 0.20 | 0.5 | 2.0 | 2.0 | 1.50 | 0.30 |
| Required Education | | 0.00 | | | | 0.00 | 0.00 |
| Required Experience | | 0.20 | 2.0 | 3.0 | 3.0 | 2.67 | 0.53 |
| Analytical | | 0.10 | 2.0 | 2.0 | 2.0 | 2.00 | 0.20 |
| Teamwork | | 0.20 | 1.0 | 2.0 | 1.0 | 1.33 | 0.27 |
| Leadership | | 0.10 | 2.0 1 | 2 1.0 | 2.0 | 1.67 | 0.17 |
| Customer Service | | 0.20 | 2.0 | 2.0 | 2.0 | 2.00 | 0.40 |
| Business Success | | 0.10 | 1.0 | 2.0 | 1.0 | 1.33 | 0.13 |
| Administrative/ Clerical Support | | 0.10 | 2.0 | 2.0 | 2.0 | 2.00 | 0.20 |
| | | | | | | 0.00 | 0.00 |
| | | | | | | 0.00 | 0.00 |
| | | | | | | 0.00 | 0.00 |

SUM OF PERCENTAGES

(the sum of all #s in column B must equal 100%)

100%

TOTAL SCORE
(=sum of all #s in column G)

If doing manually, round up to two decimal points - x.xx

1.90

KOBERT W. (SMITT)

HIRING MANAGER'S NAME

HR-22

5/22/2008

Interview Report                                    Page 1 of 8

---

**Applicant Evaluation Form**          Menu | Edit Job Title | Print Report

Department Name: _DPW + Engineering / B & G_

Position: Crew Supervisor Building Services 2016

Applicant: _Kevin Baxter_

Interviewer (print & sign): _Robert Compt / x Robert Compt_

Date: _3-23-16_

---

**Analytical**

**Question 1:** Tell me about a situation where your analysis of a problem was deemed to be incorrect? What would you do differently today?

_Christmas Tree — Failure to communicate with supun_

**Answer 1:** *Has the character to admit mistakes. Also clarify-Were the steps he took correct? More importantly, has he/she learned from this mistake?*

**Notes:** _learnin communication Communicate is key ↓ completion job correctly._

Rating: ☐ Unsatisfactory=0  ☐ Satisfactory=1  ☑ Very Good=2  ☐ Excellent=3    **POINTS** _2_

---

**Analytical**

**Question 2:** Tell me about a recent project you received. What are some of the first things you do?

_— Schedule to not interfere with residents. then frame_

**Answer 2:** *Accurately anticipates the duration and difficulty of projects and plans accordingly.*

_Complete sign as needed; material and labor._

**Notes:**

Rating: ☐ Unsatisfactory=0  ☐ Satisfactory=1  ☒ Very Good=2  ☐ Excellent=3    **POINTS** _2_

---

**Analytical**

**Question 3:** How would you measure the strength of your management team?

_need better communicate otherwise every_

**Answer 3:** *Uses and employs modern analytical and management techniques to measure management value and ability.*

_identify issue and expressed he had spoke ↓ superior about it to improve relationship_

3/11/2016

Case 3:16-cv-01578-PGS-LHG   Document 78   Filed 08/02/18   Page 64 of 171 PageID: 2341

Interview Report                                                    Page 2 of 8

Notes:

| Rating: | Unsatisfactory=0 | Satisfactory=1 | ☒ Very Good=2 | Excellent=3 | POINTS 2 |

### TOTAL COMPETENCY AVERAGE POINTS

| SUM OF POINTS | TOTAL # OF QUESTIONS | TOTAL AVERAGE POINTS |
| --- | --- | --- |
|  | 1 |  |

### Teamwork

**Question 1:** How would you persuade people of the importance of cooperation in today's workplace?

*Define the scope of the Project & Commit to convince of our goal.*

**Answer 1:** *Realizes that a positive balanced, cooperative work force is vitally important for success in business today.*

Notes:

| Rating: | Unsatisfactory=0 | ☒ Satisfactory=1 | Very Good=2 | Excellent=3 | POINTS 1 |

### Teamwork

**Question 2:** Give me an example of a time when you tried your best to get along with a work colleague but failed. Why do you think that was? What did you learn from that experience?

*Problem with personal problem and we were able to address without*

**Answer 2:** *Tries to cooperate with all colleagues and spends time and effort to maintain and keep these relationships in a healthy state.*

*It escalating in a serious issue requiring outside assistance.*

Notes:

| Rating: | Unsatisfactory=0 | Satisfactory=1 | ☒ Very Good=2 | Excellent=3 | POINTS 2 |

### Teamwork

**Question 3:** Tell me about a time you had to work with somebody who had a reputation as an uncooperative belligerent person? What tactics did you use?

*Discuss a problem – I explain doors are both sides*

**Answer 3:** *Remains cooperative and poised when faced with uncooperative colleagues, emphasizes the mutual advantage of cooperation.*

*– We know where we stand*

3/11/2016

Interview Report                                                                Page 3 of 8

Notes:

Rating: ☐ Unsatisfactory=0  ☒ Satisfactory=1  ☐ Very Good=2  ☐ Excellent=3     POINTS: 1

## TOTAL COMPETENCY AVERAGE POINTS

| SUM OF POINTS | TOTAL # OF QUESTIONS | TOTAL AVERAGE POINTS |
|---|---|---|
| | 1 | |

### Leadership

**Question 1:** Have you ever tried to do a job for which you were unqualified? How did you react at that time? Were you able to accomplish your task?

*Cu – no nothing – have Sercan who is*

**Answer 1:** *Can take risks and chances to achieve goals at work; also inspires others.*

*trained – I ask for assistance.*

Notes:

Rating: ☐ Unsatisfactory=0  ☒ Satisfactory=1  ☒ Very Good=2  ☐ Excellent=3     POINTS

### Leadership

**Question 2:** Have you ever tried to do a job for which you were unqualified? How did you react at that time? Were you able to accomplish your task?

**Answer 2:** *Can take risks and chances to achieve goals at work; also inspires others.*

Notes:

Rating: ☐ Unsatisfactory=0  ☒ Satisfactory=1  ☐ Very Good=2  ☐ Excellent=3     POINTS

### Leadership

**Question 3:** How have you contributed to the company strategies and policies?

*Readjusted many beams of Rt 33 Traffic.*

**Answer 3:** *Influences the company to develop and implement innovative corporate strategies and technically advanced procedures, successfully adapting leadership style to accommodate the diverse needs of team members.*

*– Changed schedule to meet needs a priority*

Interview Report                                                           Page 4 of 8

**Notes:**

| | | | | POINTS |
|---|---|---|---|---|
| Rating: ☐ Unsatisfactory=0 | ☐ Satisfactory=1 | ☒ Very Good=2 | ☐ Excellent=3 | 2 |

### TOTAL COMPETENCY AVERAGE POINTS

| SUM OF POINTS | TOTAL # OF QUESTIONS | TOTAL AVERAGE POINTS |
|---|---|---|
| | 1 | = |

---

**Customer Service Orientation**

**Question 1:** How do you handle negative feedback from angry clients? How do you normally respond to them? _Smile... be calm..._
_and this is normal at colleges. never been...... five._

**Answer 1:** *Able to entertain customer complaints without being dominated or getting emotional; does not get overwhelmed while been criticized.*

_Treat people properly_

**Notes:**

| | | | | POINTS |
|---|---|---|---|---|
| Rating: ☐ Unsatisfactory=0 | ☐ Satisfactory=1 | ☒ Very Good=2 | ☐ Excellent=3 | 2 |

**Customer Service Orientation**

**Question 2:** This position requires interacting with the general public as well as existing employees and all levels of management. Tell me about some of your experiences. If no experience, what are your thoughts on this?

**Notes:** _Treat with respect as you need to be treated. Bill Barbin or Tobin or Client - Respect people all customers._

| | | | | POINTS |
|---|---|---|---|---|
| Rating: ☐ Unsatisfactory=0 | ☐ Satisfactory=1 | ☒ Very Good=2 | ☐ Excellent=3 | 2 |

**Customer Service Orientation**

**Question 3:** Tell me about a time when you believed a policy or procedure was not in the customer's best interest. What did you do? _HAS A POLICY OR DIRECTIVE come down with which you disagreed. What did you do?_

**Notes:** _I disagree with the uniform policy because the county already forced us to provide union_

| | | | | POINTS |
|---|---|---|---|---|
| Rating: ☐ Unsatisfactory=0 | ☐ Satisfactory=1 | ☒ Very Good=2 | ☐ Excellent=3 | 2 |

_They tried this in the past and it did not work - Being forced on Union Employees._

1/1/2016

Interview Report                                                          Page 5 of 8

---

### TOTAL COMPETENCY AVERAGE POINTS

| SUM OF POINTS | TOTAL # OF QUESTIONS | TOTAL AVERAGE POINTS |
|---|---|---|
| | / | ☰ |

---

### Business Success

**Question 1:** Some battles are worth fighting and others are not. How do you know which are worth fighting? Can you give me an example?

**Notes:** *The ones you ... one fair & you could ... No sense banging your head against the wall for something that doesn't matter*

Rating: ☐ Unsatisfactory=0  ☒ Satisfactory=1  ☐ Very Good=2  ☐ Excellent=3   **POINTS** 1

### Business Success

**Question 2:** What kind of working relationships do you have with co-workers from other departments? How have these relationships been beneficial in accomplishing your work?

**Notes:** *... Good - Only ask for assistance when free you are needed or ready ... communicate ... special*

Rating: ☐ Unsatisfactory=0  ☐ Satisfactory=1  ☒ Very Good=2  ☐ Excellent=3   **POINTS** 2

### Business Success

**Question 3:** When given a specific problem to solve, how do you decide what information is essential to making an informed decision?

*What is needed and the safety - Proper Staff*

**Answer 3:** *Capable of deciding what information is necessary to make an informed decision; if they are not, are they capable of using their team's knowledge and experience to bring about a successful conclusion.*

**Notes:**

Rating: ☐ Unsatisfactory=0  ☒ Satisfactory=1  ☐ Very Good=2  ☐ Excellent=3   **POINTS** 1

---

### TOTAL COMPETENCY AVERAGE POINTS

Interview Report                                                                Page 6 of 8

| SUM OF POINTS | TOTAL # OF QUESTIONS | TOTAL AVERAGE POINTS |
|---|---|---|
| | / | 15 | |

---

**Administrative/Clerical Support**

**Question 1:** Describe a situation that is typical of the pace and change in priorities in your department. How does it affect your work? Would you give me a specific example?
*We come to prioritize as requests come and within trade as needed.*

*Notes:*

Rating: ☐ Unsatisfactory=0  ☐ Satisfactory=1  ☒ Very Good=2  ☐ Excellent=3   **POINTS** 2

**Administrative/Clerical Support**

**Question 2:** Tell me about a situation in which you had to cope with inadequate resources. How did you deal with it?
*Material is the issue. The budget part is written and deciding in a temp more*

*Notes:*

Rating: ☐ Unsatisfactory=0  ☐ Satisfactory=1  ☒ Very Good=2  ☐ Excellent=3   **POINTS** 2

**Administrative/Clerical Support**

**Question 3:** What specific responsibilities do you have for supporting the work of other people in your department? What positions do they hold? What specific tasks do you perform? Which tasks reflects your strengths? Which tasks may require some development?
*Supervisor, I am senior hrm assign and handle the day to day needs of the Inplease funits without direct supervis.*

*Notes:*

Rating: ☐ Unsatisfactory=0  ☐ Satisfactory=1  ☒ Very Good=2  ☐ Excellent=3   **POINTS** 2

---

| TOTAL COMPETENCY AVERAGE POINTS | | |
|---|---|---|
| SUM OF POINTS | TOTAL # OF QUESTIONS | TOTAL AVERAGE POINTS |
| | / | = | |

---

**Required Experience**

Interview Report                                                    Page 7 of 8

**Question 1:** This position requires ___2___ years of experience with
_work involving_. How do you meet these qualifications?
☞ inspection, cleaning, and general maintenance of offices, furniture
and buildings.   *During 28 yrs Completed these*
**Notes:**   *tasks in various roles and job assignments*

| Rating: | ☐ Unsatisfactory=0 | ☐ Satisfactory=1 | ☒ Very Good=2 | ☐ Excellent=3 | **POINTS** 2 |
|---------|--------------------|------------------|---------------|---------------|--------------|

**Required Experience**

**Question 2:** What ~~managerial responsibility did do you have?~~ *Knowledge or experience do you have with
completing Building Maintenance work or directing Building
Maintenance staff?* *Various assignments before in office*
**Notes:**   *to | Manages. Over last 3 yrs mygmn and developments.*

| Rating: | ☐ Unsatisfactory=0 | ☐ Satisfactory=1 | ☐ Very Good=2 | ☒ Excellent=3 | **POINTS** 3 |
|---------|--------------------|------------------|---------------|---------------|--------------|

**Required Experience**

**Question 3:** How do you feel your experience qualifies you for this position?
☞ Knowledge
– Been Competent than supervisor role
**Notes:**   within & completed for 3 yrs with no
issue

| Rating: | ☐ Unsatisfactory=0 | ☐ Satisfactory=1 | ☐ Very Good=2 | ☒ Excellent=3 | **POINTS** 3 |
|---------|--------------------|------------------|---------------|---------------|--------------|

---

### TOTAL COMPETENCY AVERAGE POINTS

| SUM OF POINTS | TOTAL # OF QUESTIONS | TOTAL AVERAGE POINTS |
|:-------------:|:-------------------:|:--------------------:|
| _____ | / _____ | = _____ |

**Notes:**

---

☑ I have reviewed the essential job functions with the applicant including the work schedule, location or any specific physical requirements.

☑ I have asked the applicant directly, "Are you able to perform the essential functions of this position with or without a reasonable accommodation?" I have not asked, "Do you need an accommodation?"

☑ I understand that I may ask applicants to describe or demonstrate how they would perform any or all job functions, as long as all applicants in the job category are asked to do this. However, if a particular applicant has an obvious disability, (e.g. uses a wheelchair) I understand that I may ask this applicant alone to describe or demonstrate how s/he would perform the job.

3/11/2016

Interview Report                                                    Page 8 of 8

**NOTE:** If an applicant says that s/he needs a reasonable accommodation to perform a job demonstration, you must either: provide a reasonable accommodation that does not create an undue hardship or allow the applicant to simply describe how s/he would perform the job function.

Comments: _____

**JOB TITLE**

Crew Supervisor Building Services 2016

**APPLICANT'S NAME**

Lou Bellardino

# SCORING WORKSHEET

*Columns A&B are determined BEFORE interviews are conducted.*

| Competency Name | Percentage of Importance | Question 1 Score | Question 2 Score | Question 3 Score | Applicant's Average Points without % of importance. | Applicant's Adjusted Score with % of importance. |
| | **A** | **B** | **C** | **D** | **E** | **F** | **G** |
|---|---|---|---|---|---|---|---|
| EXAMPLE: Write or type competency name. | Write or type in decimal format - .xx | Write or type in each score from the Applicant Evaluation Form. | | | If doing manually, round up to two decimal points - x.xx | If doing manually, round up to two decimal points - x.xx |
| e.g. Organizational Skills | 0.20 | 0.5 | 2.0 | 2.0 | 1.50 | 0.30 |
| Required Education | 0.00 | | | | 0.00 | 0.00 |
| Required Experience | 0.20 | 2.0 | 2.0 | 2.0 | 2.00 | 0.40 |
| Analytical | 0.10 | 2.0 | 2.0 | 1.0 | 1.67 | 0.17 |
| Teamwork | 0.20 | 1.0 | 2.0 | 1.0 | 1.33 | 0.27 |
| Leadership | 0.10 | 1.0 | 2.0 | 1.0 | 1.33 | 0.13 |
| Customer Service | 0.20 | 2.0 | 1.0 | 1.0 | 1.33 | 0.27 |
| Business Success | 0.10 | 2.0 | 1.0 | 1.0 | 1.33 | 0.13 |
| Administrative/ Clerical Support | 0.10 | 3.0 | 2.0 | 2.0 | 2.33 | 0.23 |
| | | | | | 0.00 | 0.00 |
| | | | | | 0.00 | 0.00 |
| | | | | | 0.00 | 0.00 |

**SUM OF PERCENTAGES**

(the sum of all #s in column B must equal 100%)

**100%**

**TOTAL SCORE**

(=sum of all #s in column G)

**1.60**

If doing manually, round up to two decimal points - x.xx

**HIRING MANAGER'S NAME**

Robert W. Quarton

**HR-22**

5/22/2008

**Applicant Evaluation Form**          Menu | Edit Job Title | Print Report

Department Name: DPW & Engineering / B & G

Position: Crew Supervisor Building Services 2016

Applicant: _Lou Billardino_

Interviewer (print & sign): _Lou _____ / x Rbf Cpt_

Date: _3/21/16_

---

<u>Analytical</u>

**Question 1:** Tell me about a situation where your analysis of a problem was deemed to be incorrect? What would you do differently today?
_Own up to it. Learner - first guy to make a mistake_

**Answer 1:** *Has the character to admit mistakes. Also clarify-Were the steps he took correct? More importantly, has he/she learned from this mistake?*

_Work with Dyson to correct in future._

**Notes:**

| Rating: | Unsatisfactory=0 | Satisfactory=1 | ☒ Very Good=2 | Excellent=3 | POINTS 2 |

---

<u>Analytical</u>

**Question 2:** Tell me about a recent project you received. What are some of the first things you do?
_Go a look at project scope it out & take care of it._

**Answer 2:** *Accurately anticipates the duration and difficulty of projects and plans accordingly.*
_Recommend the process._

**Notes:**

| Rating: | Unsatisfactory=0 | Satisfactory=1 | ☒ Very Good=2 | Excellent=3 | POINTS 2 |

---

<u>Analytical</u>

**Question 3:** How would you measure the strength of your management team?
_Feedback - can fall back a Not afraid_

**Answer 3:** *Uses and employs modern analytical and management techniques to measure management value and ability.*
_to communicate_

Notes:

Rating:  ☐ Unsatisfactory=0  ☐ Satisfactory=1  ☐ Very Good=2  ☐ Excellent=3     **POINTS** 1

---

### TOTAL COMPETENCY AVERAGE POINTS

| SUM OF POINTS | | TOTAL # OF QUESTIONS | | TOTAL AVERAGE POINTS |
|---|---|---|---|---|
| ☐ | / | ☐ | = | ☐ |

---

**Teamwork**

**Question 1:** How would you persuade people of the importance of cooperation in today's workplace?

*lead by example, give praise when needed - goes a long way.*

**Answer 1:** *Realizes that a positive balanced, cooperative work force is vitally important for success in business today.*

*Cmplmnt*

Notes:

Rating:  ☐ Unsatisfactory=0  ☒ Satisfactory=1  ☐ Very Good=2  ☐ Excellent=3     **POINTS** 1

---

**Teamwork**

**Question 2:** Give me an example of a time when you tried your best to get along with a work colleague but failed. Why do you think that was? What did you learn from that experience?

*Step back - not worth fight it goes both ways - never*

**Answer 2:** *Tries to cooperate with all colleagues and spends time and effort to maintain and keep these relationships in a healthy state.*

*had a problem that I could not work out thru. communication.*

Notes: *Different personality needed to be treated differnt.*

Rating:  ☐ Unsatisfactory=0  ☐ Satisfactory=1  ☒ Very Good=2  ☐ Excellent=3     **POINTS** 2

---

**Teamwork**

**Question 3:** Tell me about a time you had to work with somebody who had a reputation as an uncooperative belligerent person? What tactics did you use?

*Get to the understanding of what an*

**Answer 3:** *Remains cooperative and poised when faced with uncooperative colleagues, emphasizes the mutual advantage of cooperation.*

*goal B.*

Interview Report

Page 3 of 8

---

Notes:

| Rating: | Unsatisfactory=0 | Satisfactory=1 | Very Good=2 ✗ | Excellent=3 | POINTS |
|---------|------------------|----------------|---------------|-------------|--------|

---

### TOTAL COMPETENCY AVERAGE POINTS

| SUM OF POINTS | / | TOTAL # OF QUESTIONS | = | TOTAL AVERAGE POINTS |
|---------------|---|----------------------|---|----------------------|

---

Leadership

**Question 1:** Have you ever tried to do a job for which you were unqualified? How did you react at that time? Were you able to accomplish your task?

*I would ask for advice and get*

**Answer 1:** *Can take risks and chances to achieve goals at work, also inspires others.*

*the knowledge + try to complete the task.*

Notes:

| Rating: | Unsatisfactory=0 | Satisfactory=1 | Very Good=2 ✗ | Excellent=3 | POINTS |
|---------|------------------|----------------|---------------|-------------|--------|

---

Leadership

**Question 2:** ~~Have you ever tried to do a job for which you were unqualified? How did you react at that time? Were you able to accomplish your task?~~

**Answer 2:** ~~Can take risks and chances to achieve goals at work, also inspires others.~~

Notes:

| Rating: | Unsatisfactory=0 | Satisfactory=1 | Very Good=2 | Excellent=3 | POINTS |
|---------|------------------|----------------|-------------|-------------|--------|

---

Leadership

**Question 3:** How have you contributed to the company strategies and policies?

*I follow all the rules and Guidelines to*

**Answer 3:** *Influences the company to develop and implement innovative corporate strategies and technically advanced procedures, successfully adapting leadership style to accommodate the diverse needs of team members.*

*the organization and support my team members*

Case 3:16-cv-01578-PGS-LHG   Document 118-2   Filed 11/15/19   Page 136 of 293 PageID: 3367
Case 3:16-cv-01578-PGS-LHG   Document 78-6   Filed 08/02/18   Page 75 of 171 PageID: 2352
Interview Report                                                                Page 4 of 8

Notes:

| Rating: | Unsatisfactory=0 | Satisfactory=1 | Very Good=2 | Excellent=3 | POINTS |
|---------|------------------|----------------|-------------|-------------|--------|
|         |                  |                |             |             | 1      |

### TOTAL COMPETENCY AVERAGE POINTS

| SUM OF POINTS | TOTAL # OF QUESTIONS | TOTAL AVERAGE POINTS |
|---------------|---------------------|----------------------|
|               | 1                   | =                    |

---

**Customer Service Orientation**

*County Employee*

**Question 1:** How do you handle negative feedback from angry clients? How do you normally respond to them?

— Communicate explain it is not that bad — work with them.

**Answer 1:** *Able to entertain customer complaints without being dominated or getting emotional; does not get overwhelmed while been criticized.*

Should it over, simple customer service

Notes:

| Rating: | Unsatisfactory=0 | Satisfactory=1 | Very Good=2 | Excellent=3 | POINTS |
|---------|------------------|----------------|-------------|-------------|--------|
|         |                  | ☒              |             |             | 2      |

**Customer Service Orientation**

**Question 2:** This position requires interacting with the general public as well as existing employees and all levels of management. Tell me about some of your experiences. If no experience, what are your thoughts on this?

Notes: Great people even Administrate Easier for us. From visitor to Freeholder in kiss everyone Ass. Great money investment.

| Rating: | Unsatisfactory=0 | Satisfactory=1 | Very Good=2 | Excellent=3 | POINTS |
|---------|------------------|----------------|-------------|-------------|--------|
|         |                  | ☒              |             |             | 1      |

**Customer Service Orientation**

**Question 3:** Tell me about a time when you believed a policy or procedure was not in the customer's best interest. What did you do? HAS a Policy or Directive come down with which you disagreed. What did you do?

Notes: NO Issues with the policies — they are the rules.

| Rating: | Unsatisfactory=0 | Satisfactory=1 | Very Good=2 | Excellent=3 | POINTS |
|---------|------------------|----------------|-------------|-------------|--------|
|         | ☒                |                |             |             | 1      |

Interview Report                                                          Page 5 of 8

## TOTAL COMPETENCY AVERAGE POINTS

| SUM OF POINTS | / | TOTAL # OF QUESTIONS | = | TOTAL AVERAGE POINTS |
|---|---|---|---|---|
|  |  |  |  |  |

**Business Success**

Question 1: Some battles are worth fighting and others are not. How do you know which are worth fighting? Can you give me an example?

*Safety - always ensure to work safety*

Notes:

Rating: ☐ Unsatisfactory=0   ☐ Satisfactory=1   ☒ Very Good=2   ☐ Excellent=3   **POINTS** 2

**Business Success**

Question 2: What kind of working relationships do you have with co-workers from other departments? How have these relationships been beneficial in accomplishing your work?

*Great relationship with all trades etc.*
*Every one works as them every task.*

Notes:

Rating: ☐ Unsatisfactory=0   ☒ Satisfactory=1   ☐ Very Good=2   ☐ Excellent=3   **POINTS** 1

**Business Success**

Question 3: When given a specific problem to solve, how do you decide what information is essential to making an informed decision?

*I take a step back and analyze the*

Answer 3: *Capable of deciding what information is necessary to make an informed decision; if they are not, are they capable of using their team's knowledge and experience to bring about a successful conclusion.*

*entire scope of work.*

Notes:

Rating: ☐ Unsatisfactory=0   ☒ Satisfactory=1   ☐ Very Good=2   ☐ Excellent=3   **POINTS** 1

## TOTAL COMPETENCY AVERAGE POINTS

| SUM OF POINTS | | TOTAL # OF QUESTIONS | | TOTAL AVERAGE POINTS |
|---|---|---|---|---|
| | / | | = | |

---

**Administrative/Clerical Support**

**Question 1:** Describe a situation that is typical of the pace and change in priorities in your department. How does it affect your work? Would you give me a specific example?

Notes: *Every second became all out customers are pronty.*

Rating: ☐ Unsatisfactory=0   ☐ Satisfactory=1   ☐ Very Good=2   ☑ Excellent=3   **POINTS** 3

---

**Administrative/Clerical Support**

**Question 2:** Tell me about a situation in which you had to cope with inadequate resources. How did you deal with it?

Notes: *We will get somthg. it we need. We will possemly preture to supply somthn*

Rating: ☐ Unsatisfactory=0   ☐ Satisfactory=1   ☑ Very Good=2   ☐ Excellent=3   **POINTS** 2

---

**Administrative/Clerical Support**

**Question 3:** What specific responsibilities do you have for supporting the work of other people in your department? What positions do they hold? What specific tasks do you perform? Which tasks reflects your strengths? Which tasks may require some development?

Notes: *I complete Scott's Job when he is not here - I am keep trained by fu best*

Rating: ☐ Unsatisfactory=0   ☐ Satisfactory=1   ☑ Very Good=2   ☐ Excellent=3   **POINTS** 2

---

**TOTAL COMPETENCY AVERAGE POINTS**

| SUM OF POINTS | | TOTAL # OF QUESTIONS | | TOTAL AVERAGE POINTS |
|---|---|---|---|---|
| | / | | = | |

---

**Required Experience**

**Question 1:** This position requires ___2___ years of experience with _work involving_. How do you meet these qualifications?

Ⓢ Inspection, cleaning, and general *maintenance* of *offices, furniture* and *buildings*.

**Notes:** *Been in the City about 9 yrs*

| Rating: | Unsatisfactory=0 | Satisfactory=1 | ☒ Very Good=2 | ☒ Excellent=3 | POINTS |
|---|---|---|---|---|---|
| | | | | | 2 |

---

**Required Experience**

**Question 2:** What ~~managerial responsibility do do you have?~~ *Knowledge or experience do you have with completing Building Maintenance work or directing Building Maintenance staff?*

**Notes:** *Currently an assistant Supervisor complete the ___*

| Rating: | Unsatisfactory=0 | Satisfactory=1 | ☒ Very Good=2 | ☒ Excellent=3 | POINTS |
|---|---|---|---|---|---|
| | | | | | 2 |

---

**Required Experience**

**Question 3:** How do you feel your experience qualifies you for this position?

**Notes:** *9 yrs over 1 yr as assist continue to take on work - Also work at Church complete similar duties*

| Rating: | Unsatisfactory=0 | Satisfactory=1 | ☒ Very Good=2 | ☒ Excellent=3 | POINTS |
|---|---|---|---|---|---|
| | | | | | 2 |

---

**TOTAL COMPETENCY AVERAGE POINTS**

| SUM OF POINTS | | TOTAL # OF QUESTIONS | | TOTAL AVERAGE POINTS |
|---|---|---|---|---|
| | / | | = | |

**Notes:**

---

☑ I have reviewed the essential job functions with the applicant including the work schedule, location or any specific physical requirements.

☑ I have asked the applicant directly, "Are you able to perform the essential functions of this position with or without a reasonable accommodation?" I have not asked, "Do you need an accommodation?"

☑ I understand that I may ask applicants to describe or demonstrate how they would perform any or all job functions, so long as all applicants in the job category are asked to do this. However, if a particular applicant has an obvious disability, (e.g. uses a wheelchair) I understand that I may ask this applicant alone to describe or demonstrate how s/he would perform the job.

Interview Report                                                              Page 8 of 8



> **NOTE:** If an applicant says that s/he needs a reasonable accommodation to perform a job demonstration, you must either: provide a reasonable accommodation that does not create an undue hardship or allow the applicant to simply describe how s/he would perform the job function.
>
> Comments: _____

**JOB TITLE:** Crew Supervisor Building Services 2016

**APPLICANT'S NAME:** Chad Arefino

# SCORING WORKSHEET

*Columns A&B are determined BEFORE interviews are conducted.*

| A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|
| Competency Name | Percentage of Importance | Question 1 Score | Question 2 Score | Question 3 Score | Applicant's Average Points without % of importance. | Applicant's Adjusted Score with % of importance. |
| EXAMPLE: Write or type competency name. | Write or type in decimal format - .xx | Write or type in each score from the Applicant Evaluation Form | | | If doing manually, round up to two decimal points - x.xx | If doing manually, round up to two decimal points - x.xx |
| e.g. Organizational Skills | 0.20 | 0.5 | 2.0 | 2.0 | 1.50 | 0.30 |
| Required Education | 0.00 | | | | 0.00 | 0.00 |
| Required Experience | 0.20 | 1.0 | 2.0 | 1.0 | 1.33 | 0.27 |
| Analytical | 0.10 | 2.0 | 2.0 | 1.0 | 1.67 | 0.17 |
| Teamwork | 0.20 | 1.0 | 2.0 | 1.0 | 1.33 | 0.27 |
| Leadership | 0.10 | 2.0 | 2.0 | 1.0 | 1.67 | 0.17 |
| Customer Service | 0.20 | 2.0 | 1.0 | 1.0 | 1.33 | 0.27 |
| Business Success | 0.10 | 2.0 | 1.0 | 1.0 | 1.33 | 0.13 |
| Administrative/ Clerical Support | 0.10 | 3.0 | 2.0 | 3.0 | 2.67 | 0.27 |
| | | | | | 0.00 | 0.00 |
| | | | | | 0.00 | 0.00 |
| | | | | | 0.00 | 0.00 |

**SUM OF PERCENTAGES**
(the sum of all #s in column B must equal 100%)

**100%**

**TOTAL SCORE**
(=sum of all #s in column G)

If doing manually, round up to two decimal points - x.xx

**1.53**

**HIRING MANAGER'S NAME:** ROBERT W COMPTON

5/22/2008

CA

HR-22

Case 3:16-cv-01578-PGS-LHG   Document 118-2   Filed 11/15/19   Page 142 of 293 PageID: 3878
Case 3:16-cv-01578-PGS-LHG   Document 78-7 Filed 08/02/18   Page 81 of 171 PageID: 2358
Interview Report
Page 1 of 8

**Applicant Evaluation Form**          Menu | Edit Job Title | Print Report

Department Name: _DPW & Engineering / B & G_

Position: Crew Supervisor Building Services 2016

Applicant: _Chad Archive_

Interviewer
(print & sign): _Robert_ ___ x _Ribel G___

Date: _3-22-16_

---

**Analytical**

**Question 1:** Tell me about a situation where your analysis of a problem was deemed to be incorrect? What would you do differently today?   _Volunteered Project_
_Set up Christmas trees - causes I dydu_

**Answer 1:** Has the character to admit mistakes. Also clarify-Were the steps he took not correct? More importantly, has he/she learned from this mistake?

Notes:   _Made adjustment - Communicat_

| Rating: | Unsatisfactory=0 | Satisfactory=1 | ☒ Very Good=2 | Excellent=3 | **POINTS** _2_ |

---

**Analytical**

**Question 2:** Tell me about a recent project you received. What are some of the first things you do?   _— Human Service looked at Scope - _

**Answer 2:** Accurately anticipates the duration and difficulty of projects and plans accordingly.   _Measured and assessed materials_

Notes:

| Rating: | Unsatisfactory=0 | Satisfactory=1 | ☒ Very Good=2 | Excellent=3 | **POINTS** _2_ |

---

**Analytical**

**Question 3:** How would you measure the strength of your management team?   _Connect - Support General_

**Answer 3:** Uses and employs modern analytical and management techniques to measure management value and ability.

Interview Report

Page 2 of 8

Notes:

| Rating: | Unsatisfactory=0 | ☒ Satisfactory=1 | Very Good=2 | Excellent=3 | POINTS |
|---------|------------------|------------------|-------------|-------------|--------|
|         |                  |                  |             |             | _1_ |

### TOTAL COMPETENCY AVERAGE POINTS

| SUM OF POINTS | | TOTAL # OF QUESTIONS | | TOTAL AVERAGE POINTS |
|---|---|---|---|---|
| [   ] | / | [   ] | = | [   ] |

---

**Teamwork**

**Question 1:** How would you persuade ~~people~~ *Coworkers* of the importance of cooperation in today's workplace?

*— More of coynch and communit
avoids — relays importance of what we are doing*

**Answer 1:** *Realizes that a positive balanced, cooperative work force is vitally important for success in business today.*

Notes:

| Rating: | Unsatisfactory=0 | ☒ Satisfactory=1 | Very Good=2 | Excellent=3 | POINTS |
|---------|------------------|------------------|-------------|-------------|--------|
|         |                  |                  |             |             | _1_ |

**Teamwork**

**Question 2:** Give me an example of a time when you tried your best to get along with a work colleague but failed. Why do you think that was? What did you learn from that experience?

*Gravels to Maint for crew — and issues
with Coworker — he thght I was too stern*

**Answer 2:** *Tries to cooperate with all colleagues and spends time and effort to maintain and keep these relationships in a healthy state.*

*realized to keep focused on
Goal*

Notes:

②

| Rating: | Unsatisfactory=0 | Satisfactory=1 | ☒ Very Good=2 | Excellent=3 | POINTS |
|---------|------------------|----------------|---------------|-------------|--------|
|         |                  |                |               |             | _2_ |

**Teamwork**

**Question 3:** Tell me about a time you had to work with somebody who had a reputation as an uncooperative belligerent person? What tactics did you use?

*Gravels Cryl example sayid*

**Answer 3:** *Remains cooperative and poised when faced with uncooperative colleagues, emphasizes the mutual advantage of cooperation.*

Notes:

Rating: ☐ Unsatisfactory=0  ☒ Satisfactory=1  ☐ Very Good=2  ☐ Excellent=3   **POINTS**

---

### TOTAL COMPETENCY AVERAGE POINTS

| SUM OF POINTS | TOTAL # OF QUESTIONS | TOTAL AVERAGE POINTS |
|---|---|---|
| | / | = |

---

**Leadership**

Question 1: Have you ever tried to do a job for which you were unqualified? How did you react at that time? Were you able to accomplish your task?

*Have tried people on outside, though it was qualified once I defined*

Answer 1: *Can take risks and chances to achieve goals at work; also inspires others.*

*I was in archived made the appropriate*

Notes: *calls to get the job done* ②

Rating: ☐ Unsatisfactory=0  ☐ Satisfactory=1  ☒ Very Good=2  ☐ Excellent=3   **POINTS**  2

---

**Leadership**

Question 2: Have you ever tried to do a job for which you were unqualified? How did you react at that time? Were you able to accomplish your task?

Answer 2: *Can take risks and chances to achieve goals at work; also inspires others.*

Notes:

Rating: ☐ Unsatisfactory=0  ☐ Satisfactory=1  ☐ Very Good=2  ☐ Excellent=3   **POINTS**

---

**Leadership**

Question 3: How have you contributed to the ~~company~~ County's strategies and policies?

*Try to make people follow seat belt & vehicle rules*

Answer 3: *Influences the company to develop and implement innovative corporate strategies and technically advanced procedures, successfully adapting leadership style to accommodate the diverse needs of team members.*

*Inform new people the importance of their benefit time* ①

*5*

**Notes:**

Rating: ☐ Unsatisfactory=0 ☐ Satisfactory=1 ☐ Very Good=2 ☐ Excellent=3   **POINTS** *3*

---

### TOTAL COMPETENCY AVERAGE POINTS

| SUM OF POINTS | TOTAL # OF QUESTIONS | TOTAL AVERAGE POINTS |
|---|---|---|
| ☐ | / ☐ | = ☐ |

---

### Customer Service Orientation

**Question 1:** How do you handle negative feedback from angry clients? How do you normally respond to them? *Calm - determine the root of what caused them to be disgruntled*

**Answer 1:** *Able to entertain customer complaints without being dominated or getting emotional; does not get overwhelmed while been criticized.*

**Notes:** *- I reach out to ever I am to to address the concern - reach some concern*

Rating: ☐ Unsatisfactory=0 ☐ Satisfactory=1 ☒ Very Good=2 ☐ Excellent=3   **POINTS** *2*

### Customer Service Orientation

**Question 2:** This position requires interacting with the general public as well as existing employees and all levels of management. Tell me about some of your experiences. If no experience, what are your thoughts on this?

**Notes:** *No problem - Treat all the people the same - All can be negator + positive*

Rating: ☐ Unsatisfactory=0 ☒ Satisfactory=1 ☐ Very Good=2 ☐ Excellent=3   **POINTS** *1*

### Customer Service Orientation

**Question 3:** Tell me about a time when you believed a policy or procedure was not in the customer's best interest. What did you do? *Has a Policy or Directive come down with which you disagreed. What did you do?*

**Notes:** *No policies bother me - they are law. Similar to motor cycle helmet*

Rating: ☐ Unsatisfactory=0 ☒ Satisfactory=1 ☐ Very Good=2 ☐ Excellent=3   **POINTS** *1*

Case 3:16-cv-01578-PGS-LHG   Document 118-2   Filed 11/15/19   Page 146 of 293 PageID: 3377
Case 3:16-cv-01578-PGS-LHG   Document 76   Filed 08/02/18   Page 85 of 171 PageID: 2362
Interview Report

Page 5 of 8

**TOTAL COMPETENCY AVERAGE POINTS**

| SUM OF POINTS | TOTAL # OF QUESTIONS | TOTAL AVERAGE POINTS |
|---|---|---|
| | | |

/ = (with boxes for each)

**Business Success**

**Question 1:** Some battles are worth fighting and others are not. How do you know which are worth fighting? Can you give me an example?

*Notes:* When you know your right + someone is _not educated_ and are wrong I want to educate → did (Joyce argued about a product) @ term B
I showed them that it could be use

Rating: ☐ Unsatisfactory=0 ☒ Satisfactory=1 ☐ Very Good=2 ☒ Excellent=3   POINTS 2

**Business Success**

**Question 2:** What kind of working relationships do you have with co-workers from other departments? Units How have these relationships been beneficial in accomplishing your work?

*Notes:* coworkers - works pretty good with - Same task to get done - sometime lost of comm @

Rating: ☐ Unsatisfactory=0 ☒ Satisfactory=1 ☐ Very Good=2 ☐ Excellent=3   POINTS 1

**Business Success**

**Question 3:** When given a specific problem to solve, how do you decide what information is essential to making an informed decision? — correlate it to the Job - (Buildg a wall + no need to worry about p—st

**Answer 3:** Capable of deciding what information is necessary to make an informed decision; if they are not, are they capable of using their team's knowledge and experience to bring about a successful conclusion.

*Notes:*     @ 1

Rating: ☐ Unsatisfactory=0 ☐ Satisfactory=1 ☐ Very Good=2 ☐ Excellent=3   POINTS 1

**TOTAL COMPETENCY AVERAGE POINTS**

Interview Report                                                Page 6 of 8

| | SUM OF POINTS | TOTAL # OF QUESTIONS | TOTAL AVERAGE POINTS |
|---|---|---|---|
| | [ ] | / [ ] | = [ ] |

**Administrative/Clerical Support**

**Question 1:** Describe a situation that is typical of the pace and change in priorities in your department. How does it affect your work? Would you give me a specific example?

Notes: *JOB ALWAYS COME UP — ONE JOB IS MORE*
*MAKE SURE WORK ZONE IS SAFE BEFORE MOVING*
*Human SERVICES — Security Desk (3)*

| Rating: | Unsatisfactory=0 | Satisfactory=1 | Very Good=2 | ☒Excellent=3 | POINTS 3 |
|---|---|---|---|---|---|

**Administrative/Clerical Support**

**Question 2:** Tell me about a situation in which you had to cope with inadequate resources. How did you deal with it?

Notes: *Every winter — tools + materials pulled*
*out for snow removal — have to borrow*
*tools from dock (2) to complete tasks*

| Rating: | Unsatisfactory=0 | Satisfactory=1 | ☒Very Good=2 | Excellent=3 | POINTS 2 |
|---|---|---|---|---|---|

**Administrative/Clerical Support**

**Question 3:** What specific responsibilities do you have for supporting the work of other people in your department? What positions do they hold? What specific tasks do you perform? Which tasks reflects your strengths? Which tasks may require some development?

Notes: *Filling in for supervisor — making sure proper*
*tools, coordinates, will be stated to the best*
*skills (2)*

| Rating: | Unsatisfactory=0 | Satisfactory=1 | Very Good=2 ☒ | Excellent=3 | POINTS 3 |
|---|---|---|---|---|---|

**TOTAL COMPETENCY AVERAGE POINTS**

| | SUM OF POINTS | TOTAL # OF QUESTIONS | TOTAL AVERAGE POINTS |
|---|---|---|---|
| | [ ] | / [ ] | = [ ] |

**Required Experience**

**Question 1:** This position requires __2__ years of experience with __work involving__. How do you meet these qualifications? ⟶ inspection, cleaning, and general maintence of offices, furniture and buildings.

**Notes:** General Maintence of furniture (I was residence keeper)

| Rating: | ☐ Unsatisfactory=0 | ☒ Satisfactory=1 | ☐ Very Good=2 | ☐ Excellent=3 | **POINTS** |
|---|---|---|---|---|---|
| | | | | | 1 |

**Required Experience**

**Question 2:** What ~~managerial responsibility do/do you have?~~ Knowledge or experience do you have with completing Building Maintenance work or directing Building maintenance staff?

**Notes:** — Running maintence Crew — ①
every supervs    6 yrs — Apartment mngr

| Rating: | ☐ Unsatisfactory=0 | ☐ Satisfactory=1 | ☒ Very Good=2 | ☐ Excellent=3 | **POINTS** |
|---|---|---|---|---|---|
| | | | | | 2 |

**Required Experience**

**Question 3:** How do you feel your experience qualifies you for this position?

**Notes:** — Running Crew —
— I take lead when no one else does
②

| Rating: | ☐ Unsatisfactory=0 | ⊘ Satisfactory=1 | ☐ Very Good=2 | ☐ Excellent=3 | **POINTS** |
|---|---|---|---|---|---|
| | | | | | 1 |

---

**TOTAL COMPETENCY AVERAGE POINTS**

| SUM OF POINTS | TOTAL # OF QUESTIONS | TOTAL AVERAGE POINTS |
|---|---|---|
| | | |

**Notes:**

---

☑ I have reviewed the essential job functions with the applicant including the work schedule, location or any specific physical requirements.

☑ I have asked the applicant directly, "Are you able to perform the essential functions of this position with or without a reasonable accommodation?" I have not asked, "Do you need an accommodation?"

☑ I understand that I may ask applicants to describe or demonstrate how they would perform any or all job functions, as long as all applicants in the job category are asked to do this. However, if a particular applicant has an obvious disability, (e g  uses a wheelchair) I understand that I may ask this applicant alone to describe or demonstrate how s/he would perform the job.

Interview Report                                                    Page 8 of 8

NOTE: If an applicant says that s/he needs a reasonable accommodation to perform a job demonstration, you must either: provide a reasonable accommodation that does not create an undue hardship or allow the applicant to simply describe how s/he would perform the job function.

Comments: _____

JOB TITLE: Crew Supervisor Building Services 2016

APPLICANT'S NAME: Kofi Kyermanteng

# SCORING WORKSHEET

Columns A&B are determined BEFORE interviews are conducted.

| A Competency Name | B Percentage of Importance | C Question 1 Score | D Question 2 Score | E Question 3 Score | F Applicant's Average Points without % of importance. | G Applicant's Adjusted Score with % of importance. |
|---|---|---|---|---|---|---|
| EXAMPLE: Write or type competency name. | Write or type in decimal format - .xx | Write or type in each score from the Applicant Evaluation Form. | | | If doing manually, round up to two decimal points - x.xx | If doing manually, round up to two decimal points - x.xx |
| e.g. Organizational Skills | 0.20 | 0.5 | 2.0 | 2.0 | 1.50 | 0.30 |
| Required Education | 0.00 | | | | 0.00 | 0.00 |
| Required Experience | 0.20 | 2.0 | 2.0 | 1.0 | 1.67 | 0.33 |
| Analytical | 0.10 | 2.0 | 2.0 | 3.0 | 2.33 | 0.23 |
| Teamwork | 0.20 | 2.0 | 1.0 | 1.0 | 1.33 | 0.27 |
| Leadership | 0.10 | 1.0 | 2.0 | 1.0 | 1.33 | 0.13 |
| Customer Service | 0.20 | 1.0 | 1.0 | 1.0 | 1.00 | 0.20 |
| Business Success | 0.10 | 2.0 | 1.0 | 1.0 | 1.33 | 0.13 |
| Administrative/ Clerical Support | 0.10 | 2.0 | 1.0 | 1.0 | 1.33 | 0.13 |
| | | | | | 0.00 | 0.00 |
| | | | | | 0.00 | 0.00 |
| | | | | | 0.00 | 0.00 |

**SUM OF PERCENTAGES**
(the sum of all #s in column B must equal 100%)

**100%**

**TOTAL SCORE**
(=sum of all #s in column G)

If doing manually, round up to two decimal points – x.xx

**1.43**

HIRING MANAGER'S NAME: ROBECIN COMPTON

HR-22

5/22/2008

KK

Interview Report                                                              Page 1 of 8

**Applicant Evaluation Form**                     Menu | Edit Job Title | Print Report

Department Name: _DPW & Engineering / B & G_

Position: Crew Supervisor Building Services 2016

Applicant: _Koti Kyriacoutsevis_

Interviewer
(print & sign): _Robert Gmpb_ / X _Bill Ct_

Date: _3/22/16_

**Analytical**

**Question 1:** Tell me about a situation where your analysis of a problem was deemed to be incorrect? What would you do differently today?

_We learn from Mistake - 1ST Admit, Consult to Scott_

**Answer 1:** *Has the character to admit mistakes. Also clarify-Were the steps he took correct? More importantly, has he/she learned from this mistake?*

_Inal & Mistake_

_correct in the futr_

**Notes:**

| Rating: | Unsatisfactory=0 | Satisfactory=1 | ☑ Very Good=2 | Excellent=3 | POINTS |
|---|---|---|---|---|---|
| | | | | | 2 |

**Analytical**

**Question 2:** Tell me about a recent project you received. What are some of the first things you do?

_— Prevent accident_
_— 2nd determine how to get job done_

**Answer 2:** *Accurately anticipates the duration and difficulty of projects and plans accordingly.*

_— Make sure custine is happy_

**Notes:**

| Rating: | Unsatisfactory=0 | Satisfactory=1 | ☑ Very Good=2 | Excellent=3 | POINTS |
|---|---|---|---|---|---|
| | | | | | 2 |

**Analytical**

**Question 3:** How would you measure the strength of your management team?

_Perfect — All great the knowledge team_

**Answer 3:** *Uses and employs modern analytical and management techniques to measure management value and ability.*

_is knows_

3/11/2016

Interview Report                                                                          Page 2 of 8

---

*Notes:*

| Rating: | ☐ Unsatisfactory=0 | ☐ Satisfactory=1 | ☐ Very Good=2 | ☒ Excellent=3 | POINTS |
|---|---|---|---|---|---|
| | | | | | 3 |

---

### TOTAL COMPETENCY AVERAGE POINTS

| SUM OF POINTS | TOTAL # OF QUESTIONS | TOTAL AVERAGE POINTS |
|---|---|---|
| ☐ | ÷ ☐ | = ☐ |

---

**Teamwork**

**Question 1:** How would you persuade people of the importance of cooperation in today's workplace? *Sit down and talk explain what our goal is. (Talking goes a long way)*

**Answer 1:** *Realizes that a positive balanced, cooperative work force is vitally important for success in business today.*

*Notes:*

| Rating: | ☐ Unsatisfactory=0 | ☐ Satisfactory=1 | ☒ Very Good=2 | ☐ Excellent=3 | POINTS |
|---|---|---|---|---|---|
| | | | | | 2 |

**Teamwork**

**Question 2:** Give me an example of a time when you tried your best to get along with a work colleague but failed. Why do you think that was? What did you learn from that experience? *— Many times — You can't to explain to some who and I will help you*

**Answer 2:** *Tries to cooperate with all colleagues and spends time and effort to maintain and keep these relationships in a healthy state.*

*Notes:*

| Rating: | ☐ Unsatisfactory=0 | ☒ Satisfactory=1 | ☐ Very Good=2 | ☐ Excellent=3 | POINTS |
|---|---|---|---|---|---|
| | | | | | 1 |

**Teamwork**

**Question 3:** Tell me about a time you had to work with somebody who had a reputation as an uncooperative belligerent person? What tactics did you use? *Still do work — I am not going to an argument*

**Answer 3:** *Remains cooperative and poised when faced with uncooperative colleagues, emphasizes the mutual advantage of cooperation.*

*tell superior after*

Interview Report                                                              Page 3 of 8

Notes:

| Rating: | Unsatisfactory=0 | Satisfactory=1 | Very Good=2 | Excellent=3 | POINTS |
|---------|------------------|----------------|-------------|-------------|--------|
|         |                  |                |             |             | *1*    |

## TOTAL COMPETENCY AVERAGE POINTS

| SUM OF POINTS | TOTAL # OF QUESTIONS | TOTAL AVERAGE POINTS |
|---------------|---------------------|----------------------|
| *1*           | =                   |                      |

### Leadership

**Question 1:** Have you ever tried to do a job for which you were unqualified? How did you react at that time? Were you able to accomplish your task?

*I Always Ask for Idea's — I will*

**Answer 1:** Can take risks and chances to achieve goals at work; also inspires others.

*So thru manual if needed. Not Afraid*

Notes:

| Rating: | Unsatisfactory=0 | Satisfactory=1 | Very Good=2 | Excellent=3 | POINTS |
|---------|------------------|----------------|-------------|-------------|--------|
|         |                  |                |             |             | *1*    |

### Leadership

**Question 2:** Have you ever tried to do a job for which you were unqualified? How did you react at that time? Were you able to accomplish your task?

**Answer 2:** Can take risks and chances to achieve goals at work; also inspires others.

Notes:

| Rating: | Unsatisfactory=0 | Satisfactory=1 | Very Good=2 | Excellent=3 | POINTS |
|---------|------------------|----------------|-------------|-------------|--------|
|         |                  |                |             |             | *2*    |

### Leadership

**Question 3:** How have you contributed to the company strategies and policies?

*Rules are est to be followed*

**Answer 3:** Influences the company to develop and implement innovative corporate strategies and technically advanced procedures, successfully adapting leadership style to accommodate the diverse needs of team members.

Interview Report                                              Page 4 of 8

| Notes: | | | | |
|--------|--|--|--|--|
| **Rating:** Unsatisfactory=0 ☐ | Satisfactory=1 ☐ | Very Good=2 ☐ | Excellent=3 ☐ | **POINTS** ☐ |

### TOTAL COMPETENCY AVERAGE POINTS

| SUM OF POINTS | TOTAL # OF QUESTIONS | TOTAL AVERAGE POINTS |
|---------------|---------------------|---------------------|
| ☐  / | ☐ = | ☐ |

**Customer Service Orientation**

**Question 1:** How do you handle negative feedback from angry clients? How do you normally respond to them?

*Willing to do anything even if not appreciated.*

**Answer 1:** *Able to entertain customer complaints without being dominated or getting emotional; does not get overwhelmed while been criticized.*

*— want into details.*

**Notes:**

| **Rating:** Unsatisfactory=0 ☐ | Satisfactory=1 ☐ | Very Good=2 ☒ | Excellent=3 ☐ | **POINTS** / |

**Customer Service Orientation**

**Question 2:** This position requires interacting with the general public as well as existing employees and all levels of management. Tell me about some of your experiences. If no experience, what are your thoughts on this?

**Notes:** *— Always make sure I captured a fish market first*

| **Rating:** Unsatisfactory=0 ☐ | Satisfactory=1 ☒ | Very Good=2 ☐ | Excellent=3 ☐ | **POINTS** / |

**Customer Service Orientation**

**Question 3:** Tell me about a time when you believed a policy or procedure was not in the customer's best interest. What did you do? *HAS a Policy or Directive come down with which you disagreed. What did you do?*

**Notes:** *The only issue I have is required it to bee explained.*

| **Rating:** Unsatisfactory=0 ☐ | Satisfactory=1 ☒ | Very Good=2 ☐ | Excellent=3 ☐ | **POINTS** /1 |

Interview Report                                                    Page 5 of 8

---

## TOTAL COMPETENCY AVERAGE POINTS

| SUM OF POINTS | TOTAL # OF QUESTIONS | TOTAL AVERAGE POINTS |
|---|---|---|
| | | |

---

**Business Success**

**Question 1:** Some battles are worth fighting and others are not. How do you know which are worth fighting? Can you give me an example?

Notes: *I just explain to my supervisor what I am doing so he knows what I am here what he says goes - but just want to inform him*

Rating: ☐ Unsatisfactory=0  ☐ Satisfactory=1  ☑ Very Good=2  ☐ Excellent=3   **POINTS** 2

---

**Business Success**

**Question 2:** What kind of working relationships do you have with co-workers from other departments? How have these relationships been beneficial in accomplishing your work?

Notes: *I am fine with everyone - no problem with anyone. (TEAMWORK)*

Rating: ☐ Unsatisfactory=0  ☑ Satisfactory=1  ☐ Very Good=2  ☐ Excellent=3   **POINTS** 1

---

**Business Success**

**Question 3:** When given a specific problem to solve, how do you decide what information is essential to making an informed decision?

*Make sure the way I solve the problem that none gets affected*

**Answer 3:** *Capable of deciding what information is necessary to make an informed decision; if they are not, are they capable of using their team's knowledge and experience to bring about a successful conclusion.*

Notes:

Rating: ☐ Unsatisfactory=0  ☑ Satisfactory=1  ☐ Very Good=2  ☐ Excellent=3   **POINTS** 1

---

## TOTAL COMPETENCY AVERAGE POINTS

Interview Report                                                           Page 6 of 8

| | SUM OF POINTS | TOTAL # OF QUESTIONS | TOTAL AVERAGE POINTS |
|---|---|---|---|
| | | 1 | = |

**Administrative/Clerical Support**

**Question 1:** Describe a situation that is typical of the pace and change in priorities in your department. How does it affect your work? Would you give me a specific example?

Notes: *This is the norm happens, all time stop what I am doing safely are the telephone part of task.*

Rating: ☐ Unsatisfactory=0  ☐ Satisfactory=1  ☑ Very Good=2  ☐ Excellent=3    **POINTS** 2

**Administrative/Clerical Support**

**Question 2:** Tell me about a situation in which you had to cope with inadequate resources. How did you deal with it?

Notes: *GO TO TRADES if needed - Go to other burden. find another way to address.*

Rating: ☐ Unsatisfactory=0  ☑ Satisfactory=1  ☐ Very Good=2  ☐ Excellent=3    **POINTS** 1

**Administrative/Clerical Support**

**Question 3:** What specific responsibilities do you have for supporting the work of other people in your department? What positions do they hold? What specific tasks do you perform? Which tasks reflects your strengths? Which tasks may require some development?

Notes: *I support scott & low and anyone in the facility -*

Rating: ☐ Unsatisfactory=0  ☑ Satisfactory=1  ☐ Very Good=2  ☐ Excellent=3    **POINTS** 1

| | TOTAL COMPETENCY AVERAGE POINTS | | |
|---|---|---|---|
| | SUM OF POINTS | TOTAL # OF QUESTIONS | TOTAL AVERAGE POINTS |
| | | 1 | = |

**Required Experience**

Interview Report                                                    Page 7 of 8

Question 1: This position requires _____ years of experience with _____. How do you meet these qualifications?

*Inspection, cleaning, and general maintenance of places, grounds and buildings.*

Notes: *9 yrs at BMW*

Rating: ☐ Unsatisfactory=0   ☐ Satisfactory=1   (Very Good=2)   ☐ Excellent=3   POINTS **2**

**Required Experience**

Question 2: What managerial responsibility did/do you have? *Knowledge or experience do you have with completing Building Maintenance work or directing Building maintenance staff?*

Notes: *9 yrs of exp, the FM in her superiors as well to ensure completed.*

Rating: ☐ Unsatisfactory=0   ☐ Satisfactory=1   (X) Very Good=2   ☐ Excellent=3   POINTS **2**

**Required Experience**

Question 3: How do you feel your experience qualifies you for this position?

Notes: *Scott Lou & Jimmy - Gave me the confidence I can do this job*

Rating: ☐ Unsatisfactory=0   (☐ Satisfactory=1   X) Very Good=2   ☐ Excellent=3   POINTS **1**

**TOTAL COMPETENCY AVERAGE POINTS**

| SUM OF POINTS | TOTAL # OF QUESTIONS | TOTAL AVERAGE POINTS |
|---|---|---|
|  | / |  | = |  |

Notes:

☑ I have reviewed the essential job functions with the applicant including the work schedule, location or any specific physical requirements.

☑ I have asked the applicant directly, "Are you able to perform the essential functions of this position with or without a reasonable accommodation?" I have not asked, "Do you need an accommodation?"

☑ I understand that I may ask applicants to describe or demonstrate how they would perform any or all job functions, as long as all applicants in the job category are asked to do this. However, if a particular applicant has an obvious disability, (e.g. uses a wheelchair) I understand that I may ask this applicant alone to describe or demonstrate how s/he would perform the job.

Interview Report                                                    Page 8 of 8

**NOTE:** If an applicant says that s/he needs a reasonable accommodation to perform a job demonstration, you must either: provide a reasonable accommodation that does not create an undue hardship or allow the applicant to simply describe how s/he would perform the job function.

Comments: _____

2/11/2016

| | | Crew Supervisor Building Services 2016 |
|---|---|---|
| | | JOB TITLE |

Frank Vetter
APPLICANT'S NAME

# SCORING WORKSHEET

*Columns A&B are determined BEFORE interviews are conducted*

| A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|
| Competency Name | Percentage of Importance | Question 1 Score | Question 2 Score | Question 3 Score | Applicant's Average Points without % of importance. | Applicant's Adjusted Score with % of importance. |
| | Write or type in decimal format - .xx | Write or type in each score from the Applicant Evaluation Form. | | | If doing manually, round up to two decimal points - x.xx | If doing manually, round up to two decimal points - x.xx |
| EXAMPLE: Write or type competency name. | | | | | | |
| e.g. Organizational Skills | 0.20 | 0.5 | 2.0 | 2.0 | 1.50 | 0.30 |
| Required Education | 0.00 | | | | 0.00 | 0.00 |
| Required Experience | 0.20 | 1.0 | 1.0 | 1.0 | 1.00 | 0.20 |
| Analytical | 0.10 | 1.0 | 2.0 | 2.0 | 1.67 | 0.17 |
| Teamwork | 0.20 | 1.0 | 1.0 | 2.0 | 1.33 | 0.27 |
| Leadership | 0.10 | 2.0 | 2.0 | 1.0 | 1.67 | 0.17 |
| Customer Service | 0.20 | 1.0 | 1.0 | 1.0 | 1.00 | 0.20 |
| Business Success | 0.10 | 2.0 | 2.0 | 2.0 | 2.00 | 0.20 |
| Administrative/ Clerical Support | 0.10 | 2.0 | 1.0 | 1.0 | 1.33 | 0.13 |
| | | | | | 0.00 | 0.00 |
| | | | | | 0.00 | 0.00 |
| | | | | | 0.00 | 0.00 |

**SUM OF PERCENTAGES**
(the sum of all #s in column B must equal 100%)

**100%**

**TOTAL SCORE**
(=sum of all #s in column G)

**1.33**

If doing manually, round up to two decimal points - x.xx

HIRING MANAGER'S NAME   ~~RuK~~   RoBERT CUMPTON

HR-22

5/22/2008

Interview Report                                                   Page 1 of 8

**Applicant Evaluation Form**                    Menu | Edit Job Title | Print Report

Department Name: _DPW & Engineering / Balco_

Position: Crew Supervisor Building Services 2016

Applicant: _Frank Votter_

Interviewer (print & sign): _Robert Compton / x _____

Date: _____

---

**Analytical**

**Question 1:** Tell me about a situation where your analysis of a problem was deemed to be incorrect? What would you do differently today?

_If trying something always listen to_

**Answer 1:** *Has the character to admit mistakes. Also clarify-Were the steps he took correct? More importantly, has he/she learned from this mistake?*

_bosses recommendation_
_open minded_

Notes:

| Rating: | Unsatisfactory=0 | Satisfactory=1 ☑ | Very Good=2 | Excellent=3 | POINTS 1 |

---

**Analytical**

**Question 2:** Tell me about a recent project you received. What are some of the first things you do?

_— Review Scope of work — tools_
_make list_

**Answer 2:** *Accurately anticipates the duration and difficulty of projects and plans accordingly.*

_get what I need_
_Complete task_

Notes:

| Rating: | Unsatisfactory=0 | Satisfactory=1 | Very Good=2 ☑ | Excellent=3 | POINTS 2 |

---

**Analytical**

**Question 3:** How would you measure the strength of your management team?

_Mike — very professional — Can communicate_
_— No complaints_

**Answer 3:** *Uses and employs modern analytical and management techniques to measure management value and ability.*

Interview Report                                                    Page 2 of 8

---

Notes:

| Rating: | Unsatisfactory=0 | Satisfactory=1 | ☒ Very Good=2 | Excellent=3 | POINTS 2 |

---

### TOTAL COMPETENCY AVERAGE POINTS

| SUM OF POINTS | TOTAL # OF QUESTIONS | TOTAL AVERAGE POINTS |
|---|---|---|
|  | 1 | = |

---

**Teamwork**

**Question 1:** How would you persuade people of the importance of cooperation in today's workplace? *Build a good relationship - does not talk to much -*

**Answer 1:** *Realizes that a positive balanced, cooperative work force is vitally important for success in business today.*

Notes: *- Distant purple - Defked nah Rydme*

| Rating: | Unsatisfactory=0 | Satisfactory=1 | ☒ Very Good=2 | Excellent=3 | POINTS 1 |

---

**Teamwork**

✗ **Question 2:** Give me an example of a time when you tried your best to get along with a work colleague but failed. Why do you think that was? What did you learn from that experience? *Do not have to like*

**Answer 2:** *Tries to cooperate with all colleagues and spends time and effort to maintain and keep these relationships in a healthy state.* *Just complete the task.*

Notes:

| Rating: | Unsatisfactory=0 | ☒ Satisfactory=1 | Very Good=2 | Excellent=3 | POINTS 1 |

---

**Teamwork**

**Question 3:** Tell me about a time you had to work with somebody who had a reputation as an uncooperative belligerent person? What tactics did you use? *Decide what tasks - split them up when one professional*

**Answer 3:** *Remains cooperative and poised when faced with uncooperative colleagues, emphasizes the mutual advantage of cooperation.*

*Interview was to comfortable*

3/11/2016

Interview Report                                                    Page 3 of 8

---

**Notes:**

Rating: ☐ Unsatisfactory=0   ☐ Satisfactory=1   ☒ Very Good=2   ☐ Excellent=3   **POINTS** ☐ 2

---

### TOTAL COMPETENCY AVERAGE POINTS

| SUM OF POINTS | | TOTAL # OF QUESTIONS | | TOTAL AVERAGE POINTS |
|---|---|---|---|---|
| ☐ | / | ☐ | = | ☐ |

---

### Leadership

**Question 1:** Have you ever tried to do a job for which you were unqualified? How did you react at that time? Were you able to accomplish your task?

*If is gay to create danger I will stop*

**Answer 1:** *Can take risks and chances to achieve goals at work; also inspires others.*

*Sonthy as cleaning or yong on mechne*

**Notes:** *White personal experience*

Rating: ☐ Unsatisfactory=0   ☐ Satisfactory=1   ☒ Very Good=2   ☐ Excellent=3   **POINTS** ☐ 2

---

### Leadership

**Question 2:** Have you ever tried to do a job for which you were unqualified? How did you react at that time? Were you able to accomplish your task?

**Answer 2:** *Can take risks and chances to achieve goals at work; also inspires others.*

**Notes:**

Rating: ☐ Unsatisfactory=0   ☐ Satisfactory=1   ☐ Very Good=2   ☐ Excellent=3   **POINTS** ☐

---

### Leadership

**Question 3:** How have you contributed to the company strategies and policies?

*I will do what I am told but if I find a difficulty I stone will*

**Answer 3:** *Influences the company to develop and implement innovative corporate strategies and technically advanced procedures, successfully adapting leadership style to accommodate the diverse needs of team members.*

*then to see if this will change.*

Interview Report

Page 4 of 8

**Notes:**

Rating: ☐ Unsatisfactory=0  ☒ Satisfactory=1  ☐ Very Good=2  ☐ Excellent=3   **POINTS** | 1 |

---

## TOTAL COMPETENCY AVERAGE POINTS

| SUM OF POINTS | TOTAL # OF QUESTIONS | TOTAL AVERAGE POINTS |
|---|---|---|
| | / | = |

---

### Customer Service Orientation

**Question 1:** How do you handle negative feedback from angry clients? How do you normally respond to them? *Determine the problem — tactfully correct the problem*

**Answer 1:** *Able to entertain customer complaints without being dominated or getting emotional; does not get overwhelmed while been criticized.*

**Notes:** *Happy CS*

Rating: ☐ Unsatisfactory=0  ☒ Satisfactory=1  ☐ Very Good=2  ☐ Excellent=3   **POINTS** | 1 |

### Customer Service Orientation

**Question 2:** This position requires interacting with the general public as well as existing employees and all levels of management. Tell me about some of your experiences. If no experience, what are your thoughts on this? *No one makes requests*

**Notes:** *that are ridiculous — no issue everyone on our customers.*

Rating: ☐ Unsatisfactory=0  ☒ Satisfactory=1  ☐ Very Good=2  ☐ Excellent=3   **POINTS** | 1 |

### Customer Service Orientation

**Question 3:** Tell me about a time when you believed a policy or procedure was not in the customer's best interest. What did you do? *Has a Policy or Directive come down with which you disagreed. What did you do?*

**Notes:** *Policy change is what it is, you can grant but nothing to with it*

Rating: ☐ Unsatisfactory=0  ☒ Satisfactory=1  ☐ Very Good=2  ☐ Excellent=3   **POINTS** | 1 |

2/11/2016

Interview Report                                                    Page 5 of 8

---

### TOTAL COMPETENCY AVERAGE POINTS

| SUM OF POINTS | | TOTAL # OF QUESTIONS | TOTAL AVERAGE POINTS |
|---|---|---|---|
| | / | | |

---

**Business Success**

**Question 1:** Some battles are worth fighting and others are not. How do you know which are worth fighting? Can you give me an example?

→ Asbestos — safety concern

**Notes:**

Rating: ☐ Unsatisfactory=0  ☐ Satisfactory=1  ☑ Very Good=2  ☐ Excellent=3   **POINTS** 2

---

**Business Success**

**Question 2:** What kind of working relationships do you have with co-workers from other departments? How have these relationships been beneficial in accomplishing your work?

Always good to be cordial & friendly
— Mike Gunan (CSTA)

**Notes:**

Rating: ☐ Unsatisfactory=0  ☐ Satisfactory=1  ☑ Very Good=2  ☐ Excellent=3   **POINTS** 2

---

**Business Success**

**Question 3:** When given a specific problem to solve, how do you decide what information is essential to making an informed decision?

look at job site, review scope make sure you can do the job.

**Answer 3:** *Capable of deciding what information is necessary to make an informed decision; if they are not, are they capable of using their team's knowledge and experience to bring about a successful conclusion.*

**Notes:**

Rating: ☐ Unsatisfactory=0  ☐ Satisfactory=1  ☑ Very Good=2  ☐ Excellent=3   **POINTS** 2

---

### TOTAL COMPETENCY AVERAGE POINTS

3/11/2016

Interview Report                                                                    Page 6 of 8

| SUM OF POINTS | TOTAL # OF QUESTIONS | TOTAL AVERAGE POINTS |
|---|---|---|
| | | |

**Administrative/Clerical Support**

**Question 1:** Describe a situation that is typical of the pace and change in priorities in your department. How does it affect your work? Would you give me a specific example?

*Notes:* Stop what your doing - Secure tools + work zone take care of additional priority task.

Rating: ☐ Unsatisfactory=0  ☐ Satisfactory=1  ☑ Very Good=2  ☐ Excellent=3    **POINTS** 2

**Administrative/Clerical Support**

**Question 2:** Tell me about a situation in which you had to cope with inadequate resources. How did you deal with it?

*Notes:* → You shouldn't start something if you can't finish it.

Rating: ☐ Unsatisfactory=0  ☒ Satisfactory=1  ☐ Very Good=2  ☐ Excellent=3    **POINTS** 1

**Administrative/Clerical Support**

**Question 3:** What specific responsibilities do you have for supporting the work of other people in your department? What positions do they hold? What specific tasks do you perform? Which tasks reflects your strengths? Which tasks may require some development?

*Notes:* Support Mike, running cleanup and maint. - really good at cleaning

Rating: ☐ Unsatisfactory=0  ☒ Satisfactory=1  ☐ Very Good=2  ☐ Excellent=3    **POINTS** 1

**TOTAL COMPETENCY AVERAGE POINTS**

| SUM OF POINTS | TOTAL # OF QUESTIONS | TOTAL AVERAGE POINTS |
|---|---|---|
| | | |

**Required Experience**

Interview Report                                                                 Page 7 of 8

**Question 1:** This position requires ___2___ years of experience with _work involving_ . How do you meet these qualifications?

ⓢ Inspection, cleaning, and general maintenance of offices, grounds and buildings.

*Notes:*       5yrs exp. as Bldg Su—
          —Bridge we took care of onsite

**Rating:** ☐ Unsatisfactory=0 ☒ Satisfactory=1 ☐ Very Good=2 ☐ Excellent=3    **POINTS** 1

**Required Experience**

**Question 2:** What ~~managerial responsibility do do you have?~~ Knowledge or experience do you have with completing Building Maintenance work or directing Building Maintenance staff? — 5yrs

*Notes:*       —Yes during head of supervisor

**Rating:** ☐ Unsatisfactory=0 ☒ Satisfactory=1 ☐ Very Good=2 ☐ Excellent=3    **POINTS** 1

**Required Experience**

**Question 3:** How do you feel your experience qualifies you for this position?

*Notes:*       Contact to connecte proper to
          get the job done

**Rating:** ☐ Unsatisfactory=0 ☐ Satisfactory=1 ☐ Very Good=2 ☐ Excellent=3    **POINTS** 1

---

### TOTAL COMPETENCY AVERAGE POINTS

| SUM OF POINTS | | TOTAL # OF QUESTIONS | | TOTAL AVERAGE POINTS |
|---|---|---|---|---|
| | / | | = | |

*Notes:*

---

☒ I have reviewed the essential job functions with the applicant including the work schedule, location or any specific physical requirements.

☒ I have asked the applicant directly, "Are you able to perform the essential functions of this position with or without a reasonable accommodation?" I have not asked, 'Do you need an accommodation?"

☒ I understand that I may ask applicants to describe or demonstrate how they would perform any or all job functions, as long as all applicants in the job category are asked to do this. However, if a particular applicant has an obvious disability, (e.g. uses a wheelchair) I understand that I may ask this applicant alone to describe or demonstrate how s/he would perform the job.

Interview Report                                                                    Page 8 of 8



**NOTE:** If an applicant says that s/he needs a reasonable accommodation to perform a job demonstration, you must either: provide a reasonable accommodation that does not create an undue hardship or allow the applicant to simply describe how s/he would perform the job function.

Comments: _____

JOB TITLE: Crew Supervisor Building Services 2016

APPLICANT'S NAME: Gabriela Mevoch

# SCORING WORKSHEET

Columns A&B are determined BEFORE interviews are conducted.

| A Competency Name | B Percentage of Importance | C Question 1 Score | D Question 2 Score | E Question 3 Score | F Applicant's Average Points without % of importance. | G Applicant's Adjusted Score with % of importance. |
|---|---|---|---|---|---|---|
| | Write or type in decimal format - xx | Write or type in each score from the Applicant Evaluation Form. | | | If doing manually, round up to two decimal points - x.xx | If doing manually, round up to two decimal points x.xx |
| e.g. Organizational Skills | 0.20 | 0.5 | 2.0 | 2.0 | 1.50 | 0.30 |
| Required Education | 0.00 | | | | 0.00 | 0.00 |
| Required Experience | 0.20 | 2.0 | 2.0 | 1.0 | 1.67 | 0.33 |
| Analytical | 0.10 | 1.0 | 1.0 | 1.0 | 1.00 | 0.10 |
| Teamwork | 0.20 | 0.0 | 1.0 | 1.0 | 0.67 | 0.13 |
| Leadership | 0.10 | 3.0 | 2.0 | 1.0 | 2.00 | 0.20 |
| Customer Service | 0.20 | 1.0 | 1.0 | 2.0 | 1.33 | 0.27 |
| Business Success | 0.10 | 1.0 | 1.0 | 1.0 | 1.00 | 0.10 |
| Administrative/ Clerical Support | 0.10 | 2.0 | 2.0 | 1.0 | 1.67 | 0.17 |
| | | | | | 0.00 | 0.00 |
| | | | | | 0.00 | 0.00 |
| | | | | | 0.00 | 0.00 |

SUM OF PERCENTAGES
(the sum of all #s in column B must equal 100%)

100%

TOTAL SCORE
(=sum of all #s in column G)

If doing manually, round up to two decimal points - x.xx

1.30

HIRING MANAGER'S NAME: Kristin Clifton

HR-22

5/22/2008

Interview Report

---

**Applicant Evaluation Form**                    Menu | Edit Job Title  | Print Report

Department Name: *DPW & Engineering / B&G*

Position: Crew Supervisor Building Services 2016

Applicant: *GABRIELLE MUENCH*

Interviewer
(print & sign): *Rbij CmA _ | x Rlit N Cf_*

Date:

---

**Analytical**

Question 1: Tell me about a situation where your analysis of a problem was deemed to be incorrect? What would you do differently today?

*Bridge Problem - NOT TO PARK CARS*

Answer 1: *Has the character to admit mistakes. Also clarify-Were the steps he took correct? More importantly, has he/she learned from this mistake?*
*— GOING OFF - Shovel spots -said inappropriate*
Notes: *— Now MUCH more thought process.*

| Rating: | Unsatisfactory=0 | ☒ Satisfactory=1 | ☐ Very Good=2 | ☐ Excellent=3 | POINTS |
|---|---|---|---|---|---|
| | | | | | 1 |

---

**Analytical**

Question 2: Tell me about a recent project you received. What are some of the first things you do? *— Short staff*
*— Speed process — Changes during*
Answer 2: *Accurately anticipates the duration and difficulty of projects and plans accordingly.*

Notes:

| Rating: | Unsatisfactory=0 | ☒ Satisfactory=1 | ☐ Very Good=2 | ☐ Excellent=3 | POINTS |
|---|---|---|---|---|---|
| | | | | | 1 |

---

**Analytical**

Question 3: How would you measure the strength of your management team?
*Communication is Key - working hands*
Answer 3: *Uses and employs modern analytical and management techniques to measure management value and ability.*

Interview Report

Page 2 of 8

Notes:

Rating: ☐ Unsatisfactory=0  ☒ Satisfactory=1  ☐ Very Good=2  ☐ Excellent=3  **POINTS** *1*

### TOTAL COMPETENCY AVERAGE POINTS

| SUM OF POINTS | TOTAL # OF QUESTIONS | TOTAL AVERAGE POINTS |
|---|---|---|
|  | *1* = |  |

## Teamwork

**Question 1:** How would you persuade people of the importance of cooperation in today's workplace?  *come lets gets it done.*

**Answer 1:**  *Realizes that a positive balanced, cooperative work force is vitally important for success in business today.*

Notes:

Rating: ☒ Unsatisfactory=0  ☐ Satisfactory=1  ☐ Very Good=2  ☐ Excellent=3  **POINTS** *0*

## Teamwork

**Question 2:** Give me an example of a time when you tried your best to get along with a work colleague but failed. Why do you think that was? What did you learn from that experience?  *Never gt along when anyone – get 1 job done*

**Answer 2:**  *Tries to cooperate with all colleagues and spends time and effort to maintain and keep these relationships in a healthy state.*

Notes:

Rating: ☐ Unsatisfactory=0  ☒ Satisfactory=1  ☐ Very Good=2  ☐ Excellent=3  **POINTS** *1*

## Teamwork

**Question 3:** Tell me about a time you had to work with somebody who had a reputation as an uncooperative belligerent person? What tactics did you use?  *Still go for work – I still hve to*

**Answer 3:**  *Remains cooperative and poised when faced with uncooperative colleagues, emphasizes the mutual advantage of cooperation.*  *get my job done – not happy but finish job day*

Page 3 of 8

Interview Report

Notes:

| Rating: | Unsatisfactory=0 | ✓ Satisfactory=1 | Very Good=2 | Excellent=3 | **POINTS** |
|---------|------------------|------------------|-------------|-------------|------------|
| | | | | | 1 |

### TOTAL COMPETENCY AVERAGE POINTS

| SUM OF POINTS | TOTAL # OF QUESTIONS | TOTAL AVERAGE POINTS |
|---------------|---------------------|----------------------|
| | | = |

### Leadership

**Question 1:** Have you ever tried to do a job for which you were unqualified? How did you react at that time? Were you able to accomplish your task?

*Start travel agency*

**Answer 1:** *Can take risks and chances to achieve goals at work; also inspires others.*

- *new launched*     - *computer system*
- *learned everyday*

Notes:

| Rating: | Unsatisfactory=0 | Satisfactory=1 | Very Good=2 | ✗ Excellent=3 | **POINTS** |
|---------|------------------|----------------|-------------|---------------|------------|
| | | | | | 3 |

### Leadership

**Question 2:** Have you ever tried to do a job for which you were unqualified? How did you react at that time? Were you able to accomplish your task?

**Answer 2:** *Can take risks and chances to achieve goals at work; also inspires others.*

Notes:

| Rating: | Unsatisfactory=0 | Satisfactory=1 | Very Good=2 | Excellent=3 | **POINTS** |
|---------|------------------|----------------|-------------|-------------|------------|
| | | | | | |

### Leadership

**Question 3:** How have you contributed to the company strategies and policies?

*Designed emergency steps - for Rich*

**Answer 3:** *Influences the company to develop and implement innovative corporate strategies and technically advanced procedures, successfully adapting leadership style to accommodate the diverse needs of team members.*

- *"I walked the MP welder*

Interview Report                                                      Page 4 of 8

Notes:

| Rating: | ☐ Unsatisfactory=0 | ☒ Satisfactory=1 | ☐ Very Good=2 | ☐ Excellent=3 | POINTS |
|---|---|---|---|---|---|
| | | | | | 1 |

### TOTAL COMPETENCY AVERAGE POINTS

| SUM OF POINTS | TOTAL # OF QUESTIONS | | TOTAL AVERAGE POINTS |
|---|---|---|---|
| | 1 | = | |

### Customer Service Orientation

**Question 1:** How do you handle negative feedback from angry clients? How do you normally respond to them?

— Husband/Wife domican republic
— weird lawsuit

**Answer 1:** *Able to entertain customer complaints without being dominated or getting emotional; does not get overwhelmed while been criticized.*

—Blames me for long medrive
—Atly Apologized

**Notes:**

| Rating: | ☐ Unsatisfactory=0 | ☒ Satisfactory=1 | ☐ Very Good=2 | ☐ Excellent=3 | POINTS |
|---|---|---|---|---|---|
| | | | | | 1 |

### Customer Service Orientation

**Question 2:** This position requires interacting with the general public as well as existing employees and all levels of management. Tell me about some of your experiences. If no experience, what are your thoughts on this?

Easy - listen + then whatever
they are asking -

**Notes:**

| Rating: | ☐ Unsatisfactory=0 | ☒ Satisfactory=1 | ☐ Very Good=2 | ☐ Excellent=3 | POINTS |
|---|---|---|---|---|---|
| | | | | | 1 |

### Customer Service Orientation

**Question 3:** Tell me about a time when you believed a policy or procedure was not in the customer's best interest. What did you do? Has a Policy or Directive come down with which you disagree. Which did you do?

**Notes:** Most of the time everything is thought out -

| Rating: | ☐ Unsatisfactory=0 | ☐ Satisfactory=1 | ☒ Very Good=2 | ☐ Excellent=3 | POINTS |
|---|---|---|---|---|---|
| | | | | | 2 |

Case 3:16-cv-01578-PGS-LHG   Document 78-4   Filed 08/02/18   Page 112 of 171 PageID: 2389

Interview Report                                                      Page 5 of 8

**TOTAL COMPETENCY AVERAGE POINTS**

| SUM OF POINTS | / | TOTAL # OF QUESTIONS | = | TOTAL AVERAGE POINTS |
|---|---|---|---|---|
|  |  |  |  |  |

**Business Success**

Question 1: Some battles are worth fighting and others are not. How do you know which are worth fighting? Can you give me an example?

*Asks pros & cons -*

Notes:

Rating: ☐ Unsatisfactory=0  ☒ Satisfactory=1  ☐ Very Good=2  ☐ Excellent=3    POINTS: 1

**Business Success**

Question 2: What kind of working relationships do you have with co-workers from other departments? How have these relationships been beneficial in accomplishing your work?

*Explained to election of make need*

Notes:

Rating: ☐ Unsatisfactory=0  ☒ Satisfactory=1  ☐ Very Good=2  ☐ Excellent=3    POINTS: 1

**Business Success**

Question 3: When given a specific problem to solve, how do you decide what information is essential to making an informed decision?

*Pros r Cons   to make dec*

Answer 3: *Capable of deciding what information is necessary to make an informed decision; if they are not, are they capable of using their team's knowledge and experience to bring about a successful conclusion.*

Notes:

Rating: ☐ Unsatisfactory=0  ☒ Satisfactory=1  ☐ Very Good=2  ☐ Excellent=3    POINTS: 1

**TOTAL COMPETENCY AVERAGE POINTS**

Interview Report

| SUM OF POINTS | TOTAL # OF QUESTIONS | TOTAL AVERAGE POINTS |
|---|---|---|
| | | |

**Administrative/Clerical Support**

**Question 1:** Describe a situation that is typical of the pace and change in priorities in your department. How does it affect your work? Would you give me a specific example?

Notes: *Chris / Jans out*
*— I had to do 2 bus todays — Prosecutors office*
*— tracey —*

Rating: ☐ Unsatisfactory=0  ☐ Satisfactory=1  ☒ Very Good=2  ☐ Excellent=3   **POINTS** 2

**Administrative/Clerical Support**

**Question 2:** Tell me about a situation in which you had to cope with inadequate resources. How did you deal with it?  *Redag old 911 - Clean up other questions + prepare*

Notes:

Rating: ☐ Unsatisfactory=0  ☐ Satisfactory=1  ☒ Very Good=2  ☐ Excellent=3   **POINTS** 2

**Administrative/Clerical Support**

**Question 3:** What specific responsibilities do you have for supporting the work of other people in your department? What positions do they hold? What specific tasks do you perform? Which tasks reflects your strengths? Which tasks may require some development?  *Supply the supplies to anyone*

Notes:

Rating: ☐ Unsatisfactory=0  ☒ Satisfactory=1  ☐ Very Good=2  ☐ Excellent=3   **POINTS** 1

**TOTAL COMPETENCY AVERAGE POINTS**

| SUM OF POINTS | TOTAL # OF QUESTIONS | TOTAL AVERAGE POINTS |
|---|---|---|
| | | |

**Required Experience**

Interview Report                                                    Page 7 of 8

**Question 1:** This position requires _____ years of experience with _____. How do you meet these qualifications?

*Notes:*

| Rating: | ☐ Unsatisfactory=0 | ☐ Satisfactory=1 | ☒ Very Good=2 | ☐ Excellent=3 | POINTS 2 |
|---------|---|---|---|---|---|

**Required Experience**

**Question 2:** What managerial responsibility did/do you have?

*Notes:*

| Rating: | ☐ Unsatisfactory=0 | ☐ Satisfactory=1 | ☒ Very Good=2 | ☐ Excellent=3 | POINTS 2 |
|---------|---|---|---|---|---|

**Required Experience**

**Question 3:** How do you feel your experience qualifies you for this position?

*Notes:*

| Rating: | ☐ Unsatisfactory=0 | ☒ Satisfactory=1 | ☐ Very Good=2 | ☐ Excellent=3 | POINTS 1 |
|---------|---|---|---|---|---|

---

### TOTAL COMPETENCY AVERAGE POINTS

| SUM OF POINTS | TOTAL # OF QUESTIONS | TOTAL AVERAGE POINTS |
|---|---|---|
| ☐ | / ☐ | = ☐ |

Notes:

---

☒ I have reviewed the essential job functions with the applicant including the work schedule, location or any specific physical requirements.

☒ I have asked the applicant directly, "Are you able to perform the essential functions of this position with or without a reasonable accommodation?" I have not asked, "Do you need an accommodation?"

☒ I understand that I may ask applicants to describe or demonstrate how they would perform any or all job functions, as long as all applicants in the job category are asked to do this. However, if a particular applicant has an obvious disability, (e.g. uses a wheelchair) I understand that I may ask this applicant alone to describe or demonstrate how s/he would perform the job.



Interview Report                                                    Page 8 of 8



NOTE: If an applicant says that s/he needs a reasonable accommodation to perform a job demonstration, you must either: provide a reasonable accommodation that does not create an undue hardship or allow the applicant to simply describe how s/he would perform the job function.

Comments: _____

**JOB TITLE** | Crew Supervisor Building Services 2016

**APPLICANT'S NAME** | Wade Cahoon

# SCORING WORKSHEET

*Columns A&B are determined BEFORE interviews are conducted.*

| A Competency Name | B Percentage of Importance | C Question 1 Score | D Question 2 Score | E Question 3 Score | F Applicant's Average Points without % of importance. | G Applicant's Adjusted Score with % of importance. |
|---|---|---|---|---|---|---|
| EXAMPLE: Write or type competency name. | Write or type in decimal format - .xx | Write or type in each score from the Applicant Evaluation Form | | | If doing manually, round up to two decimal points - x.xx | If doing manually, round up to two decimal points - x.xx |
| e.g. Organizational Skills | 0.20 | 0.5 | 2.0 | 2.0 | 1.50 | 0.30 |
| Required Education | 0.00 | | | | 0.00 | 0.00 |
| Required Experience | 0.20 | 1.0 | 1.0 | 2.0 | 1.33 | 0.27 |
| Analytical | 0.10 | 1.0 | 2.0 | 1.0 | 1.33 | 0.13 |
| Teamwork | 0.20 | 1.0 | 1.0 | 1.0 | 1.00 | 0.20 |
| Leadership | 0.10 | 2.0 | 2.0 | 2.0 | 2.00 | 0.20 |
| Customer Service | 0.20 | 1.0 | 1.0 | 1.0 | 1.00 | 0.20 |
| Business Success | 0.10 | 1.0 | 1.0 | 1.0 | 1.00 | 0.10 |
| Administrative/ Clerical Support | 0.10 | 1.0 | 1.0 | 2.0 | 1.33 | 0.13 |
| | | | | | 0.00 | 0.00 |
| | | | | | 0.00 | 0.00 |
| | | | | | 0.00 | 0.00 |

**TOTAL SCORE**
(=sum of all #s in column G) | **1.23**

If doing manually, round up to two decimal points - x.xx

**SUM OF PERCENTAGES**
(the sum of all #s in column B must equal 100%) | **100%**

**HIRING MANAGER'S NAME** | ROBERT W. COMPTON

HR-22

5/22/2008

WC

*WC*

**Applicant Evaluation Form**                    Menu | Edit Job Title  | Print Report

Department Name: DPW & Engineering / B & G

Position: Crew Supervisor Building Services 2016

Applicant: WADE CAMOON

Interviewer (print & sign): Robert W. Cart / x Robert W. Compton

Date:

---

**Analytical**

**Question 1:** Tell me about a situation where your analysis of a problem was deemed to be incorrect? What would you do differently today?

Accept they was wrong & Correct it.

**Answer 1:** *Has the character to admit mistakes. Also clarify-Were the steps he took correct? More importantly, has he/she learned from this mistake?*

*Notes:*

| Rating: | Unsatisfactory=0 | ✗ Satisfactory=1 | Very Good=2 | Excellent=3 | POINTS 1 |

**Analytical**

**Question 2:** Tell me about a recent project you received. What are some of the first things you do?

Recylis 460 VOLT Panel
— Detailed Diagram of what needed
Job done

**Answer 2:** *Accurately anticipates the duration and difficulty of projects and plans accordingly.*

*Notes:*

| Rating: | Unsatisfactory=0 | Satisfactory=1 | ✗ Very Good=2 | Excellent=3 | POINTS 2 |

**Analytical**

**Question 3:** How would you measure the strength of your management team?

— How Communication — Proper Schedule

**Answer 3:** *Uses and employs modern analytical and management techniques to measure management value and ability.*

Interview Report                                                      Page 2 of 8

**Notes:**

Rating: ☐ Unsatisfactory=0 ☒ Satisfactory=1 ☐ Very Good=2 ☐ Excellent=3    **POINTS**

---

### TOTAL COMPETENCY AVERAGE POINTS

| SUM OF POINTS | / | TOTAL # OF QUESTIONS | = | TOTAL AVERAGE POINTS |
|---|---|---|---|---|
| | | | | |

---

**Teamwork**

**Question 1:** How would you persuade people of the importance of cooperation in today's workplace?   *Strategically promise and making people feel more important - do not put people*

**Answer 1:** *Realizes that a positive balanced, cooperative work force is vitally important for success in business today.*  *done.*

**Notes:**

Rating: ☐ Unsatisfactory=0 ☒ Satisfactory=1 ☐ Very Good=2 ☐ Excellent=3    **POINTS**

**Teamwork**

**Question 2:** Give me an example of a time when you tried your best to get along with a work colleague but failed. Why do you think that was? What did you learn from that experience?   *Went out on knee - Manserhains Employee (red in end)*

**Answer 2:** *Tries to cooperate with all colleagues and spends time and effort to maintain and keep these relationships in a healthy state.*

**Notes:**

Rating: ☐ Unsatisfactory=0 ☒ Satisfactory=1 ☐ Very Good=2 ☐ Excellent=3    **POINTS**

**Teamwork**

**Question 3:** Tell me about a time you had to work with somebody who had a reputation as an uncooperative belligerent person? What tactics did you use?   *Did my work - Made sure I communicated Kept phone back in the loop*

**Answer 3:** *Remains cooperative and poised when faced with uncooperative colleagues, emphasizes the mutual advantage of cooperation.*

3/11/2016

**Notes:**

| Rating: | Unsatisfactory=0 | Satisfactory=1 | Very Good=2 | Excellent=3 | POINTS 2 |

---

### TOTAL COMPETENCY AVERAGE POINTS

| SUM OF POINTS | TOTAL # OF QUESTIONS | TOTAL AVERAGE POINTS |
|---|---|---|
| | / | = |

---

## Leadership

**Question 1:** Have you ever tried to do a job for which you were unqualified? How d'd you react at that time? Were you able to accomplish your task?

*Been over my head + stayed with gut and ttd'd well.*

**Answer 1:** *Can take risks and chances to achieve goals at work; also inspires others.*

**Notes:**

| Rating: | Unsatisfactory=0 | Satisfactory=1 | Very Good=2 | Excellent=3 | POINTS 2 |

## Leadership

~~**Question 2:** Have you ever tried to do a job for which you were unqualified? How did you react at that time? Were you able to accomplish your task?~~

~~**Answer 2:** *Can take risks and chances to achieve goals at work; also inspires others.*~~

**Notes:**

| Rating: | Unsatisfactory=0 | Satisfactory=1 | Very Good=2 | Excellent=3 | POINTS |

## Leadership

**Question 3:** How have you contributed to the company strategies and policies?

*Arc Flash - skills from the FRM - now schooling*

**Answer 3:** *Influences the company to develop and implement innovative corporate strategies and technically advanced procedures, successfully adapting leadership style to accommodate the diverse needs of team members.*

Interview Report                                                    Page 4 of 8

**Notes:**

| Rating: | Unsatisfactory=0 | Satisfactory=1 | Very Good=2 | Excellent=3 | POINTS |
|---------|------------------|----------------|-------------|-------------|--------|
|         |                  |                |             |             | 2      |

---

### TOTAL COMPETENCY AVERAGE POINTS

| SUM OF POINTS | TOTAL # OF QUESTIONS | TOTAL AVERAGE POINTS |
|---------------|---------------------|----------------------|
|               |                     |                      |

---

### Customer Service Orientation

**Question 1:** How do you handle negative feedback from angry clients? How do you normally respond to them?

*Spin   look at   it   from   their   prospective*

**Answer 1:** *Able to entertain customer complaints without being dominated or getting emotional; does not get overwhelmed while been criticized.*

**Notes:**

| Rating: | Unsatisfactory=0 | ☒ Satisfactory=1 | Very Good=2 | Excellent=3 | POINTS |
|---------|------------------|------------------|-------------|-------------|--------|
|         |                  |                  |             |             | 1      |

### Customer Service Orientation

**Question 2:** This position requires interacting with the general public as well as existing employees and all levels of management. Tell me about some of your experiences. If no experience, what are your thoughts on this?

**Notes:** *Mind  Public Eye  24 x 7  need  to  shine  for County Benefits, People > engin*

| Rating: | Unsatisfactory=0 | ☒ Satisfactory=1 | Very Good=2 | Excellent=3 | POINTS |
|---------|------------------|------------------|-------------|-------------|--------|
|         |                  |                  |             |             | 1      |

### Customer Service Orientation

**Question 3:** Tell me about a time when you believed a policy or procedure was not in the customer's best interest. What did you do? HAS A POLICY OR DIRECTIVE COME DOWN WITH WHICH YOU DISAGREED. WHAT DID YOU DO?

**Notes:** *✱ Dicks Sporting good. dung break — Know for for the future.*

| Rating: | Unsatisfactory=0 | ☒ Satisfactory=1 | Very Good=2 | Excellent=3 | POINTS |
|---------|------------------|------------------|-------------|-------------|--------|
|         |                  |                  |             |             | 1      |

Interview Report                                                    Page 5 of 8

## TOTAL COMPETENCY AVERAGE POINTS

| SUM OF POINTS | / | TOTAL # OF QUESTIONS | = | TOTAL AVERAGE POINTS |
|---|---|---|---|---|
|  |  |  |  |  |

**Business Success**

**Question 1:** Some battles are worth fighting and others are not. How do you know which are worth fighting? Can you give me an example?

*Safety comes first / County Interests*

*Notes:*

**POINTS**

Rating: ☐ Unsatisfactory=0 ☒ Satisfactory=1 ☐ Very Good=2 ☐ Excellent=3    **1**

**Business Success**

**Question 2:** What kind of working relationships do you have with co-workers from other departments? How have these relationships been beneficial in accomplishing your work?

*Really good — Many people request me.*

*Notes:*

**POINTS**

Rating: ☐ Unsatisfactory=0 ☒ Satisfactory=1 ☐ Very Good=2 ☐ Excellent=3    **1**

**Business Success**

**Question 3:** When given a specific problem to solve, how do you decide what information is essential to making an informed decision?

*Taking task — what it is & what is need materials, tools to —*

**Answer 3:** *Capable of deciding what information is necessary to make an informed decision; if they are not, are they capable of using their team's knowledge and experience to bring about a successful conclusion.*

*Notes:*

**POINTS**

Rating: ☐ Unsatisfactory=0 ☒ Satisfactory=1 ☐ Very Good=2 ☐ Excellent=3    **1**

## TOTAL COMPETENCY AVERAGE POINTS

3/11/2016

Interview Report                                                    Page 6 of 8

| | SUM OF POINTS | TOTAL # OF QUESTIONS | TOTAL AVERAGE POINTS |
|---|---|---|---|
| | | / | = |

## Administrative/Clerical Support

**Question 1:** Describe a situation that is typical of the pace and change in priorities in your department. How does it affect your work? Would you give me a specific example?

— Sent out and pulled off for an emergency.

*Notes:*

**Rating:** ☐ Unsatisfactory=0   ☒ Satisfactory=1   ☐ Very Good=2   ☐ Excellent=3   **POINTS** 1

## Administrative/Clerical Support

**Question 2:** Tell me about a situation in which you had to cope with inadequate resources. How did you deal with it?

— Chore in materials — not enough — keep it legal, do it without...

*Notes:*

**Rating:** ☐ Unsatisfactory=0   ☒ Satisfactory=1   ☐ Very Good=2   ☐ Excellent=3   **POINTS**

## Administrative/Clerical Support

**Question 3:** What specific responsibilities do you have for supporting the work of other people in your department? What positions do they hold? What specific tasks do you perform? Which tasks reflects your strengths? Which tasks may require some development?

Answ — Supervisory (Technique Skills) Provide Knowledge without putting down superior

*Notes:*

**Rating:** ☐ Unsatisfactory=0   ☐ Satisfactory=1   ☒ Very Good=2   ☐ Excellent=3   **POINTS** 2

### TOTAL COMPETENCY AVERAGE POINTS

| SUM OF POINTS | TOTAL # OF QUESTIONS | TOTAL AVERAGE POINTS |
|---|---|---|
| | / | = |

## Required Experience

3/11/2016

Interview Report                                    Page 7 of 8

J3

**Question 1:** This position requires _2_ years of experience with _work involving_. How do you meet these qualifications? *inspection, cleaning, and general maintenance of offices, furniture and buildings.*

*Notes:*   Outside work – cleaning up – (PSEG) clean up

Rating: ☐ Unsatisfactory=0  ☒ Satisfactory=1  ☐ Very Good=2  ☐ Excellent=3   **POINTS** 1

**Required Experience**

**Question 2:** What ~~managerial responsibility did/do you have?~~ *Knowledge or experience do you have with completing Building Maintenance work or directing Building maintenance staff? Troubleshoot*

*Notes:*   leaky pipe cleans it off. try to problem –

Rating: ☐ Unsatisfactory=0  ☒ Satisfactory=1  ☐ Very Good=2  ☐ Excellent=3   **POINTS**

**Required Experience**

**Question 3:** How do you feel your experience qualifies you for this position?

*Notes:*   Years of construction / working with construction etc. Carpenters, roofers etc.

Rating: ☐ Unsatisfactory=0  ☐ Satisfactory=1  ☒ Very Good=2  ☐ Excellent=3   **POINTS** 2

**TOTAL COMPETENCY AVERAGE POINTS**

| SUM OF POINTS | / | TOTAL # OF QUESTIONS | = | TOTAL AVERAGE POINTS |
|---|---|---|---|---|
| | | | | |

Notes:

☑ I have reviewed the essential job functions with the applicant including the work schedule, location or any specific physical requirements.

☑ I have asked the applicant directly, "Are you able to perform the essential functions of this position with or without a reasonable accommodation?" I have not asked, "Do you need an accommodation?"

☑ I understand that I may ask applicants to describe or demonstrate how they would perform any or all job functions, as long as all applicants in the job category are asked to do this. However, if a particular applicant has an obvious disability, (e.g. uses a wheelchair) I understand that I may ask this applicant alone to describe or demonstrate how s/he would perform the job.

3/11/2016

Case 3:16-cv-01578-PGS-LHG   Document 78   Filed 08/02/18   Page 124 of 171 PageID: 2401

Interview Report                                                        Page 8 of 8

**NOTE:** If an applicant says that s/he needs a reasonable accommodation to perform a job demonstration, you must either: provide a reasonable accommodation that does not create an undue hardship or allow the applicant to simply describe how s/he would perform the job function.

Comments: _____

# WADE CAHOON

## Professional Summary

Meticulous Electrician, excellent at juggling multiple tasks and working under pressure. Broad industry experience including diagnosis, repair, and installation in both residential and commercial environments. Strong managerial, time-management and communication skills.

## Qualifications

- Superior troubleshooting skills
- Test equipment operation
- Sub-panel installation
- Diagnostic testing
- Commercial and industrial electrician
- Welding
- Excellent written and verbal communication skills

- AC/DC power and control systems
- Electro-mechanical proficiency
- NEC codes and codebook
- Digital circuitry
- Branch circuit wiring
- Journey-level background
- Efficient

## Experience

**Electrician**                                                                    **11/2013 to 03/2016**
**Monmouth County Building & Grounds**                                             **Freehold, NJ**
Manage, develop, and organize various projects. Collaborate with colleagues to exchange information and complete necessary projects in a timely manner. Testing, repairing, and installation of lighting, power, and distribution. Installation and maintenance of heating, cooling, lighting, and power circuits. Preventive maintenance on new and old constructions. Work on projects, which provide value to the department.

**Journeyman Electrical Foreman**                                                  **06/1998 to 10/2014**
**IBEW Local 400**                                                                 **Wall Township, NJ**
Responsible for all aspects of commercial and industrial work. Managed, developed, and organized various projects. Troubleshooted electrical/electronic control circuits. Working knowledge of transmission lines, substations, and transformers. High voltage testing and troubleshooting. Repair and retrofit breakers, current limiting devices, and controls. Continued internal education, training and certifications to stay ahead of an evolving industry landscape, learned new product releases, and increased value to the company and the client base. Quoted prices, credit terms and other bid specifications.

**Electrical Foreman**                                                             **09/1993 to 06/1998**
**Aggressive Mechanical**                                                          **Neptune City, NJ**
Responsible for both residential and commercial work. Oversaw various jobs, coordinated crews, and ordered necessary materials. Troubleshooted repetitive service problems. H.V.A.C.R. installations and service. Answered customers' questions about products, prices, availability, and product uses. Prepared sales contracts for orders obtained, and submitted orders for processing.

## Education

**Electrician**                                                                    **2003**
J.A.T.C. Program                                                                   Wall Township, NJ

**High School Diploma**                                                            **1989**
Freehold Township High School                                                      Freehold, NJ

**Electrician**                                                                    **1989**
Monmouth County Vocational                                                         Freehold, NJ

## Certifications

- Air- Conditioning & Refrigeration Institute for E.P.A.
- Honeywell Source for Gas Ignition
- Honeywell Powerpro Controls
- OSHA 30
- Lull Certification
- Refrigeration & Air-conditioning Technician Type 2
- Commercial Driving License

Crew Supervisor Building Services 2016

**JOB TITLE**

Luther Graham

**APPLICANT'S NAME**

# SCORING WORKSHEET

*Columns A&B are determined BEFORE interviews are conducted.*

| A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|
| Competency Name | Percentage of Importance | Question 1 Score | Question 2 Score | Question 3 Score | Applicant's Average Points without % of importance. | Applicant's Adjusted Score with % of importance. |
| EXAMPLE: Write or type competency name. | Write or type in decimal format - .xx | Write or type in each score from the Applicant Evaluation Form. | | | If doing manually, round up to two decimal points - x.xx | If doing manually, round up to two decimal points - x.xx |
| e.g. Organizational Skills | 0.20 | 0.5 | 2.0 | 2.0 | 1.50 | 0.30 |
| Required Education | 0.00 | | | | 0.00 | 0.00 |
| Required Experience | 0.20 | 0.0 | 1.0 | 1.0 | 0.67 | 0.13 |
| Analytical | 0.10 | 1.0 | 1.0 | 2.0 | 1.33 | 0.13 |
| Teamwork | 0.20 | 1.0 | 1.0 | 1.0 | 1.00 | 0.20 |
| Leadership | 0.10 | 1.0 | 2.0 | 1.0 | 1.33 | 0.13 |
| Customer Service | 0.20 | 1.0 | 1.0 | 1.0 | 1.00 | 0.20 |
| Business Success | 0.10 | 1.0 | 1.0 | 1.0 | 1.00 | 0.10 |
| Administrative/ Clerical Support | 0.10 | 1.0 | 1.0 | 1.0 | 1.00 | 0.10 |
| | | | | | 0.00 | 0.00 |
| | | | | | 0.00 | 0.00 |
| | | | | | 0.00 | 0.00 |

**SUM OF PERCENTAGES**
(the sum of all #s in column B must equal 100%)

**100%**

**TOTAL SCORE**
(=sum of all #s in column G)

If doing manually, round up to two decimal points - x.xx

**1.00**

ROBERT GRIFFIN

**HIRING MANAGER'S NAME**

HR-22

5/22/2008

LG

**Applicant Evaluation Form**                    Menu | Edit Job Title | Print Report

Department Name: _DPW + Engineering / B&G_

Position: Crew Supervisor Building Services 2016

Applicant: _LUTHER GRAHAM_

Interviewer
(print & sign): _ROBERT COMPTON_ / x _Robert Compton_

Date: _____

<u>Analytical</u>

**Question 1:** Tell me about a situation where your analysis of a problem was deemed to be incorrect? What would you do differently today?

_Review - learn from the review_

**Answer 1:** *Has the character to admit mistakes. Also clarify-Were the steps he took correct? More importantly, has he/she learned from this mistake?*

_Doctor to license - protect ability_

*Notes:*

Rating: ☐ Unsatisfactory=0 ☒ Satisfactory=1 ☐ Very Good=2 ☐ Excellent=3    **POINTS**

<u>Analytical</u>

**Question 2:** Tell me about a recent project you received. What are some of the first things you do?

_Review - study - QUALIFICATIONS of What I (elect/corps code Determine_

**Answer 2:** *Accurately anticipates the duration and difficulty of projects and plans accordingly.*

_duties_
_- rough draft a paper -_

*Notes:*

Rating: ☐ Unsatisfactory=0 ☒ Satisfactory=1 ☐ Very Good=2 ☐ Excellent=3    **POINTS**

<u>Analytical</u>

**Question 3:** How would you measure the strength of your management team?

**Answer 3:** *Uses and employs modern analytical and management techniques to measure management value and ability.*

_Against micro Manage_
_- did not like the past, currently improving_
_- Micro Manged - Employees are Micro crys_

**Notes:** *honst – Shaved concerns*

Rating: [ ] Unsatisfactory=0  [ ] Satisfactory=1  [X] Very Good=2  [ ] Excellent=3    **POINTS** 2

---

### TOTAL COMPETENCY AVERAGE POINTS

| SUM OF POINTS | TOTAL # OF QUESTIONS | TOTAL AVERAGE POINTS |
|---|---|---|
| [      ]  1 | [      ]  = | [      ] |

---

### Teamwork

**Question 1:** How would you persuade ~~people~~ *coworkers* of the importance of cooperation in today's workplace?  *– understand people background –*

**Answer 1:** *Realizes that a positive balanced, cooperative work force is vitally important for success in business today.*  *With that being said take consider*

**Notes:** *– Harmonies work environment*

Rating: [ ] Unsatisfactory=0  [X] Satisfactory=1  [ ] Very Good=2  [ ] Excellent=3    **POINTS** 1

---

### Teamwork

**Question 2:** Give me an example of a time when you tried your best to get along with a work colleague but failed. Why do you think that was? What did you learn from that experience?  *but get along with everyone – Not confrontational person – I walk away and then go back at*

**Answer 2:** *Tries to cooperate with all colleagues and spends time and effort to maintain and keep these relationships in a healthy state.*  *them.*

**Notes:** *Get along – shook hands*

Rating: [ ] Unsatisfactory=0  [X] Satisfactory=1  [ ] Very Good=2  [ ] Excellent=3    **POINTS** 1

---

### Teamwork

**Question 3:** Tell me about a time you had to work with somebody who had a reputation as an uncooperative belligerent person? What tactics did you use?  *Provide them standards – time – Need also allow to work indep*

**Answer 3:** *Remains cooperative and poised when faced with uncooperative colleagues, emphasizes the mutual advantage of cooperation.*  *approach as a*

Interview Report                                                 Page 3 of 8

---

**Notes:**

Rating: Unsatisfactory=0 ☐  *(Satisfactory=1)* ☒  Very Good=2 ☐  Excellent=3 ☐      **POINTS** 1

---

### TOTAL COMPETENCY AVERAGE POINTS

| SUM OF POINTS | TOTAL # OF QUESTIONS | TOTAL AVERAGE POINTS |
|---|---|---|
| 1 | = | |

---

### Leadership

**Question 1:** Have you ever tried to do a job for which you were unqualified? How did you react at that time? Were you able to accomplish your task?

*- Book peson - ready for finsher.*

**Answer 1:** *Can take risks and chances to achieve goals at work; also inspires others.*

*edvcah my self prior .*   *(Does Research)*

**Notes:**

Rating: Unsatisfactory=0 ☐  Satisfactory=1 ☒  Very Good=2 ☐  Excellent=3 ☐      **POINTS** 1

---

### Leadership

~~**Question 2:** Have you ever tried to do a job for which you were unqualified? How did you react at that time? Were you able to accomplish your task?~~

~~**Answer 2:** *Can take risks and chances to achieve goals at work; also inspires others.*~~

**Notes:**

Rating: Unsatisfactory=0 ☐  Satisfactory=1 ☐  Very Good=2 ☐  Excellent=3 ☐      **POINTS**

---

### Leadership

**Question 3:** How have you contributed to the ~~company~~ *County* strategies and policies?

*Policy Person (Policy + Procedure ) try to follow*   *(0)*

**Answer 3:** *Influences the company to develop and implement innovative corporate strategies and technically advanced procedures, successfully adapting leadership style to accommodate the diverse needs of team members.*

*to the best of my ability. Premos (NOT TRUE Refuses job)*
*Positon to enforce policy*

3/11/2016

Interview Report                                                            Page 4 of 8

*Notes:*

Rating: ☐ Unsatisfactory=0  ☒ Satisfactory=1  ☐ Very Good=2  ☐ Excellent=3     **POINTS**

---

### TOTAL COMPETENCY AVERAGE POINTS

| SUM OF POINTS | TOTAL # OF QUESTIONS | TOTAL AVERAGE POINTS |
|---|---|---|
|  /  |  =  |  |

---

**Customer Service Orientation**

**Question 1:** How do you handle negative feedback from angry clients? How do you normally respond to them?  *- Determine the problem*
*- Could be legitimate then I address*

**Answer 1:** *Able to entertain customer complaints without being dominated or getting emotional; does not get overwhelmed while been criticized.*  seek truth

*Notes:*  Harmonic Work Ethic   what can be done to make the happy

Rating: ☐ Unsatisfactory=0  ☒ Satisfactory=1  ☐ Very Good=2  ☐ Excellent=3     **POINTS**

---

**Customer Service Orientation**

**Question 2:** This position requires interacting with the general public as well as existing employees and all levels of management. Tell me about some of your experiences. If no experience, what are your thoughts on this?  *I was a contractor and auditor*

*Notes:*  *for the Counts - Dealt with them in and out of the County and report to directors -*

Rating: ☐ Unsatisfactory=0  ☒ Satisfactory=1  ☐ Very Good=2  ☐ Excellent=3     **POINTS**

---

**Customer Service Orientation**

**Question 3:** Tell me about a time when you believed a policy or procedure was not in the customer's best interest. What did you do?  *HAS A POLICY or DIRECTIVE come down with which you disagreed. What did you do?*

*Notes:*  Key word - Policy is well thought - need to be reviewed prior to agreeing. - Lewis Chase - Need to Review

Rating: ☐ Unsatisfactory=0  ☒ Satisfactory=1  ☐ Very Good=2  ☐ Excellent=3     **POINTS**

Interview Report                                                              Page 5 of 8

---

### TOTAL COMPETENCY AVERAGE POINTS

| SUM OF POINTS | / | TOTAL # OF QUESTIONS | = | TOTAL AVERAGE POINTS |
|---|---|---|---|---|
|  |  |  |  |  |

---

**Business Success**

**Question 1:** Some battles are worth fighting and others are not. How do you know which are worth fighting? Can you give me an example?

*Notes:* Justice — treating people correctly
— If one is not respected
Do not give up.

**Rating:** ☐ Unsatisfactory=0  ☒ Satisfactory=1  ☐ Very Good=2  ☐ Excellent=3    **POINTS** 1

---

**Business Success**

**Question 2:** What kind of working relationships do you have with co-workers from other departments? How have these relationships been beneficial in accomplishing your work?

Units   work   with carpenters /Painter
*Notes:* Coordinate   (Harmonious working relationship)

**Rating:** ☐ Unsatisfactory=0  ☒ Satisfactory=1  ☐ Very Good=2  ☐ Excellent=3    **POINTS** 1

---

**Business Success**

**Question 3:** When given a specific problem to solve, how do you decide what information is essential to making an informed decision?

Code — Main requirements — Must follow code

*Answer 3:* Capable of deciding what information is necessary to make an informed decision; if they are not, are they capable of using their team's knowledge and experience to bring about a successful conclusion.

Bible of electrical carpentry.

*Notes:*

**Rating:** ☐ Unsatisfactory=0  ☒ Satisfactory=1  ☐ Very Good=2  ☐ Excellent=3    **POINTS** 1

---

### TOTAL COMPETENCY AVERAGE POINTS

Interview Report                                          Page 6 of 8

|  | SUM OF POINTS | TOTAL # OF QUESTIONS | TOTAL AVERAGE POINTS |
|---|---|---|---|
| | | / | = | |

---

**Administrative/Clerical Support**

**Question 1:** Describe a situation that is typical of the pace and change in priorities in your department. How does it affect your work? Would you give me a specific example?

*Notes:* Address the priority "life safety is first — 2nd priority renovation etc.

| Rating: | Unsatisfactory=0 | ☒ Satisfactory=1 | Very Good=2 | Excellent=3 | **POINTS** |

---

**Administrative/Clerical Support**

**Question 2:** Tell me about a situation in which you had to cope with inadequate resources. How did you deal with it?

*Notes:* Forces you to go to what you did in the past prior to technology. Utter tools from the past

| Rating: | Unsatisfactory=0 | ☒ Satisfactory=1 | Very Good=2 | Excellent=3 | **POINTS** |

---

**Administrative/Clerical Support**

**Question 3:** What specific responsibilities do you have for supporting the work of other people in your department? What positions do they hold? What specific tasks do you perform? Which tasks reflects your strengths? Which tasks may require some development? Troubleshoot for coworker — mathematical problems, connecting in person best

*Notes:* strength

| Rating: | Unsatisfactory=0 | ☒ Satisfactory=1 | Very Good=2 | Excellent=3 | **POINTS** |

---

**TOTAL COMPETENCY AVERAGE POINTS**

|  | SUM OF POINTS | TOTAL # OF QUESTIONS | TOTAL AVERAGE POINTS |
|---|---|---|---|
| | | / | = | |

---

**Required Experience**

Interview Report                                                            Page 7 of 8

**Question 1:** This position requires _____ *2* _____ years of experience with
_____ *work involving* _____. How do you meet these qualifications?
*Inspection, cleaning, and general maintenance of offices, furniture and buildings.*   (College Experience)

*Notes:* – *Yrs ago cleans campus – prior to college*
– *I know how to clean + dust. All dont have common* – *Clean first morning I spec.*

| Rating: ☒ Unsatisfactory=0 | ☐ Satisfactory=1 | ☐ Very Good=2 | ☐ Excellent=3 | **POINTS** *0* |
|---|---|---|---|---|

---

**Required Experience**

**Question 2:** What ~~managerial responsibility did/do you have?~~ Knowledge or experience do you have with completing Building Maintenance work or directing Building maintenance staff? *Previous Director of Own company*

*Notes:* *My job to ensure building was up to par vacuum clean*

*(b/c spent at of 20 people)*

| Rating: ☐ Unsatisfactory=0 | ☒ Satisfactory=1 | ☐ Very Good=2 | ☐ Excellent=3 | **POINTS** ✓ |
|---|---|---|---|---|

---

**Required Experience**

**Question 3:** How do you feel your experience qualifies you for this position?
*– Communicate*
*Notes:* *– Ability to Communicate*
*– Bad language*

| Rating: ☐ Unsatisfactory=0 | ☒ Satisfactory=1 | ☐ Very Good=2 | ☐ Excellent=3 | **POINTS** *1* |
|---|---|---|---|---|

---

### TOTAL COMPETENCY AVERAGE POINTS

| SUM OF POINTS | TOTAL # OF QUESTIONS | TOTAL AVERAGE POINTS |
|---|---|---|
| ☐ | / ☐ | = ☐ |

Notes:

---

☑ I have reviewed the essential job functions with the applicant including the work schedule, location or any specific physical requirements.

☑ I have asked the applicant directly, "Are you able to perform the essential functions of this position with or without a reasonable accommodation?" I have not asked, "Do you need an accommodation?"

☑ I understand that I may ask applicants to describe or demonstrate how they would perform any or all job functions, as long as all applicants in the job category are asked to do this. However, if a particular applicant has an obvious disability, (e.g. uses a wheelchair) I understand that I may ask this applicant alone to describe or demonstrate how s/he would perform the job.

Interview Report                                                    Page 8 of 8

**NOTE:** If an applicant says that s/he needs a reasonable accommodation to perform a job demonstration, you must either: provide a reasonable accommodation that does not create an undue hardship or allow the applicant to simply describe how s/he would perform the job function.

Comments: _____

JOB TITLE: Crew Supervisor Building Services 2016

APPLICANT'S NAME: Charles Longo

# SCORING WORKSHEET

Columns A&B are determined BEFORE interviews are conducted.

| A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|
| Competency Name | Percentage of Importance | Question 1 Score | Question 2 Score | Question 3 Score | Applicant's Average Points without % of importance | Applicant's Adjusted Score with % of importance |
| EXAMPLE: Write or type competency name. | Write or type in decimal format - .xx | Write or type in each score from the Applicant Evaluation Form. | | | If doing manually, round up to two decimal points x.xx | If doing manually, round up to two decimal points x.xx |
| e.g. Organizational Skills | 0.20 | 0.5 | 2.0 | 2.0 | 1.50 | 0.30 |
| Required Education | 0.00 | | | | 0.00 | 0.00 |
| Required Experience | 0.20 | 1.0 | 0.0 | 1.0 | 0.67 | 0.13 |
| Analytical | 0.10 | 1.0 | 1.0 | 1.0 | 1.00 | 0.10 |
| Teamwork | 0.20 | 1.0 | 1.0 | 1.0 | 1.00 | 0.20 |
| Leadership | 0.10 | 2.0 | 2.0 | 1.0 | 1.67 | 0.17 |
| Customer Service | 0.20 | 1.0 | 1.0 | 1.0 | 1.00 | 0.20 |
| Business Success | 0.10 | 1.0 | 2.0 | 1.0 | 1.33 | 0.13 |
| Administrative/ Clerical Support | 0.10 | 1.0 | 1.0 | 2.0 | 1.33 | 0.13 |
| | | | | | 0.00 | 0.00 |
| | | | | | 0.00 | 0.00 |
| | | | | | 0.00 | 0.00 |

SUM OF PERCENTAGES: 100%
(the sum of all #s in column B must equal 100%)

TOTAL SCORE: 1.07
(=sum of all #s in column G)

If doing manually, round up to two decimal points - x.xx

HIRING MANAGER'S NAME: _Robert Compt_

HR-22

5/22/2008

Interview Report                                                                 Page 1 of 8

---

**Applicant Evaluation Form**                     Menu | Edit Job Title | Print Report

Department Name: DPW & Engineering / B&G

Position: Crew Supervisor Building Services 2016

Applicant: Charles Longo

Interviewer
(print & sign): Ralf GL  / x  Robert Compton

Date:

---

<u>Analytical</u>

**Question 1:** Tell me about a situation where your analysis of a problem was deemed to be incorrect? What would you do differently today?

Demo - Different perspective, chase supply
et c

**Answer 1:** Has the character to admit mistakes. Also clarify—Were the steps he took correct? More importantly, has he/she learned from this mistake?

*Notes:*

---

Rating: ☐ Unsatisfactory=0 ☒ Satisfactory=1 ☐ Very Good=2 ☐ Excellent=3    POINTS  1

---

<u>Analytical</u>

**Question 2:** Tell me about a recent project you received. What are some of the first things you do?

Try to figure ply out determine Trades
w/ish everyone we  (Flow Chart)

**Answer 2:** Accurately anticipates the duration and difficulty of projects and plans accordingly.

*Notes:*

---

Rating: ☐ Unsatisfactory=0 ☒ Satisfactory=1 ☐ Very Good=2 ☐ Excellent=3    POINTS

---

<u>Analytical</u>

**Question 3:** How would you measure the strength of your management team?

lack of Commute - left dore w
know what .

**Answer 3:** Uses and employs modern analytical and management techniques to measure management value and ability.

---

Interview Report                                                    Page 2 of 8

---

*Notes:*

| Rating: | Unsatisfactory=0 | ☒ Satisfactory=1 | Very Good=2 | Excellent=3 | **POINTS** |
|---------|------------------|-------------------|--------------|--------------|------------|
|         |                  |                   |              |              | 1 |

---

### TOTAL COMPETENCY AVERAGE POINTS

| SUM OF POINTS | TOTAL # OF QUESTIONS | TOTAL AVERAGE POINTS |
|--------------|---------------------|----------------------|
|              | /                   | =                    |

---

**Teamwork**

**Question 1:** How would you persuade people of the importance of cooperation in today's workplace?

*Make sure everyone is happy*
*Now can we do it better*

**Answer 1:** *Realizes that a positive balanced, cooperative work force is vitally important for success in business today.*   ~opinion~

*Notes:*

| Rating: | Unsatisfactory=0 | ☒ Satisfactory=1 | Very Good=2 | Excellent=3 | **POINTS** |
|---------|------------------|-------------------|--------------|--------------|------------|
|         |                  |                   |              |              | ✓ |

**Teamwork**

**Question 2:** Give me an example of a time when you tried your best to get along with a work colleague but failed. Why do you think that was? What did you learn from that experience?

*Set up next day   Miscommunicate*
*– had to redo it.*

**Answer 2:** *Tries to cooperate with all colleagues and spends time and effort to maintain and keep these relationships in a healthy state.*

*Notes:*

| Rating: | Unsatisfactory=0 | (Satisfactory=1) ☒ | Very Good=2 | Excellent=3 | **POINTS** |
|---------|------------------|---------------------|--------------|--------------|------------|
|         |                  |                     |              |              | 1 |

**Teamwork**

**Question 3:** Tell me about a time you had to work with somebody who had a reputation as an uncooperative belligerent person? What tactics did you use?

*Do your best, focus, get job done*

**Answer 3:** *Remains cooperative and poised when faced with uncooperative colleagues, emphasizes the mutual advantage of cooperation.*

*Get along*

3/11/2016

Interview Report                                              Page 3 of 8

---

Notes:

| Rating: | ☐ Unsatisfactory=0 | ☒ Satisfactory=1 | ☐ Very Good=2 | ☐ Excellent=3 | POINTS |
|---------|---|---|---|---|---|
| | | | | | 1 |

---

### TOTAL COMPETENCY AVERAGE POINTS

| SUM OF POINTS | TOTAL # OF QUESTIONS | TOTAL AVERAGE POINTS |
|---|---|---|
| | | |

---

### Leadership

**Question 1:** Have you ever tried to do a job for which you were unqualified? How did you react at that time? Were you able to accomplish your task?

*recently - completed electrical wire up*

**Answer 1:** *Can take risks and chances to achieve goals at work; also inspires others.*

*light fixtures at DSS*

Notes:

| Rating: | ☐ Unsatisfactory=0 | ☐ Satisfactory=1 | ☒ Very Good=2 | ☐ Excellent=3 | POINTS |
|---------|---|---|---|---|---|
| | | | | | 2 |

### Leadership

**Question 2:** Have you ever tried to do a job for which you were unqualified? How did you react at that time? Were you able to accomplish your task?

**Answer 2:** *Can take risks and chances to achieve goals at work; also inspires others.*

Notes:

| Rating: | ☐ Unsatisfactory=0 | ☐ Satisfactory=1 | ☐ Very Good=2 | ☐ Excellent=3 | POINTS |
|---------|---|---|---|---|---|
| | | | | | |

### Leadership

**Question 3:** How have you contributed to the company strategies and policies?

*Keep positive attn - when contaness impon*

**Answer 3:** *Influences the company to develop and implement innovative corporate strategies and technically advanced procedures, successfully adapting leadership style to accommodate the diverse needs of team members.*

Case 3:16-cv-01578-PGS-LHG   Document 118-2   Filed 11/15/19   Page 201 of 293 PageID:
Case 3:16-cv-01578-PGS-LHG   Document 78-2   Filed 08/02/18   Page 140 of 171 PageID: 2417
8483

Interview Report                                                    Page 4 of 8

---

Notes:

| Rating: | ☐ Unsatisfactory=0 | ☒ Satisfactory=1 | ☐ Very Good=2 | ☐ Excellent=3 | POINTS |
|---|---|---|---|---|---|
| | | | | | 1 |

---

### TOTAL COMPETENCY AVERAGE POINTS

| SUM OF POINTS | | TOTAL # OF QUESTIONS | | TOTAL AVERAGE POINTS |
|---|---|---|---|---|
| ☐ | / | ☐ | = | ☐ |

---

**Customer Service Orientation**

**Question 1:** How do you handle negative feedback from angry clients? How do you normally respond to them?

*Try not to be negative - do not feed into it.*

**Answer 1:** *Able to entertain customer complaints without being dominated or getting emotional; does not get overwhelmed while been criticized.*

Notes:

| Rating: | ☐ Unsatisfactory=0 | ☒ Satisfactory=1 | ☐ Very Good=2 | ☐ Excellent=3 | POINTS |
|---|---|---|---|---|---|
| | | | | | 1 |

---

**Customer Service Orientation**

**Question 2:** This position requires interacting with the general public as well as existing employees and all levels of management. Tell me about some of your experiences. If no experience, what are your thoughts on this?

*Fine with working with owners clients*
*- Exper with Brokers.*

Notes:

| Rating: | ☐ Unsatisfactory=0 | ☒ Satisfactory=1 | ☐ Very Good=2 | ☐ Excellent=3 | POINTS |
|---|---|---|---|---|---|
| | | | | | 1 |

---

**Customer Service Orientation**

**Question 3:** Tell me about a time when you believed a policy or procedure was not in the customer's best interest. What did you do? *Has a policy or directive come down with which you disagreed. What did you do?*

Notes: *Uniforms - I would rather t-shirts - but follow*

| Rating: | ☐ Unsatisfactory=0 | ☒ Satisfactory=1 | ☐ Very Good=2 | ☐ Excellent=3 | POINTS |
|---|---|---|---|---|---|
| | | | | | 1 |

2/11/2016

Interview Report                                                        Page 5 of 8

| | TOTAL COMPETENCY AVERAGE POINTS | | |
|---|---|---|---|
| | SUM OF POINTS | TOTAL # OF QUESTIONS | TOTAL AVERAGE POINTS |
| | | / | = |

### Business Success

**Question 1:** Some battles are worth fighting and others are not. How do you know which are worth fighting? Can you give me an example?

**Notes:** *Say is it going to help - anyone above it is going to effect you. (UNION ISSUES)*

Rating: ☐ Unsatisfactory=0 ☒ Satisfactory=1 ☐ Very Good=2 ☐ Excellent=3   **POINTS** /

### Business Success

**Question 2:** What kind of working relationships do you have with co-workers from other departments? How have these relationships been beneficial in accomplishing your work?

**Notes:** *Truly BG   Very Good - very positive - talk to each Other 2*

Rating: ☐ Unsatisfactory=0 ☐ Satisfactory=1 ☒ Very Good=2 ☐ Excellent=3   **POINTS** 2

### Business Success

**Question 3:** When given a specific problem to solve, how do you decide what information is essential to making an informed decision?

*Damage control - Communicate proper info.*

**Answer 3:** *Capable of deciding what information is necessary to make an informed decision; if they are not, are they capable of using their team's knowledge and experience to bring about a successful conclusion.*

**Notes:**

Rating: ☐ Unsatisfactory=0 ☒ Satisfactory=1 ☐ Very Good=2 ☐ Excellent=3   **POINTS** /

| TOTAL COMPETENCY AVERAGE POINTS |
|---|

Interview Report                                                           Page 6 of 8

| | SUM OF POINTS | TOTAL # OF QUESTIONS | TOTAL AVERAGE POINTS |
|---|---|---|---|
| | | / | = |

---

**Administrative/Clerical Support**

**Question 1:** Describe a situation that is typical of the pace and change in priorities in your department. How does it affect your work? Would you give me a specific example?

Notes: *If room - security room daily occurrence.*

Rating: ☐ Unsatisfactory=0  ☒ Satisfactory=1  ☐ Very Good=2  ☐ Excellent=3    **POINTS** 1

**Administrative/Clerical Support**

**Question 2:** Tell me about a situation in which you had to cope with inadequate resources. How did you deal with it?

Notes: *Supplies - Door bucks had the shelve are but we had to use and modify wills*

Rating: ☐ Unsatisfactory=0  ☒ Satisfactory=1  ☐ Very Good=2  ☐ Excellent=3    **POINTS** 1

**Administrative/Clerical Support**

**Question 3:** What specific responsibilities do you have for supporting the work of other people in your department? What positions do they hold? What specific tasks do you perform? Which tasks reflects your strengths? Which tasks may require some development?

Notes: *help each other out - coworkers & supervisor - organized skills, plans.*

Rating: ☐ Unsatisfactory=0  ☐ Satisfactory=1  ☒ Very Good=2  ☐ Excellent=3    **POINTS** 2

---

**TOTAL COMPETENCY AVERAGE POINTS**

| SUM OF POINTS | TOTAL # OF QUESTIONS | TOTAL AVERAGE POINTS |
|---|---|---|
| | / | = |

---

**Required Experience**

Interview Report                                                    Page 7 of 8

**Question 1:** This position requires ___2___ years of experience with ___work involving___. How do you meet these qualifications?

① Inspection, cleaning, and general maintenance of offices, furniture and buildings.

*Notes:* - Built Furniture, clean strip floor comercial 1 to 3
- Maintenance +

| Rating: | Unsatisfactory=0 | Satisfactory=1 | Very Good=2 | Excellent=3 | POINTS |
|---|---|---|---|---|---|

**Required Experience**

**Question 2:** What managerial responsibility do you have? *Knowledge or experience do you have with completing Building Maintenance work or directing Building maintenance staff?*

*Notes:* - Within our crew - coordinate task

| Rating: | Unsatisfactory=0 | Satisfactory=1 | Very Good=2 | Excellent=3 | POINTS |
|---|---|---|---|---|---|
| | ✗ | | | | 0 |

**Required Experience**

**Question 3:** How do you feel your experience qualifies you for this position?

*Notes:* Been with company for a few yrs & knowledge of Buildings.

| Rating: | Unsatisfactory=0 | Satisfactory=1 | Very Good=2 | Excellent=3 | POINTS |
|---|---|---|---|---|---|
| | | ✗ | | | |

---

**TOTAL COMPETENCY AVERAGE POINTS**

| SUM OF POINTS | TOTAL # OF QUESTIONS | TOTAL AVERAGE POINTS |
|---|---|---|
| | / | = |

Notes:

---

☑ I have reviewed the essential job functions with the applicant including the work schedule, location or any specific physical requirements.

☑ I have asked the applicant directly, "Are you able to perform the essential functions of this position with or without a reasonable accommodation?" I have not asked, "Do you need an accommodation?"

☑ I understand that I may ask applicants to describe or demonstrate how they would perform any or all job functions, as long as all applicants in the job category are asked to do this. However, if a particular applicant has an obvious disability, (e.g. uses a wheelchair) I understand that I may ask this applicant alone to describe or demonstrate how s/he would perform the job.

Interview Report                                                    Page 8 of 8

**NOTE:** If an applicant says that s/he needs a reasonable accommodation to perform a job demonstration, you must either: provide a reasonable accommodation that does not create an undue hardship or allow the applicant to simply describe how s/he would perform the job function.

Comments: _____

Crew Supervisor Building Services 2016

**JOB TITLE**

Craig Daniels

**APPLICANT'S NAME**

# SCORING WORKSHEET

Columns A&B are determined BEFORE interviews are conducted.

| A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|
| Competency Name | Percentage of Importance | Question 1 Score | Question 2 Score | Question 3 Score | Applicant's Average Points without % of importance. | Applicant's Adjusted Score with % of importance. |
| EXAMPLE: Write or type competency name. | Write or type in decimal format - .xx | Write or type in each score from the Applicant Evaluation Form. | | | If doing manually, round up to two decimal points - x.xx | If doing manually, round up to two decimal points - x.xx |
| e.g. Organizational Skills | 0.20 | 0.5 | 2.0 | 2.0 | 1.50 | 0.30 |
| Required Education | 0.00 | | | | 0.00 | 0.00 |
| Required Experience | 0.20 | 1.0 | 0.0 | 1.0 | 0.67 | 0.13 |
| Analytical | 0.10 | 0.0 | 1.0 | 1.0 | 0.67 | 0.07 |
| Teamwork | 0.20 | 1.0 | 1.0 | 0.0 | 0.67 | 0.13 |
| Leadership | 0.10 | 0.0 | 2.0 | 1.0 | 1.00 | 0.10 |
| Customer Service | 0.20 | 1.0 | 0.0 | 0.0 | 0.33 | 0.07 |
| Business Success | 0.10 | 0.0 | 0.0 | 0.0 | 0.00 | 0.00 |
| Administrative/ Clerical Support | 0.10 | 1.0 | 0.0 | 1.0 | 0.67 | 0.07 |
| | | | | | 0.00 | 0.00 |
| | | | | | 0.00 | 0.00 |
| | | | | | 0.00 | 0.00 |

**SUM OF PERCENTAGES**

**100%**

(the sum of all #s in column B must equal 100%)

**TOTAL SCORE**

**0.57**

(=sum of all #s in column G)

If doing manually, round up to two decimal points - x.xx

_Crew Supervisor Watson RWC_

**HIRING MANAGER'S NAME**

**HR-22**      Robert Compton

5/22/2008

Case 3:16-cv-01578-PGS-LHG   Document 118-2   Filed 11/15/19   Page 207 of 293 PageID:
Case 3:16-cv-01578-PGS-LHG   Document 78-4 Filed 08/02/18   Page 146 of 171 PageID: 2423
8438

Interview Report                                                                 Page 1 of 8

---

**Applicant Evaluation Form**                    Menu | Edit Job Title  | Print Report

Department Name: _DPW & Engineering / B & G_

Position: Crew Supervisor Building Services 2016

Applicant: _Craig Davies_

Interviewer
(print & sign): _Robert Compton / x Roll_

Date: _____

---

**Analytical**

**Question 1:** Tell me about a situation where your analysis of a problem was deemed to be incorrect? What would you do differently today?

_Always be cautious of what you are doing and know the staff_

**Answer 1:** *Has the character to admit mistakes. Also clarify-Were the steps he took correct? More importantly, has he/she learned from this mistake?*

**Notes:**

Rating: [X] Unsatisfactory=0 [ ] Satisfactory=1 [ ] Very Good=2 [ ] Excellent=3    **POINTS** _0_

---

**Analytical**

**Question 2:** Tell me about a recent project you received. What are some of the first things you do?

_- 50 kids field trip   (Have to prepare)_
_27 yrs   Already communicated_

**Answer 2:** *Accurately anticipates the duration and difficulty of projects and plans accordingly.*

**Notes:**

Rating: [ ] Unsatisfactory=0 [X] Satisfactory=1 [ ] Very Good=2 [ ] Excellent=3    **POINTS** _1_

---

**Analytical**

**Question 3:** How would you measure the strength of your management team?

_little to be a little more proactive_

**Answer 3:** *Uses and employs modern analytical and management techniques to measure management value and ability.*

_need to recognize staff._

---

Interview Report                                                Page 2 of 8

---

**Notes:**

| Rating: | ☐ Unsatisfactory=0 | ☒ Satisfactory=1 | ☐ Very Good=2 | ☐ Excellent=3 | POINTS |
|---------|--------------------|------------------|---------------|---------------|--------|
|         |                    |                  |               |               | *1* |

---

### TOTAL COMPETENCY AVERAGE POINTS

| SUM OF POINTS | TOTAL # OF QUESTIONS | TOTAL AVERAGE POINTS |
|---------------|---------------------|----------------------|
| ☐ | / ☐ | = ☐ |

---

### Teamwork

**Question 1:** How would you persuade ~~people~~ *Coworkers* of the importance of cooperation in today's workplace?

*NOT Persuade make sure everyone on the same page*

**Answer 1:** *Realizes that a positive balanced, cooperative work force is vitally important for success in business today.*

**Notes:**

| Rating: | ☐ Unsatisfactory=0 | ☒ Satisfactory=1 | ☐ Very Good=2 | ☐ Excellent=3 | POINTS |
|---------|--------------------|------------------|---------------|---------------|--------|
|         |                    |                  |               |               | *1* |

---

### Teamwork

**Question 2:** Give me an example of a time when you tried your best to get along with a work colleague but failed. Why do you think that was? What did you learn from that experience?

*If you cant get along avoid the conflict — I have been in Management my Entire life.*

**Answer 2:** *Tries to cooperate with all colleagues and spends time and effort to maintain and keep these relationships in a healthy state.*

**Notes:**

| Rating: | ☐ Unsatisfactory=0 | ☒ Satisfactory=1 | ☐ Very Good=2 | ☐ Excellent=3 | POINTS |
|---------|--------------------|------------------|---------------|---------------|--------|
|         |                    |                  |               |               | *1* |

---

### Teamwork

**Question 3:** Tell me about a time you had to work with somebody who had a reputation as an uncooperative belligerent person? What tactics did you use?

*★ Recent Chris — tried to force my hand — he was going to put his hands on me. I didn't respond*

**Answer 3:** *Remains cooperative and poised when faced with uncooperative colleagues, emphasizes the mutual advantage of cooperation.*

*and I called Scott & Jimmy S addressed.*

Interview Report                                                                    Page 3 of 8

**Notes:**

Rating: ☒ Unsatisfactory=0  ☐ Satisfactory=1  ☐ Very Good=2  ☐ Excellent=3      **POINTS** 0

---

### TOTAL COMPETENCY AVERAGE POINTS

| SUM OF POINTS | TOTAL # OF QUESTIONS | TOTAL AVERAGE POINTS |
|---|---|---|
|  | / | = |

---

**Leadership**

**Question 1:** Have you ever tried to do a job for which you were unqualified? How did you react at that time? Were you able to accomplish your task?

*You should not do something that is not in your title. Put in a worker.*

**Answer 1:** *Can take risks and chances to achieve goals at work; also inspires others.*

**Notes:**

Rating: ☒ Unsatisfactory=0  ☐ Satisfactory=1  ☐ Very Good=2  ☐ Excellent=3      **POINTS** 0

**Leadership**

**Question 2:** ~~Have you ever tried to do a job for which you were unqualified? How did you react at that time?~~ Were you able to accomplish your task?

**Answer 2:** *Can take risks and chances to achieve goals at work; also inspires others.*

**Notes:**

Rating: ☐ Unsatisfactory=0  ☐ Satisfactory=1  ☐ Very Good=2  ☐ Excellent=3      **POINTS** 2

**Leadership**

**Question 3:** How have you contributed to the ~~company~~ County's strategies and policies?

**Answer 3:** *Influences the company to develop and implement innovative corporate strategies and technically advanced procedures, successfully adapting leadership style to accommodate the diverse needs of team members.*

*County Policy changed a lot - very legit - stay straight do your job*

3/11/2016

Interview Report

---

**Notes:**

Rating: ☐ Unsatisfactory=0 ☒ Satisfactory=1 ☐ Very Good=2 ☐ Excellent=3   **POINTS** ☐☐

---

### TOTAL COMPETENCY AVERAGE POINTS

| SUM OF POINTS | / | TOTAL # OF QUESTIONS | = | TOTAL AVERAGE POINTS |
|---|---|---|---|---|
| | | | | |

---

**Customer Service Orientation**

**Question 1:** How do you handle negative feedback from angry clients? How do you normally respond to them? *Stay calm - don't agitate - make them sit down + relax*

**Answer 1:** *Able to entertain customer complaints without being dominated or getting emotional; does not get overwhelmed while been criticized.* *Make sure you are calm or call off if needed.*

**Notes:**

Rating: ☐ Unsatisfactory=0 ☒ Satisfactory=1 ☐ Very Good=2 ☐ Excellent=3   **POINTS** 1

---

**Customer Service Orientation**

**Question 2:** This position requires interacting with the general public as well as existing employees and all levels of management. Tell me about some of your experiences. If no experience, what are your thoughts on this?

**Notes:** *If you run business you in charge you take person who is not doing tell the person not right way write them up*

Rating: ☐ Unsatisfactory=0 ☒ Satisfactory=1 ☐ Very Good=2 ☐ Excellent=3   **POINTS** 1

---

**Customer Service Orientation**

**Question 3:** Tell me about a time when you believed a policy or procedure was not in the customer's best interest. What did you do? *HAS A POLICY or DIRECTIVE come down with which you disagreed. What did you do?*

**Notes:** *lot Policy people don't understand - People talk a about*

Rating: ☒ Unsatisfactory=0 ☐ Satisfactory=1 ☐ Very Good=2 ☐ Excellent=3   **POINTS** 0

---

Interview Report                                                              Page 5 of 8

## TOTAL COMPETENCY AVERAGE POINTS

| SUM OF POINTS | TOTAL # OF QUESTIONS | TOTAL AVERAGE POINTS |
|---|---|---|
| | / | = |

### Business Success

**Question 1:** Some battles are worth fighting and others are not. How do you know which are worth fighting? Can you give me an example?

*Notes:* Person not doing things right if someone got away with it v should know wrong not right

**Rating:** ☒ Unsatisfactory=0 ☐ Satisfactory=1 ☐ Very Good=2 ☐ Excellent=3   **POINTS** 0

### Business Success

**Question 2:** What kind of working relationships do you have with co-workers from other departments? How have these relationships been beneficial in accomplishing your work?

*Notes:* Everybody I work - no issues. I did Joe Volpes job I trained Tom Coyle & Vince Dorman for 3Bv/hr by myself.

**Rating:** ☒ Unsatisfactory=0 ☒ Satisfactory=1 ☐ Very Good=2 ☐ Excellent=3   **POINTS** 0

### Business Success

→ Gave it to Rich Night position. Get along.

**Question 3:** When given a specific problem to solve, how do you decide what information is essential to making an informed decision?

→ Just do it correctly

**Answer 3:** *Capable of deciding what information is necessary to make an informed decision; if they are not, are they capable of using their team's knowledge and experience to bring about a successful conclusion.*

*Notes:* → call the right people

*(handwritten circled note: Lied about Rich Night)*

**Rating:** ☒ Unsatisfactory=0 ☐ Satisfactory=1 ☐ Very Good=2 ☐ Excellent=3   **POINTS** 6

## TOTAL COMPETENCY AVERAGE POINTS

Interview Report

Page 6 of 8

|  | SUM OF POINTS | TOTAL # OF QUESTIONS | TOTAL AVERAGE POINTS |
|---|---|---|---|
|  | | / | = |

**Administrative/Clerical Support**

**Question 1:** Describe a situation that is typical of the pace and change in priorities in your department. How does it affect your work? Would you give me a specific example?

Notes: *Does not affect me if you choose to run things that what we do. If you can handle call someone.*

Rating: ☐ Unsatisfactory=0 ☒ Satisfactory=1 ☐ Very Good=2 ☐ Excellent=3    POINTS [ 1 ]

**Administrative/Clerical Support**

**Question 2:** Tell me about a situation in which you had to cope with inadequate resources. How did you deal with it?

Notes: *Depends on job and how my I would call and get help. And Find the right people to do the*

Rating: ☒ Unsatisfactory=0 ☐ Satisfactory=1 ☐ Very Good=2 ☐ Excellent=3    POINTS [ 0 ]

**Administrative/Clerical Support**

**Question 3:** What specific responsibilities do you have for supporting the work of other people in your department? What positions do they hold? What specific tasks do you perform? Which tasks reflects your strengths? Which tasks may require some development?

Notes: *A lot of times I was undermined of completing the task. I know what to do. I ask them why they undermine me.*

Rating: ☐ Unsatisfactory=0 ☒ Satisfactory=1 ☐ Very Good=2 ☐ Excellent=3    POINTS [ 1 ]

| TOTAL COMPETENCY AVERAGE POINTS | | |
|---|---|---|
| SUM OF POINTS | TOTAL # OF QUESTIONS | TOTAL AVERAGE POINTS |
| | / | = |

*Example: IATERAL - couldn't open cabinet and they asked me how I knew.*

**Required Experience**

*I know. I did it before. It normally takes 4 people*

Interview Report                                                      Page 7 of 8

Question 1: This position requires ___2___ years of experience with
_work involving_. How do you meet these qualifications?
↪ inspection, cleaning, and general maintenance of offices, furniture and buildings.

*Notes:*     1998-2008 managed
                    3 Buildings

Rating: [ ] Unsatisfactory=0  [X] Satisfactory=1  [ ] Very Good=2  [ ] Excellent=3   **POINTS** 1

**Required Experience**

Question 2: What ~~managerial responsibility did/do you have?~~ Knowledge or experience do you have with completing Building Maintenance work or directing Building maintenance staff?  — Worked with a staff
*Notes:*                         of four subordinates

Rating: [X] Unsatisfactory=0  [ ] Satisfactory=1  [ ] Very Good=2  [ ] Excellent=3   **POINTS** 0

*(margin notes)* Not were in Sup Cpt

**Required Experience**

Question 3: How do you feel your experience qualifies you for this position?

*Notes:*   Experience with County over 4 yrs
           and managed Chicken Holiday - I
           know how to deal with people

Rating: [ ] Unsatisfactory=0  [X] Satisfactory=1  [ ] Very Good=2  [ ] Excellent=3   **POINTS** [ ]

*(margin notes)* Always have the person who think they know more I cot

**TOTAL COMPETENCY AVERAGE POINTS**

| SUM OF POINTS | TOTAL # OF QUESTIONS | TOTAL AVERAGE POINTS |
|---|---|---|
| [ ] | [ ] | [ ] |

*Notes:* Get a dictioner
if I want to gain respect

[ ] I have reviewed the essential job functions with the applicant including the work schedule, location or any specific physical requirements.

[X] I have asked the applicant directly, "Are you able to perform the essential functions of this position with or without a reasonable accommodation?" I have not asked, "Do you need an accommodation?"

[ ] I understand that I may ask applicants to describe or demonstrate how they would perform any or all job functions, as long as all applicants in the job category are asked to do this. However, if a particular applicant has an obvious disability, (e.g. uses a wheelchair) I understand that I may ask this applicant alone to describe or demonstrate how s/he would perform the job.

3/11/2016

Interview Report  Page 8 of 8

**NOTE:** If an applicant says that s/he needs a reasonable accommodation to perform a job demonstration, you must either: provide a reasonable accommodation that does not create an undue hardship or allow the applicant to simply describe how s/he would perform the job function.

Comments: _____

Crew Supervisor Building Services 2016

**JOB TITLE**

James Daniels

**APPLICANT'S NAME**

# SCORING WORKSHEET

Columns A&B are determined BEFORE interviews are conducted.

| A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|
| Competency Name | Percentage of Importance | Question 1 Score | Question 2 Score | Question 3 Score | Applicant's Average Points without % of importance | Applicant's Adjusted Score with % of importance. |
| EXAMPLE: Write or type competency name. | Write or type in decimal format - .xx | Write or type in each score from the Applicant Evaluation Form. | | | If doing manually, round up to two decimal points - x.xx | If doing manually, round up to two decimal points - x.xx |
| e.g. Organizational Skills | 0.20 | 0.5 | 2.0 | 2.0 | 1.50 | 0.30 |
| Required Education | 0.00 | | | | 0.00 | 0.00 |
| Required Experience | 0.20 | 1.0 | 1.0 | 1.0 | 1.00 | 0.20 |
| Analytical | 0.10 | 0.0 | 0.0 | 1.0 | 0.33 | 0.03 |
| Teamwork | 0.20 | 1.0 | 1.0 | 1.0 | 1.00 | 0.20 |
| Leadership | 0.10 | 0.0 | 2.0 | 1.0 | 1.00 | 0.10 |
| Customer Service | 0.20 | 1.0 | 1.0 | 0.0 | 0.67 | 0.13 |
| Business Success | 0.10 | 1.0 | 1.0 | 1.0 | 1.00 | 0.10 |
| Administrative/ Clerical Support | 0.10 | 2.0 | 1.0 | 2.0 | 1.67 | 0.17 |
| | | | | | 0.00 | 0.00 |
| | | | | | 0.00 | 0.00 |
| | | | | | 0.00 | 0.00 |

**SUM OF PERCENTAGES** 100%

(the sum of all #s in column B must equal 100%)

**HR-22**

**HIRING MANAGER'S NAME**   Robert Compton [signature]

**TOTAL SCORE** 0.93

(=sum of all #s in column G)

If doing manually, round up to two decimal points - x.xx

5/22/2008

Interview Report                                                          Page 1 of 8

---

**Applicant Evaluation Form**                    Menu | Edit Job Title | Print Report

Department Name: DPW & Engineering / B&G

Position: Crew Supervisor Building Services 2016

Applicant: ~~Greg~~ JAMES Daniels

Interviewer
(print & sign): Robert Compt / x Robt Cpt

Date: 3-23-16

---

## Analytical

**Question 1:** Tell me about a situation where your analysis of a problem was deemed to be incorrect? What would you do differently today?

See something wrong — think before you speak

**Answer 1:** *Has the character to admit mistakes. Also clarify-Were the steps he took correct? More importantly, has he/she learned from this mistake?* don't wait it to back fire to best of ability

**Notes:**

---

Rating: [X] Unsatisfactory=0 [ ] Satisfactory=1 [ ] Very Good=2 [ ] Excellent=3     **POINTS** ⬭

---

## Analytical

**Question 2:** Tell me about a recent project you received. What are some of the first things you do?

Around ck things - report to Chers when he is not there

**Answer 2:** *Accurately anticipates the duration and difficulty of projects and plans accordingly.*

Shovel — I know the routine —

**Notes:** Normal Routine

---

Rating: [X] Unsatisfactory=0 [ ] Satisfactory=1 [ ] Very Good=2 [ ] Excellent=3     **POINTS** ⬭

---

## Analytical

**Question 3:** How would you measure the strength of your management team?

I have no problems — NO ISSUES

**Answer 3:** *Uses and employs modern analytical and management techniques to measure management value and ability.*

Interview Report                                                                    Page 2 of 8

**Notes:**

Rating: ☐ Unsatisfactory=0  ☒ Satisfactory=1  ☐ Very Good=2  ☐ Excellent=3   **POINTS** *1*

---

### TOTAL COMPETENCY AVERAGE POINTS

| SUM OF POINTS | TOTAL # OF QUESTIONS | TOTAL AVERAGE POINTS |
|---|---|---|
| | *1* | |

---

**Teamwork**

**Question 1:** How would you persuade people of the importance of cooperation in today's workplace?

*BASICALLY if situation, stay calm, communicate & explain*

**Answer 1:** *Realizes that a positive balanced, cooperative work force is vitally important for success in business today.*

*talk out anything coworker table Problems*

**Notes:**

Rating: ☐ Unsatisfactory=0  ☒ Satisfactory=1  ☐ Very Good=2  ☐ Excellent=3   **POINTS** *1*

---

**Teamwork**

**Question 2:** Give me an example of a time when you tried your best to get along with a work colleague but failed. Why do you think that was? What did you learn from that experience?

*Times try I get along, go soak would not add fuel to fire - P-11*

**Answer 2:** *Tries to cooperate with all colleagues and spends time and effort to maintain and keep these relationships in a healthy state.*

*aside after to address.*

**Notes:**

Rating: ☐ Unsatisfactory=0  ☒ Satisfactory=1  ☐ Very Good=2  ☐ Excellent=3   **POINTS** *1*

---

**Teamwork**

① **Question 3:** Tell me about a time you had to work with somebody who had a reputation as an uncooperative belligerent person? What tactics did you use?

*- Explain the Reason the way we were to b*

**Answer 3:** *Remains cooperative and poised when faced with uncooperative colleagues, emphasizes the mutual advantage of cooperation.*

*Je do I ask please"*

Interview Report                                              Page 3 of 8

Notes:

Rating: ☐ Unsatisfactory=0  ☑ Satisfactory=1  ☐ Very Good=2  ☐ Excellent=3 | **POINTS** 1

---

### TOTAL COMPETENCY AVERAGE POINTS

| SUM OF POINTS | / | TOTAL # OF QUESTIONS | = | TOTAL AVERAGE POINTS |
|---|---|---|---|---|
| | | | | |

---

**Leadership**

**Question 1:** Have you ever tried to do a job for which you were unqualified? How did you react at that time? Were you able to accomplish your task?

*Never given a task I can do.*

**Answer 1:** *Can take risks and chances to achieve goals at work; also inspires others.*

*Harder tasks are given to others.*

Notes:

Rating: ☑ Unsatisfactory=0  ☐ Satisfactory=1  ☐ Very Good=2  ☐ Excellent=3 | **POINTS** 0

---

**Leadership**

**Question 2:** Have you ever tried to do a job for which you were unqualified? How did you react at that time? Were you able to accomplish your task?

**Answer 2:** *Can take risks and chances to achieve goals at work; also inspires others.*

Notes:

Rating: ☐ Unsatisfactory=0  ☐ Satisfactory=1  ☐ Very Good=2  ☐ Excellent=3 | **POINTS**

---

**Leadership**

**Question 3:** How have you contributed to the company's *County's* strategies and policies?

*Abide by the rules - follow no short cuts*

**Answer 3:** *Influences the company to develop and implement innovative corporate strategies and technically advanced procedures, successfully adapting leadership style to accommodate the diverse needs of team members.*

Interview Report

A
h

**Notes:**

| Rating: | ☐ Unsatisfactory=0 | ☐ Satisfactory=1 | ☐ Very Good=2 | ☐ Excellent=3 | **POINTS** 1 |

### TOTAL COMPETENCY AVERAGE POINTS

| SUM OF POINTS | TOTAL # OF QUESTIONS | TOTAL AVERAGE POINTS |
|---|---|---|
| 1 | | |

---

**Customer Service Orientation**

**Question 1:** How do you handle negative feedback from angry clients? How do you normally respond to them? _Talk calm_

_Ocean ave example_

**Answer 1:** *Able to entertain customer complaints without being dominated or getting emotional; does not get overwhelmed while been criticized.*

**Notes:**

| Rating: | ☐ Unsatisfactory=0 | ☒ Satisfactory=1 | ☐ Very Good=2 | ☐ Excellent=3 | **POINTS** 1 |

---

**Customer Service Orientation**

**Question 2:** This position requires interacting with the general public as well as existing employees and all levels of management. Tell me about some of your experiences. If no experience, what are your thoughts on this?

**Notes:** _- Get along with everyone -_
_- I show respect / I know how to interact_

| Rating: | ☐ Unsatisfactory=0 | ☒ Satisfactory=1 | ☐ Very Good=2 | ☐ Excellent=3 | **POINTS** 1 |

---

**Customer Service Orientation**

**Question 3:** Tell me about a time when you believed a policy or procedure was not in the customer's best interest. What did you do? _Has a Policy or Directive come down with which you disagreed. What did you do?_

**Notes:** _I like Policys. No Issues_

| Rating: | ☒ Unsatisfactory=0 | ☐ Satisfactory=1 | ☐ Very Good=2 | ☐ Excellent=3 | **POINTS** 0 |

Interview Report

Page 5 of 8

*A*

## TOTAL COMPETENCY AVERAGE POINTS

| SUM OF POINTS | | TOTAL # OF QUESTIONS | | TOTAL AVERAGE POINTS |
|---|---|---|---|---|
| | ÷ | | = | |

---

**Business Success**

**Question 1:** Some battles are worth fighting and others are not. How do you know which are worth fighting? Can you give me an example?

**Notes:** Battles – it favoritism, discrimination, Something like my current harassment case -Try to help people

| Rating: | ☐ Unsatisfactory=0 | ☒ Satisfactory=1 | ☐ Very Good=2 | ☐ Excellent=3 | **POINTS** 1 |

**Business Success**

**Question 2:** What kind of working relationships do you have with co-workers from other departments? How have these relationships been beneficial in accomplishing your work?

**Notes:** In Bridge issues / explained issues Trades – okay, all good

| Rating: | ☐ Unsatisfactory=0 | ☒ Satisfactory=1 | ☐ Very Good=2 | ☐ Excellent=3 | **POINTS** 1 |

**Business Success**

**Question 3:** When given a specific problem to solve, how do you decide what information is essential to making an informed decision?

I pick out negative and address it first to meet proper standards

**Answer 3:** *Capable of deciding what information is necessary to make an informed decision; if they are not, are they capable of using their team's knowledge and experience to bring about a successful conclusion.*

**Notes:** Doing Homework -Start over

| Rating: | ☐ Unsatisfactory=0 | ☒ Satisfactory=1 | ☐ Very Good=2 | ☐ Excellent=3 | **POINTS** 1 |

---

## TOTAL COMPETENCY AVERAGE POINTS

Interview Report

Page 6 of 8

| | SUM OF POINTS | TOTAL # OF QUESTIONS | TOTAL AVERAGE POINTS |
|---|---|---|---|
| | | / | = | |

**Administrative/Clerical Support**

**Question 1:** Describe a situation that is typical of the pace and change in priorities in your department. How does it affect your work? Would you give me a specific example?

Notes: *Fine- experience with grounds contry chnge (shown)*

Rating: ☐ Unsatisfactory=0  ☐ Satisfactory=1  ☒ Very Good=2  ☐ Excellent=3   **POINTS** 2

**Administrative/Clerical Support**

**Question 2:** Tell me about a situation in which you had to cope with inadequate resources. How did you deal with it?

Notes: *Do it. Might take longer —Today GABBY out improvise get work done*

Rating: ☐ Unsatisfactory=0  ☒ Satisfactory=1  ☐ Very Good=2  ☐ Excellent=3   **POINTS** 1

**Administrative/Clerical Support**

**Question 3:** What specific responsibilities do you have for supporting the work of other people in your department? What positions do they hold? What specific tasks do you perform? Which tasks reflects your strengths? Which tasks may require some development?

Notes: *Supports chris dung his absence Organization skill*

Rating: ☐ Unsatisfactory=0  ☐ Satisfactory=1  ☒ Very Good=2  ☐ Excellent=3   **POINTS** 2

**TOTAL COMPETENCY AVERAGE POINTS**

| SUM OF POINTS | TOTAL # OF QUESTIONS | TOTAL AVERAGE POINTS |
|---|---|---|
| | / | = | |

**Required Experience**

Interview Report                                                    Page 7 of 8

**Question 1:** This position requires __2__ years of experience with __work involving__ . How do you meet these qualifications?

⑤ Inspection, cleaning, and general maintenance of offices, furniture and buildings.

**Notes:**  4 yrs in current title

| Rating: | ☐ Unsatisfactory=0 | ☒ Satisfactory=1 | ☐ Very Good=2 | ☐ Excellent=3 | POINTS 1 |

**Required Experience**

**Question 2:** What managerial responsibility did/do you have? Knowledge or experience do you have with completing Building Maintenance work or directing Building maintenance staff?

**Notes:** Doing 4 yrs — fill in and eyes ears take lead during supervisor absence

| Rating: | ☐ Unsatisfactory=0 | ☒ Satisfactory=1 | ☐ Very Good=2 | ☐ Excellent=3 | POINTS 1 |

**Required Experience**

**Question 3:** How do you feel your experience qualifies you for this position?

Interested the skill but not the full Abilities   NOT loved
learn over years— DAD's GUIDANCE. Don't screan
**Notes:** I have leadership skills — People talk to me.

| Rating: | ☐ Unsatisfactory=0 | ☒ Satisfactory=1 | ☐ Very Good=2 | ☐ Excellent=3 | POINTS 1 |

---

**TOTAL COMPETENCY AVERAGE POINTS**

| SUM OF POINTS | TOTAL # OF QUESTIONS | TOTAL AVERAGE POINTS |
|---|---|---|
| [ ]  / | [ ]  = | [ ] |

Notes:

---

☑ I have reviewed the essential job functions with the applicant including the work schedule, location or any specific physical requirements.

☑ I have asked the applicant directly, "Are you able to perform the essential functions of this position with or without a reasonable accommodation?" I have not asked, "Do you need an accommodation?"

☑ I understand that I may ask applicants to describe or demonstrate how they would perform any or all job functions, as long as all applicants in the job category are asked to do this. However, if a particular applicant has an obvious disability, (e.g. uses a wheelchair) I understand that I may ask this applicant alone to describe or demonstrate how s/he would perform the job.

3/11/2016

Interview Report

**NOTE**: If an applicant says that s/he needs a reasonable accommodation to perform a job demonstration, you must either: provide a reasonable accommodation that does not create an undue hardship or allow the applicant to simply describe how s/he would perform the job function.

Comments: _____

4/12/16 OK by Terence
BG 12-2016

# EMPLOYEE CHANGE OF STATUS
Must be submitted to HR four weeks prior to requested effective date

Employee Name Robert Briscoe    104954

Requested Effective Date 04/16/2016

Department DPW & Engineering/ B&G

ECS # 2586 (obtain from HR)    Coincides w/ start of a pay period

Replacement? ☑ No   ☐ Yes – If yes PARF ID# _____ Name _____

Title _____ Action taken _____
i.e. Separation, Promotion, Transfer

### CHECK ALL THAT APPLY

| CHANGE(S) | CURRENT | PROPOSED |
|---|---|---|
| ☑ TITLE | Carpenter    00970 | Crew Supervisor Building Services |
| ☐ eP DEPARTMENT | | |
| ☐ BUDGET (full Agency Code) Lt. ?-??-??-???-???-??? | | |
| ☐ WORK SCHEDULE (Days of the week if not M-F) | | |
| ☐ STATUS May affect the employee's benefits | ☐ FT ☐ PT ____ % of hrs Benefit Code | ☐ FT ☐ PT ____ % of hrs Benefit Code |
| ☐ HOURS PER WEEK | | |
| ☐ DAILY HOURS | | |
| ☑ SALARY | ✓$42,216. | $55,000. MAB |
| ☐ OVERTIME STATUS | ☐ Exempt ☐ Non-exempt | ☐ Exempt ☐ Non-exempt |
| ☐ UNION CHANGE | ☐ NO ☐ YES   R | ☐ NO ☐ YES, name   R |
| ☑ APPOINTMENT TYPE Justification not required | Permanent   R Choose One | Provisional Choose One |

OK
TC
4/14/11

REQUIRED SIGNATURES

Department Head/ Designee   Robert W. Compton
Print Name   Signature RWC   Date 4/6/16

Other Administrative Approval as required   John W. Tobia
Print Name   Signature   Date 4/6/16

### Personnel Use Only

Effective Date 4/16/2016  Title Abbrev: _____   Salary Range 55,000 - 69,600

Title Code: 44135   DOP Dept. Code: T130000   Agency # _____   Benefit Code: _____

NJDOP Appt Type: AdV-RAN   Cert #: _____   Symbol #: _____   Statute #: _____

Notes: no disc history   no list   WTP

Page 1 of 2   SKO   Title Title Code Salary ep Tobia   CS Status   FORM HRM 109-1   EV

DEFENDANT'S EXHIBIT H

BG 12-2016

# EMPLOYEE CHANGE OF STATUS
### Must be submitted to HR four weeks prior to requested effective date

Employee Name  Robert Briscoe     104954

Requested Effective Date  04/16/2016
Coincides w/ start of a pay period

Department  DPW & Engineering/ B&G

ECS #  2586  (obtain from HR)

Replacement?  ☒ No   ☐ Yes – If yes PARF ID# _____  Name _____

Title _____  Action taken _____
I.e. Separation, Promotion, Transfer

## CHECK ALL THAT APPLY

| CHANGE(S) | CURRENT | PROPOSED |
|---|---|---|
| ☒ TITLE | Carpenter     00970 | Crew Supervisor Building Services |
| ☐ eP DEPARTMENT | | |
| ☐ BUDGET (full Agency Code) I.e. ?-??-??-???-???-??? | | |
| ☐ WORK SCHEDULE (Days of the week if not M-F) | | |
| ☐ STATUS May affect the employee's benefits | ☐ FT  ☐ PT ____% of hrs  Benefit Code | ☐ FT  ☐ PT ____% of hrs  Benefit Code |
| ☐ HOURS PER WEEK | | |
| ☐ DAILY HOURS | | |
| ☒ SALARY | ✓$42,216. | $55,000. |
| ☐ OVERTIME STATUS | ☐ Exempt  ☐ Non-exempt | ☐ Exempt  ☐ Non-exempt |
| ☐ UNION CHANGE | ☐ NO  ☐ YES | ☐ NO  ☐ YES, name |
| ☒ APPOINTMENT TYPE Justification not required | Permanent  Choose One | Provisional  Choose One |

### REQUIRED SIGNATURES

| | Print Name | Signature | Date |
|---|---|---|---|
| Department Head/ Designee | Robert W. Compton | RWWCk | 4/16/. |
| Other Administrative Approval as required | John W. Tobia | | 4/6/16 |

## Personnel Use Only

Effective Date  4/16/2016   Title Abbrev: _____   Salary Range  55,000 - 69,600

Title Code:  44135   DOP Dept. Code: T130000   Agency # _____   Benefit Code: _____

NJDOP Appt Type:  Adv- RAN   Cert #: _____   Symbol #: _____   Statute #: _____

Notes:  no disp history          no list   (WTP)

Title
Title Code
Salary
eP Loss?

CS Status

Page 1 of 2          FORM: HR-05 7/2012          EV



# JUSTIFICATION
# EMPLOYEE CHANGE OF STATUS

Criteria: In all cases of promotions, reclassifications and/or salary increases, an employee must experience a permanent increase in the scope and complexity of their position, without a corresponding decrease in other areas of responsibilities. Justification must clearly identify and detail the need for additional or higher level responsibilities and describe the specific, additional duties, skills and/or responsibilities for the requested change of status. Please elaborate on how this request meets these requirements.

Employee Name  Robert Briscoe                          Department  DPW & Engineering/ B&G

☑  Employee meets the "Job Requirements" listed on the NJCSC job specification for this position or if no NJCSC job specification, meets requirement of posted job announcement. (Must verify and check)

1.  **Justification: (Must meet above criteria):**
Mr. Briscoe has proven himself to have the knowledge, skills, and abilities to be a Crew Supervisor Building Services.
Interviews were conducted Division wide and it was determined that Mr. Briscoe was the best selection. Robert has
experience in Trades & Building Services with the County. Supervisory and management experience from prior careers.

2.  **State the business impact if position is not filled.**  *E.g. Position is required to comply with staffing requirements of an oversight agency and/or position is essential to a mandated program (provide program name) etc.*
N/A

3.  **Describe the financial impact of filling this position. An authorized table of organization must be attached to the request. Be sure to include any employee status changes that are linked to this vacancy.**  *E.g. John Smith retired as a Supervisor at a salary of $XX,xxx, his vacancy was filled by Jane Doe who received a salary increase of $X,xxx. Jane Doe's vacancy was filled by Thomas Jones who received a salary increase of $X,xxx and/or by filling this position at a lower salary savings of xx has been achieved. Attach additional sheets as needed.*
The funds are available in the 2016 operating budget. See attached "Financial Impact Justification", dated April 1, 2016.

---

**EMPLOYEE VOLUNTARY REQUEST**        ☐ Voluntary Demotion        ☐ Voluntary Reduction in Hours

Request/Explanation as stated by employee:

Employee Signature _____          Date _____

MONMOUTH COUNTY

## DEPARTMENT OF HUMAN RESOURCES

One East Main Street • Freehold, NJ 07728
Phone 732-431-7300 Fax: 732-431-7924

Frank J. Tragno, Jr.
Director of Human Resources



For information contact:
mc-humanresources@co.monmouth.nj.us

**MEMO TO** : Robert Briscoe

**FROM** : Frank J. Tragno, Jr., Director
Via: Elizabeth Vollbrecht, Keyboarding Clerk 2

**DATE** : April 21, 2016

As you know, on **April 16, 2016** you were appointed to the position of **Crew Supervisor Building Services**, subject to the satisfactory completion of a three-month working test period (WTP).

The WTP is regarded as a highly significant step in the selection process. The successful completion of the WTP is a condition of your appointment. This process consists of a trial working period after regular appointment; during which time your supervisor will systematically evaluate the performance of your actual duties. This evaluation is utilized to determine if you merit permanent status. That is why it is very important that you understand your responsibility, as well as your supervisor's responsibility, to identify performance standards, expectations, conflicts as well as resolutions, etc. This ongoing mutual communication between you and your supervisor will eliminate the surprise of an unfavorable evaluation and the possibility of being released from your position during or at the end of the working test period.

Therefore, you will receive a written evaluation from your supervisor at the end of each of the three months. You should direct all of your questions regarding this evaluation to your supervisor and/or the next managerial level. Of course, the services of this Human Resources Department are always available to you.

We hope that you find this a favorable work experience, one, which will maximize your potential to the County of Monmouth.

FJT/ev

C: R. Compton

MONMOUTH COUNTY
## DEPARTMENT OF HUMAN RESOURCES
One East Main Street • Freehold, NJ 07728
Phone: 732-431-7300   Fax 732-431-7924

Frank J. Tragno, Jr.
Director of Human Resources



For information contact:
mc-humanresources@co.monmouth.nj.us

2016 APR 22  A 9 23

**MEMO TO** : Robert Compton, Superintendent

**FROM** : Frank J. Tragno, Jr., Director
Via: Elizabeth Vollbrecht, Keyboarding Clerk 2

**DATE** : April 21, 2016

**RE** : Working Test Period – Three (3) Months

The employee(s) listed below has been appointed pending the satisfactory completion of a three month working test period.

### Robert Briscoe

The working test period is a highly significant step in the selection process. It consists of a trial working period after regular appointment during which time, performance, and conduct of the appointees are systematically evaluated by supervisors. This evaluation is utilized to determine if employees merit permanent status.

It is required that the progress of probationary employee(s) be reported on the attached forms at the end of each 30 day period. Employees must be given a copy of the evaluation form as they are completed.

Please note that the enclosed Working Test Period forms are not in triplicate. You will need to make two copies of each evaluation after completion (one for your files, one for this office, and the original to be given to the employee).

Thank you for your cooperation in this very important administrative program, which is designed to protect the quality of public service.

FJT/ev

Enclosures

Monmouth County Board of Chosen Freeholders
— www.visitmonmouth.com —

Case 3:16-cv-01578-PGS-LHG   Document 118-2   Filed 11/15/19   Page 229 of 293 PageID:
Case 3:16-cv-01578-PGS-LHG   Document 78-4 Filed 08/02/18   Page 168 of 171 PageID: 2445
8460

**COUNTY OF MONMOUTH**
**EMPLOYEE PROGRESS REPORT**
3 Month Working Test Period
1st        2nd        3rd
(Circle One)

To    : ROBERT BRISCOE          Date of Rating: 4/16/2016  to  5/15/2016

Title : CREW SUPERVISOR BUILDING SERVICES    Department: B&G

| FACTORS | BELOW AVERAGE | AVERAGE | ABOVE AVERAGE | EXAMPLES REQUIRED FOR ABOVE OR BELOW AVERAGE |
|---|---|---|---|---|
| **QUALITY :** Accuracy, thoroughness, timeliness. | | | ✓ | Address all Request / Tasks Quickly. |
| **QUANTITY:** Volume of passable work regularly produced | | ✓ | | |
| **JOB KNOWLEDGE:** Knowledge and understanding of job responsibilities. | | ✓ | | |
| **ATTENDANCE:** Maintain level necessary to meet job responsibilities. | | | ✓ | 100% attendance |
| **JOB ATTITUDE:** Willingness to do assigned work, interest, cooperation with others. | | | ✓ | see below. |
| **WORK HABITS:** Adaptability, safety, need for supervision. | | ✓ | | will do whatever is asked and will Help anybody in need |
| **COMMUNICATION SKILLS:** Transmits knowledge & ideas of position requirements. | | ✓ | | |

For the above rating period your performance is:   ☒ SATISFACTORY   ☐ UNSATISFACTORY

Supervisor's recommendations: Behaviors you should do differently: _____None_____

- More of: _Work with Cartegraph and Purchasing Techniques._

- Less of: _____

☐ Check if additional sheets attached.

SUPERVISOR'S SIGNATURE: _James A Flut_    DATE: _5/18/16_

DEPARTMENT HEAD SIGNATURE: _Robert V. Gt_    DATE: _5-18-16_

My signature means that I have received and reviewed this evaluation, but does not indicate my approval or disapproval of this evaluation. I understand that I may attach a response to this rating.

EMPLOYEE SIGNATURE: _____    DATE: _5-18-16._

Original – Employee    Copy – Department file    Copy – Personnel Department

HR-08 rev 9/06

**COUNTY OF MONMOUTH**
**EMPLOYEE PROGRESS REPORT**
3 Month Working Test Period
1st      2nd      3rd
(Circle One)

To    : ROBERT BRISCOE                    Date of Rating: 5/16/2016 to 6/15/2016

Title  : CREW SUPERVISOR BUILDING SERVICES    Department: B&G

| FACTORS | BELOW AVERAGE | AVERAGE | ABOVE AVERAGE | EXAMPLES REQUIRED FOR ABOVE OR BELOW AVERAGE |
|---|---|---|---|---|
| **QUALITY :** Accuracy, thoroughness, timeliness. | | | ✓ | very Thorough. |
| **QUANTITY:** Volume of passable work regularly produced | | | ✓ | Quickly addresses all Requests. |
| **JOB KNOWLEDGE:** Knowledge and understanding of job responsibilities. | | ✓ | | |
| **ATTENDANCE:** Maintain level necessary to meet job responsibilities. | | | ✓ | 100% aTTendance |
| **JOB ATTITUDE:** Willingness to do assigned work, interest, cooperation with others. | | | ✓ | Willing To do what ever is asked. |
| **WORK HABITS:** Adaptability, safety, need for supervision. | | ✓ | | |
| **COMMUNICATION SKILLS:** Transmits knowledge & ideas of position requirements. | | ✓ | | |

For the above rating period your performance is:  ☑ SATISFACTORY    ☐ UNSATISFACTORY

Supervisor's recommendations: Behaviors you should do differently: _____ None _____

• More of: _Cartegraph and Purchasing Techniques._

• Less of: _____

☐ Check if additional sheets attached.

SUPERVISOR'S SIGNATURE: _James A Steel_   DATE: _6/14/16_

DEPARTMENT HEAD SIGNATURE: _Rebt_   DATE: _6-14-16_

My signature means that I have received and reviewed this evaluation, but does not indicate my approval or disapproval of this evaluation. I understand that I may attach a response to this rating.

EMPLOYEE SIGNATURE: _____   DATE: _6-14-16_

Original – Employee      Copy – Department file      Copy – Personnel Department

HR-06 rev 9/06

**COUNTY OF MONMOUTH**
**EMPLOYEE PROGRESS REPORT**
3 Month Working Test Period
1st      2nd      3rd
(Circle One)

To : ROBERT BRISCOE                Date of Rating: 6/16/2016 to 7/15/2016

Title : CREW SUPERVISOR BUILDING SERVICES    Department: B&G

| FACTORS | BELOW AVERAGE | AVERAGE | ABOVE AVERAGE | EXAMPLES REQUIRED FOR ABOVE OR BELOW AVERAGE |
|---|---|---|---|---|
| **QUALITY :** Accuracy, thoroughness, timeliness. | | | √ | Very Thorough |
| **QUANTITY:** Volume of passable work regularly produced | | | √ | Quickley addresses all Requests |
| **JOB KNOWLEDGE:** Knowledge and understanding of job responsibilities. | | √ | | |
| **ATTENDANCE:** Maintain level necessary to meet job responsibilities. | | √ | | |
| **JOB ATTITUDE:** Willingness to do assigned work, interest, cooperation with others. | | | √ | very Possitive attitude Towards all Requests |
| **WORK HABITS:** Adaptability, safety, need for supervision. | | √ | | |
| **COMMUNICATION SKILLS:** Transmits knowledge & ideas of position requirements. | | √ | | |

For the above rating period your performance is:  ☒ SATISFACTORY   ☐ UNSATISFACTORY

Supervisor's recommendations: Behaviors you should do differently: _____

• More of: _____Purchasing Techniques_____

• Less of: _____

☐ Check if additional sheets attached.

SUPERVISOR'S SIGNATURE: _James A Shur____ DATE: 7/14/16

DEPARTMENT HEAD SIGNATURE: _____ DATE: 7-14-16

My signature means that I have received and reviewed this evaluation, but does not indicate my approval or disapproval of this evaluation. I understand that I may attach a response to this rating.

EMPLOYEE SIGNATURE: _____ DATE: 7/14/16

Original – Employee      Copy – Department file      Copy – Personnel Department

HR-06 rev 9/06

MONMOUTH COUNTY
## DEPARTMENT OF HUMAN RESOURCES
One East Main Street • Freehold, NJ 07728
Phone: 732-431-7300  Fax: 732-431-7924

Frank J. Tragno, Jr.
Director of Human Resources



For information contact:
mc-humanresources@co.monmouth.nj.us

2016 JUL 21  A 6: 30

July 19, 2016

Mr. Robert Briscoe
95 Neville St.
Tinton Falls, NJ  07724

**RE:  TITLE:**   Crew Supervisor Building Maintenance Workers
**EFFECTIVE DATE:**  April 16, 2016

Dear Mr. Briscoe:

It gives me great pleasure to officially advise you that you have satisfactorily
completed your probationary period.  You now have permanent status in your title
effective April 16, 2016.

The Board of Chosen Freeholders offers their congratulations and trusts you will
continue to perform your present and any future duties in the same manner.

Sincerely,

Frank J. Tragno, Jr., Director
Department of Human Resources

By:

*Elizabeth Vollbrecht*

Elizabeth Vollbrecht, Keyboarding Clerk 2
Department of Human Resources

Cc:  R. Compton

# EXHIBIT F

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| | : | CIVIL ACTION |
| LUTHER GRAHAM | : | NO. 16-1578 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | VOLUME II |
| MONMOUTH COUNTY | : | |
| BUILDING and GROUNDS | : | |
| and | : | |
| DAVID KRZYZANOWSKI | : | |
| and | : | |
| ROBERT W. COMPTON | : | |
| and | : | |
| CRAIG BELL | : | |
| Defendants. | : | |

-----

OCTOBER 18, 2019

-----

ORAL DEPOSITION OF ROBERT COMPTON, before Cindy D. Liffman, Professional Court Reporter and Notary Public, taken pursuant to Notice at the Monmouth County Hall of Records, 1 East Main Street, Freehold, New Jersey 07728, commencing at 10:09 a.m.

R&K REPORTING, INC.
Court Reporting Services
P.O. Box 1372
Levittown, Pennsylvania 19058
(215) 946-7009



A P P E A R A N C E S

KARPF, KARPF & CERUTTI, P.C.
   BY:  RYAN A. KROCKER, ESQUIRE
        3331 Street Road
        Two Greenwood Square
        Suite 128
        Bensalem, PA 19020
        Phone:  215-639-0801
        E-Mail:  rkrocker@karpf-law.com
-- Counsel for Plaintiff, Cross Defendant

CLEARY, GIACOBBE, ALFIERI & JACOBS, LLC
   BY:  MICCI J. WEISS, ESQUIRE
        5 Ravine Drive
        PO Box 533
        Matawan, New Jersey 07747
        (732) 583-7474
        mweiss@cgajlaw.com
-- Counsel for Robert W. Compton
   Defendant

KENNEY, GROSS, KOVATS & PARTON
   BY:  DOUGLAS J. KOVATS, ESQUIRE
        The Courts of Red Bank
        130 Maple Avenue
        Building 8
        Red Bank, New Jersey 07701
        (732) 530-7500
        dkovats@kenneygross.com
-- Counsel for Monmouth County
   Defendant, Cross Defendant

CAMPBELL, FOLEY, DELANO & ADAMS, LLC
   BY:  PATRICIA B. ADAMS, ESQ
        601 Bangs Avenue
        PO Box 1040
        Asbury Park, New Jersey 07712
        (732) 775-6520
        Padams@campbellfoley.com
-- Counsel for David Kryzanowski
   Defendant, Cross Defendant, Cross Claimant

ROBERT COMPTON - Volume II

I N D E X

| WITNESS | | PAGE |
|---|---|---|
| ROBERT COMPTON | | |
| By Mr. Krocker | | 226 |

E X H I B I T S

| NUMBER | DESCRIPTION | PAGE |
|---|---|---|
| Monmouth-1 | Job Posting - Crew Supervisor Building and Maintenance Workers | 241 |
| Monmouth-2 | Scoring Worksheet | 250 |
| Monmouth-3 | Interview Acknowledgement Forms | 266 |
| Monmouth-4 | Job Posting Application - Graham | 274 |
| Monmouth-5 | Scoring Worksheet - Graham | 276 |
| Monmouth-6 | Job Posting Application - Briscoe | 289 |
| Monmouth-7 | Scoring Worksheet - Briscoe | 291 |
| Monmouth-8 | Memorandum 4/15/16 re: Provisional Promotion: Crew Supervisor - Building and Maintenance Workers | 298 |
| Monmouth-9 | Employee Change of Status-Briscoe | 301 |
| Monmouth-10 | Response to Plaintiff's Supplemental Interrogatories | 312 |
| Monmouth-11 | Organizational Chart | 318 |
| Monmouth-12 | Buildings & Grounds Division Organizational Chart | 320 |

ROBERT COMPTON - Volume II

[Page 225]

```
 1     REQUEST FOR INFORMATION

 2            Page/Line
              319/24
 3     re:  Organizational chart

 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24
```

ROBERT COMPTON - Volume II

1    the facility.

2         Q.    It's broad?

3         A.    It's very broad.

4                         -----

5                    (Exhibit Monmouth-2, scoring

6               worksheet, was marked for purposes of

7               identification and attached hereto.)

8                         -----

9    BY MR. KROCKER:

10        Q.    I just placed a document in front of you

11   marked Monmouth-2.  It has several pages at the top.

12   Its designation says document 78, page 43 of 171.

13   It runs consecutively to page 52 of 171, the same

14   document, 78.  Do you recognize this document?

15        A.    Yes.  I do.

16        Q.    What is your understanding of that document?

17        A.    It's a scoring worksheet for the position of

18   crew supervisor building services.

19        Q.    It's from 2016.  At least the top left

20   corner?

21        A.    Yes.  It was.

22        Q.    Do you know if you created this document?

23        A.    I didn't create the document.  I created the

24   data inside the document.

ROBERT COMPTON - Volume II

[Page 251]

1        Q.    So the first page of, at least from the
2   template first, right?
3        A.    Correct.
4        Q.    All right.  You see there's a column B,
5   percentage points.  Do you see where I am?
6        A.    Yes.
7        Q.    It says percentage and points.  Did you set
8   those values?
9        A.    Yes.  I did.
10       Q.    What did you base those values on?
11       A.    I can't recall exactly at this time.  When I
12  created this back in 2016, there was, those are how
13  I weighed each section.
14       Q.    What you thought was more important, right?
15       A.    Yes.  I would clarify that for sure but I
16  made each decision for the reason.  I don't remember
17  exactly the parameters why but I can't say the word
18  important.
19       Q.    It's a weighting; is that correct?
20       A.    Yes.
21       Q.    Turn to the next page.  What is this page?
22       A.    This is just an internal paper I had so I
23  make sure I follow, gives somebody a working agenda
24  when I interview each person.  I follow this same

ROBERT COMPTON - Volume II

1    format.

2         Q.    So that it's sort of standardized?

3         A.    Yes.

4         Q.    Would you agree, it's off a script, right?

5         A.    More or less, I touch on each thing, yes.  I

6    don't say a script.

7         Q.    You keep it as standard as possible?

8         A.    Yes.

9         Q.    Turn to the next page.  Now, on page 1 of

10   your interview report, top left and page 1 of 8.  Do

11   you see where I am?

12        A.    Yes.

13        Q.    So these were the questions for the

14   interview, correct?

15        A.    Yes.

16        Q.    You wrote those questions?

17        A.    No.

18        Q.    Who wrote those questions?

19        A.    I have no idea.  I selected them out of the

20   database but I didn't author them.

21        Q.    I understand.

22        A.    I'm sorry if I confused you.  Sorry.

23        Q.    No.  I appreciate it.

24              What database did you select them out of?

ROBERT COMPTON - Volume II

[Page 253]

1        A.    The county interview database for
2    interviews.
3        Q.    Just take a second for you to review the
4    first two questions on this page.  Let me know when
5    you're ready.
6        A.    Okay.
7        Q.    So the first question, generally, you take
8    notes during the interview itself?
9        A.    I make minor notes.  I don't write
10   everything.
11       Q.    Do you take any notes after the interviews
12   to your recollection?
13       A.    No.  I do not.
14       Q.    There is a rating system here.  Do you give
15   the rating during the interview itself?
16       A.    Yes.
17       Q.    Do you do that immediately, the questions
18   and answers?
19       A.    I do it while the questions are being
20   answered.  It's an interactive process in talking to
21   applicants so sometimes people might pause and might
22   think the question's over and then add additional
23   stuff, go completely in a different direction.  I
24   might modify it during the time but at the end of

ROBERT COMPTON - Volume II

[Page 254]

1    that question, they have a score.

2         Q.    Do you ask any follow -- do you generally

3    ask follow up questions as well or --

4         A.    Well, yeah.

5         Q.    Do you ask any follow up questions?

6         A.    When you say follow up questions, after all

7    the questions are done?

8         Q.    Well, let's do both.  The original

9    questions, do you ask follow up?

10        A.    It could lead to a question I need

11   clarification on.  It's an interactive conversation

12   when I ask the question.  Depending on that

13   question, a lot of times they provided an example.

14   I might ask for clarification.  At the time, I make

15   small notes.  It's far from a recorded conversation.

16   I just jot it down for my own records.

17        Q.    The notes are fairly informal?

18        A.    Very.  I was never advised that I had to

19   document every word or they're definitely not

20   recorded.  It was very short notes I would put down.

21        Q.    Of these, going back to page 1 of 8 of the

22   interview report, question one asked about an

23   analysis of a problem, right?

24        A.    Yes.

ROBERT COMPTON - Volume II

```
 1        Q.   So you would make your decision based on
 2    their answer and your subjective opinion of that?
 3        A.   It would be up to my -- it would be my
 4    decision.  If, I mean, I was interviewing
 5    candidates, I guess my opinion is that if the answer
 6    was on a score zero to three, I would score.
 7        Q.   It seems that based on the italicized answer
 8    one, that you're trying to get a measure of the
 9    interviewee's character on this question?
10             MR. WEISS:  Objection to form.
11             You can answer if you understand.
12             THE WITNESS:  That answer one is
13             not mine.  That comes from the database.
14             That's what they -- when they -- I might
15             have my own opinion, every one.  I mean,
16             I read the question and I knew what I
17             was looking for and chose the question.
18             I'm sure I was not focusing on that
19             answer alone.
20    BY MR. KROCKER:
21        Q.   I see.
22        A.   Because that might match that up.  It all
23    depends on the questions.  I believe there's over 20
24    questions.  I don't know exactly.
```

ROBERT COMPTON - Volume II

[Page 256]

1        Q.    For these analytical questions, were any of

2    them based on an objective measure?

3                    MR. WEISS:  Objection.

4                    THE WITNESS:  When you say --

5              what exactly are you questioning me when

6              you say objective?

7    BY MR. KROCKER:

8        Q.    Were any of them not based on your opinion

9    of the answer given by an interviewee?

10       A.    I believe every answer in the interview

11   would be up to my interpretation trying to get a

12   sense how they would be in the position, right,

13   trying to get a sense, correct.  You can say that.

14   How they would react in a certain situation.

15       Q.    Okay.  Page 2 of 8, the top right corner, do

16   you see that?

17       A.    Next page, yes.

18       Q.    Question three, is that asking about a

19   specific situation and how they would respond,

20   right?

21       A.    Question three, you said, under teamwork?

22       Q.    Question three, yes.  That is an example of

23   you considering how they would respond to a similar

24   situation in the job, right?

ROBERT COMPTON - Volume II

[Page 257]

```
 1        A.    Yes.
 2        Q.    When you do interviews, were you always
 3   alone in the interview here?
 4        A.    Clarify.
 5        Q.    Are you always the sole interviewer?
 6        A.    Can you be more specific?
 7        Q.    Is there -- were there any situations in
 8   which you had another person sitting in on the
 9   interview apart from you and the candidate being
10   interviewed?
11                    MR. WEISS:  Objection.
12                    THE WITNESS:  Are you talking
13             this interview or other interviews in,
14             over my 30 years career?
15   BY MR. KROCKER:
16        Q.    Interviews over your 30 year career?
17        A.    Many are done myself.  I'm by myself.
18        Q.    Are there other interviews where there are
19   other people with you?
20        A.    It all depends on what job we're actually
21   trying to fill a posting for versus -- it all
22   depends.
23        Q.    So you would have, for example, another
24   person to evaluate the candidate in terms of a
```

ROBERT COMPTON - Volume II

[Page 258]

 1     specific area?

 2         A.    Kind of, yes.  If it was an electrician, I

 3     don't have knowledge of electrical.  I'm not an

 4     electrician so I would not be interviewing a person

 5     on that one.  I might sit in on that interview.  I

 6     wouldn't take the lead on those questions.

 7         Q.    Because you don't have the experience in

 8     that specific area?

 9         A.    I'm sorry to step over you.  Discipline,

10     right.

11         Q.    Were there any other situations apart from

12     specific knowledge of, discipline or area in which

13     you would have another person as an interviewer with

14     you?

15         A.    There, if there is availability, yes.  I

16     just interviewed, like I said, 20 people this year.

17     They were going to be working in building services

18     so I had building services general supervisors sit

19     in.  When they're available, I have one of them sit

20     in.  There's multiple but I conduct the interview.

21     I did the evaluation.  I did the score.

22         Q.    Would you consider having another

23     interviewer with you if you had a personal

24     relationship with the interviewee?

ROBERT COMPTON - Volume II

[Page 259]

```
 1                    MR. WEISS:  Objection.  You can
 2          answer.
 3                    THE WITNESS:  A personal
 4          relationship?  If I felt I was going to
 5          be biased or if I was going to be
 6          negative against someone, yeah.  I would
 7          remove myself but I never had to do
 8          that.
 9   BY MR. KROCKER:
10       Q.   You would remove yourself entirely?
11       A.   From the actual interview process if I felt
12   necessary.  That never happened.  I would have to
13   address that when the time came.
14       Q.   Did you say 30 year career?
15       A.   32 years.
16       Q.   And that 32 year career, you never
17   considered yourself to have sufficient bias to
18   remove yourself from an interview?
19       A.   No.  I have not.
20       Q.   In your entire career?
21       A.   Nor has anyone asked me not to do their
22   interview.
23       Q.   If they did, I assume it depends on the
24   situation?
```

ROBERT COMPTON - Volume II

[Page 260]

```
1                    MR. WEISS:  Objection.

2                    THE WITNESS:  I believe I would

3              accommodate whatever the request would

4              be.

5    BY MR. KROCKER:

6        Q.   In your mind, when you're interviewing

7    someone, what purposes do you have for the

8    interviewing apart from seeing how they would react

9    to situations that will come up in the job?

10                   MR. WEISS:  Objection.

11                   THE WITNESS:  Can you clarify

12             that better so I can understand where

13             you're going.

14   BY MR. KROCKER:

15       Q.   Sure.  So we talked a bit about one specific

16   question, teamwork, question three in which I asked

17   about the interviewee dealing with a belligerent

18   person?

19       A.   Yes.

20       Q.   And as an interviewer, that helps you

21   understand how the candidate would react to that

22   type of situation, right?

23                   MR. WEISS:  Objection.

24                   THE WITNESS:  In theory, in that
```

ROBERT COMPTON - Volume II

```
 1                    situation but when I do all the

 2                    questions, I always let people know that

 3                    if they don't have something to relate

 4                    to their current job or previous job,

 5                    they can give me an example that can

 6                    explain the situation similarly.  That

 7                    is part of the interactive process of me

 8                    explaining it.

 9      BY MR. KROCKER:

10          Q.    Did you consider the candidate's manner in

11      responding to your questions?

12          A.    When you say manner, in what way?  What are

13      you looking for?

14          Q.    Tone, length of response?

15                    MR. WEISS:  Objection.

16                    THE WITNESS:  I never cut

17                    somebody off during their answer.  I let

18                    them speak clearly and when they're

19                    complete, then I move on to the next

20                    question.  I do not rush them or

21                    pressure them to give me an answer.

22      BY MR. KROCKER:

23          Q.    If you can turn to interview report page 78,

24      top of the document 78, page 51 of 171, are you
```

ROBERT COMPTON - Volume II

[Page 262]

1    there?

2        A.    I believe it's one here.

3        Q.    Page 78 at the top right?

4        A.    Yes.

5        Q.    Okay.  The copy's not great.  I apologize

6    for that.  We'll probably see that, clearer copies

7    in a second but it appears that the question, the

8    top question one approximate position requires two

9    years experience work involving inspection.  I

10   believe all cleaning and general maintenance and

11   goes on.  That's difficult to read but do you see

12   that?

13       A.    Yes.

14       Q.    Did I approximately read that right?

15       A.    Yes.  You did.

16       Q.    And so this is looking for specific

17   experience, right?

18       A.    Yes.

19       Q.    Now, that's a more objective measure of

20   someone's qualifications, right?

21       A.    Yes.

22       Q.    For this position, did you consider

23   experience that was outside of working for the

24   county?

ROBERT COMPTON - Volume II

[Page 263]

1      A.    Yes.

2      Q.    Do you always look at any experience they

3   provide?

4      A.    Any experience they provide at the

5   interview, yes.

6      Q.    Would you give more weight to experience at

7   the county specific, relevant to an area?

8      A.    Yeah.  I wasn't -- I didn't care 20 years or

9   two years.  It required two years.  As long as you

10  have two years.  That's what I mean objectively.

11     Q.    Even if it was for another employer?

12     A.    Yes.

13     Q.    Did it matter if the work was volunteer?

14     A.    No.  It wouldn't.

15     Q.    Would it matter to you if it were mixed with

16  other job duties?

17     A.    Job duties, all specific, giving a very

18  broad example kind of hard for me to answer.

19     Q.    I guess my question is with regards to

20  giving a score on question one here on page 7, if

21  someone had the two years of experience, would that

22  be a one, two, three?

23               MR. WEISS:  Objection.

24               THE WITNESS:  To also, back to

ROBERT COMPTON - Volume II

[Page 264]

1                    the interactive process the way they

2                    described their two years of experience,

3                    what they did, what their

4                    responsibilities were whether they met

5                    the requirements.

6     BY MR. KROCKER:

7          Q.    That would determine what their score, how

8     to determine their score.  If they didn't have the

9     two years, it would be a zero?

10         A.    I believe so, yes.

11         Q.    You can review that.  Correct me if I'm

12    wrong but my understanding is that there's two

13    questions at the end of this sheet that refer to a

14    specific required experience and required experience

15    section; is that correct to your understanding?

16         A.    Yes.

17         Q.    So approximately 20 questions.  I don't have

18    the exact number but only two questions on specific

19    required experience, right?

20         A.    Well.

21         Q.    Go back to the very first page of the

22    exhibit.

23         A.    Yes.

24         Q.    Required experience, he got zero points, 2.0

ROBERT COMPTON - Volume II

[Page 265]

```
 1     percent of importance, right?

 2        A.   Yes.

 3        Q.   Could a person be qualified without a good

 4     score in required experience for this position?

 5                    MR. WEISS:  Objection.

 6                    THE WITNESS:  Can I clarify your

 7             question, the first question?  When you

 8             asked me that, I didn't answer clearly.

 9                    MR. KROCKER:  Sure.

10                    THE WITNESS:  You said there's

11             only two questions for experience.

12             There's three and you spoke about all

13             three.  My mistake.  Just a

14             clarification.

15                    MR. KROCKER:  Thank you.

16     BY MR. KROCKER:

17        Q.   First is the learning, for example, a person

18     can learn the job duties on the job, right?

19                    MR. WEISS:  Objection.

20                    THE WITNESS:  It all depends on

21             the person.

22     BY MR. KROCKER:

23        Q.   But with regard to this position, a crew

24     supervisor building services for 2016, it seems
```

ROBERT COMPTON - Volume II

[Page 266]

```
1     their required experience in cleaning was about 20

2     percent --

3                        MR. WEISS:  Objection.

4                        MR. KROCKER:  -- of the score,

5              right?

6                        MR. WEISS:  Same objection.

7                        THE WITNESS:  Yes and no.  That

8              category of the three questions, yes.

9              It's 20 but the whole interview itself

10             is around a crew supervisor position.

11    BY MR. KROCKER:

12       Q.   So you're making the decision yourself as to

13    the candidate wholistically.  Is that accurate?

14                       MR. WEISS:  Objection.

15                       THE WITNESS:  My job is to

16             interview, is to determine if the person

17             can do the job and score them, to do the

18             job I'm looking for them to do.

19                       MR. KROCKER:  All right.

20                            -----

21                       (Exhibit Monmouth-3, Interview

22             Acknowledgement Form, was marked for

23             purposes of identification and attached

24             hereto.)
```

ROBERT COMPTON - Volume II

[Page 267]

```
1                              -----
2      BY MR. KROCKER:
3           Q.   I placed a document in front of you marked
4      Exhibit Monmouth-3.  Take a moment to review it.
5      Let me know when you're ready.
6           A.   I'm ready.
7           Q.   That is marked at the top document 78 page 3
8      of 171.  Then runs to page 5 of 171.  Do you
9      recognize this document?
10          A.   Yes.  I do.
11          Q.   What do you understand this document to be?
12          A.   This is an interview acknowledgement form
13     saying the person was interviewed and acknowledged
14     that they sat down with me so they sign off on it.
15          Q.   Was there a time limit for the interview?
16          A.   I'm not sure your question, time frame that
17     I have to interview the people within?
18          Q.   Sorry.  Here, first one says last name
19     Cahoon.  You see it over on the right.  It says
20     time, 8:30.  Do you see that?
21          A.   Yes.
22          Q.   That was the start?
23          A.   Yes.
24          Q.   And then the next one, it says time, 9:15?
```

ROBERT COMPTON - Volume II

[Page 268]

1          A.    Yes, Charles Longo started at 9:15.

2          Q.    Right.  So were these scheduled for specific

3     times?

4          A.    We attempted to.  The problem is I have

5     several people coming from several different

6     facilities.  We did put a time down but also at any

7     time, one person's interview can be held up, started

8     late or ahead.  If they're there early, they might

9     be pulled in earlier.  If I have an emergency, I

10    automatically or issue arises that a superintendent

11    -- they might get to leave 10, 15 minutes but I have

12    people, it depends on, for example, two people are

13    coming from one facility, I scheduled them back to

14    back and one person might be waiting on the bench

15    outside while the other one is being questioned so

16    ...

17         Q.    You said before you wouldn't cut off an

18    interviewee, right?

19         A.    No.  I would not.  Right.

20         Q.    Correct me if I'm wrong but based on this

21    document, it seems like interviews for a position

22    took place on the 22nd of March of 2016 to the 23rd

23    of March 2016 and the 24th of March 2016?

24                    MR. WEISS:  Objection.

ROBERT COMPTON - Volume II

```
 1                    THE WITNESS:  Yes.  That is my
 2           recollection, understanding.
 3    BY MR. KROCKER:
 4      Q.    When did you make the decision as to who you
 5    would choose for the opening?  What are the options?
 6      A.    Right after the interview, I did the score
 7    sheets.  Then I completed the paperwork.  And I
 8    would say within a week, I had them all ready.  At
 9    the same time, other managers in my department were
10    interviewing people and completed theirs also.  They
11    all went up together I believe by April 1st.
12    Somewhere around there all the selections in one
13    package.
14      Q.    Who is they?
15      A.    All the people that were selected for this
16    position, crew supervisor building services, three
17    people were promoted Lou Bellardino, Kevin Baxter
18    and Robert Briscoe.  Those three employees change of
19    statuses went up.
20              There's also a senior plumber, senior
21    electrician, public works repair and assistant
22    supervisor, building services.  There might have
23    been one or two people in each one of the
24    categories.  I don't remember exactly.  It all went
```

Phone:  215-946-7009                    rkreporting@gmail.com

ROBERT COMPTON - Volume II

[Page 270]

1      up, senior security guard, all went up together.

2                    So to answer your question, clarify your

3      question, that would be physically impossible for me

4      to conduct all those interviews.  We had multiple

5      people conduct them.  Everyone did their scoring.  I

6      tallied up the score sheets and they all went down

7      as a package.

8          Q.    How about the crew supervisor building

9      services position?  You reviewed your score sheets

10     after the interviews to make a decision?

11         A.    Yes.  I reviewed them.  I put them in the

12     computer which then punches out a score.

13         Q.    Then you take the highest candidates?

14         A.    Yes.  I do.  This time I took, there's 12

15     candidates I believe.  I took the top three to fill

16     the needs of the organization at that time, of the

17     department, not the organization.  I apologize.

18         Q.    It's fine.  You recall Luther Graham

19     interviewed for that position, crew supervisor

20     building services?

21         A.    Yes.

22         Q.    What do you recall about the interview?

23         A.    As of today, I remember he was, his score

24     was, what I reviewed his score was closer to the

ROBERT COMPTON - Volume II

[Page 271]

1    bottom than the top.

2        Q.    Why was that?

3        A.    I guess the way he scored, answered.  From

4    the way he answered the questions.

5        Q.    What do you recall about his manner at the

6    interview, if anything?

7        A.    It was civil.  To be honest, no issue.  He

8    was not uncomfortable at all.  Neither was I.

9        Q.    You're familiar with Luther Graham, correct?

10       A.    Absolutely.

11       Q.    Are you familiar with his work at all?

12       A.    I know he is an electrician.  As I

13   previously said, I'm not an electrician so ...

14       Q.    Were you aware of any complaints of

15   discrimination made by Mr. Graham at that point on

16   the 22nd of March of 2016?

17                    MR. WEISS:  Objection to form.

18              You can answer.

19                    THE WITNESS:  As I previously

20              said, there was some stuff going on but

21              it wasn't between Mr. Graham and I so

22              was not uncomfortable at all.

23   BY MR. KROCKER:

24       Q.    What were you aware of to your recollection?

ROBERT COMPTON - Volume II

[Page 272]

1      A.   There were investigations that were going

2  on.  Some were completed.  Some weren't.  I was not,

3  my recollection, best way I can say wasn't between

4  Luther and I at that time, at any time.  We still

5  have a relationship.  We're very cordial to each

6  other.  We never had an argument, never an issue.  I

7  felt comfortable to talk to Luther.  And I thought

8  he felt comfortable to talk to me.

9      Q.   You didn't consider having another person to

10  do the interview?

11      A.   I didn't think it necessary and I guess Mr.

12  Graham didn't at the time because he didn't request

13  it.

14      Q.   Did you consider having another person in

15  the room for the interview?

16      A.   No, because I didn't have anyone in the room

17  for any of those interviews.

18      Q.   Did you have any involvement with the

19  investigations that were ongoing at that point that

20  you referred to?

21      A.   At that time, no.  I did not.

22      Q.   How were you aware of them?

23      A.   There was some closure document and I don't

24  remember exactly.  It was several years ago but

ROBERT COMPTON - Volume II

[Page 273]

1    there was a complaint made by Luther's boss and

2    there was some interaction handled by HR and other

3    people.  I wouldn't be involved in the

4    investigation.  This was a separation between

5    Luther's entire crew not just him from their

6    immediate supervisor.  There's another general

7    supervisor overseeing that crew but it did not

8    create an issue.

9         Q.    Who was the general supervisor?

10        A.    Which one?

11        Q.    The one you just referred to that oversaw

12   Luther's crew?

13        A.    At that time I think there was a transition

14   from Craig Bell to Jim Shirley but that was at the

15   direction above me.

16        Q.    During their investigation, who was above

17   you?

18        A.    I believe Kevin Burk might have been

19   involved.  He was, he had multiple titles.  He was

20   HR director for a while, deputy administrator.  He

21   was involved and a few other people, the

22   investigation but ...

23        Q.    Were you aware at that time Mr. Graham made

24   a complaint about the promotion in particular?

ROBERT COMPTON - Volume II

[Page 274]

1       A.   I know there was, I don't recall exactly.   I

2   might before -- I think I found about it afterwards.

3   I know it -- at that time, my recollection was

4   mainly his superior had an issue with the county and

5   there was a complete investigation but I was kind of

6   removed out of it.

7       Q.   When you say his supervisor, are you

8   referring to Aaron Kinney?

9       A.   Yes.  I am.

10      Q.   Was there any other knowledge you have about

11  Mr. Graham's complaint at that point that you

12  haven't already testified to?

13      A.   Nothing I haven't mentioned either today or

14  at my previous deposition, no.  I don't have any

15  other recollection.

16                      -----

17                  (Exhibit Monmouth-4, Job Posting

18              Application, was marked for purposes of

19              identification and attached hereto.)

20                      -----

21  BY MR. KROCKER:

22      Q.   I just placed a document in front of you.

23  It's marked as Monmouth-4.  The top says case number

24  document, 78, page 6 of 171 through page 8 of 171.

ROBERT COMPTON - Volume II

```
 1      The bottom right says Defendant's Exhibit-B.  Do you

 2      recognize that document?

 3          A.   Yes.  I do.

 4          Q.   What do you understand that document to

 5      contain?

 6          A.   After I posted the position, Luther

 7      responded to the posting, submitted by the deadline.

 8      There it says he submitted it March 6th at 5:55 a.m.

 9      on March 11th.  I'm sorry.

10          Q.   That's fine.  Did you review the

11      applications as they came in?

12          A.   No.  I didn't.

13          Q.   Did you review them all at once?

14          A.   I didn't review these applications.

15          Q.   You haven't -- you didn't review them at

16      all?

17          A.   No.

18          Q.   Did someone else review them to your

19      knowledge?

20          A.   No.  All that happened was that Cecelia

21      Thomas, my assistant gathered them all, put them all

22      in a folder for me and assisted me with the

23      interviews.

24          Q.   Would you review the applications in advance
```

ROBERT COMPTON - Volume II

[Page 276]

```
 1      of the interviews?

 2           A.   I wouldn't review these applications, no.  I

 3      wait on the actual interview.

 4           Q.   So you wouldn't have considered it at all?

 5           A.   No.

 6                              -----

 7                    (Exhibit Monmouth-5, Scoring

 8                Worksheet, was marked for purposes of

 9                identification and attached hereto.)

10                              -----

11      BY MR. KROCKER:

12           Q.   I've placed a document in front of you

13      marked Monmouth-5.  At the top it says case number

14      document 78, page 127 of 171.  Then it runs through

15      page 135 of 171.  I'll represent to you it runs

16      through consecutively.  Do you recognize this

17      document?

18           A.   Yes.

19           Q.   What do you understand this document to be?

20           A.   A scoring worksheet created for Luther

21      Graham off the results of his questions.

22           Q.   As we discussed, you filled this out during

23      -- well, strike that.

24                Turn to the second page of the exhibit.  It
```

ROBERT COMPTON - Volume II

[Page 277]

1    says interview report on the top left then on page 1

2    of 8 on the top right.  Do you see that?

3       A.   Yes.

4       Q.   So on the interview report, these were the

5    notes and scores your took down during the interview

6    of Mr. Graham, correct?

7       A.   Yes.  Personal notes, correct.

8       Q.   And as we discussed, you made these scores

9    immediately following when you thought Mr. Graham

10   was finished his response on each question, right?

11      A.   Yes.  All these scores were definitely

12   tallied when Mr. Graham was present.

13      Q.   I'm going to go through these with you.  The

14   first question, analytical.  Just review the

15   question and your notes.  Let me know when you're

16   ready.

17      A.   I did.  I just need to focus.  I apologize.

18      Q.   Okay.  Could you read out your handwritten

19   notes to question one and answer one?

20      A.   Barely not because of my sight because I was

21   scribbling.  Once again, these are not documents

22   that I thought were -- would ever -- the way I

23   process when talking, a lot of times I just write

24   the notes so I have an understanding.  So I wasn't

ROBERT COMPTON - Volume II

1    -- but I think I review, learn from the review and

2    then gave an example of the doctor, his license,

3    looks like protect ability.

4        Q.   What do you recall of Mr. Graham's response,

5    if anything?

6        A.   I don't remember the exact details.  As I

7    said, it's an interactive process.  Mr. Graham

8    definitely said more than those eleven words,

9    whatever but it's an interactive process for me to

10   -- his answers.  I don't believe he provided, for

11   example, didn't believe he provided a situation,

12   provided an example, explained to me about a doctor

13   with a license but I don't recall exactly.  It was

14   years ago that we were -- had this conversation so

15   ...

16       Q.   Do you recall a particular reason that you

17   gave him a score of one for that question?

18       A.   Like I said, it was a conversation.  So for

19   me to know exactly every word he or I said, I don't

20   remember exactly.

21       Q.   That's fine.

22       A.   I gave him a one as a result.

23       Q.   I'm exploring your recollection.

24       A.   Okay.

ROBERT COMPTON - Volume II

[Page 279]

1      Q.    The next question, do you have any specific
2  recollection of his response to that question?
3      A.    The question was tell me about a recent
4  project you received.  What are some of the things
5  you do?  He provided me with an answer, review,
6  study qualifications and explained to me that he
7  follows the Electrical Code and sometimes he does a
8  rough draft on paper.
9            He didn't give me, from looking here, I
10  can't, my recollection, he failed to provide me a
11  recent project.  He was just giving me his
12  methodology so I gave him a one.  I believe but I
13  can't confirm, he gave me a methodology on how he
14  would do it but he didn't give me a real life
15  example.
16      Q.    I don't want you to guess.  What you recall
17  or don't recall.  If you don't recall, you can just
18  say I don't remember specifically.
19            Just see if this refreshes your memory.
20      A.    Okay.  Well.  I just want to answer you as
21  best and accurately as I can.
22      Q.    I appreciate that.
23      A.    It's a little hard to answer the question
24  almost four years ago.

```
 1          Q.    I understand.  See if we can approach this
 2     in another way.  If you turn to, it says page 130 of
 3     171 at the top?
 4          A.    Yes.
 5          Q.    These questions relate to leadership, right,
 6     these two on this page?
 7          A.    Yes.
 8          Q.    What do you recall about Mr. Graham's
 9     response as to leadership, if anything?
10          A.    Without looking at the page, I would have no
11     idea.  Do you want me to review it?
12          Q.    Yeah.  Please review it.
13          A.    Let me see.  For clarification, before we
14     say about leadership, there was three questions
15     here.  It was a duplicate one, was removed.  I
16     believe everybody was given the same score.  I
17     forget that.  There was a duplicate question here.
18     Everybody just got the same score for the question.
19          Q.    Thank you.
20          A.    The question was have you ever tried to do a
21     job which you were unqualified?  How did you react
22     at the time?  What was your -- how you were going to
23     accomplish your task?  He responded I'm a book
24     person.  I read to be familiar, educate myself prior
```

ROBERT COMPTON - Volume II

[Page 281]

```
 1    and mainly, I put parenthesis over here, he does
 2    research first, something I gathered talking to him,
 3    what he was saying.  He failed to identify a job, my
 4    recollection but from seeing it, he didn't give me
 5    an example of a job he was unqualified for.  More or
 6    less telling me how to prevent being unqualified but
 7    without -- interview four years ago.  I have no idea
 8    exactly what that was.
 9         Q.   So it's fair to say on the example response,
10    at least some of these questions?
11         A.   On some of the form questions, it's asked
12    for it or provided that.  A lot of them say provide
13    an example or situation.
14         Q.   If you look at the bottom, bottom right,
15    well, if you can just read out your handwriting
16    response for leadership, question three?
17         A.   How do you contribute to the county's
18    strategies and policies?  And what I wrote down was,
19    he responded he was a policy person.  He tries to
20    follow to the best of his ability.
21              He had a previous position where he
22    enforced policies and understood policies and so on.
23    Then I wrote here not true.  I am not sure he is --
24    policies.
```

ROBERT COMPTON - Volume II

1      Q.    What was that referring to?

2      A.    Because at that time I was dealing with Mr.

3  Graham a lot in multiple capacities and Mr. Graham

4  disagreed on many county policies and procedures

5  such as timely attendance, time punching

6  requirement, for sick leave, vacation leave, how to

7  use it, the Department of Public Works for all

8  essential personnel, he would be adamantly against

9  that.  These are not my policies.  They're county

10 policies but he had an opinion against those.  He

11 didn't like, acknowledge policy.

12           So I thought it was weird when he said

13 that his previous position, it was to enforce

14 policies.  I understood that but in his capacity as

15 an electrician an a mechanic also, in his union

16 position and adamant against the county policies so

17 I found that interesting there.

18     Q.    So you considered your knowledge of his

19 interaction with county strategies and policies

20 outside of his response in the interview?

21     A.    No.  It was, yes.  I took the big picture of

22 the knowledge I have and conversations I previously

23 had.  I did that with all my people, all the

24 candidates if it's something but his answer was that

1    he's a policy person, procedure and enforced them in

2    the past.  That was his example to me.  That's why

3    he got the score of one.  He wasn't penalized.  He

4    didn't get a zero because I knew.  I wrote in the

5    corner.

6        Q.   So is it fair to say that for each

7    candidate, you consider your knowledge of them

8    outside of an interview in addition to the interview

9    responses?

10                  MR. WEISS:  Objection.

11                  THE WITNESS:  I wouldn't say

12            outside on -- I believe they overlapped

13            each other during the interactive

14            process.  I don't remember every exact

15            word me and Luther had that day.  He's

16            not a shy man so when -- our

17            conversation was more than 10 words.

18            How, recollection exactly but I'm sure

19            we touched on county policies at that

20            time on that question and his other

21            questions.

22    BY MR. KROCKER:

23        Q.   What I'm asking is for the scores, at least

24    you considered knowledge of a person that you had to

ROBERT COMPTON - Volume II

[Page 284]

```
 1    work as well; is that right?
 2                    MR. WEISS:  Objection.  Could you
 3              clarify what you're trying to talk
 4              about?  Is it with respect to a
 5              particular question?  Could you get
 6              specific because you're talking
 7              generalities and I'm not sure what
 8              you're trying to get out of the witness.
 9    BY MR. KROCKER:
10       Q.   Mr. Compton, you testified you have
11    knowledge that Mr. Graham had objected to several
12    policies and procedures, correct?
13       A.   Part of the conversation we were having that
14    day I'm sure.
15       Q.   In the interview, you were discussing?
16       A.   But he received a score of a one in that
17    category as I said, based on his answer.
18       Q.   Thank you.
19                    Turn to page 134 of 171.  Well, it looks
20    like the copy's a little better.  Question one, the
21    position requires two years experience work
22    involving inspection in cleaning and general
23    maintenance, office furniture, buildings.  Did I
24    read that accurately?
```

ROBERT COMPTON - Volume II

[Page 285]

1        A.    Yes.

2        Q.    What do you recall, if anything, about Mr.

3    Graham's response?

4        A.    At this time I don't remember exactly but

5    from looking at it, he was, something about during

6    college, cleaned his area and he helped his mother

7    clean.  Then something with for Monmouth, he said he

8    helped out there but I don't remember exact details

9    at the time.  Whatever he said, that one part he did

10   say that he knows how to dust, clean and dust.  I've

11   done all that.  What I wrote there.

12            He was unable at the time in that

13   specific question to provide me with where he met

14   the two years of experience cleaning, maintaining

15   office furniture or buildings in any way to answer

16   that question.

17       Q.    It seems to say, correct me if I'm wrong in

18   reading, I don't think, but years ago, cleaning

19   company-prior plus college.  Do you see that?

20       A.    Yes.  Prior to college.

21       Q.    Thank you.  And do you recall if Mr. Graham

22   said he had any years of experience with any length

23   of time?

24       A.    He was answering, I don't remember what

 1    exactly he said now but at the time, at that time,

 2    that's definitely what he expressed to me.  He did

 3    not meet the requirement.  I don't remember exactly

 4    what he said at that time.  He made reference to

 5    years ago, something, a cleaning company prior to

 6    college.  That's what I recall.  I don't know if he

 7    said he worked there one week, two weeks, a summer

 8    job.  No recollection but at that time what he said

 9    during that conversation, I felt he did not meet the

10    requirements.

11         Q.   If you could review the next question, your

12    response.  Let me know when you're ready.

13         A.   I'm ready.

14         Q.   This asks for what knowledge and experience

15    do you have completing building maintenance work or

16    directing building maintenance staff.  Did I read

17    that correctly?

18         A.   Yes.

19         Q.   Can you read your handwritten notes for me?

20         A.   He told me the previous director who owned

21    the company, my job is to ensure the building's up

22    to par, vacuum and clean, volunteer staff of up to

23    20 people.

24         Q.   Why did you consider that response a one?

ROBERT COMPTON - Volume II

[Page 287]

1          A.    Because when I asked the question if you
2    have knowledge and experience, his answer, I think
3    he said he had, oversaw volunteer staff at one point
4    of 20 people there, vacuuming and cleaning the
5    buildings.  They didn't maintain the buildings.
6    They didn't go into all the stuff they did on
7    buildings.  He just said they vacuum and clean and
8    he said he had a staff of 20 people.

9                So I didn't give him a zero.  It
10   contradicted his previous answer.  That wasn't a
11   question I was reviewing here.  The question I was
12   reviewing was this one.  He identified some but he
13   didn't identify three, didn't identify zero.  At the
14   time, my assessment was I gave him a one.

15        Q.    Lastly, required experience on question
16   three.  Would you read it, the question and your
17   response?

18        A.    The question was how do you feel your
19   experience qualifies you for this position.  And he
20   gave me three answers, communicate.  He has the
21   ability to communicate and he doesn't use bad
22   language.

23        Q.    And you considered that a one?

24        A.    Yes, because one of the biggest things in

ROBERT COMPTON - Volume II

[Page 288]

```
 1    facility management is communication.  So
 2    communicating is important to me, the way I
 3    interpret it, yes.  He shared with me he doesn't use
 4    bad language.  I wasn't too concerned about that but
 5    he didn't share anything else with me about how he
 6    feels his experience qualifies him.  Those are just
 7    his bullet points on the topics.
 8         Q.   Do you recall if you asked him follow up
 9    questions about the topics?
10         A.   I don't remember two years ago.  As I
11    previously said, I would not cut him off on his
12    opportunity to provide an answer.
13                   MR. KROCKER:  Why don't we take a
14              five minute break to go to the bathroom.
15                        -----
16                   (A short break was taken.)
17                        -----
18    BY MR. KROCKER:
19         Q.   Mr. Compton, we just took a short break.  Do
20    you understand you're still under oath?
21         A.   Yes.  I do.
22         Q.   We were speaking about the interview of Mr.
23    Graham.  Now, I'd like to move over to the interview
24    with Robert Briscoe, the crew supervisor building
```

ROBERT COMPTON - Volume II

1    maintenance worker position.  Are you familiar with

2    Robert Briscoe?

3         A.    Yes.  He was one of the candidates.  He was

4    one of three people chosen for the position.

5         Q.    What do you recall about the interview with

6    Mr. Briscoe?

7         A.    Off the top of my head, I don't recall.

8         Q.    Do you recall if he did well?

9         A.    He did well, yes.

10        Q.    He was hired, right?

11        A.    Correct.  From what I recall that is

12   specific from the day, that interview day, I do not.

13        Q.    Do you know generally how well he did?

14        A.    He scored the highest out of 12 candidates.

15                          -----

16                     (Exhibit Monmouth-6, Job Posting

17              Application, was marked for purposes of

18              identification and attached hereto.)

19                          -----

20   BY MR. KROCKER:

21        Q.    I've just placed a document in front of you

22   that has been marked as Monmouth-6.  The top it says

23   case number document 78 and then page 9 of 171.  Do

24   you see that?

ROBERT COMPTON - Volume II

[Page 290]

```
 1        A.    Yeah.

 2        Q.    Do you recognize this document?

 3        A.    A job listing application for Mr. Briscoe.

 4        Q.    We discussed the job application.  Did you

 5   review this in advance of your interview with Mr.

 6   Briscoe?

 7        A.    No.

 8        Q.    Did you review this after your interview

 9   with Mr. Briscoe?

10        A.    No.

11        Q.    Do you know if anyone in your office

12   reviewed it on your behalf?

13        A.    They definitely did not on my behalf.  I

14   mean it says Cecelia Thomas accepted it and put it

15   in a folder or she might have assisted with

16   scheduling the interview similar to Mr. Graham.

17        Q.    Just to be perfectly clear, this document

18   itself did not affect your decision of the scores in

19   the interview, right?

20        A.    Unless he took something out of the -- said

21   while he was answering questions that would be,

22   might be a duplication.  This does not have a

23   weight, similar to either a resume score.  There is

24   no mechanism that ...
```

ROBERT COMPTON - Volume II

```
 1        Q.    Understood.

 2                            -----

 3                    (Exhibit Monmouth-7, Scoring

 4              Worksheet, was marked for purposes of

 5              identification and attached hereto.)

 6                            -----

 7     BY MR. KROCKER:

 8        Q.    I placed a document in front of you marked

 9     Monmouth-7 at the top.  It says document 78 then

10     page 53 of 171 running through to page 61 of 171.

11     Take your time to review it.  Let me know when

12     you're ready.

13        A.    I'm ready.

14        Q.    Do you recognize this document?

15        A.    Yes.

16        Q.    What do you understand that document to

17     contain?

18        A.    That's a score sheet authored by Robert

19     Briscoe, his answers to his questions.

20        Q.    If you flip to the second page of the

21     exhibit.  The second page of the exhibit, if you

22     review this page, let me know when you're ready.

23        A.    When you say the second page?

24        Q.    The second page of the exhibit, the
```

ROBERT COMPTON - Volume II

[Page 292]

1   interview report, page 1 of 8 at the top, analytical

2   questions.  What do you recall after reviewing this

3   about Mr. Briscoe's responses on the analytical

4   questions?

5       A.   First question about a situation, he

6   provided me an issue that pertained to, the tile job

7   at the courthouse.  He gave examples of the tile,

8   something with the -- something with the wall.  And

9   he mentioned something about the lack of knowledge

10  in the interview.  I don't know exactly how he

11  referenced that but it was referenced I guess.  I

12  have from what I see here, make an assumption it

13  would be something where a knowledge of a certain

14  type tile they were installing.  He learned from

15  this.

16      Q.   I'm looking at your or -- refresh your

17  recollection.  You don't need to make an assumption.

18      A.   I just, words I read.

19      Q.   You don't have any further recollection

20  after reviewing this?

21      A.   As I said, I just know what popped in my

22  head.  I looked at the tiles.  And I remember he

23  gave some type of example that pertained to the

24  courthouse, a tile job that he did.  I don't

ROBERT COMPTON - Volume II

1    remember all the ins and outs of the question.  By

2    the answer, he scored a two on his answer.  It was

3    good but I don't remember the exact details of it.

4         Q.   Do you have any further recollection beyond

5    your notes from question two, analytical?

6         A.   No.  He just explained the job.  He was

7    using, discussing the importance of the materials

8    and tools.  He explained the tool room is locked.

9    There's -- want to make sure you know the materials

10   you need to do the job.  I don't remember exactly

11   what job he was talking about but he was giving an

12   example here to say the tool room is locked.  The

13   materials, tools list, most important.  More or less

14   that can't do the job if you don't have the

15   materials, the tools.  I don't remember anything

16   else.

17        Q.   Flip to the next page.  It's marked page 5

18   of 171 at the top?

19        A.   Yes.

20        Q.   Do you see that?

21        A.   Yeah.

22        Q.   If you look at the teamwork question, one.

23   Just review the question and your response.

24        A.   Okay.

ROBERT COMPTON – Volume II

1    Q.    I see there is a circled 3.  Do you see
2    that?
3    A.    Yes.
4    Q.    And that was because his response was
5    excellent?
6    A.    Yes.
7    Q.    That is in your handwritten notes, right?
8    A.    Actually wrote the handwritten notes, yes,
9    and then moved it down below.
10   Q.    Do you recall what was so excellent about
11   the response?
12   A.    I don't recall off the top of my head except
13   he was, his words, more important, so much fun, so
14   much -- I can't read the next word.  So much time is
15   wasted, people trying to prove who is correct.  He
16   gave an example of some sort and I was happy with
17   the answer.  I can't recall exactly what it was.
18   Similar to I couldn't recall Mr. Graham's answers.
19   Q.    Turn to the next page, page 56 of 171 at the
20   top.  If you can look at the bottom, similar,
21   question three.  Do you see where I am, three?
22   A.    Okay.
23   Q.    And this score here is a one on leadership
24   question three or am I out of order here?

ROBERT COMPTON - Volume II

1      A.    Yeah.   It's a one on the next page I
2   believe, yes.
3      Q.    Okay.   You don't have any recollection of
4   why Mr. Briscoe got a one there?
5      A.    All I can do is read the notes.   As I
6   previously said, 12 people, 20 questions each, four
7   years ago.   For me to refresh exact details to say
8   why I scored that.   I might have a different answer.
9   Without me assuming or making an assumption, without
10  -- you said before, it's kind of difficult for me to
11  answer.
12     Q.    Okay.
13     A.    That goes for all of these questions unless
14  it's something specifically spelled out where to
15  identify for you, yes, but I only can identify
16  what's on paper, my recollection.
17     Q.    Turn to the next page, 7 of 171?   Look at
18  the customer service orientation question one.   It
19  seems like a few more notes here.   Can you read out
20  the written portion or show what was written there?
21     A.    How to handle negative feedback from angry
22  clients.   How do you normally respond?   He responded
23  bullets, I see every situation is different.
24  Communicate, looks like correct perspective and

ROBERT COMPTON - Volume II

```
 1      contact all involved, fully educate each person,
 2      ones that complain but I can't see.  It says was,
 3      correct, I can't really -- he says over here
 4      something, communicate with your supervisor and,
 5      correct.  But other than that, I can't -- I don't
 6      recall exactly what example, how he explained it
 7      that day but a good answer.  I know he did that.
 8          Q.   Because you put a 3?
 9          A.   Yes.  As previously said, these are just my
10      current notes.  I never thought, though, 30 years
11      from now, I'd be sitting here trying to figure out
12      what I scribbled.  I apologize for that.
13          Q.   Not a problem.
14               If you can turn to page 60 of 171, these
15      are required experience questions.  If you can
16      review your response, your notes, excuse me, to
17      question one and let me know if that refreshes your
18      recollection as to Mr. Briscoe and his response?
19          A.   Yes.
20          Q.   What do you recall?
21          A.   There's a period of time he was a worker at
22      the courthouse before being promoted.  I believe he
23      went from a building maintenance worker and then to
24      a carpenter and then also APP, Asbury Park Press.
```

ROBERT COMPTON - Volume II

[Page 297]

1    He did everything from carpeting and cleaning

2    furniture, maintenance at his previous position,

3    previous job before he came to the county.

4         Q.   Thank you.

5         A.   He went into detail explaining, actually

6    across the street, across where the interview was

7    being conducted, my shop, he was explaining his role

8    at that work.

9         Q.   In maintenance among other things, right?

10        A.   He started the whole maintenance, that

11   operation where he worked on everything at a

12   warehouse.

13        Q.   Do you recall how many years experience he

14   had?

15        A.   He describe more than two.

16        Q.   That's as to the notes under required

17   experience, question two, experience question.  Does

18   that refresh your recollection as to any further

19   information about Mr. Briscoe's experience?

20        A.   Experienced in building maintenance works or

21   directing maintenance staff.  He gave me examples

22   again as to the work at the courthouse.

23             He mentioned that he took lead as needed

24   and something about determines, etcetera but I don't

ROBERT COMPTON - Volume II

[Page 298]

1    recall what is written, what else he said at this

2    time but whatever he provided was a good answer

3    because I put a 3.

4        Q.   That's, we'll finish it out, requires

5    experience, question three.  Do your notes refresh

6    your recollection as to anything not written here?

7        A.   No.  But what is written here says he

8    expressed having building services experience,

9    supervisory experience prior to the county and he

10   was trained in multiple disciplines of trades.  So I

11   guess, he, like, his answer at that time, I gave him

12   a 3.

13       Q.   Does that document refresh you to anything

14   else about Mr. Briscoe's interview, your memory?  Do

15   you recall?

16       A.   Not specifically.

17       Q.   Any generally?

18       A.   Not -- he was informative there.  He was one

19   of 12 people interviewing for the position.  He

20   scored very well, did very well.

21                        -----

22                   (Exhibit Monmouth-8 Memorandum

23                    4/15/16, was marked for purposes of

24                    identification and attached hereto.)

ROBERT COMPTON - Volume II

```
 1                         -----
 2    BY MR. KROCKER:
 3        Q.    I've placed a document in front of you that
 4    has been marked Monmouth-8.  Take a moment to review
 5    that and let me know when you're ready.
 6        A.    Yes.
 7        Q.    See at the bottom it's marked Compton 005.
 8    Do you recognize this document?
 9        A.    Yes, but that's not my thing.  Just ...
10        Q.    Right.
11        A.    That was not here.  This was --
12        Q.    I was just trying to designate a document.
13        A.    Yes.  I know what the document is.
14        Q.    What do you understand is contained?
15        A.    This is a form letter we use when someone is
16    selected.  So it's used department-wide, highway
17    department, building and grounds.  I didn't actually
18    author it.  I took ownership of it so where I would
19    get notify people that applied once another person
20    had been selected.
21              We also say if you have any further
22    questions regarding, please contact me, the number
23    at the bottom.
24        Q.    Okay.  I just wanted to confirm?
```

ROBERT COMPTON - Volume II

[Page 300]

```
 1      A.   But the subject matter is first notify Mr.

 2   Graham April 15th, 2016, that he did not receive a

 3   promotion.

 4      Q.   Are these -- were these all sent out at the

 5   same time as the offer was made to the successful

 6   candidates?

 7      A.   When I was made aware that an administrator

 8   signed off on a change of status, they're the three

 9   people that are set up.  So there's no offer letter.

10   That is when you get promoted to change of status.

11             As I previously mentioned, the change of

12   status for an employee after it leaves me and I

13   clarified in the first deposition given, it leaves

14   me and goes to HR.  They do their due diligence,

15   service requirement, anything like that.  They check

16   that part.  Then it goes to finance.  Then it goes

17   to the county administrator.  We don't do anything

18   that, the county administrator signs off on it.  We

19   make sure that I have authorization and then the

20   county administrator signs off on that change of

21   status in front of you, the date that the county

22   administrator signed off on it.  And then I can move

23   forward with this letter to bring closure to the

24   crew so they're not wondering was somebody promoted
```

ROBERT COMPTON - Volume II

```
 1    rather than them at the time.  They get the letter
 2    before they find out on the street that someone else
 3    got promoted.  I do it as fast as I can whenever
 4    possible.
 5         Q.   Understood.
 6                        -----
 7              (Exhibit Monmouth-9, Employee
 8         Change of Status, was marked for
 9         purposes of identification and attached
10         hereto.)
11                        -----
12    BY MR. KROCKER:
13         Q.   I've placed an exhibit in front of you
14    marked as Monmouth-9.  It has several pages at the
15    top labeled document 78, then page 166 of 171
16    through 171 of 171.  There are several different
17    documents contained so just review it and let me
18    know when you're ready.  Okay?
19         A.   Yep.  Yes.  I am familiar with all these
20    documents.
21         Q.   On the first page, what do you understand
22    that document to be?
23         A.   It's an employee change of status required
24    when anyone gets any change pertaining to title,
```

ROBERT COMPTON - Volume II

[Page 314]

```
 1     didn't discuss the crew supervisor position with
 2     Dave Krzyzanowski.  Does that refresh your --
 3          A.    Not in 2016, no.  I apologize, yes.
 4          Q.    You didn't discuss it with any other person?
 5          A.    No.
 6          Q.    As to this decision?
 7          A.    No reason to.
 8          Q.    And looking at supplemental interrogatory
 9     number five, we've gone through some details of Mr.
10     Graham's and Mr. Briscoe's score worksheets.  Does
11     that refresh your recollection at all of the reason
12     why Mr. Graham was not selected for the crew
13     supervisor position apart from what is listed here?
14                     MR. WEISS:  Objection.
15                     THE WITNESS:  What was listed
16                here is the Plaintiff scored a lot lower
17                than the top three candidates.  Thus, on
18                the review of the document stuff, I am
19                aware he was the third from the bottom.
20                And out of 12 people, I think he was
21                number 10, I think.  It wasn't like he
22                was number four.  He was not in the top
23                three selected.
24     BY MR. KROCKER:
```

ROBERT COMPTON – Volume II

```
 1         Q.    Looking at supplemental interrogatory number
 2    seven and the response which goes to the next page?
 3         A.    Yes.
 4         Q.    It says that Michael Markert, Mike McCulloch
 5    were hired to the crew supervisor position on or
 6    about December 1st, 2017; is that correct?
 7         A.    Yes.  As part of five people promoted at
 8    that time.
 9         Q.    Were there just five openings at that point?
10         A.    There wasn't a situation of five openings.
11    Simply 2016, I interviewed a list of candidates and
12    I assessed the needs of the department.  That at the
13    time, I found five places that I needed supervisors.
14    I chose the five top scores of those five
15    individuals.
16         Q.    Looking below, the table, response, response
17    part C, specifically Markert, Michael, same page?
18         A.    Yes.
19         Q.    And that says that Mr. Markert was a heating
20    and air conditioning mechanic and assistant
21    supervisor, heat and air conditioner mechanic and
22    became a crew supervisor of building maintenance
23    workers?
24         A.    Yes.
```

ROBERT COMPTON - Volume II

```
 1        Q.   Is that correct?

 2        A.   Yes.

 3        Q.   Do you recall what experience he had, if

 4   any, with maintenance?

 5        A.   I mean, he was assigned to an actual

 6   facility, the courthouse.  To clarify, when you're a

 7   trade, you're working on a facility, you have do

 8   everything.

 9             I did not conduct the 2017 interviews.

10   I don't have that knowledge off the top of my head.

11        Q.   So you don't have knowledge of Mr.

12   McCullough's working conditions.  Well, strike that.

13   You answered my question immediately.

14        A.   Well, to clarify, from the interview, as I

15   specified, I don't have -- I mean, he's a very

16   knowledgeable guy.  He works at the courthouse and

17   does an excellent job.

18        Q.   You base that on your personal knowledge of

19   the work?

20        A.   Personal knowledge, yeah, skill-set.  Not by

21   the interview.  I wasn't part of the December 2017.

22        Q.   What personal knowledge do you have of

23   Michael McCullough's maintenance experience?

24        A.   Very similar of Mike Markert.  Just that
```

ROBERT COMPTON - Volume II

1    he's at the sheriff's complex, police academy,

2    sheriff's building, communication center.

3         Q.   He did the maintenance for those buildings?

4         A.   Yeah, soup to nuts.  He did all the

5    maintenance similar to Mike Markert.  He was

6    actually, before he went over there, he was actually

7    at the courthouse doing maintenance tasks at the

8    facility, actually works there.

9              Just for clarification, when you are

10   trades crew, you're on a trade.  The trade, HVAC

11   crew, that's all you do, all the HVAC in the

12   building.  You're doing all the access of the

13   building.  As I specified earlier, unrelated duties.

14   It doesn't matter.  You're taking garbage out,

15   mowing the lawn, shoveling snow.  You're involved in

16   everything.

17        Q.   Look at the next page, specifically,

18   supplemental interrogatory number eight.  If you can

19   review that and your response and let me know when

20   you're done and you're ready.

21        A.   I'm ready.

22        Q.   Do you have any further information to your

23   response to this interrogatory to amend your

24   supplemental?