UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| LUTHER GRAHAM,<br>                      Plaintiff,<br><br>       v.<br><br>MONMOUTH COUNTY BUILDINGS AND GROUNDS, DAVID KRYZANOWSKI, ROBERT W. COMPTON, and CRAIG BELL,<br><br>                    Defendants | *Civil Action*<br>DOCKET NO. 16-1578(PGS)(LHG)<br><br>**ORDER DISMISSING COMPLAINT WITH PREJUDICE** |

    **THIS MATTER** having come before the Court on application of Defendant, Monmouth County Buildings and Grounds, more properly known as the County of Monmouth, and Defendant Robert Compton, seeking summary judgment dismissing the complaint with prejudice, and notice having been given to all parties, by and through their counsel, and the Court having considered the positions and arguments of counsel, and good cause having been shown;

    **IT IS** on this _____ day of _____, 2019

    **HEREBY ORDERED** that summary judgment is granted to Defendants, and all remaining counts of Plaintiff's Complaint are hereby dismissed with prejudice; and

    **IT IS FURTHER ORDERED** that a copy of this Order shall be served on all counsel of record within _____ days hereof.

                                                   _____
                                                   Hon. Peter G. Sheridan, U.S.D.J.