# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| LUTHER GRAHAM | : | CIVIL ACTION |
| | : | No.: 3:16-1578 (PGS)(LHG) |
| Plaintiff, | : | No.: 3:19-18763 (PGS)(LHG) |
| | : | |
| v. | : | |
| | : | |
| MONMOUTH COUNTY BUILDINGS AND GROUNDS *et. al.* | : | |
| | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 20th day of April, 2020, upon consideration of Plaintiff's Motion for Leave to File Under Seal Exhibit A in support of his Motion to Enforce Settlement it is hereby ORDERED that Plaintiff's Motion [143] is GRANTED.

BY THE COURT

_____

The Hon. Lois H. Goodman, U.S.M.J.